UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>     *Plaintiff*,<br><br> v.<br><br>DMITRY STAROVIKOV; ALEXANDER FILIPPOV; and Does 1-15,<br><br>     *Defendants*. | Civil Action No. 1:21-cv-10260-DLC<br><br>**ORDER TO UNSEAL CASE** |

  **WHEREAS**, the Court, being advised by counsel for Plaintiff that it is no longer necessary to maintain this matter under seal;

  **WHEREAS**, the Court, being advised by counsel for Plaintiff that it is no longer necessary to proceed under an anonymized caption; it is hereby

  **ORDERED**, that this case is unsealed in its entirety;

  **ORDERED**, that the Clerk of Court add Plaintiff Google LLC and Defendants Dmitry Starovikov, Alexander Filippov, and Does 1-15 to the caption of this case;

  **IT IS FURTHER ORDERED**, that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: December 6, 2021
   New York, New York

               SO ORDERED:

               _____
               DENISE COTE
               United States District Judge