# Appendix A

## List of Domains/Domain Registrars Associated with Glupteba Botnet

| Domain | Registrar |
|---|---|
| imaginemix.ru | ARDIS-RU |
| mymindmix.ru | ARDIS-RU |
| bba4site.com | Dynadot LLC |
| bigtext.club | Dynadot LLC |
| dllpartner.com | Dynadot LLC |
| newscommer.com | Dynadot LLC |
| promusic.website | Dynadot LLC |
| retoti.com | Dynadot LLC |
| souffity.com | Dynadot LLC |
| stiambat.com | Dynadot LLC |
| oknazasto.info | Dynadot, LLC |
| sndvoices.com | Dynadot LLC |
| abm.net | Dynadot LLC |
| voip-cdn-eu.com | Dynadot LLC |
| 10gamestop.com | Dynadot15 LLC |
| pioncker.com | Gandi SAS |
| swebgames.site | Gandi SAS |
| thebabsite.com | Gandi SAS |
| nisdably.com | Gandi SAS |
| card.farm | Gandi SAS |

| Domain | Registrar |
|---|---|
| domfio.com | GoDaddy.com, LLC |
| easywbdesign.com | GoDaddy.com, LLC |
| babsitef.com | Hongkong Domain Name Information Zanagement Co., Limited |
| gfixprice.space | Hostinger, UAB |
| hotbooks.tech | Hostinger, UAB |
| ninhaine.com | 101domain GRS Limited |
| myinfoart.online | Instra Corporation Pty Ltd |
| iceanedy.com | Instra Corporation Pty Ltd. |
| thirdptop.com | Instra Corporation Pty Ltd. |
| awmproxy.net | Internet Domain Service BS Corp |
| tyturu.com | Name.com, Inc. |
| push.farm | Name.com, Inc. |
| theatresearch.xyz | Namecheap |
| venoxcontron.com | Namecheap |
| 2makestorage.com | Namecheap Inc |
| biggames.online | Namecheap Inc |
| fotamene.com | Namecheap Inc |
| sleepingcontrol.com | NamePal.com #8021, LLC |
| bbistrovantonbb.com | NETIM |
| gohnot.com | NETIM |
| humisnee.com | NETIM |
| misterysnith.com | NETIM |

| Domain | Registrar |
|---|---|
| romofind.com | NETIM |
| trumops.com | NETIM |
| readfir.com | NETIM |
| wrcont.com | NETIM |
| theqtelecom.com | NETIM |
| awmproxy.com | PDR Ltd. d/b/a PublicDomainRegistry.com |
| evocterm.com | Porkbun LLC |
| venoxcontrol.com | Porkbun LLC |
| robotatten.com | Porkbun LLC |
| anotheronedom.com | Porkbun LLC |
| gfixprice.xyz | Porkbun LLC |
| maxbook.space | Porkbun LLC |
| bestblues.tech | Porkbun, LLC |
| trafspin.com | REG.RU LLC |
| smmforbusiness.com | REG.RU LLC |
| qip.ru | Salesnames-RU |
| anuanage.info | Sav.com, LLC |
| blinkroast.info | Sav.com, LLC |
| cebrt.info | Sav.com, LLC |
| closedr.info | Sav.com, LLC |
| enuesoup.info | Sav.com, LLC |
| gomersly.info | Sav.com, LLC |

| Domain | Registrar |
|---|---|
| govole.info | Sav.com, LLC |
| lalemada.info | Sav.com, LLC |
| mysters.info | Sav.com, LLC |
| myysuper.com | Sav.com, LLC |
| sipeetis.info | Sav.com, LLC |
| spolaect.info | Sav.com, LLC |
| timpler.info | Sav.com, LLC |
| yourblog.info | Sav.com, LLC |
| getfixed.xyz | TLD Registrar Solutions Ltd |
| dont.farm | URL Solutions, Inc. |
| extracard.net | URL Solutions, Inc. |

**List of IP Addresses
Associated with Glupteba Botnet
(with Historic DNS Resolution Associated with Dont.farm)**

| IP |
|---|
| 46.4.237.236 |
| 138.201.141.170 |
| 88.99.217.178 |
| 95.216.98.113 |
| 78.46.18.236 |
| 116.202.233.216 |
| 148.251.82.124 |