UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>      Plaintiff,<br><br> v.<br><br>DMITRY STAROVIKOV;<br>ALEXANDER FILIPPOV;<br>and Does 1-15,<br><br>      Defendants. | Civil Action No.<br><br>**RULE 7.1 STATEMENT**<br><br>**FILED UNDER SEAL** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Google LLC ("Google") files this corporate disclosure statement identifying all of its publicly held parent corporations and all publicly held companies that directly or indirectly own, control, or hold, with power to vote, ten percent or more of Google's outstanding voting securities. Regarding the foregoing, Google states as follows:

1. Google is a wholly owned subsidiary of XXVI Holdings Inc.

2. XXVI Holdings Inc. is a wholly owned subsidiary of Alphabet Inc.

3. Alphabet Inc. is a publicly held corporation incorporated under the laws of Delaware.

4. No publicly held company directly or indirectly owns, controls, or holds, with power to vote, ten percent or more of Alphabet Inc.'s outstanding securities.

5. The undersigned certifies that the foregoing is true and correct.

DATED: December 2, 2021               Respectfully submitted,

                                      /s/ Laura Harris
                                      Laura Harris
                                      Andrew Michaelson
                                      Kathleen E. McCarthy
                                      Matthew Bush
                                      KING & SPALDING LLP
                                      1185 Avenue of the Americas, 34th Floor
                                      New York, NY 10036
                                      Telephone: (212) 790-5356
                                      Fax: (212) 556-2222
                                      lharris@kslaw.com
                                      amichaelson@kslaw.com
                                      kmccarthy@kslaw.com
                                      mbush@kslaw.com

                                      Sumon Dantiki (*pro hac vice* to be submitted)
                                      David P. Mattern (*pro hac vice* to be submitted)
                                      KING & SPALDING LLP
                                      1700 Pennsylvania Ave., NW, 2nd Floor
                                      Washington, DC 20006
                                      Telephone: (202) 626-5591
                                      Fax: (202) 626-3737
                                      sdantiki@kslaw.com
                                      dmattern@kslaw.com

                                      Bethany L. Rupert (*pro hac vice* to be submitted)
                                      KING & SPALDING LLP
                                      1180 Peachtree Street, NE, Suite 1600
                                      Atlanta, GA 30309
                                      Telephone: (404) 572-3525
                                      Fax: (404) 572-5100
                                      brupert@kslaw.com

                                      *Counsel for Plaintiff Google LLC*