```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
GOOGLE LLC,                              :
                                         :   21cv10260 (DLC)
                    Plaintiff,           :
                                         :        ORDER
          -v-                            :
                                         :
DIMTRY STAROVIKOV, ALEXANDER FILIPPOV,   :
and DOES 1-15,                           :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the hearing on the plaintiff's motion for a preliminary injunction, currently scheduled to occur on December 16 at 10 am in Courtroom 18B, 500 Pearl Street, is adjourned to **1 pm**.

IT IS FURTHER ORDERED that the plaintiff shall serve a copy of this Order on the defendants.

Dated:      New York, New York
            December 10, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge