UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>                    *Plaintiff*,<br><br>         v.<br><br>DMITRY STAROVIKOV;<br>ALEXANDER FILIPPOV;<br>Does 1–15,<br><br>                    *Defendants*. | Civil Action No. 1:21-cv-10260-DLC |

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2021, I caused copies of the Complaint (Dkt. 5), Appendix A to the Complaint (Dkt. 5-1), Google LLC's Rule 7.1 Disclosure Statement (Dkt. 7), the Ex Parte Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction (Dkt. 8), the Redacted Declaration of Shane Huntley (Dkt. 11), and the Declaration of Elizabeth A. Bisbee to be served via FedEx International Priority on Defendants Dmitry Starovikov and Alexander Filippov:

Dmitry Starovikov
123112, Moscow, Presnenskaya Embankment 12, Office 5

Alexander Filippov
123112, Moscow, Presnenskaya Embankment 12, Office 5

/s/ *Laura E. Harris*

Laura E. Harris

1