UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>DMITRY STAROVIKOV;<br>ALEXANDER FILIPPOV;<br>Does 1–15,<br><br>    *Defendants*. | Civil Action No. 1:21-cv-10260-DLC |

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2021, I caused a copy of the Order Adjourning Plaintiff Google LLC's Motion for a Preliminary Injunction (Dkt. 12) to be served via FedEx International Priority on Defendants Dmitry Starovikov and Alexander Filippov:

Dmitry Starovikov
123112, Moscow, Presnenskaya Embankment 12, Office 5

Alexander Filippov
123112, Moscow, Presnenskaya Embankment 12, Office 5

                /s/ *Laura E. Harris*
                Laura E. Harris