UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DMITRY STAROVIKOV;<br>ALEXANDER FILIPPOV;<br>and Does 1-15,<br><br>    Defendants. | Civil Action No.<br><br>**FILED UNDER SEAL** |

## MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Google LLC, by and through undersigned counsel, hereby moves this Court to enter a temporary restraining and asset freeze order against Defendants Dmitry Starovikov, Alexander Filippov, and Does 1 through 15, in accordance with Federal Rule of Civil Procedure 65. The proposed order is necessary to prevent Google, users of Google's products and services, and the public from suffering further and irreparable harm because of Defendants' acts. The grounds for this motion and order are set forth in the accompanying memorandum of law.

DATED: December 2, 2021

Respectfully submitted,

_/s/ Laura Harris_
Laura Harris
Andrew Michaelson
Kathleen E. McCarthy
Matthew Bush
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor

1

New York, NY 10036
Telephone: (212) 790-5356
Fax: (212) 556-2222
lharris@kslaw.com
amichaelson@kslaw.com
kmccarthy@kslaw.com
mbush@kslaw.com

Sumon Dantiki (*pro hac vice* to be submitted)
David P. Mattern (*pro hac vice* to be submitted)
KING & SPALDING LLP
1700 Pennsylvania Ave., NW, 2nd Floor
Washington, DC 20006
Telephone: (202) 626-5591
Fax: (202) 626-3737
sdantiki@kslaw.com
dmattern@kslaw.com

Bethany L. Rupert (*pro hac vice* to be submitted)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-3525
Fax: (404) 572-5100
brupert@kslaw.com

*Counsel for Plaintiff Google LLC*