# Exhibit 1



dont.farm

About   Business   Education   Contacts   Log in   Sign up   RU

dont.farm

About   Business   Education   Contacts   Log in   Sign up   RU

dont.farm

About   Business   Education   Contacts   Log in   Sign up   RU





— **2019**

The first 10,000 Facebook accounts issued to customers

Google and Twitter
sales launch

The first
full-scale
verification of Business Manager

Sign in

dont.farm

About   Business   Education   Contacts   Log in   Sign up   RU

— **2020**

Ready-to-use
solution for
White hat

A new record
of 100,000
accounts issued

Free account
appeal feature

Subscription
with unlimited replacements
within 24 hours

A proprietary tool
for launch automation

Issuing Business Managers
with the limit of
$250

dont.farm

About   Business   Education   Contacts   Log in   Sign up   RU

— **2021**

Completed >
3,000,000 tasks

Issuance of accounts with a
completed appeal of advertising activity ban

**dont.farm**

About   Business   Education   Contacts   Log in   Sign up   RU

— 2021

Completed >
**3,000,000** tasks

Issuance of accounts with a
completed appeal of advertising activity ban

**dont.farm**

About   Business   Education   Contacts   Log in   Sign up   RU

# We supply any Geo





dont.farm

About    Business    Education    Contacts    Log in    Sign up    RU

**RDP**

RDP Protocol for remote access to the server hosting the virtual machine with our account.
Such a mechanism provides the **highest security** compared to other solutions on the market. RDP is launched **in one click**.

**Learn more >**

dont.farm

About    Business    Education    Contacts    Log in    Sign up    RU

**Browser +cookies**

No modern antidetect browser, including MLA, has the ability to import the full data package needed to guarantee account usage.
dont.farm uses Chromium together with RDP, which meets the highest social network **anti-fraud standards.**

Learn more ›

dont.farm

About   Business   Education   Contacts   Log in   Sign up   RU

Full simulation

dont.farm

About   Business   Education   Contacts   Log in   Sign up   RU

Proxy

Full simulation

Learn more ›







dont.farm     About    Business    Education    Contacts    Log in    Sign up    RU

## approach for the benefit of
## our customers

Your results come not only from the accounts you have but also from the approach you take.
We know all the nuances of launching advertising from which we have inferred two best-case scenarios for cooperation.

### White Hat
### solution

Your business has low risks of being rejected by Facebook policy, you
care about high budgets and account stability at a distance -

**we have the best solution ready to go for niche
marketers.**

marketers.



**dont.farm**

About    Business    Education    Contacts    Log in    Sign up    RU

Frequent bans are the main reason for drops in your income. To improve
~~~~~~~~~~~ business

replace accounts for subscribed users easily and
without limit.

**wh**.dont.farm >

**bh**.dont.farm >

# When you get an account, the work is just beginning



**dont.farm**

About    Business    Education    Contacts    Log in    Sign up    RU

## Instructions

It is important to us that our clients have no difficulty in setting up
their advertising. That's why we freely share all the knowledge
we've accumulated over our **many years in marketing.**

All of the top recommendations are stored in one place without
exception and are available to all current clients.

Access the manuals





**dont.farm**

About   Business   Education   Contacts   Log in   Sign up   RU

## Instructions

It is important to us that our clients have no difficulty in setting up their advertising. That's why we freely share all the knowledge we've accumulated over our **many years in marketing.**

All of the top recommendations are stored in one place without exception and are available to all current clients.

Access the manuals





**dont.farm**

About   Business   Education   Contacts   Log in   Sign up   RU

## Blog
## and Updates

Our database contains more than 300 unique articles, news items, and cases. **We write a lot, we talk a lot, and it's all about business**.

Careful study of the trends and changes in algorithms allow us to let you know about everything important early on.

Ready — means you had time to read our digest.

Read the blog





**dont.farm**

About   Business   Education   Contacts   Log in   Sign up   RU

## We take care
## of all appeals

Account blocking is often unfair and has more to do with Facebook's own mistakes than with your advertising. The process of sending an appeal is already an **integral part of the launch**.

Save yourself some time and leave the unblocking to us. Thanks to the service's customized processes, we have consistently rescued **60% of accounts** and will continue to advocate for their right to resume advertising activity.

Delegate appeals




dont.farm

About   Business   Education   Contacts   Log in   Sign up   RU

## Involvement
## in resolving your
## problems

Each manager of our company has **personal experience in the launch of advertising**. Outstanding expertise and maximum involvement are the foundations of our relationship with you.

We are always here to provide support and advice.

Contact the experts




dont.farm

About   Business   Education   Contacts   Log in   Sign up   RU

## Involvement
## in resolving your
## problems

Each manager of our company has **personal experience in the**



**launch of advertising.** Outstanding expertise and maximum involvement are the foundations of our relationship with you.

We are always here to provide support and advice.

Contact the experts

**Max**
Account Manager
max@dont.farm

dont.farm

About   Business   Education   Contacts   Log in   Sign up   RU

# For 2 years now

We provide uninterrupted service to our customers. By investing in stability, you stay afloat even during the most difficult times.

Join

dont.farm

About   Business   Education   Contacts   Log in   Sign up   RU

# Customer opinion

★ ★ ★ ★ ★
JU   Justin   ⊙ US

I love their technical infrastructure and their excellent customer service. No other company comes close. As I continue to grow my company, I plan to increase my business with them.

★ ★ ★ ★ ★
EM   Elios Myftiu   ⊙ NL

I was amazed since my first contact with my account manager. I bombed them with questions and they always replied with detailed responses.

★ ★ ★ ★ ★
PT   Pro Traders   ⊙ AL

dont.farm is one of the best companies to generate unlimited facebook



dont.farm

dont.farm

About   Business   Education   Contacts   Log in   Sign up   RU

## Still have questions?

Email us and we'll get back to you!

Get in touch

**About**

Products & Services

Product tech specs

Black hat

White hat

Vacancies

Events

**Business**

FROM

Pulse

White label

For clients

For teams

Affiliate

**Education**

Blog

Glossary

FAQ

Manual Facebook

Manual Google

Manual Twitter

**Contacts**

Adresses and contacts

Accounts   For advertising  |  For targeted advertising  |  For Instagram advertising  |  With Business manager  |  With friends

Privacy policy  |   Terms of Use

Copyright © 2021 All rights reserved

https://dont.farm/ | 11/3/2021 1:39 PM (UTC)