# Exhibit 2

@Affbank　Search　Offers　Networks　Discounts　Spy service　Community　Blog　Support

# dont.farm - Accounts generator reviews

Main | Affiliate services | dont.farm



## dont.farm

Russia

Category:
Accounts generator

**Site**

## Popular services

### Thrivetracker

ThriveTracker is the ultimate mobile and web campaign management solut...

Tracker

### Octotracker

OctoTracker is Russian professional tracking system for media buyers a...

Tracker

### AffLift

Affiliate marketing is hard. So, we've created a community of affiliat...

Forum

We provide trusted Facebook accounts for successful advertising campaigns.

Account information:
- Accounts of real users only. Not a brute, not a farm. Real users only
- All of the accounts are at least 2 years old (most of them 5+ years)
- You connect to account via RDP. It takes less than a minute to launch your first campaign
- Accounts of any country of the world
- Only A++ class proxy which equals to the location of the user

Price includes the browser and the proxy. Everything is settled up an account is verified by phone

How it works:
- Your access to the account via RDP. Browser and proxy is build-in no additional expenses for it
- You can use only in this way, it is a guarantee that the account will live long.
- It takes less than a minute to start using the account

    

# Price

| | |
|---|---|
| **Egypt, Indonesia, India, Bangladesh, Brazil, Pakistan, Turkey, Philippines, Venezuela, Algeria** | **$75.00** |
| **Russia, Ukraine, Kazakhstan** | **$100.00** |
| **The rest of the world** | **$200.00** |

**Daniela Mindru**
★ ☆ ☆ ☆ ☆

Be very aware: the accounts they sell are phished. That is highly illegal activity considered in the US and EU as identity theft and can even bring you as the buyer in jail.

Answer: 1    1 year ago

**dont.farm**

Hello! Phishing is defined as an attempt to sell or obtain sensitive information such as passwords, usernames and other personal information. dont.farm does not sell or is trying to obtain any personal information. Identity theft is clearly defined in EU, US and other countries regulations. If we were engaged in such an activity as phishing or personal information sales we would not be able to operate as freely as we do.

1 year ago

**zee**
★ ★ ★ ★ ★

ok

Answer: 0    1 year ago

**Mr prince**
★ ★ ★ ★ ★

That's awesome

Answer: 0    2 years ago

*Your review*

**For registered users only**

