# Exhibit 3

# Instructions

1) you have google subscription (active period is month which means subscription is monthly purchased)
2) You can use all the slots in parallel and work with them at the same time
3) Each RDP lets only one person to be connected at the moment of time
4) how to open rdp files
A. download and open as usual file, enter the password http://joxi.ru/5mdb3LKi8oxlkA
B. also you can access the account via eye sign in the dashboard
http://joxi.ru/8237KBGu8dEyw2
If your OS is mac, please install Remote Desctop app https://apple.co/2YvjtuY

_____

5) Premium Proxy
For some countries, it is possible to connect a premium proxy. Their connection speed is higher and more stable.
Using a premium proxy costs $5/account per month. (Except for Premium subscription and Enterprise accounts, where a premium proxy can be installed for free).
If you change an account, premium proxy WON'T be transferred to a new account (to avoid an IP ban). You can order a new premium proxy for a new account.
How to set up a premium proxy:
  Click on the cloud icon near your account info. If it's there, it means that a premium proxy is available for installation for the chosen country.
  Wait for the icon to turn blue.
  Restart your RDP.

_____

When the account is ready and you successfully enter:
1. Chrome browser is loaded automatically. ⚠️Please, refresh the page! So to adwords start page to appear correctly.
2. We are waiting for the proxies to be loaded on the start page with numbers of IP address.
3. Please make sure the Location country matches county of account you requested, otherwise please do not enter your account and contact me

_____

As for starting up
Please note the Manual
https://docs.google.com/document/d/1juuUnYrgZyJyqpYMOi-TKYf_k5ljSC-077tXN7HWaWw/edit

all the questions welcome here

# Launch recommendations:

1.The first and the most important - never open letters, which are sent to user, use only google ads account, youtube (if necessary) and google analytics (if necessary). If you will follow this rule, you won't lose an account.
1.1. If you need to accept some invitation (for MCC, transfer audience or something else), then in search in email write: in:archive and find your letters.
2. Check the steps by file with notifications turning off and letters in email
https://docs.google.com/document/d/10YCV4KH-RLq187cnZ3Sf4uv0BLJ3OBWV0C2U6Hm_vpI/edit?usp=sharing
3. To register personal adwords account you can use this link
https://ads.google.com/um/Welcome/Home?sf=bb&escape=expert&authuser=0&pli=1#ac
4. When filling up billing info, take zip file from whoer.net, or if account's owner address information was filled in, then we skip this step.
5. When attaching payment method, choose Name and Surname of the account owner.
6. The first day launch the company only with white-hat offer, choosing a minimal daily limit on campaign and wait for the start of the campaign.
7. If after 2 days of campaign creation it is still not accepted - send the ticket about this problem to support via this link: https://support.google.com/google-ads/contact/approval_request
As usual, the next day the campaign is getting approved and starts working, but any letter from support won't be received.
8. Then you can launch your blackhat campaigns. You can do it via new group of ads in the same campaign, or you can create a new ad campaign and add new group of ads.

Recommendations which you can implement, but not necessarily:
-for cloaking only no redirection method.
-don't use wordpress templates and wordpress itself - google doesn't like it.
-to protect your domain - use cloudflare.
-we recommend to use aged domains (from 2 weeks minimum, and as older the better)
-don't increase your budget immediately, on more than 30%

# New GAds steps

Primary instructions for Google Accounts.

1. After the RDP connection, just go to the gmail https://mail.google.com/



2. Then we need to go into the settings



3. Choose "Filters and blocked addresses"



4. Create a new filter



5. Add next email address to the exception, make new filter for each of them:
-google.com



If you need to find some of your mail for invites or something else, just make the search in email:  in:archive

When your AdWords account was created. You should make the next steps:

1. Go to the Preferences:



2. Then notification settings:



3. Turn off all the notifications:



If you will drive traffic for youtube video, you should make the next steps in youtube settings.

1. Go to the settings.



2. Go to the notification section. And turn off all of them.

