# Exhibit 4

dont.farm 

# More,
## than just accounts

There is no more need to test all kinds of software to connect to accounts, accounts themselves, and configure all systems and proxies.

By creating dont.farm, we derived an innovative formula for the security and long-term use of accounts based on RDP connection and perfected it.

## All is setted up for you

In order to work consistently there are many factors to consider when running ads, affecting an account's ability not to get kicked out because of unproper proxies, browsers, cookies and other issues related to social media anti-fraud standards.

Underneath the seemingly simple connection to the account, a full-fledged system is already setted up, which the neural mechanisms of social media take as the user's source computer.

By using dont.farm, you agree to the cookie policy    Ok

dont.farm uses a chromium-based anti-detect browser, which has all the necessary add-ons ready and where the full data package is imported.

### Proxy

An uninterrupted proxy connection. There is no need to test proxies and connect them yourself. By default, we install only private residential proxies, which virtually eliminates the chance of a checkpoint.

Privacy - Terms

dont.farm 

meet the new requirements.

## Comfort in use

You simply need to run the RDP file that you received with the account on your computer and enter the password. The rest will be done automatically. *

You can also connect to accounts via the one-click preview option right inside the service, regardless of your operating system.

* As the development of remote connectivity is originally owned by Windows, no additional applications need to be installed for its OS. For Mac OS you need to download the Microsoft Remote Desktop application or other available equivalents.

## Stability proven over time and over 500,000 accounts

So far, our system shows the best results for effective advertising on accounts compared to other solutions.

By using dont.farm, you agree to the cookie policy    [ Ok ]

## The downside of the service

We've delegated most of the responsibility in the account setup and verification stages to technologies. This helps to eliminate any possibility of error due to human error from these processes.

Our involvement in understanding social media algorithms and the cohesive professionalism of our departments helps us to test and identify new approaches to account preparation on a rolling basis.

All reports on account and service usage problems are constantly updated. Every month we strive to cover more and more new mechanics — from interface usability to implementing new ways to improve product quality.

Privacy - Terms

