# Exhibit 5





**FEATURES REVIEWS**    HOW DOES IT WORK    🇷🇺 RU    LOG-IN    TRY NOW →

# Function as real plastic cards,
# but virtual.

Unlimited number of premium cards
to pay for advertising and online purchases!
Perfect for Facebook and Google Adwords.

**TRY NOW**    **MORE DETAILS**



# How does it work



PERSONAL ACCOUNT

# All your cards in one place

A completely new experience when paying for advertising and online purchases! Perfect solution for Facebook and Google Adwords.

**MORE DETAILS**

## Reviews



### Partnerkin

extracard.net is the perfect solution for those who run a significant amount of traffic on Facebook.
You don't need to order credit or debit cards from different banks — all operations can be



### Black Hat World

I just want to say thanks to extracard! They solved my payment solution problem and I can finally work on Facebook! Already bought 2 cards! When I got the cards, the first one I successfully



### Conversion.im

It's simple. Yes, the commission is significant, but if you need premium cards for Facebook in unlimited quantities without any documents, this can be a great solution. Especially for those

| done in one account. | connected to FB while the 2nd card was declined, but extracard were willing to help me out and replaced it with a new card! And without charge! Amazing! Thank you! | who are looking for an easy way to top-up cards with Bitcoin, Webmoney and other systems. |



# Try it out and see for yourself

A completely new experience when paying for advertising and online purchases!

**MORE DETAILS**

