# Exhibit 6





# Ads that converts

We offer high quality world-wide push notifications traffic. Fraud protection, in-house publishers, hustle free support.



CONTACT







### Online Gambling

Online casino company had spare budget to test new traffic sources. Started test campaign on Push.Farm to get first deposit conversions under $20



### Presale ICO

ICO Company is a hot topic recently. We subscribe users for ICO-news directly on the site of ICO/Bitcoint subjects. And send related news/ads to them.



### Online Gaming

Push notifications is a new way to promote your online games. Just use game icon as a creative for notification and target click link to game landing page.



### Dating & Chats

With push notifications we can reach only users who interested in special dating offer. It format can be look like a chat message with user profile photo.

## Advantages

For our partners we provide follow main advantages:



### Support 24/7

We pay attention to our client's support side. High quality support 24/7 is one of our main goals. Personal manager service also available.



### Easy integration

We support OpenRTB S2S integration. Custom XML and JSON feeds are supported as well. 30 minutes: we get your endpoint - you get the first request from us.



### Automatic optimization

We provide automatic performance optimizations based on past user activity data and smart targetings. You only run campaigns, we do the rest.



### Accurate payments

Our Net30 has never been more than 30. We always pay on time in any way convenient for you. It's very important for us to be honest with our partners.



☰

We are serving over 150 million impressions daily by 30+ countries

| Top Countries | Million Impressions Daily | Avg eCPM$ |
|---|---|---|
| Brazil | 37 | 0.35 |
| India | 22 | 0.27 |
| Indonesia | 19 | 0.31 |
| USA | 15.3 | 7.2 |
| Genmany | 2.4 | 4.3 |
| France | 2.2 | 4.7 |
| Espania | 2.2 | 3.5 |

## Want To Get In Touch?

Leave your email we will connect with you shortly.

[ Add Your Email Here ]  **SEND**

Push.Farm is push-centric ad network skillful as RTB DSP and SSP platform. Our main inventory is native push notifications in mobile and desktop browsers. Feel free

### Cyprus Office

Agias Zonis Pentadromos, Limassol 3025, Cyprus

lms.office@push.farm

+35725281700

### Israel Office

Kaufmann St 4, Tel Aviv-Yafo, Israel

tlv.office@push.farm

+97235169690



All © Copyright by Push.Farm 2016-2019. All Rights Reserved.