# Exhibit 7




# TrafSpin

# Impressions that convert

We offer high quality inventory WW. Fraud protection, in-house publishers, hustle free support.

**LEARN MORE**



Case 1:21-cv-10260-DLC   Document 21-7   Filed 12/17/21   Page 3 of 6



## Our Values



### Huge inventory available

More than 50 million impressions daily. We don't resell traffic. Only our own high quality publishers.



### 180+ countries covered

We cover almost all countries. Tier-1, tier-2, tier-3 traffic available!



### Bot detection

Our bot prevention algorythms reveal bad quality traffic in 98%.

 

We support OpenRTB S2S integration. XML feeds are supported as well. 30 minutes: we get your endpoint - you get the first request from us.



## Support 24/7

We pay attention to our client's support side. High quality support 24/7 is one of our main goals.



## Accurate payments

Our net30 has never been net90 :) We pay always on time. It's very important for us to be honest with our partners.

# We Are Serving Over 1000 Happy Users.

Trafspin works with affiliate networks all over the world. Here are some of our happy advertisers:



## Want To Get In Touch?

Leave your email we will get in touch with you shortly.

 

PING ME!

## About Us

RTB advertising network. Main inventory is Android in-app and web traffic. s2s/xml compatible.

## Get in touch

Prestige-Media LLC

8 The Green STE A

Dover, DE 19901, US

E-Mail: support@trafspin.com

Phone: +35725281700

All © Copyright by TrafSpin 2016-2019. All Rights Reserved.

Privacy policy | Terms & Conditions