# Exhibit 8

AWMPROXY
THE FASTEST ANONYMOUS PROXIES

SOFT | FAQ | PRICE | ARTICLES | FREE PROXIES | CONTACTS | Language:

# Elite private proxy
for professional work

From 95 USD per month. **The lowest prices**

Register | Tariff plans

75319 Online now | 175602 For today | 350433 Total in database | Europe - 8710 | Russia - 2665 | Detailed statistics by country

## Private HTTP/SOCKS proxies

The largest database of proxy at the lowest prices

All proxies are elite, i.e., they are not identified as proxies, are updated every 15 minutes by 3%, therefore they are abandoned virtually nowhere

Our proxy are ideal for google, yandex, facebook, VKontakte, twitter, sending emails, instagram, AMS, zenno poster, viking, and basically for any purposes that require a large number of different proxies

## Popular tariffs

| ONE DAY | BASIC | STANDARD | VIP |
|---|---|---|---|
| $50 | $190 | $390 | 690 |
| (up to 200 000 | 12 000 proxies | 20 000 proxy | to 200 000 |
| proxy) 4000 threads | 350 threads | 2000 streams | proxy 4000 streams |
| Buy | Buy | Buy | Buy |

Show all tariffs for proxies

## Reviews of our service at third-party forums

blackhatworld.com | rubot.ovh | anticha

Log in

Login

Password

Forgot password?
Register
Login

**News** All News

29.07.2021 Our service has become more efficient

We have significantly increased the number of proxies, expanded the pool of servers and locations, and also improved the speed of work!

21.06.2021 Increase in proxy prices

We are forced to increase the prices for our services! Hurry up and buy the non-refundable rate for the old price!

27.01.2021 Promo offer for trustpilot.com and blackhatworld.com

We launch a promo offer for participants of blackhatworld.com and trustpilot.com forums - a tariff for one day free of charge!

**Free proxies** All proxy

| | |
|---|---|
| 109.238.222.5:40387 | Czechia |
| 116.202.107.151:9988 | Germany |
| 109.73.189.220:8080 | Italy |
| 101.132.66.240:7891 | Japan |
| 185.48.149.60:8080 | Kazakhstan |
| 194.19.244.94:3128 | Latvia |
| 158.69.27.94:6666 | Luxembourg |
| 104.19.143.108:8080 | Netherlands |
| 109.194.17.191:8282 | Russia |
| 149.34.5.178:8080 | Spain |
| 152.67.94.191:8118 | Switzerland |



