# Exhibit 9



