# Exhibit 10

The Wayback Machine - https://web.archive.org/web/20210211062154/https://abm.n...

⬦ abm.net      Proxy    Locations    Pricing    Support      Log in    **Sign Up**

# Premium Proxy

## Access data from any site around the world

**Start Using**    **Support**

### Availability
Time rate of our proxy network is over 99.9%

### Speed
High speed proxies with a fast response

### Traffic
You pay for resources you use monthly or yearly

### Support
We can solve any problem in 24 hours

## Our clients

## Companies & professionals



We are proud to work with clients from the USA, UK, EU and all around the world. We work with top level professionals but also gladly help clients that don't have much experience. Our clientele pats first and foremost for good services that include proxies with a high availability rate and quick replacement that comes along with good tech support.



**abm.net**    Proxy    Locations    Pricing    Support    Log in    Sign Up

There's a variety of use cases for our proxies - data collection, parsing, brand protection, SEO, e-commerce, price monitoring, market research, advertisement verification and many many more. There's only one strict limitation to using our services - whatever you do, it has to be legal and legal only.

# We offer best proxy types



### Static Residential IP*
## 72 000+
We offer real static IP's in 36+ countries from providers for your personal use

**Get Price**



### Residential IP*
## 6 300 000+
A pool of residential IP's all around a world is quite enough for any task

**Coming soon...**

# Proxy locations

Case 1:21-cv-10260-DLC    Document 21-10    Filed 12/17/21    Page 4 of 6

abm.net          Proxy      Locations      Pricing      Support          Log in      **Sign Up**

This page didn't load Google Maps correctly. See the JavaScript console for technical details.

⬡ abm.net          Proxy     Locations     Pricing     Support          Log in     **Sign Up**

## Monthly commitment



### Startup

We offer real static IP's in 36+ countries from providers for your personal use

Static                **$5**/GB
Residential      **$0.50**/IP

Residential      Coming soon...

**$ 99** /month

To order  ›



### Practical

We offer real static IP's in 36+ countries from providers for your personal use

Static                **$4**/GB
Residential      **$0.50**/IP

Residential      Coming soon...

**$ 199** /month

To order  ›



### Some more

We offer real static IP's in 36+ countries from providers for your personal use

Static                **$3**/GB
Residential      **$0.50**/IP

Residential      Coming soon...

**$ 699** /month

To order  ›



### Free drive

We offer real static IP's in 36+ countries from providers for your personal use

Static                **$2**/GB
Residential      **$0.50**/IP

Residential      Coming soon...

**$ 5,999** /month

To order  ›



⬡ abm.net

Residental proxy subscriptions service.
Access and get data from any site all around the world.

## Contact us

8 The Grn Ste A, Dover, 19901, US

support@abm.net

Proxy

Locations

Pricing

Support

Terms of use

abm.net © Copyright 2020 - 2021 abm.net | All rights reserved

Credit/Debit Cards          PayPal          WebMoney          bitcoin

abm.net

Proxy     Locations     Pricing     Support          Log in     **Sign Up**