# Exhibit 11




# Worldwide

# Russia



### Prestige-Media LLC

8 The Green STE A

Dover, DE 19901, US

E-Mail: support@trafspin.com

Phone: +35725281700



### Investavto (LLC)

Tax ID: 7703410998

Account: №40701978001500000043

Bank name: BANK OTKRITIE FINANCIAL CORPORATION (PUBLIC JOINT-STOCK COMPANY)

Bank BIC: 044525999

City: Moscow



RTB advertising network. Main inventory is Android in-app and web traffic. s2s/xml compatible.

## Get in touch

Prestige-Media LLC
8 The Green STE A
Dover, DE 19901, US
E-Mail: support@trafspin.com
Phone: +35725281700

All © Copyright by TrafSpin 2016-2019. All Rights Reserved.
Privacy policy | Terms & Conditions