# Exhibit 12

# Delaware



The First State

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "PRESTIGE-MEDIA LLC" AS RECEIVED AND FILED IN THIS OFFICE.*

*THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:*

*CERTIFICATE OF FORMATION, FILED THE SEVENTEENTH DAY OF DECEMBER, A.D. 2018, AT 11 O`CLOCK A.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "PRESTIGE-MEDIA LLC".*



Jeffrey W. Bullock, Secretary of State

7197251  8100H
SR# 20213235656

Authentication: 204149491
Date: 09-14-21

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:00 AM 12/17/2018
FILED 11:00 AM 12/17/2018
SR 20188180631 - File Number 7197251

# STATE *of* DELAWARE
# LIMITED LIABILITY COMPANY
# CERTIFICATE *of* FORMATION

## FIRST
## Name

The name of the limited liability company is:
<u>Prestige-media LLC</u>

## SECOND
## Registered Agent

The address of its registered office in the State of Delaware is <u>8 The Green, Suite A</u> in the City of <u>Dover</u>. Zip code <u>19901</u>.

The name of its registered agent at such address is
<u>A Registered Agent Inc.</u>

## THIRD
## Duration

The duration of the limited liability company shall be <u>perpetual</u>.

## FOURTH
## Purpose

The purpose for which the company is organized is to conduct any and all lawful business for which Limited Liability Companies can be organized pursuant to Delaware statute.

**In Witness Whereof,** the undersigned have executed this Certificate of Formation this <u>17</u>th day of <u>December</u>, <u>2018.</u>

By: _____
Authorized Person
Name: <u>Patrick Brickhouse</u>