# Exhibit 13



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

On the day of November 29, 2021

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, Massachusetts 02110, completed the attached translation from Russian into English.

I, Xiaohua Fu, certify that the attached translated document has been translated by a qualified and vetted linguist fluent in both Russian and English, and is a true, correct and accurate English version of the original Russian, to the best of the linguist's knowledge and belief.

File name: RUSSIAN - QIP.RU Habr Page (accessed 11-14-2021)

*Fu Xiaohua*

Xiaohua Fu
Translation Project Manager

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston, MA 02110 | Phone: 617-528-7400 | Fax: 617-528-7490 | www.linguist.com
Certifications: ISO 9001 | ISO 17100 | ISO 27001

11/14/21, 6:49 PM					Company "QIP.ru" – About the company, office photos, contacts – Habr Career

All Habr services
**Habr**

IT specialist community

**Q&A**
Answers to any questions about IT

**Career**
Professional development in IT

**Freelance**
Remote work for IT specialists

Generation 6: How 802.11 is transforming target cities
Log in
Log in Registration
Vacancies Specialists Company Ratings Salaries Training Magazine

[Logo]
QIP.ru
Stable IT company
Work.qip.ru
Vacancies
0 / 2
Employees
0 / 3
Followers
3 / 1
Location
Russian, Moscow, Metro station Vystavochnaya
Company size
From 10 to 100 people
Contact details
[Logo]
Anastasia Kokareva

You can send us a message!

11/14/21, 6:49 PM             Company "QIP.ru" – About the company, office photos, contacts – Habr Career

**About the company "QIP.ru"**

Hello! We are a large IT team of the service QIP.ru. Despite being long known in the ICQ client, browser and portal project market, we are actively designing and developing new projects in the areas of internet marketing, traffic arbitrage and mobile technologies.

One of the latest projects is **extracard.net**. That is a banking service that issues premium class virtual credit cards. The project was carried out jointly with one of Russia's largest banks.

Our company is not soliciting investments. Even during the period of the economic crisis and the coronavirus, we continue to actively expand and grow while paying salaries and bonuses as well as increasing the size of our development staff.

**Skills required at the company**

PHP     JavaScript     Yii framework

**Vacancies at the company "QIP.ru"**

[Logo]
No vacancies
There are no open positions at this company
Rate
Ratings and comments from employees at the company "QIP.ru"
2018201920202021
In 2018, nobody posted a rating for the company.
In 2019, nobody posted a rating for the company.
In 2020, nobody posted a rating for the company.
So far, only 2 employees posted a rating for the company in 2021 and 1 of them left a comment.
There needs to be a minimum of 10 ratings in order to display the average rating received.
Company rewards
There are no rewards yet at this company.
Company employees
There are no users on Habr Career who indicated that they work here.
Everyone who works here (3)
From what company do people come who go to the company
Creagames
1 employee
Action MTSFER
1 employee
To what company do people go who leave the company
There is no information
Office photographs for the company "QIP.ru"
                                                You can send us a message!

11/14/21, 6:49 PM	Company "QIP.ru" – About the company, office photos, contacts – Habr Career



You can send us a message!

11/14/21, 6:49 PM	Company "QIP.ru" – About the company, office photos, contacts – Habr Career



You can send us a message!

11/14/21, 6:49 PM      Company "QIP.ru" – About the company, office photos, contacts – Habr Career





**Habr Career**

- About the service
- Services and prices
- Magazine
- List of professions
- Contact information

**Help**

- For job seekers
- For employers
- API service
- Support service

**Documents**

- Terms of use
- Regulations regarding provision of the service
- Price list

You can send us a message!

11/14/21, 6:49 PM        Company "QIP.ru" – About the company, office photos, contacts – Habr Career

- Our partners

**Follow us in the following social medial sites**

 

 



At this moment, there are 3958 vacancies and 256272 on the site with an average of 12 responses to each vacancy
© Habr, +7-499-653-59-61, hr@habr.team
About the service and prices
Help
For job seekers For employers API service Support service
Other Habr projects
Habr Q&A Freelance

You can send us a message!

Все сервисы Хабра

# Хабр

Сообщество IT-специалистов

## Q&A

Ответы на любые вопросы об IT

## Карьера

Профессиональное развитие в IT

## Фриланс

Удаленная работа для IT-специалистов

Generation 6: как 802.11ax преображает целые города
Вход
ВходРегистрация
ВакансииСпециалистыКомпанииРейтингЗарплатыОбразованиеЖурнал



QIP.ru
Стабильная IT компания
work.qip.ru
Вакансии
0 / 2
Сотрудники
0 / 3
Подписчики
3 / 1
Местоположение
Россия, Москва, ст. м. Выставочная
Размер компании
От 10 до 100 человек
Контактные лица



Анастасия Кокарева

Вы можете отправить нам сообщение! 

# О компании «QIP.ru»

Привет! Мы — большая IT-команда сервиса **QIP.ru**. Помимо давно известных на рынке проектов ICQ-клиент, браузер, портал, мы активно разрабатываем и развиваем новые проекты в сфере интернет-маркетинга, арбитража трафика и мобильной разработки.

Один из последних проектов **extracard.net**, это банковский сервис выпускающий виртуальные кредитные карты премиум-класса. Проект был реализован совместно с одним из крупнейших банков России.

Наша компания не привлекает инвестиции. Даже в период экономического кризиса и коронавируса продолжаем активно развиваться и расти, стабильно выплачивая зарплаты и премии, плюс увеличивая штат разработчиков.

## Востребованные в компании навыки

PHP • JavaScript • Yii framework

## Вакансии компании «QIP.ru»



Нет вакансий
У компании нет открытых вакансий
Оценить
Оценки и отзывы сотрудников о компании «QIP.ru»
2018201920202021
В 2018 году никто не оценивал компанию.
В 2019 году никто не оценивал компанию.
В 2020 году никто не оценивал компанию.
Пока только 2 сотрудника дали оценку компании в 2021 году и 1 из них оставил комментарии. Для демонстрации полученной суммарной оценки нужно собрать минимум 10 оценок.
Награды компании
У этой компании пока нет наград
Сотрудники компании
На Хабр Карьере сейчас нет пользователей, которые указали, что работают здесь.
Все, кто здесь работал (3)
Откуда приходят в компанию
Creagames
1 сотрудник
Фриланс
1 сотрудник
Актион-МЦФЭР
1 сотрудник
В какие компании уходят
Информация отсутствует
Фотографии офиса компании «QIP.ru»


Вы можете отправить нам сообщение!









Вы можете отправить нам сообщение!










**Хабр Карьера**

- О сервисе
- Услуги и цены
- Журнал
- Каталог профессий
- Контакты

**Помощь**

- Для соискателя
- Для работодателя
- API сервиса
- Служба поддержки

**Документы**

- Соглашение с пользователем
- Правила оказания услуг
- Прайс-лист

 Вы можете отправить нам сообщение!

- Наши партнеры

Следите за нами в соцсетях







Сейчас на сайте 3958 вакансий и 256272 резюме, в среднем 12 откликов на вакансию
© Habr, +7-499-653-59-61, hr@habr.team
О сервисеУслуги и цены
Помощь
Для соискателяДля работодателяAPI сервисаСлужба поддержки
Другие проекты Хабра
ХабрQ&AФриланс

Вы можете отправить нам сообщение!