# Exhibit 14



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

On the day of November 29, 2021

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, Massachusetts 02110, completed the attached translation from Russian into English.

I, Xiaohua Fu, certify that the attached translated document has been translated by a qualified and vetted linguist fluent in both Russian and English, and is a true, correct and accurate English version of the original Russian, to the best of the linguist's knowledge and belief.

File name: RUSSIAN - Investavto LLC Registration Extract

*Fu Xiaohua*

Xiaohua Fu
Translation Project Manager

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston, MA 02110 | Phone: 617-528-7400 | Fax: 617-528-7490 | www.linguist.com
Certifications: ISO 9001 | ISO 17100 | ISO 27001

# EXTRACT
## From the Unified Government Register of Legal Entities

11/03/2021                                                                                              No. YUE9965-21-302250911
Date of extract

This extract contains information about the following legal entity:

**"INVESTAVTO" LIMITED LIABILITY COMPANY**
Full name of the legal entity

**Principal Government Registration Number** 1 1 6 7 7 4 6 5 0 1 2 4 0

which was included in the Unified Register of Legal Entities as of

| November | 03  | 2021 |
|----------|-----|------|
| Month written out | Day | Year |

| No. | Parameter description | Parameter text |
|-----|----------------------|----------------|
| 1 | 2 | 3 |
| | **Name** | |
| 1 | Full name in Russian | "INVESTAVTO" LIMITED LIABILITY COMPANY |
| 2 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1167746501240 05/26/2016 |
| 3 | Abbreviated name in Russian | "INVESTAVTO" LLC |
| 4 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1167746501240 05/26/2016 |
| | **Location and address of the legal entity** | |
| 5 | Location of the legal entity | CITY OF MOSCOW |
| 6 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1167746501240 05/26/2016 |
| 7 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities regarding changing the name / reporting authority of the company | 2207713850420 12/24/2020 |
| 8 | Address of the legal entity | 123112, CITY OF MOSCOW, NAB. PRESNENSKAYA, D. 12, OFFICE 5 |
| 9 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1167746501240 05/26/2016 |
| 10 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities regarding changing the name / reporting authority of the company | 2207713850420 12/24/2020 |

| | | |
|---|---|---|
| 11 | Additional information | Inaccurate information (results of an accuracy check of the information contained in the Unified Government Register of Legal Entities about the legal entity |
| 10 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2207713850420<br>11/26/2020 |
| | | |
| | **Information about the registration** | |
| 13 | Method of formation | Creation of a legal entity |
| 14 | PRINCIPAL GOVERNMENT REGISTRATION NUMBER | 1167746501240 |
| 15 | Date of registration | 05/26/2016 |
| 16 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1167746501240<br>05/26/2016 |
| | | |
| | **Information about the agency performing the registration at the registered domicile of the legal entity** | |
| 17 | Name of the agency performing the registration | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
| 18 | Address of the agency performing the registration | 125373, City of Moscow, Pohodniy Proyezd 3, Building 2 |
| 19 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1167746501240<br>05/26/2016 |
| | | |
| | **Information about termination of the legal entity** | |
| 20 | Method of termination | Delisting from the Unified Government Registry of Legal Entities due to the presence of information in the Unified Government Registry of Legal Entities regarding an inaccurate entry about such legal entity |
| 21 | Date of termination | 09/23/2021 |
| 22 | Name of the agency making the entry regarding termination of the legal entity | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
| 23 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2217708749938<br>09/23/2021 |
| | | |
| | **Information about individuals with the right to act on behalf of the legal entity without a power of attorney** | |
| 24 | GOVERNMENT REGISTRATION NUMBER and date the information was entered into the Unified Government Register of Legal Entities regarding such individual | 1167746501240<br>05/26/2016 |
| | | |
| 25 | Last name<br>First name<br>Patronymic name | STAROVIKOVA<br>TAMARA<br>DMITRIEVNA |
| 26 | Tax identification number | 081404207081 |
| 27 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1167746501240<br>05/26/2016 |
| | | |
| 28 | Function | GENERAL DIRECTOR |
| 29 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1167746501240<br>05/26/2016 |

