# Exhibit 15



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

On the day of November 29, 2021

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, Massachusetts 02110, completed the attached translation from Russian into English.

I, Xiaohua Fu, certify that the attached translated document has been translated by a qualified and vetted linguist fluent in both Russian and English, and is a true, correct and accurate English version of the original Russian, to the best of the linguist's knowledge and belief.

File name: RUSSIAN - Valtron LLC Registration Extract

*Fu Xiaohua*

Xiaohua Fu
Translation Project Manager

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston, MA 02110 | Phone: 617-528-7400 | Fax: 617-528-7490 | www.linguist.com
Certifications: ISO 9001 | ISO 17100 | ISO 27001

# EXTRACT
## From the Unified Government Register of Legal Entities

10/27/2021  
Date of extract

No. YUE9965-21-299850807

This extract contains information about the following legal entity:

**"VALTRON" LIMITED LIABILITY COMPANY**  
Full name of the legal entity

**Principal Government Registration Number** 1 1 9 7 7 4 6 5 2 5 1 3 0

which was included in the Unified Register of Legal Entities as of

| October | 27 | 2021 |
|---|---|---|
| Month written out | Day | Year |

| No. | Parameter description | Parameter text |
|---|---|---|
| 1 | 2 | 3 |
| | **Name** | |
| 1 | Full name in Russian | "VALTRON" LIMITED LIABILITY COMPANY |
| 2 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130 08/23/2019 |
| 3 | Abbreviated name in Russian | "VALTRON" LLC |
| 4 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130 08/23/2019 |
| | **Location and address of the legal entity** | |
| 5 | Location of the legal entity | CITY OF MOSCOW |
| 6 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2217705655099 07/01/2021 |
| 7 | Address of the legal entity | 121069, CITY OF MOSCOW, VN. TER. G. MUNITSIPALNIY OKRUG ARBAT, B-R NOVINSKIY, D. 20A, BLDG. 3-6, FLOOR / SUITE / ROOM 2 / I / 6, 7 |
| 8 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2217705655099 07/01/2021 |
| | **Email address** | |
| 9 | Email | VALTRON-ID@YANDEX.RU |
| 10 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2217705655099 07/01/2021 |

|    | **Information about the registration**                                                                                                                                     |                                                                          |
|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------------------------------------------------------------|
| 11 | Method of formation                                                                                                                                                        | Creation of a legal entity                                               |
| 12 | PRINCIPAL GOVERNMENT REGISTRATION NUMBER                                                                                                                                   | 1197746525130                                                            |
| 13 | Date of registration                                                                                                                                                       | 08/23/2019                                                               |
| 14 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information              | 1197746525130<br>08/23/2019                                              |
|    |                                                                                                                                                                            |                                                                          |
|    | **Information about the agency performing the registration at the registered domicile of the legal entity**                                                                |                                                                          |
| 15 | Name of the agency performing the registration                                                                                                                             | Interregional Federal Tax Service Office No. 46 in the City of Moscow    |
| 16 | Address of the agency performing the registration                                                                                                                          | 125373, City of Moscow, Pohodniy Proyezd 3, Building 2                   |
| 17 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information              | 1197746525130<br>08/23/2019                                              |
|    |                                                                                                                                                                            |                                                                          |
|    | **Information about individuals with the right to act on behalf of the legal entity without a power of attorney**                                                           |                                                                          |
| 18 | GOVERNMENT REGISTRATION NUMBER and date the information was entered into the Unified Government Register of Legal Entities regarding such individual                       | 1197746525130<br>08/23/2019                                              |
|    |                                                                                                                                                                            |                                                                          |
| 19 | Last name<br>First name<br>Patronymic name                                                                                                                                 | KEKLENOV<br>CHINGIS<br>VLADIMIROVICH                                     |
| 20 | Tax identification number                                                                                                                                                  | 081409659807                                                             |
| 21 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information              | 1197746525130<br>08/23/2019                                              |
|    |                                                                                                                                                                            |                                                                          |
| 22 | Function                                                                                                                                                                   | GENERAL DIRECTOR                                                         |
| 23 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information              | 1197746525130<br>08/23/2019                                              |
|    |                                                                                                                                                                            |                                                                          |
|    | **Information about the registered capital / share capital / registered funds / mutual funds**                                                                             |                                                                          |
| 24 | Type                                                                                                                                                                       | REGISTERED CAPITAL                                                       |
| 25 | Amount (in rubles)                                                                                                                                                         | 100000                                                                   |
| 26 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information              | 1197746525130<br>08/23/2019                                              |
|    |                                                                                                                                                                            |                                                                          |
|    | **Information about partners / founders of the legal entity**                                                                                                              |                                                                          |
| 27 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information              | 1197746525130<br>08/23/2019                                              |
| 28 | Last name<br>First name<br>Patronymic name                                                                                                                                 | KEKLENOV<br>CHINGIS<br>VLADIMIROVICH                                     |
| 29 | Tax identification number                                                                                                                                                  | 081409659807                                                             |
| 30 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information              | 1197746525130<br>08/23/2019                                              |