|    | Information about the registered capital / share capital / registered funds / mutual funds |    |
|----|------|------|
| 30 | Type | REGISTERED CAPITAL |
| 31 | Amount (in rubles) | 10000 |
| 32 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1167746501240 05/26/2016 |
|    |      |      |
|    | Information about partners / founders of the legal entity |    |
| 33 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1167746501240 05/26/2016 |
| 34 | Last name<br>First name<br>Patronymic name | STAROVIKOVA<br>TAMARA<br>DMITRIEVNA |
| 35 | Tax identification number | 081404207081 |
| 36 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1167746501240 05/26/2016 |
|    |      |      |
| 37 | Nominal value of shares (in rubles) | 10000 |
| 38 | Amount of shares (in percent) | 100 |
| 39 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 8177746154787 03/28/2017 |
|    |      |      |
|    | Information about the registration with the tax authority |    |
| 40 | Tax identification number of the legal entity | 7703410998 |
| 41 | KPP of the legal entity | 770301001 |
| 42 | Date of registration with the tax authority | 05/26/2016 |
| 43 | Information about the tax office, with which the legal entity is registered (was registered for legal entities that have ceased operations) | Federal Tax Service Office No. 3 in the City of Moscow |
| 44 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2217708757737 09/23/2021 |
|    |      |      |
|    | Information about registration as an insured party in a regional agency of the Pension Fund of the Russian Federation |    |
| 45 | Registration number | 087103138179 |
| 46 | Date of registration as an insured party | 05/27/2016 |
| 47 | Name of the regional agency of the Pension Fund of the Russian Federation | Government Agency – General Office of Russian Federation Pension Fund no. 10, Office no. 3 for the City of Moscow and the Moscow Region, Presnenskoye Municipal District, Arbat Moscow City |
| 48 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 716774277603 05/30/2016 |
|    |      |      |
|    | Information about registration as an insured party in an executive agency of the Social Insurance Fund of the Russian Federation |    |
| 49 | Registration number | 773606037577181 |

| 50 | Date of registration as an insured party | 12/05/2017 |
|---|---|---|
| 51 | Name of the executive agency of the Social Insurance Fund of the Russian Federation | Branch no. 18 of the Government Agency – Moscow Regional Division of the Russian Federation Social Insurance Fund |
| 48 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 7187746633034 01/30/2018 |
| | | |
| | **Information about types of economic activities according to the All Russian Classification System for Types of Economic Activities** | |
| | *Information about the main type of activity* | |
| | (OKBED OK 029-2014 (KDES Red. 2)) | |
| 53 | Code and name of the type of activity | 73.11 Advertising agency activity |
| 54 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2207703862496 04/15/2020 |
| | | |
| | *Information about additional types of activities* | |
| | (OKBED OK 029-2014 (KDES Red. 2)) | |
| | 1 | |
| 55 | Code and name of the type of activity | 62.01 Development of computer software programs |
| 56 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2207705510021 06/26/2020 |
| | 2 | |
| 57 | Code and name of the type of activity | 64.91 Financial leasing activity (leasing / subleasing) |
| 58 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2207703862045 04/15/2020 |
| | 3 | |
| 59 | Code and name of the type of activity | 68.20.2 Leasing and management of one's own or leased non-residential real estate |
| 60 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2207705510021 06/26/2020 |
| | 4 | |
| 61 | Code and name of the type of activity | 68.31 Real estate agency activity for a fee or on a contractual basis |
| 62 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2207705510021 06/26/2020 |
| | 5 | |
| 63 | Code and name of the type of activity | 70.22 Consulting on commercial operations and management issues |
| 64 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2207705510021 06/26/2020 |