| | | |
|---|---|---|
| 31 | Nominal value of shares (in rubles) | 100000 |
| 32 | Amount of shares (in percent) | 100 |
| 33 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130 08/23/2019 |
| | | |
| | **Information about the registration with the tax authority** | |
| 34 | Tax identification number of the legal entity | 7727426524 |
| 35 | KPP of the legal entity | 770401001 |
| 36 | Date of registration with the tax authority | 07/01/2021 |
| 37 | Information about the tax office, with which the legal entity is registered (was registered for legal entities that have ceased operations) | Federal Tax Service Office No. 4 in the City of Moscow |
| 38 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2217705655341 07/01/2021 |
| | | |
| | **Information about registration as an insured party in a regional agency of the Pension Fund of the Russian Federation** | |
| 39 | Registration number | 087103179387 |
| 40 | Date of registration as an insured party | 07/02/2021 |
| 41 | Name of the regional agency of the Pension Fund of the Russian Federation | Government Agency – General Office of Russian Federation Pension Fund no. 10, Office no. 3 for the City of Moscow and the Moscow Region, Presnenskoye Municipal District, Arbat Moscow City |
| | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2217705812828 07/05/2021 |
| | | |
| | **Information about registration as an insured party in an executive agency of the Social Insurance Fund of the Russian Federation** | |
| 43 | Registration number | 771313058477131 |
| 44 | Date of registration as an insured party | 08/27/2019 |
| 45 | Name of the executive agency of the Social Insurance Fund of the Russian Federation | Branch no. 13 of the Government Agency – Moscow Regional Division of the Russian Federation Social Insurance Fund |
| 46 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2197748969042 08/28/2019 |
| | | |
| | **Information about types of economic activities according to the All Russian Classification System for Types of Economic Activities** | |
| | *Information about the main type of activity* | |
| | (OKBED OK 029-2014 (KDES Red. 2)) | |
| 47 | Code and name of the type of activity | 73.11 Advertising agency activity |
| 48 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130 08/23/2019 |

| | | |
|---|---|---|
| | ***Information about additional types of activities*** | |
| | (OKBED OK 029-2014 (KDES Red. 2)) | |
| | 1 | |
| 49 | Code and name of the type of activity | 62.01 Development of computer software programs |
| 50 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130 08/23/2019 |
| | 2 | |
| 51 | Code and name of the type of activity | 62.02 Consulting activities and work in the area of computer technology |
| 52 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130 08/23/2019 |
| | 3 | |
| 53 | Code and name of the type of activity | 62.03 Computer equipment management activities |
| 54 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130 08/23/2019 |
| | 4 | |
| 55 | Code and name of the type of activity | 62.09 Activities related to the use of computing technology and information technology, other |
| 56 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130 08/23/2019 |
| | 5 | |
| 57 | Code and name of the type of activity | 63.11 Data processing activities, offering of services for hosting data related to these activities |
| 58 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130 08/23/2019 |
| | 6 | |
| 59 | Code and name of the type of activity | 63.12 Web portal activities |
| 60 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130 08/23/2019 |
| | 7 | |
| 61 | Code and name of the type of activity | 63.91 Media agency activities |
| 62 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130 08/23/2019 |