|    |    6                                                                                                                                                      |                                                                                               |
|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------------------------------------------------------------------------------|
| 65 | Code and name of the type of activity                                                                                                                     | 73.12 Presentations in mass media                                                             |
| 66 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2207703862496 04/15/2020                                                                      |
|    |    7                                                                                                                                                      |                                                                                               |
| 67 | Code and name of the type of activity                                                                                                                     | 73.20 Market research and public opinion studies                                              |
| 68 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2207703862496 04/15/2020                                                                      |
|    |    8                                                                                                                                                      |                                                                                               |
| 69 | Code and name of the type of activity                                                                                                                     | 74.10 Specialized design activities                                                           |
| 70 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2207703862496 04/15/2020                                                                      |
|    |    9                                                                                                                                                      |                                                                                               |
| 71 | Code and name of the type of activity                                                                                                                     | 77.33 Rental and leasing of office equipment and supplies including computer technology       |
| 72 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2207705510021 06/26/2020                                                                      |
|    | **Information about entries made in the Unified Government Registry of Legal Entities**                                                                   |                                                                                               |
| 73 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities                                                     | 1167746501240 05/26/2016                                                                      |
| 74 | Reason for making the entry in the Unified Government Registry of Legal Entities                                                                          | Creation of the legal entity                                                                  |
| 75 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities                                                             | Interregional Federal Tax Service Office No. 46 in the City of Moscow                         |
|    | Information about documents that were presented at the time of making the entry into the Unified Government Registry of Legal Entities                    |                                                                                               |
| 76 | Name of the document                                                                                                                                      | R11001 Declaration of establishing the legal entity                                           |
| 77 | Name of the document                                                                                                                                      | Document showing payment of the government fee                                                |
| 78 | Document number                                                                                                                                           | 34                                                                                            |
| 79 | Document date                                                                                                                                             | 05/23/2016                                                                                    |
| 80 | Name of the document                                                                                                                                      | Memorandum of Association of the legal entity                                                 |
| 81 | Name of the document                                                                                                                                      | Resolution regarding formation of the legal entity (minutes)                                  |
| 82 | Name of the document                                                                                                                                      | Letter of guarantee 1 Copy of certificate 1 Copy of power of attorney 1 Memorandum of Association 3 |

| 83 | Name of the document | Declaration of transitioning to the new simplified taxation system |
|---|---|---|
|  | Information about the certificate confirming the entry into the Unified Government Registry of Legal Entities |  |
| 84 | Series, number and issuance date of the certificate | 77 017818679 05/26/2016 |
|  | 2 |  |
| 85 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 6167747907596 05/26/2016 |
| 86 | Reason for making the entry in the Unified Government Registry of Legal Entities | Presentation of information about registration of the legal entity with the tax authority |
| 87 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
|  | 3 |  |
| 88 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 7167747104870 05/27/2016 |
| 89 | Reason for making the entry in the Unified Government Registry of Legal Entities | Presentation of information about registration of the legal entity as an insured party of the executive agency of the Social Insurance Fund of the Russian Federation |
| 90 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
|  | 4 |  |
| 91 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 7167747277603 05/30/2016 |
| 92 | Reason for making the entry in the Unified Government Registry of Legal Entities | Presentation of information about registration of the legal entity as an insured party of the regional agency of the Pension Fund of the Russian Federation |
| 93 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
|  | 5 |  |
| 94 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 8177746154787 03/28/2017 |
| 95 | Reason for making the entry in the Unified Government Registry of Legal Entities | A change in information about the legal entity contained in the Unified Government Registry of Legal Entities |
| 96 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
|  | Information about documents that were presented at the time of making the entry into the Unified Government Registry of Legal Entities |  |
| 97 | Name of the document | R14001 Declaration about a change in the information, not related to a change in the founding documents (P.2.1) |
|  |  |  |
| 98 | Name of the document | Resolution, declaration copy n3 |
|  |  |  |
| 99 | Name of the document | Power of attorney for Martsev R V |