| | 8 | |
|---|---|---|
| 63 | Code and name of the type of activity | 63.99 Other information service activities, not included in other categories |
| 64 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130 08/23/2019 |
| | 9 | |
| 65 | Code and name of the type of activity | 68.20 Leasing and management of owned or leased real estate |
| 66 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130 08/23/2019 |
| | 10 | |
| 67 | Code and name of the type of activity | 68.20.2 Leasing and management of owned or leased non-residential real estate |
| 68 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130 08/23/2019 |
| | 11 | |
| 69 | Code and name of the type of activity | 68.31 Real estate agency activity for a fee or on a contractual basis |
| 70 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130 08/23/2019 |
| | 12 | |
| 71 | Code and name of the type of activity | 68.32 Real estate management for a fee or on a contractual basis |
| 72 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130 08/23/2019 |
| | 13 | |
| 73 | Code and name of the type of activity | 70.22 Consulting on commercial operations and management issues |
| 74 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2207705497448 06/26/2020 |
| | 14 | |
| 75 | Code and name of the type of activity | 73.12 Presentations in mass media |
| 76 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130 08/23/2019 |
| | 15 | |
| 77 | Code and name of the type of activity | 73.20 Market research and public opinion studies |

| | | |
|---|---|---|
| 78 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130<br>08/23/2019 |
| | **16** | |
| 79 | Code and name of the type of activity | 77.11 Rental and leasing of light duty automobiles and light duty transport vehicles |
| 80 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130<br>08/23/2019 |
| | **17** | |
| 81 | Code and name of the type of activity | 77.12 Rental and leasing of heavy duty transport vehicles |
| 82 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 1197746525130<br>08/23/2019 |
| | **18** | |
| 83 | Code and name of the type of activity | 77.33 Rental and leasing of office equipment and supplies including computer technology |
| 84 | GOVERNMENT REGISTRATION NUMBER and date the record was entered into the Unified Government Register of Legal Entities that contains the specified information | 2207705497448<br>06/26/2020 |
| | | |
| | **Information about entries made in the Unified Government Registry of Legal Entities** | |
| | **1** | |
| 85 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 1197746525130<br>08/23/2019 |
| 86 | Reason for making the entry in the Unified Government Registry of Legal Entities | Creation of the legal entity |
| 87 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
| | | |
| | Information about documents that were presented at the time of making the entry into the Unified Government Registry of Legal Entities | |
| 88 | Name of the document | R11001 Declaration of establishing the legal entity |
| 89 | Name of the document | Memorandum of Association of the legal entity |
| 90 | Name of the document | Resolution regarding formation of the legal entity (minutes) |
| 91 | Name of the document | Other document pursuant to the laws of the Russian Federation |
| | **2** | |
| 92 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 2197748818815<br>08/23/2019 |
| 93 | Reason for making the entry in the Unified Government Registry of Legal Entities | Presentation of information about registration of the legal entity with the tax authority |
| 94 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
| | **3** | |
| 95 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 2197748895210<br>08/27/2019 |

| | | |
|---|---|---|
| 96 | Reason for making the entry in the Unified Government Registry of Legal Entities | Presentation of information about registration of the legal entity as an insured party of the regional agency of the Pension Fund of the Russian Federation |
| 97 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
| | 4 | |
| 98 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 2197748969042 08/28/2019 |
| 99 | Reason for making the entry in the Unified Government Registry of Legal Entities | Presentation of information about registration of the legal entity as an insured party of the executive agency of the Social Insurance Fund of the Russian Federation |
| 100 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
| | 5 | |
| 101 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 2207705497448 06/26/2020 |
| 102 | Reason for making the entry in the Unified Government Registry of Legal Entities | A change in information about the legal entity contained in the Unified Government Registry of Legal Entities |
| 103 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
| | Information about documents that were presented at the time of making the entry into the Unified Government Registry of Legal Entities | |
| 104 | Name of the document | Declaration on form R14001 |
| | 6 | |
| 105 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 2207713513930 12/15/2020 |
| 106 | Reason for making the entry in the Unified Government Registry of Legal Entities | Entry into the Unified Government Registry of Legal Entities of information about the inaccuracy of information about a legal entity (results of an accuracy check of information about the legal entity that is contained in the Unified Government Registry of Legal Entities) |
| 107 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
| | 7 | |
| 108 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 2217705612969 06/30/2021 |
| 109 | Reason for making the entry in the Unified Government Registry of Legal Entities | Approval by a registering agency of a decision for an upcoming delisting of a legal entity from the Unified Government Registry of Legal Entities (presence of information in the Unified Government Registry of Legal Entities about a legal entity regarding inaccurate information in the entries) |
| 110 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |

|     | Information about documents that were presented at the time of making the entry into the Unified Government Registry of Legal Entities |     |
| --- | --- | --- |
| 111 | Name of the document | Decision about the upcoming delisting of an inactive legal entity from the Unified Government Registry of Legal Entities |
| 112 | Document number | 84167 |
| 113 | Document date | 06/28/2021 |
|     | **8** |     |
| 114 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 2217705655099<br>07/01/2021 |
| 115 | Reason for making the entry in the Unified Government Registry of Legal Entities | A change in information about the legal entity contained in the Unified Government Registry of Legal Entities |
| 116 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
|     | Information about documents that were presented at the time of making the entry into the Unified Government Registry of Legal Entities |     |
| 117 | Name of the document | R13014 Declaration about a change in the founding documents and / or other information about a legal entity |
| 118 | Name of the document | Other document pursuant to the laws of the Russian Federation |
| 119 | Name of the document | Other document pursuant to the laws of the Russian Federation |
| 120 | Name of the document | Other document pursuant to the laws of the Russian Federation |
|     | **9** |     |
| 121 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 2217705655320<br>07/01/2021 |
| 122 | Reason for making the entry in the Unified Government Registry of Legal Entities | Presentation of information about the registration of a legal entity with the tax authority |
| 123 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
|     | **10** |     |
| 124 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 2217705655341<br>07/01/2021 |
| 125 | Reason for making the entry in the Unified Government Registry of Legal Entities | Presentation of information about the registration of a legal entity with the tax authority |
| 126 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |
|     | **11** |     |
| 127 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 2217705665560<br>07/01/2021 |
| 128 | Reason for making the entry in the Unified Government Registry of Legal Entities | Presentation of a declaration from individuals whose rights and legal interests are affected by the delisting of the legal entity from the Unified Government Registry of Legal Entities |
| 129 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |

|     | Information about documents that were presented at the time of making the entry into the Unified Government Registry of Legal Entities |     |
| --- | --- | --- |
| 130 | Name of the document | Declaration from an individual whose rights are affected by the delisting of a legal entity from the Unified Government Registry of Legal Entities |
| 131 | Document number | 268687A |
| 132 | Document date | 07/01/2021 |
|     | **12** |     |
| 137 | GOVERNMENT REGISTRATION NUMBER and date of entry in the Unified Government Registry of Legal Entities | 2217705812828<br>07/05/2021 |
| 138 | Reason for making the entry in the Unified Government Registry of Legal Entities | Presentation of information about the registration of a legal entity as an insured party at a regional agency of the Pension Fund of the Russian Federation |
| 139 | Name of the agency that made the entry into the Unified Government Registry of Legal Entities | Interregional Federal Tax Service Office No. 46 in the City of Moscow |

Extract issued with the use of the service "Presentation of information from the Unified Government Registry of Legal Entities / Unified Government Registry of Individuals acting as Entrepreneurs" available on the official website of the Russian Tax Authority at the following internet address: https://egrul.nalog.ru

[Seal]    **DOCUMENT SIGNED WITH AN ELECTRONIC SIGNATURE**

**Certificate: 64148231595612336249930080530882194349**

**Owner: Data Center of the Russian Federal Tax Service**

**Valid: From 01/21/2021 to 01/21/2022**

# ВЫПИСКА
## из Единого государственного реестра юридических лиц

27.10.2021                                                                                      № ЮЭ9965-21-299850807

дата формирования выписки

Настоящая выписка содержит сведения о юридическом лице

**ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ВАЛЬТРОН"**

полное наименование юридического лица

**ОГРН** 1 1 9 7 7 4 6 5 2 5 1 3 0

включенные в Единый государственный реестр юридических лиц по состоянию на

« 27 »   октября   20 21 г.

число   месяц прописью   год

| № п/п | Наименование показателя | Значение показателя |
|---|---|---|
| 1 | 2 | 3 |
| **Наименование** | | |
| 1 | Полное наименование на русском языке | ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ВАЛЬТРОН" |
| 2 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |
| 3 | Сокращенное наименование на русском языке | ООО "ВАЛЬТРОН" |
| 4 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |
| **Место нахождения и адрес юридического лица** | | |
| 5 | Место нахождения юридического лица | Г.Москва |
| 6 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2217705655099 01.07.2021 |
| 7 | Адрес юридического лица | 121069, Г.Москва, ВН.ТЕР.Г. МУНИЦИПАЛЬНЫЙ ОКРУГ АРБАТ, Б-Р НОВИНСКИЙ, Д. 20А, СТР. 3-6, ЭТАЖ/ПОМЕЩ/КОМ 2/I/6,7 |
| 8 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2217705655099 01.07.2021 |
| **Адрес электронной почты** | | |
| 9 | E-mail | VALTRON-ID@YANDEX.RU |
| 10 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2217705655099 01.07.2021 |