| | 6 | |
|---|---|---|
| 100 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 7187746633034 01/30/2018 |
| 101 | Reason for making the entry in the Unified Government Registry of Legal Entities | Presentation of information about registration of the legal entity as an insured party of the executive agency of the Social Insurance Fund of the Russian Federation |
| 102 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
| | 7 | |
| 103 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 2207703862045 04/15/2020 |
| 104 | Reason for making the entry in the Unified Government Registry of Legal Entities | Government registration of changes made to a founding document of a legal entity and entry of changes to the information about a legal entity that is contained in the Unified Government Registry of Legal Entities |
| 105 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
| | Information about documents that were presented at the time of making the entry into the Unified Government Registry of Legal Entities | |
| 106 | Name of the document | R13001 Declaration of changes made to founding documents |
| 107 | Name of the document | Memorandum of Association of the legal entity |
| 108 | Name of the document | Resolution regarding making changes to the founding documents |
| | 8 | |
| 109 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 2207703862496 04/15/2020 |
| 110 | Reason for making the entry in the Unified Government Registry of Legal Entities | Government registration of changes made to a founding document of a legal entity and entry of changes to the information about a legal entity that is contained in the Unified Government Registry of Legal Entities |
| 111 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
| | Information about documents that were presented at the time of making the entry into the Unified Government Registry of Legal Entities | |
| 112 | Name of the document | R13001 Declaration of changes made to founding documents |
| 113 | Name of the document | Memorandum of Association of the legal entity |
| 114 | Name of the document | Resolution regarding making changes to the founding documents |
| | 9 | |
| 115 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 2207705510021 06/26/2020 |

| 116 | Reason for making the entry in the Unified Government Registry of Legal Entities | A change in the information about a legal entity that is contained in the Unified Government Registry of Legal Entities |
|---|---|---|
| 117 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
| | Information about documents that were presented at the time of making the entry into the Unified Government Registry of Legal Entities | |
| 118 | Name of the document | Declaration on form R14001 |
| | **10** | |
| 119 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 2207712629860<br>11/26/2020 |
| 120 | Reason for making the entry in the Unified Government Registry of Legal Entities | Entry into the Unified Government Registry of Legal Entities of information about the inaccuracy of information about a legal entity (results of an accuracy check of information about the legal entity that is contained in the Unified Government Registry of Legal Entities) |
| 121 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
| | **11** | |
| 122 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 2207713850420<br>12/24/2020 |
| 123 | Reason for making the entry in the Unified Government Registry of Legal Entities | Entry of changes to information contained in the Unified Government Registry of Legal Entities due to a change in the name (change in the reporting authority) of the companies concerned |
| 124 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
| | **12** | |
| 125 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 2217704802236<br>06/09/2021 |
| 126 | Reason for making the entry in the Unified Government Registry of Legal Entities | Approval by a registering agency of a decision for an upcoming delisting of a legal entity from the Unified Government Registry of Legal Entities (presence of information in the Unified Government Registry of Legal Entities about a legal entity regarding inaccurate information in the entries) |
| 127 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
| | Information about documents that were presented at the time of making the entry into the Unified Government Registry of Legal Entities | |
| 128 | Name of the document | Decision about the upcoming delisting of an inactive legal entity from the Unified Government Registry of Legal Entities |
| 129 | Document number | 63672 |
| 130 | Document date | 06/07/2021 |
| | **13** | |
| 131 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 2217708749938<br>09/23/2021 |

| 132 | Reason for making the entry in the Unified Government Registry of Legal Entities | Termination of a legal entity (delisting of a legal entity from the Unified Government Registry of Legal Entities due to the presence of information in the Unified Government Registry of Legal Entities regarding inaccurate information in the entries) |
|---|---|---|
| 133 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
| | Information about documents that were presented at the time of making the entry into the Unified Government Registry of Legal Entities | |
| 134 | Name of the document | Decision about the upcoming delisting of an inactive legal entity from the Unified Government Registry of Legal Entities |
| 135 | Document number | 63672 |
| 136 | Document date | 06/07/2021 |
| | **14** | |
| 137 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 2217708757737 09/23/2021 |
| 138 | Reason for making the entry in the Unified Government Registry of Legal Entities | Presentation of information about the registration of a legal entity with the tax authority |
| 139 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |

Extract issued with the use of the service "Presentation of information from the Unified Government Registry of Legal Entities / Unified Government Registry of Individuals acting as Entrepreneurs" available on the official website of the Russian Tax Authority at the following internet address: https://egrul.nalog.ru