| | | Сведения о регистрации | |
|---|---|---|---|
| | 11 | Способ образования | Создание юридического лица |
| | 12 | ОГРН | 1197746525130 |
| | 13 | Дата регистрации | 23.08.2019 |
| | 14 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130<br>23.08.2019 |
| | | **Сведения о регистрирующем органе по месту нахождения юридического лица** | |
| | 15 | Наименование регистрирующего органа | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | 16 | Адрес регистрирующего органа | 125373, г.Москва, Походный проезд, домовладение 3, стр.2 |
| | 17 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130<br>23.08.2019 |
| | | **Сведения о лице, имеющем право без доверенности действовать от имени юридического лица** | |
| | 18 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 1197746525130<br>23.08.2019 |
| | 19 | Фамилия<br>Имя<br>Отчество | КЕКЛЕНОВ<br>ЧИНГИС<br>ВЛАДИМИРОВИЧ |
| | 20 | ИНН | 081409659807 |
| | 21 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130<br>23.08.2019 |
| | 22 | Должность | ГЕНЕРАЛЬНЫЙ ДИРЕКТОР |
| | 23 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130<br>23.08.2019 |
| | | **Сведения об уставном капитале / складочном капитале / уставном фонде / паевом фонде** | |
| | 24 | Вид | УСТАВНЫЙ КАПИТАЛ |
| | 25 | Размер (в рублях) | 100000 |
| | 26 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130<br>23.08.2019 |
| | | **Сведения об участниках / учредителях юридического лица** | |
| | 27 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 1197746525130<br>23.08.2019 |
| | 28 | Фамилия<br>Имя<br>Отчество | КЕКЛЕНОВ<br>ЧИНГИС<br>ВЛАДИМИРОВИЧ |
| | 29 | ИНН | 081409659807 |
| | 30 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130<br>23.08.2019 |

| 31 | Номинальная стоимость доли (в рублях) | 100000 |
|---|---|---|
| 32 | Размер доли (в процентах) | 100 |
| 33 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |

| | **Сведения об учете в налоговом органе** | |
|---|---|---|
| 34 | ИНН юридического лица | 7727426524 |
| 35 | КПП юридического лица | 770401001 |
| 36 | Дата постановки на учет в налоговом органе | 01.07.2021 |
| 37 | Сведения о налоговом органе, в котором юридическое лицо состоит (для юридических лиц, прекративших деятельность - состояло) на учете | Инспекция Федеральной налоговой службы № 4 по г.Москве |
| 38 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2217705655341 01.07.2021 |

| | **Сведения о регистрации в качестве страхователя в территориальном органе Пенсионного фонда Российской Федерации** | |
|---|---|---|
| 39 | Регистрационный номер | 087103179387 |
| 40 | Дата регистрации в качестве страхователя | 02.07.2021 |
| 41 | Наименование территориального органа Пенсионного фонда Российской Федерации | Государственное учреждение - Главное Управление Пенсионного фонда РФ №10 Управление №3 по г. Москве и Московской области муниципальный район Пресненское, Арбат г.Москвы |
| 42 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2217705812828 05.07.2021 |

| | **Сведения о регистрации в качестве страхователя в исполнительном органе Фонда социального страхования Российской Федерации** | |
|---|---|---|
| 43 | Регистрационный номер | 771313058477131 |
| 44 | Дата регистрации в качестве страхователя | 27.08.2019 |
| 45 | Наименование исполнительного органа Фонда социального страхования Российской Федерации | Филиал №13 Государственного учреждения - Московского регионального отделения Фонда социального страхования Российской Федерации |
| 46 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2197748969042 28.08.2019 |

| | **Сведения о видах экономической деятельности по Общероссийскому классификатору видов экономической деятельности** | |
|---|---|---|
| | *Сведения об основном виде деятельности* | |
| | *(ОКВЭД ОК 029-2014 (КДЕС Ред. 2))* | |
| 47 | Код и наименование вида деятельности | 73.11 Деятельность рекламных агентств |
| 48 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |

|   | *Сведения о дополнительных видах деятельности* ||
|---|---|---|
|   | *(ОКВЭД ОК 029-2014 (КДЕС Ред. 2))* ||
|   | **1** ||
| 49 | Код и наименование вида деятельности | 62.01 Разработка компьютерного программного обеспечения |
| 50 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |
|   | **2** ||
| 51 | Код и наименование вида деятельности | 62.02 Деятельность консультативная и работы в области компьютерных технологий |
| 52 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |
|   | **3** ||
| 53 | Код и наименование вида деятельности | 62.03 Деятельность по управлению компьютерным оборудованием |
| 54 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |
|   | **4** ||
| 55 | Код и наименование вида деятельности | 62.09 Деятельность, связанная с использованием вычислительной техники и информационных технологий, прочая |
| 56 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |
|   | **5** ||
| 57 | Код и наименование вида деятельности | 63.11 Деятельность по обработке данных, предоставление услуг по размещению информации и связанная с этим деятельность |
| 58 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |
|   | **6** ||
| 59 | Код и наименование вида деятельности | 63.12 Деятельность web-порталов |
| 60 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |
|   | **7** ||
| 61 | Код и наименование вида деятельности | 63.91 Деятельность информационных агентств |
| 62 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |

| | | |
|---|---|---|
| | **8** | |
| 63 | Код и наименование вида деятельности | 63.99 Деятельность информационных служб прочая, не включенная в другие группировки |
| 64 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |
| | **9** | |
| 65 | Код и наименование вида деятельности | 68.20 Аренда и управление собственным или арендованным недвижимым имуществом |
| 66 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |
| | **10** | |
| 67 | Код и наименование вида деятельности | 68.20.2 Аренда и управление собственным или арендованным нежилым недвижимым имуществом |
| 68 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |
| | **11** | |
| 69 | Код и наименование вида деятельности | 68.31 Деятельность агентств недвижимости за вознаграждение или на договорной основе |
| 70 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |
| | **12** | |
| 71 | Код и наименование вида деятельности | 68.32 Управление недвижимым имуществом за вознаграждение или на договорной основе |
| 72 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |
| | **13** | |
| 73 | Код и наименование вида деятельности | 70.22 Консультирование по вопросам коммерческой деятельности и управления |
| 74 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2207705497448 26.06.2020 |
| | **14** | |
| 75 | Код и наименование вида деятельности | 73.12 Представление в средствах массовой информации |
| 76 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |
| | **15** | |
| 77 | Код и наименование вида деятельности | 73.20 Исследование конъюнктуры рынка и изучение общественного мнения |

| | | |
|---|---|---|
| 78 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |
| | **16** | |
| 79 | Код и наименование вида деятельности | 77.11 Аренда и лизинг легковых автомобилей и легких автотранспортных средств |
| 80 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |
| | **17** | |
| 81 | Код и наименование вида деятельности | 77.12 Аренда и лизинг грузовых транспортных средств |
| 82 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1197746525130 23.08.2019 |
| | **18** | |
| 83 | Код и наименование вида деятельности | 77.33 Аренда и лизинг офисных машин и оборудования, включая вычислительную технику |
| 84 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2207705497448 26.06.2020 |
| | **Сведения о записях, внесенных в Единый государственный реестр юридических лиц** | |
| | **1** | |
| 85 | ГРН и дата внесения записи в ЕГРЮЛ | 1197746525130 23.08.2019 |
| 86 | Причина внесения записи в ЕГРЮЛ | Создание юридического лица |
| 87 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 88 | Наименование документа | Р11001 ЗАЯВЛЕНИЕ О СОЗДАНИИ ЮЛ |
| 89 | Наименование документа | УСТАВ ЮЛ |
| 90 | Наименование документа | РЕШЕНИЕ О СОЗДАНИИ ЮЛ |
| 91 | Наименование документа | ИНОЙ ДОКУМ. В СООТВ.С ЗАКОНОДАТЕЛЬСТВОМ РФ |
| | **2** | |
| 92 | ГРН и дата внесения записи в ЕГРЮЛ | 2197748818815 23.08.2019 |
| 93 | Причина внесения записи в ЕГРЮЛ | Представление сведений об учете юридического лица в налоговом органе |
| 94 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | **3** | |
| 95 | ГРН и дата внесения записи в ЕГРЮЛ | 2197748895210 27.08.2019 |