[Seal]    **DOCUMENT SIGNED WITH AN ELECTRONIC SIGNATURE**

**Certificate: 64148231595612336249930080530882194349**

**Owner: Data Center of the Russian Federal Tax Service**

**Valid: From 01/21/2021 to 01/21/2022**

# ВЫПИСКА
## из Единого государственного реестра юридических лиц

03.11.2021                                                                                      № ЮЭ9965-21-302250911

дата формирования выписки

Настоящая выписка содержит сведения о юридическом лице

**ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ИНВЕСТАВТО"**

полное наименование юридического лица

**ОГРН** | 1 | 1 | 6 | 7 | 7 | 4 | 6 | 5 | 0 | 1 | 2 | 4 | 0 |

включенные в Единый государственный реестр юридических лиц по состоянию на

« 03 »   ноября   20 21 г.

число   месяц прописью   год

| № п/п | Наименование показателя | Значение показателя |
|---|---|---|
| 1 | 2 | 3 |
| **Наименование** | | |
| 1 | Полное наименование на русском языке | ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ИНВЕСТАВТО" |
| 2 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1167746501240 26.05.2016 |
| 3 | Сокращенное наименование на русском языке | ООО "ИНВЕСТАВТО" |
| 4 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1167746501240 26.05.2016 |
| **Место нахождения и адрес юридического лица** | | |
| 5 | Место нахождения юридического лица | ГОРОД МОСКВА |
| 6 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1167746501240 26.05.2016 |
| 7 | ГРН и дата внесения в ЕГРЮЛ записи о переименовании / переподчинении адресного объекта | 2207713850420 24.12.2020 |
| 8 | Адрес юридического лица | 123112, ГОРОД МОСКВА, НАБ. ПРЕСНЕНСКАЯ, Д. 12, ОФИС 5 |
| 9 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1167746501240 26.05.2016 |
| 10 | ГРН и дата внесения в ЕГРЮЛ записи о переименовании / переподчинении адресного объекта | 2207713850420 24.12.2020 |

| | | |
|---|---|---|
| 11 | Дополнительные сведения | сведения недостоверны (результаты проверки достоверности содержащихся в ЕГРЮЛ сведений о юридическом лице) |
| 12 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2207712629860 26.11.2020 |

| | Сведения о регистрации | |
|---|---|---|
| 13 | Способ образования | Создание юридического лица |
| 14 | ОГРН | 1167746501240 |
| 15 | Дата регистрации | 26.05.2016 |
| 16 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1167746501240 26.05.2016 |

| | Сведения о регистрирующем органе по месту нахождения юридического лица | |
|---|---|---|
| 17 | Наименование регистрирующего органа | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| 18 | Адрес регистрирующего органа | 125373, г.Москва, Походный проезд, домовладение 3, стр.2 |
| 19 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1167746501240 26.05.2016 |

| | Сведения о прекращении юридического лица | |
|---|---|---|
| 20 | Способ прекращения | Исключение из ЕГРЮЛ юридического лица в связи наличием в ЕГРЮЛ сведений о нем, в отношении которых внесена запись о недостоверности |
| 21 | Дата прекращения | 23.09.2021 |
| 22 | Наименование органа, внесшего запись о прекращении юридического лица | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| 23 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2217708749938 23.09.2021 |

| | Сведения о лице, имеющем право без доверенности действовать от имени юридического лица | |
|---|---|---|
| 24 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 1167746501240 26.05.2016 |
| 25 | Фамилия<br>Имя<br>Отчество | СТАРОВИКОВА<br>ТАМАРА<br>ДМИТРИЕВНА |
| 26 | ИНН | 081404207081 |
| 27 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1167746501240 26.05.2016 |
| 28 | Должность | ГЕНЕРАЛЬНЫЙ ДИРЕКТОР |
| 29 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1167746501240 26.05.2016 |