| | | |
|---|---|---|
| 96 | Причина внесения записи в ЕГРЮЛ | Представление сведений о регистрации юридического лица в качестве страхователя в территориальном органе Пенсионного фонда Российской Федерации |
| 97 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| **4** | | |
| 98 | ГРН и дата внесения записи в ЕГРЮЛ | 2197748969042<br>28.08.2019 |
| 99 | Причина внесения записи в ЕГРЮЛ | Представление сведений о регистрации юридического лица в качестве страхователя в исполнительном органе Фонда социального страхования Российской Федерации |
| 100 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| **5** | | |
| 101 | ГРН и дата внесения записи в ЕГРЮЛ | 2207705497448<br>26.06.2020 |
| 102 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 103 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 104 | Наименование документа | ЗАЯВЛЕНИЕ ПО ФОРМЕ Р14001 |
| **6** | | |
| 105 | ГРН и дата внесения записи в ЕГРЮЛ | 2207713513930<br>15.12.2020 |
| 106 | Причина внесения записи в ЕГРЮЛ | Внесение в Единый государственный реестр юридических лиц сведений о недостоверности сведений о юридическом лице (результаты проверки достоверности содержащихся в Едином государственном реестре юридических лиц сведений о юридическом лице) |
| 107 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| **7** | | |
| 108 | ГРН и дата внесения записи в ЕГРЮЛ | 2217705612969<br>30.06.2021 |
| 109 | Причина внесения записи в ЕГРЮЛ | Принятие регистрирующим органом решения о предстоящем исключении юридического лица из ЕГРЮЛ (наличие в ЕГРЮЛ сведений о юридическом лице, в отношении которых внесена запись о недостоверности) |
| 110 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |

|  |  |  |
|---|---|---|
|  | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 111 | Наименование документа | Решение о предстоящем исключении недействуюшего ЮЛ из ЕГРЮЛ |
| 112 | Номер документа | 84167 |
| 113 | Дата документа | 28.06.2021 |
| **8** | | |
| 114 | ГРН и дата внесения записи в ЕГРЮЛ | 2217705655099<br>01.07.2021 |
| 115 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 116 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
|  | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 117 | Наименование документа | Р13014 Заявление об изменении учр.документа и/или иных сведений о ЮЛ |
| 118 | Наименование документа | Иной докум. в соотв.с законодательством РФ |
| 119 | Наименование документа | Иной докум. в соотв.с законодательством РФ |
| 120 | Наименование документа | Иной докум. в соотв.с законодательством РФ |
| **9** | | |
| 121 | ГРН и дата внесения записи в ЕГРЮЛ | 2217705655320<br>01.07.2021 |
| 122 | Причина внесения записи в ЕГРЮЛ | Представление сведений об учете юридического лица в налоговом органе |
| 123 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| **10** | | |
| 124 | ГРН и дата внесения записи в ЕГРЮЛ | 2217705655341<br>01.07.2021 |
| 125 | Причина внесения записи в ЕГРЮЛ | Представление сведений об учете юридического лица в налоговом органе |
| 126 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |
| **11** | | |
| 127 | ГРН и дата внесения записи в ЕГРЮЛ | 2217705665560<br>01.07.2021 |
| 128 | Причина внесения записи в ЕГРЮЛ | Представление заявления лицом, чьи права и законные интересы затрагиваются в связи с исключением юридического лица из ЕГРЮЛ |
| 129 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |

|     | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| --- | --- | --- |
| 130 | Наименование документа | Заявление лица, чьи права затрагиваются исключением ЮЛ из ЕГРЮЛ |
| 131 | Номер документа | 268687А |
| 132 | Дата документа | 01.07.2021 |
| **12** | | |
| 133 | ГРН и дата внесения записи в ЕГРЮЛ | 2217705812828<br>05.07.2021 |
| 134 | Причина внесения записи в ЕГРЮЛ | Представление сведений о регистрации юридического лица в качестве страхователя в территориальном органе Пенсионного фонда Российской Федерации |
| 135 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы № 46 по г. Москве |

Выписка сформирована с использованием сервиса «Предоставление сведений из ЕГРЮЛ/ЕГРИП», размещенного на официальном сайте ФНС России в сети Интернет по адресу: https://egrul.nalog.ru



ДОКУМЕНТ ПОДПИСАН ЭЛЕКТРОННОЙ ПОДПИСЬЮ

Сертификат: 64148231595612336249930080530882194349
Владелец: МИ ФНС России по ЦОД
Действителен: с 21.01.2021 по 21.01.2022