| | Сведения об уставном капитале / складочном капитале / уставном фонде / паевом фонде | |
|---|---|---|
| 30 | Вид | УСТАВНЫЙ КАПИТАЛ |
| 31 | Размер (в рублях) | 10000 |
| 32 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1167746501240<br>26.05.2016 |
| | Сведения об участниках / учредителях юридического лица | |
| 33 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 1167746501240<br>26.05.2016 |
| 34 | Фамилия<br>Имя<br>Отчество | СТАРОВИКОВА<br>ТАМАРА<br>ДМИТРИЕВНА |
| 35 | ИНН | 081404207081 |
| 36 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1167746501240<br>26.05.2016 |
| 37 | Номинальная стоимость доли (в рублях) | 10000 |
| 38 | Размер доли (в процентах) | 100 |
| 39 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 8177746154787<br>28.03.2017 |
| | Сведения об учете в налоговом органе | |
| 40 | ИНН юридического лица | 7703410998 |
| 41 | КПП юридического лица | 770301001 |
| 42 | Дата постановки на учет в налоговом органе | 26.05.2016 |
| 43 | Сведения о налоговом органе, в котором юридическое лицо состоит (для юридических лиц, прекративших деятельность - состояло) на учете | Инспекция Федеральной налоговой службы № 3 по г.Москве |
| 44 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2217708757737<br>23.09.2021 |
| | Сведения о регистрации в качестве страхователя в территориальном органе Пенсионного фонда Российской Федерации | |
| 45 | Регистрационный номер | 087103138179 |
| 46 | Дата регистрации в качестве страхователя | 27.05.2016 |
| 47 | Наименование территориального органа Пенсионного фонда Российской Федерации | Государственное учреждение - Главное Управление Пенсионного фонда РФ №10 Управление №3 по г. Москве и Московской области муниципальный район Пресненское, Арбат г.Москвы |
| 48 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 7167747277603<br>30.05.2016 |
| | Сведения о регистрации в качестве страхователя в исполнительном органе Фонда социального страхования Российской Федерации | |
| 49 | Регистрационный номер | 773606037577181 |

| | | |
|---|---|---|
| 50 | Дата регистрации в качестве страхователя | 05.12.2017 |
| 51 | Наименование исполнительного органа Фонда социального страхования Российской Федерации | Филиал №18 Государственного учреждения - Московского регионального отделения Фонда социального страхования Российской Федерации |
| 52 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 7187746633034 30.01.2018 |

**Сведения о видах экономической деятельности по Общероссийскому классификатору видов экономической деятельности**

*Сведения об основном виде деятельности*

*(ОКВЭД ОК 029-2014 (КДЕС Ред. 2))*

| | | |
|---|---|---|
| 53 | Код и наименование вида деятельности | 73.11 Деятельность рекламных агентств |
| 54 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2207703862496 15.04.2020 |

*Сведения о дополнительных видах деятельности*

*(ОКВЭД ОК 029-2014 (КДЕС Ред. 2))*

**1**

| | | |
|---|---|---|
| 55 | Код и наименование вида деятельности | 62.01 Разработка компьютерного программного обеспечения |
| 56 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2207705510021 26.06.2020 |

**2**

| | | |
|---|---|---|
| 57 | Код и наименование вида деятельности | 64.91 Деятельность по финансовой аренде (лизингу/сублизингу) |
| 58 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2207703862045 15.04.2020 |

**3**

| | | |
|---|---|---|
| 59 | Код и наименование вида деятельности | 68.20.2 Аренда и управление собственным или арендованным нежилым недвижимым имуществом |
| 60 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2207705510021 26.06.2020 |

**4**

| | | |
|---|---|---|
| 61 | Код и наименование вида деятельности | 68.31 Деятельность агентств недвижимости за вознаграждение или на договорной основе |
| 62 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2207705510021 26.06.2020 |

**5**

| | | |
|---|---|---|
| 63 | Код и наименование вида деятельности | 70.22 Консультирование по вопросам коммерческой деятельности и управления |
| 64 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2207705510021 26.06.2020 |

| | | |
|---|---|---|
| | **6** | |
| 65 | Код и наименование вида деятельности | 73.12 Представление в средствах массовой информации |
| 66 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2207703862496<br>15.04.2020 |
| | **7** | |
| 67 | Код и наименование вида деятельности | 73.20 Исследование конъюнктуры рынка и изучение общественного мнения |
| 68 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2207703862496<br>15.04.2020 |
| | **8** | |
| 69 | Код и наименование вида деятельности | 74.10 Деятельность специализированная в области дизайна |
| 70 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2207703862496<br>15.04.2020 |
| | **9** | |
| 71 | Код и наименование вида деятельности | 77.33 Аренда и лизинг офисных машин и оборудования, включая вычислительную технику |
| 72 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2207705510021<br>26.06.2020 |
| | **Сведения о записях, внесенных в Единый государственный реестр юридических лиц** | |
| | **1** | |
| 73 | ГРН и дата внесения записи в ЕГРЮЛ | 1167746501240<br>26.05.2016 |
| 74 | Причина внесения записи в ЕГРЮЛ | Создание юридического лица |
| 75 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 76 | Наименование документа | Р11001 ЗАЯВЛЕНИЕ О СОЗДАНИИ ЮЛ |
| 77 | Наименование документа | ДОКУМЕНТ ОБ ОПЛАТЕ ГОСУДАРСТВЕННОЙ ПОШЛИНЫ |
| 78 | Номер документа | 34 |
| 79 | Дата документа | 23.05.2016 |
| 80 | Наименование документа | УСТАВ ЮЛ |
| 81 | Наименование документа | РЕШЕНИЕ О СОЗДАНИИ ЮЛ (ПРОТОКОЛ) |
| 82 | Наименование документа | ГАРАНТИЙНОЕ ПИСЬМО 1 КОП.СВИД 1 КОП.ДОВЕР 1 ДОГОВОР ОБ УЧРЕЖД 3 |

| | | |
|---|---|---|
| 83 | Наименование документа | ЗАЯВЛЕНИЕ О ПЕРЕХОДЕ НА УПРОЩЁННУЮ СИСТЕМУ НАЛОГООБЛОЖЕНИЯ |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 84 | Серия, номер и дача выдачи свидетельства | 77 017818679 26.05.2016 |
| **2** | | |
| 85 | ГРН и дата внесения записи в ЕГРЮЛ | 6167747907596 26.05.2016 |
| 86 | Причина внесения записи в ЕГРЮЛ | Представление сведений об учете юридического лица в налоговом органе |
| 87 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| **3** | | |
| 88 | ГРН и дата внесения записи в ЕГРЮЛ | 7167747104870 27.05.2016 |
| 89 | Причина внесения записи в ЕГРЮЛ | Представление сведений о регистрации юридического лица в качестве страхователя в исполнительном органе Фонда социального страхования Российской Федерации |
| 90 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| **4** | | |
| 91 | ГРН и дата внесения записи в ЕГРЮЛ | 7167747277603 30.05.2016 |
| 92 | Причина внесения записи в ЕГРЮЛ | Представление сведений о регистрации юридического лица в качестве страхователя в территориальном органе Пенсионного фонда Российской Федерации |
| 93 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| **5** | | |
| 94 | ГРН и дата внесения записи в ЕГРЮЛ | 8177746154787 28.03.2017 |
| 95 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 96 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 97 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1) |
| 98 | Наименование документа | РЕШЕНИЕ, ЗАЯВЛЕНИЕ КОП НЗ |
| 99 | Наименование документа | ДОВЕРЕННОСТЬ НА МАРЦЕВА Р В |

| | | 6 | |
|---|---|---|---|
| 100 | ГРН и дата внесения записи в ЕГРЮЛ | | 7187746633034<br>30.01.2018 |
| 101 | Причина внесения записи в ЕГРЮЛ | | Представление сведений о регистрации юридического лица в качестве страхователя в исполнительном органе Фонда социального страхования Российской Федерации |
| 102 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | | 7 | |
| 103 | ГРН и дата внесения записи в ЕГРЮЛ | | 2207703862045<br>15.04.2020 |
| 104 | Причина внесения записи в ЕГРЮЛ | | Государственная регистрация изменений, внесенных в учредительный документ юридического лица, и внесение изменений в сведения о юридическом лице, содержащиеся в ЕГРЮЛ |
| 105 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | | |
| 106 | Наименование документа | | Р13001 ЗАЯВЛЕНИЕ ОБ ИЗМЕНЕНИЯХ, ВНОСИМЫХ В УЧРЕД.ДОКУМЕНТЫ |
| 107 | Наименование документа | | УСТАВ ЮЛ |
| 108 | Наименование документа | | РЕШЕНИЕ О ВНЕСЕНИИ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| | | 8 | |
| 109 | ГРН и дата внесения записи в ЕГРЮЛ | | 2207703862496<br>15.04.2020 |
| 110 | Причина внесения записи в ЕГРЮЛ | | Государственная регистрация изменений, внесенных в учредительный документ юридического лица, и внесение изменений в сведения о юридическом лице, содержащиеся в ЕГРЮЛ |
| 111 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | | |
| 112 | Наименование документа | | Р13001 ЗАЯВЛЕНИЕ ОБ ИЗМЕНЕНИЯХ, ВНОСИМЫХ В УЧРЕД.ДОКУМЕНТЫ |
| 113 | Наименование документа | | УСТАВ ЮЛ |
| 114 | Наименование документа | | РЕШЕНИЕ О ВНЕСЕНИИ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| | | 9 | |
| 115 | ГРН и дата внесения записи в ЕГРЮЛ | | 2207705510021<br>26.06.2020 |

| | | |
|---|---|---|
| 116 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 117 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 118 | Наименование документа | ЗАЯВЛЕНИЕ ПО ФОРМЕ Р14001 |
| 10 | | |
| 119 | ГРН и дата внесения записи в ЕГРЮЛ | 2207712629860 26.11.2020 |
| 120 | Причина внесения записи в ЕГРЮЛ | Внесение в Единый государственный реестр юридических лиц сведений о недостоверности сведений о юридическом лице (результаты проверки достоверности содержащихся в Едином государственном реестре юридических лиц сведений о юридическом лице) |
| 121 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| 11 | | |
| 122 | ГРН и дата внесения записи в ЕГРЮЛ | 2207713850420 24.12.2020 |
| 123 | Причина внесения записи в ЕГРЮЛ | Внесение изменений в сведения, содержащиеся в Едином государственном реестре юридических лиц, в связи с переименованием (переподчинением) адресных объектов |
| 124 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| 12 | | |
| 125 | ГРН и дата внесения записи в ЕГРЮЛ | 2217704802236 09.06.2021 |
| 126 | Причина внесения записи в ЕГРЮЛ | Принятие регистрирующим органом решения о предстоящем исключении юридического лица из ЕГРЮЛ (наличие в ЕГРЮЛ сведений о юридическом лице, в отношении которых внесена запись о недостоверности) |
| 127 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 128 | Наименование документа | Решение о предстоящем исключении недействующего ЮЛ из ЕГРЮЛ |
| 129 | Номер документа | 63672 |
| 130 | Дата документа | 07.06.2021 |
| 13 | | |
| 131 | ГРН и дата внесения записи в ЕГРЮЛ | 2217708749938 23.09.2021 |

| 132 | Причина внесения записи в ЕГРЮЛ | Прекращение юридического лица (исключение из ЕГРЮЛ юридического лица в связи с наличием в ЕГРЮЛ сведений о нем, в отношении которых внесена запись о недостоверности) |
|---|---|---|
| 133 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 134 | Наименование документа | Решение о предстоящем исключении недействующего ЮЛ из ЕГРЮЛ |
| 135 | Номер документа | 63672 |
| 136 | Дата документа | 07.06.2021 |
| | 14 | |
| 137 | ГРН и дата внесения записи в ЕГРЮЛ | 2217708757737 23.09.2021 |
| 138 | Причина внесения записи в ЕГРЮЛ | Представление сведений об учете юридического лица в налоговом органе |
| 139 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |

Выписка сформирована с использованием сервиса «Предоставление сведений из ЕГРЮЛ/ЕГРИП», размещенного на официальном сайте ФНС России в сети Интернет по адресу: https://egrul.nalog.ru



ДОКУМЕНТ ПОДПИСАН
ЭЛЕКТРОННОЙ ПОДПИСЬЮ

Сертификат: 6414823159561233624993008053088219434
Владелец: МИ ФНС России по ЦОД
Действителен: с 21.01.2021 по 21.01.2022