# Exhibit 16



## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

On the day of November 30, 2021

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, Massachusetts 02110, completed the attached translation from Russian into English.

I, Xiaohua Fu, certify that the attached translated document has been translated by a qualified and vetted linguist fluent in both Russian and English, and is a true, correct and accurate English version of the original Russian, to the best of the linguist's knowledge and belief.

File name: RUSSIAN - employmentcenter.ru Voltron Affiliate Manager (accessed 11-14-2021)

*Fu Xiaohua*

Xiaohua Fu
Translation Project Manager

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston, MA 02110 | Phone: 617-528-7400 | Fax: 617-528-7490 | www.linguist.com
Certifications: ISO 9001 | ISO 17100 | ISO 27001

Case 1:21-cv-10260-DLC   Document 21-16   Filed 12/17/21   Page 3 of 17

11/14/21, 7:37 PM    Vacancy: Affiliate Manager / PR Manager, Moscow, Valtron LLC on the site Citizen Employment Center in the City of Moscow

[Translator's note: there is an advertisement in the source document]

**Job vacancy no. 11287057 for the position of "Affiliate Manager / PR Manager" in the city (region) of Moscow, Russia from the company "Valtron LLC" in the economic sector "Information technology, internet, telecom" -> "Marketing" on the website Electronic Citizen Employment Center (TsZN)**

**Affiliate Manager / PR Manager – open position at the company "Valtron LLC" in the city (region) of Moscow, Russia**

The direct employer **"Valtron LLC"** is looking for an employee for an open position of employment at their organization (company, firm, etc.) for the function of **"Affiliate Manager / PR Manager"**.

Dear job seeker, you may go to the website of the direct employer **"Valtron LLC"** in order to find out more information about the company (firm, organization, etc.). See the website of **"Valtron LLC" – https://trafspin.com/**

**Respond to vacancy number 11287057**

**View** all open positions from the direct employer **"Valtron LLC"** in the Multiregional Electronic Citizen Employment Center.

Read recent **employee comments about the employer company "Valtron LLC"** in the Electronic Citizen Employment Center (TsZN).

**Leave a comment about the employer company "Valtron LLC"** for free without registering in the Electronic Citizen Employment Center (TsZN).

**Mandatory requirements of the direct employer regarding work experience of the sought employee:** 1 – 3 years.

**Work schedule for the open position of "Affiliate Manager / PR Manager" at the company "Valtron LLC"**: full day.

**Type of employment for the open employment position of "Affiliate Manager / PR Manager" at the company (firm, organization, etc.) "Valtron LLC"**: full time employment.

Job vacancy no. 11287057 for the position of **"Affiliate Manager / PR Manager"** is within the activity sector: **"Information technology, internet, telecom" -> "Marketing".** View other recent open positions in the following sections of the list of jobs offered in the form of job profiles: "Internet technologies"; "Information technologies"; "Telecommunications"

Job vacancy no. 11287057 for the position of **"Affiliate Manager / PR Manager"** was posted in the database of the job website Electronic Citizen Employment Center on **Thursday, October 28, 2021** after being published by the moderators (administrators) of the internet portal for job seekers and made available for viewing by all registered unemployed individuals (those without work).

We direct your attention to the fact that at the time of referring you to the employer **Valtron LLC,** the open position **"Affiliate Manager / PR Manager"** may already be filled. The administrators of the website Electronic Citizen Employment Center apologize for any inconvenience that may be caused.

Date of updating the profile for Job vacancy no. 11287057 for the position of **"Affiliate Manager / PR Manager"** on the website of the Electronic Citizen Employment Center: **Monday, November 15, 2021**.
[2 stars]          Rating for posting of job vacancy no. 11287057: **22.85 out of 100** points
**Job vacancy no.** 11287057 was viewed – 167 times
Responses were sent for **job vacancy no.** 11287057 – 0 times

The company (organization, firm, etc.) **"Valtron LLC"** is offering employment in the city (population center) of: **Moscow, Russia**.

The open position location for the **"Affiliate Manager / PR Manager"** at the company **"Valtron LLC"** is at the **address: Moscow, Presnenskaya Naberezhnaya 12**.

11/3/21, 8:49 PM          Vacancy: Affiliate Manager / PR Manager, Moscow, Valtron LLC on the site Employment Center in the City of Moscow

The employer "**Valtron LLC**" offers a salary (around 20,000 rubles for a trial period) based on the results of the interview with the job seeker.

**The employee responsibilities for the open position of "Affiliate Manager / PR Manager" are as follows:**

- Creation of a favorable company image with the goal of attracting new partners (web masters);
- Promotion on topical forums and messaging platforms (mainly foreign) and discussion with potential partners;
- Post advertisements on topical platforms;
- Write articles for the blog and social networks (VK, Facebook), as well as for other topical resources;
- Take part in conferences abroad
- Write articles for the blog and social networks (VK, Facebook), as well as for topical resources and preparation of promotional materials for social networks and forums (Adobe Photoshop);
- Work with Facebook Ads, Google Analytics and Google AdWords.

**The employee qualifications required by the employer "Valtron LLC" in the city of Moscow for the position of "Affiliate Manager / PR Manager" are as follows:**

- Relevant work experience;
- Good knowledge of English, not lower than the upper intermediate level;
- Experience working with Facebook Ads, Google Analytics and Google AdWords, Adobe Photoshop, etc.;
- Experience with writing topical articles;
- Experience interacting with foreign partners;
- Experience taking part in conferences abroad.

**We offer:**

- Work in a team of young professionals, development and mentoring as well as professional growth;
- Competitive salaries, which are negotiated individually with every candidate on the basis of the candidate's experience and salary expectations;
- We pay salaries twice per month like clockwork. If these days fall on a holiday or weekend, we always pay the salary early;
- Democratic atmosphere and active corporate life;
- Awesome, modern office in Moscow City, modern equipment, full kitchen full of food for all tastes, as well as payment for a fitness club membership for employees who want to work out, daily reimbursement for employee lunches, corporate electric scooters and everything for you to have fun while interacting, creating and solving difficult problems.

Dear Job Seeker, in order to receive the contact telephone number (or other contact information) to get in touch with the direct employer "**Valtron LLC**", located in the city (population center) of **Moscow**, **Russia**, you first need to send a message to the employer "Valtron LLC" from our website Electronic Citizen Employment Center with your resume attached as a file or specify a link to you resume on our internet portal in the text of your message to the employer.

If you have not placed your resume on our multiregional website Electronic Citizen Employment Center, it is mandatory to do this right away. This greatly accelerates the job search, since employers will be able to find you themselves based on the data in your resume and will be able to contact you in order to offer you their open positions.

Post your resume now …

The employer "**Valtron LLC**" will view your resume after receiving an email message from you from our site and will send a message with their contact information (telephone number, email, Skype, ICQ), with which you can contact them and agree on an interview in order to occupy the open employment position of "**Affiliate Manager / PR Manager**".

Write to the employer "Valtron LLC" …
Send a resume to the employer "Valtron LLC" …
Call the employer "Valtron LLC" …

**What do you do if the employer "Valtron LLC"** in the city (population center) of **Moscow, Russia does not respond to your request regarding Job vacancy no. 11287057 "Affiliate Manager / PR Manager"?**
**Place your resume on our employment and job portal Electronic Citizen Employment Center for the Moscow Region now and you will definitely quickly find other employers!**

**Post your resume for the Moscow region now**

**View similar vacancies (postings of job offers) for the position of "Affiliate Manager / PR Manager" in different cities (regions) of Russia, CIS, EAEC including in the region (city, town, village, community) of Moscow, Russia on our Electronic Citizen Employment Center for job searches:**

- **Job vacancy no.** 21871908 for the position of "**User Acquisition Manager**" with the job salary to be determined following the completion of negotiations, at the company "**Go Mobile LLC**" in the region (city) of **Moscow;**
- **Job vacancy no.** 21871891 for the position of "**Marketing Specialist (Wildberries, Ozon marketplaces)**" with a job salary **from 100,000 rubles**, at the company "**Ropin**" in the region (city) of **Moscow;**
- **Job vacancy no.** 21871887 for the position of "**Digital Marketing Specialist**" with the job salary to be determined following the completion of negotiations, at the company "**Energy Development LLC**" in the region (city) of **Moscow;**
- **Job vacancy no.** 21871841 for the position of "**Account Manager**" with a job salary **from 30,000 rubles**, at the company "**Union LLC**" in the region (city) of **Moscow;**
- **Job vacancy no.** 21871822 for the position of "**Internet Marketing Specialist**" with the job salary to be determined following the completion of negotiations, at the company "**RNKB Bank Inc**" in the region (city) of **Moscow;**

Case 1:21-cv-10260-DLC   Document 21-16   Filed 12/17/21   Page 5 of 17

11/3/21, 8:49 PM                Vacancy: Affiliate Manager / PR Manager, Moscow, Valtron LLC on the site Employment Center in the City of Moscow

- **Job vacancy no.** 21871819 for the position of **"Arbitrage Team Director / Partner"** with the job salary to be determined following the completion of negotiations, at the company **"Kuramshin Damir"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871804 for the position of **"Junior Product Manager"** with the job salary to be determined following the completion of negotiations, at the company **"YADRO"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871801 for the position of **"Marketing Specialist (Lead Generation)"** with the job salary to be determined following the completion of negotiations, at the company **"Fabrika Tursajtov"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871797 for the position of **"Product Marketing Specialist in Skysmart"** with the job salary to be determined following the completion of negotiations, at the company **"Skyeng"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871770 for the position of **"Manager for the Sale of Simple Services, Remote"** with a job salary **from 35,000 to 75,000 rubles**, at the company **"Smart Film LLC"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871755 for the position of **"Marketing Department Director (Insurance)"** with the job salary to be determined following the completion of negotiations, at the company **"Antal Russia"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871751 for the position of **"Head of Marketing (E-Commerce)"** with the job salary to be determined following the completion of negotiations, at the company **"Globosphere Russia"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871745 for the position of **"Marketing / Lead Acquisition Manager B2B"** with the job salary to be determined following the completion of negotiations, at the company **"Stayfitt"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871722 for the position of **"Lead UA Manager (Lead Traffic Manager)"** with a job salary **from 280,000 rubles**, at the company **"Kometa.Games"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871720 for the position of **"Marketing Writer / Editor"** with the job salary to be determined following the completion of negotiations, at the company **"Chatfuel LLC"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871713 for the position of **"Internet Marketing Specialist (Marketplaces)"** with a job salary **from 80,000 rubles**, at the company **"LIMONI"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871602 for the position of **"Internet Marketing Specialist"** with the job salary to be determined following the completion of negotiations, at the company **"Herofarm"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871595 for the position of **"Influencers Marketing Manager (Celebrity Manager)"** with the job salary to be determined following the completion of negotiations, at the company **"Samsung, Company Group"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871579 for the position of **"Brand Messaging Moderator"** with a job salary **from 15,000 to 30,000 rubles**, at the company **"IP Martynova Ksenia Aleksandrovna"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871573 for the position of **"Promotion / Marketing Manager"** with the job salary to be determined following the completion of negotiations, at the company **"Ozon Office and Commerce"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871559 for the position of **"Project Manager / Marketing Specialist"** with the job salary to be determined following the completion of negotiations, at the company **"International Institute for Integrative Nutrition"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871555 for the position of **"Marketing Department Director (Remote)"** with the job salary to be determined following the completion of negotiations, at the company **"Business IT LLC"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871550 for the position of **"Partner Services Promotion Manager"** with the job salary to be determined following the completion of negotiations, at the company **"MAGINT, retail chain"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871536 for the position of **"Marketing Specialist / Producer"** with the job salary to be determined following the completion of negotiations, at the company **"VIONE"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871532 for the position of **"Information Resources Manager"** with the job salary to be determined following the completion of negotiations, at the company **"MEDI RUS LLC"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871519 for the position of **"Chief Marketing Officer / Digital Marketing Director"** with the job salary to be determined following the completion of negotiations, at the company **"Geek Brains"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871511 for the position of **"Community Manager"** with the job salary to be determined following the completion of negotiations, at the company **"ROKKEX OU"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871507 for the position of **"Sales Department Manager"** with a job salary **from 40,000 to 50,000 rubles**, at the company **"Krejv Moskou LLC"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871506 for the position of **"Target Specialist (in the office / remote)"** with the job salary to be determined following the completion of negotiations, at the company **"Tvoy Pro LLC"** in the region (city) of **Moscow;**
- **Job vacancy no.** 21871490 for the position of **"TikTok Video Maker / Reels / TikTok Producer"** with the job salary to be determined following the completion of negotiations, at the company **"BELT LLC"** in the region (city) of **Moscow;**

**View similar vacancies (postings of job offers) for the position of "Affiliate Manager / PR Manager" in different cities (regions) of Russia, CIS, EAEC including in the region (city, town, village, community) of Moscow, Russia on our Electronic Citizen Employment Center for job searches:**

- **Job vacancy no.** 3005068 for the position of **"Bookkeeper for Goods and Materials Accounting"** with a job salary **from 60,000 to 60,000 rubles**, at the company **"StroyKom"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3005060 for the position of **"Guard"** with a job salary **from 1,800 rubles**, at the company **"GK Our Security Russia"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3005048 for the position of **"Engineer / Planner"** with the job salary to be determined following the completion of negotiations, at the company **"GUP SPPM"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3005046 for the position of **"Engineer / GPS Builder"** with a job salary **from 80,000 rubles**, at the company **"Canopus Project"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3005044 for the position of **"Engineer / Technician / Programmer"** with the job salary to be determined following the completion of negotiations, at the company **"HidroKom"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3005040 for the position of **"Planner (OViK Low Rise Buildings)"** with a job salary **from 100,000 rubles**, at the company **"APS BUILDING CONSTRUCTION FIRM"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3005036 for the position of **"GPS Builder / Engineer (KM, AS, KZh)"** with a job salary **from 140,000 rubles**, at the company / firm / organization / partnership, etc. in the region (city) of **Moscow;**
- **Job vacancy no.** 3005022 for the position of **"Expert at Manicures, Pedicures, Nail Extensions"** with a job salary **from 70,000 to 80,000 rubles**, at the company **"Prestige Salon"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3004992 for the position of **"Integrated Services and Building Repair Technician"** with a job salary **from 50,000 rubles**, at the company **"PIK Komfort"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3004983 for the position of **"Electrical Installer"** with the job salary to be determined following the completion of negotiations, at the company **"PIK Company Group"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3004975 for the position of **"Electrical Technician"** with a job salary **from 47,700 rubles**, at the company **"MNPO SPEKTR"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3004971 for the position of **"Electrical Installer for Repair and Servicing of Class 6 Electrical Equipment "** with a job salary **from 50,000 rubles**, at the company **"I. I. Toropova Government Machinery Engineering Office 'Vympel'"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3004969 for the position of **"Low Voltage and Electrical Installation Work Inspector"** with a job salary **from 100,000 rubles**, at the company / firm / organization / partnership, etc. in the region (city) of **Moscow;**
- **Job vacancy no.** 3004967 for the position of **"Low Voltage System Installer"** with a job salary **from 65,000 rubles**, at the company / firm / organization / partnership, etc. in the region (city) of **Moscow;**
- **Job vacancy no.** 3004966 for the position of **"Stitcher"** with a job salary **from 50,000 rubles**, at the company / firm / organization / partnership, etc. in the region (city) of **Moscow;**
- **Job vacancy no.** 3004965 for the position of **"Printer for Offset Printing"** with a job salary **from 85,000 rubles**, at the company / firm / organization / partnership, etc. in the region (city) of **Moscow;**
- **Job vacancy no.** 3004964 for the position of **"Post Printing Process Operator"** with a job salary **from 60,000 rubles**, at the company / firm / organization / partnership, etc. in the region (city) of **Moscow;**
- **Job vacancy no.** 3004963 for the position of **"Guard"** with a job salary **from 40,000 rubles**, at the company **"UK Aplikator"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3004959 for the position of **"Customer Service Manager (without search)"** with a job salary **from 90,000 rubles**, at the company / firm / organization / partnership, etc. in the region (city) of **Moscow;**

- **Job vacancy no.** 3004958 for the position of **"Sales Manager"** with a job salary **from 70,000 rubles**, at the company **"Winetrib"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3004957 for the position of **"Commercial Equipment Sales Manager"** with the job salary to be determined following the completion of negotiations, at the company **"Promkompressor"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3004952 for the position of **"Sales Department Assistant"** with the job salary to be determined following the completion of negotiations, at the company **"Eco Instrument"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3004951 for the position of **"Welding Equipment Sales Manager"** with a job salary **from 50,000 rubles**, at the company **"Systems and Technologies"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3004950 for the position of **"Sales Manager"** with the job salary to be determined following the completion of negotiations, at the company / firm / organization / partnership, etc. in the region (city) of **Moscow;**
- **Job vacancy no.** 3004942 for the position of **"Client Development Manager"** with the job salary to be determined following the completion of negotiations, at the company **"Lerua Merlen Vostok"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3004941 for the position of **"Project Sales Specialist"** with a job salary **from 48,000 rubles**, at the company **"Lerua Merlen Vostok"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3004935 for the position of **"Senior Salesperson / Cashier (City of Moscow, Olimpiyskiy Boulevard 26, Building 1)"** with a job salary **from 48,700 to 52,242 rubles**, at the company **"Pyatorochka"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3004928 for the position of **"Sales Manager"** with a job salary **from 100,000 rubles**, at the company / firm / organization / partnership, etc. in the region (city) of **Moscow;**
- **Job vacancy no.** 3004927 for the position of **"Professional Building Chemical Sales Manager"** with the job salary to be determined following the completion of negotiations, at the company **"GK BETON"** in the region (city) of **Moscow;**
- **Job vacancy no.** 3004923 for the position of **"PVX Window Measurer"** with a job salary **from 150,000 rubles**, at the company / firm / organization / partnership, etc. in the region (city) of **Moscow;**

**Also direct your attention to similar vacancies (postings of job offers) for the position of "Affiliate Manager / PR Manager" in different cities (regions) of Russia, CIS, EAEC including in the region (city, town, village, community) of Moscow, Russia on our Electronic Citizen Employment Center for job searches:**

- **Job vacancy no.** 2168895 for the position of **"Physician Cosmetologist"** with a job salary **from 40,000 - 60,000 rubles**, at the company **"Med Bio Spektr"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168894 for the position of **"Physician Dentist Therapist"** with a job salary **from 40,000 - 80,000 rubles**, at the company **"Med Bio Spektr"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168893 for the position of **"Physician Ophthalmologist"** with a job salary **from 15,000 to 20,000 rubles**, at the company **"Med Bio Spektr"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168887 for the position of **"Physician Obstetrician Gynecologist, Ultrasound"** with the job salary to be determined following the completion of negotiations, at the company **"Med Zdrav LLC"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168869 for the position of **"Administrator in the Clinic and Remotely"** with a job salary **from 30,000 to 40,000 rubles**, at the company **"Innovations in Psychotherapy LLC"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168855 for the position of **"Auto Mechanic for Repair of Audi, VW, BMW, Peugeot, KIA, Toyota, Mitsubishi, Opel"** with a job salary **from 60,000 rubles**, at the company **"ATK PERSONAL"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168846 for the position of **"Driver / Shipper"** with a job salary **from 45,000 rubles**, at the company **"Mosavtotur"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168845 for the position of **"Auto Tin Worker"** with a job salary **from 80,000 rubles**, at the company **"PARMA LLC"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168819 for the position of **"Driver"** with a job salary **from 50,000 to 120,000 rubles**, at the company **"JCat"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168796 for the position of **"Vehicle Washer"** with a job salary **from 35,000 to 70,000 rubles**, at the company **"IP Golubovskiy G.M."** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168782 for the position of **"Auto Mechanic in a Garage and Auto Parts Store"** with a job salary **from 60,000 to 120,000 rubles**, at the company **"ATK PERSONAL"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168781 for the position of **"Picker"** with a job salary **from 82,000 to 120,000 rubles**, at the company **"Dozor LLC"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168780 for the position of **"Picker in a Warehouse"** with a job salary **from 80,000 rubles**, at the company **"Dozor LLC"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168779 for the position of **"Picker – Packer in an E-Commerce Warehouse"** with a job salary **from 75,000 to 90,000 rubles**, at the company **"Dozor LLC"** in the region (city) of **Moscow;**

- **Job vacancy no.** 2168778 for the position of **"Packer – Sorter in a Tablet Warehouse"** with a job salary **from 60,000 rubles**, at the company **"Dozor LLC"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168772 for the position of **"Warehouseman / Picker for Eyewear "** with a job salary **from 55,000 rubles**, at the company **"Zverev H.M."** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168754 for the position of **"Handyman"** with a job salary **from 27,000 to 81,000 rubles**, at the company **"Ensol LLC"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168735 for the position of **"Internet Marketing Specialist"** with a job salary **from 70,000 rubles**, at the company **"EXELSIOR LTD"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168734 for the position of **"Picker / Janitor (Altufyevo)"** with a job salary **from 70,000 rubles**, at the company **"OZON"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168728 for the position of **"Picker / Janitor (Savelovskaya)"** with a job salary **from 40,000 rubles**, at the company **"OZON"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168711 for the position of **"Service Center Coordinator"** with a job salary **from 60,000 to 80,000 rubles**, at the company **"Buhanka LLC"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168698 for the position of **"Morning Custodian"** with a job salary **from 15,000 rubles**, at the company **"Tsedra LLC"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168520 for the position of **"Plumber"** with a job salary **from 50,000 to 60,000 rubles**, at the company **"A-PRESS LLC"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168518 for the position of **"Boiler Cleaner at Kremlin Food Plant"** with a job salary **from 30,000 rubles**, at the company **"A-PRESS LLC"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168515 for the position of **"Cleaner / Janitor at Kremlin Food Plant"** with a job salary **from 30,000 rubles**, at the company **"A-PRESS LLC"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168460 for the position of **"Master Electrical Equipment Repairman"** with a job salary **from 100,000 rubles**, at the company **"PROFIT LLC"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168453 for the position of **"Machine Operator on a Drilling Machine / Crane on a KAMAZ Chassis"** with a job salary **from 80,000 rubles**, at the company **"JCat"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168449 for the position of **"Electrician"** with a job salary **from 43,000 rubles**, at the company **"JCat"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168439 for the position of **"Engine Repair Specialist"** with a job salary **from 40,000 to 120,000 rubles**, at the company **"JCat"** in the region (city) of **Moscow;**
- **Job vacancy no.** 2168438 for the position of **"Dry Cleaning Specialist"** with a job salary **from 50,000 to 60,000 rubles**, at the company **"JCat"** in the region (city) of **Moscow;**

[Translator's note: there is an advertisement in the source document]

11/3/21, 8:49 PM     Vacancy: Affiliate Manager / PR Manager, Moscow, Valtron LLC on the site Employment Center in the City of Moscow

[Translator's note: there is an advertisement in the source document]

[Translator's note: there is an advertisement in the source document]

[Translator's note: there is an advertisement in the source document]

[Translator's note: there is an advertisement in the source document]

---

**[Exclamation point image]**    The administration of the multiregional employment and job candidate selection portal the Electronic Citizen Employment Center accepts no liability for any inaccuracies contained within this job posting for vacancy no. 11287057 for the position of "Affiliate Manager / PR Manager" from the company "Valtron LLC" in the city (region) of Moscow, Russia".

---

When copying content from the posting for job vacancy no. 11287057 for the position of "Affiliate Manager / PR Manager" from the company "Valtron LLC" in the city (region) of Moscow, Russia", the indexed (DoFollow) link to the page with the job vacancy http://employmentcenter.ru/vacancy/?action=read2&id=11287057 or the indexed (DoFollow) link to the employment site www.employmentcenter.ru - Multiregional Electronic Citizen Employment Center: job vacancies, resumes is necessary.

**www.EmploymentCenter.ru** / **All job vacancies** / **Job vacancies in Moscow, Russia** - Electronic **Citizen Employment Center in Moscow, Russia** – is an internet employment portal without middlemen for temporarily unemployed individuals, people graduating from educational institutions, those desiring to change job locations and types of work, as well as for direct employers (and their representatives, employees in human resources departments) in order to post announcements of job vacancies (free in certain circumstances) with the objective of finding candidates for open job positions at their companies, firms, organizations, etc.

By using our **Electronic Citizen Employment Center in Moscow, Russia** with an extensive updated informational database, you will quickly find the needed open position. For this purpose, we developed a convenient **list of job sectors (category list)**, with which you will easily find recent open positions in specific economic work sectors (activities) from thousands of direct employers. In order to view the job offers in a manner that will provide greater benefits for you, we recommend taking advantage of the feature to expand the search to the website of the Electronic Employment center. **Expanded job search for open positions in Moscow** is designated by the "Magnifying glass" icon.

Every day on our multiregional website for the Electronic Citizen Employment Center, more than 100 new job vacancies appear with appropriate market salaries. If you are still looking for work and would like to make the search easier, you can **post a resume (for free in certain circumstances) and subscribe to the distribution list for open positions in Moscow** and receive the latest job offers every Sunday. The publication of your resume on the internet portal for the Electronic Citizen Employment Center will help you to **find work** much more quickly.

| Job seekers: | Employers, search for staff: | Citizen Employment Center |
|---|---|---|
| • List of recent job vacancies in the city of Moscow<br>• Job fair<br>• Job vacancies by company<br>  The most recent job vacancies in Moscow, Russia<br>• Find a job by vacancies in the city of Moscow<br>• Post a new resume for the city of Moscow<br>• Subscribe to the distribution list for job vacancies<br>  Site with comments about employers<br>  **"Black list"** of employers<br>  Most recent comments about employers<br>• Change your resume<br>• Delete your resume<br><br>**Paid services:**<br>• Paid resume<br>• Paid job vacancy | • List of recent job candidate resumes for the city of Moscow<br>• Select a job candidate by resume in the city of Moscow<br>• Post a new job vacancy in the city of Moscow<br>• Change a job vacancy<br>• Delete a job vacancy<br><br>The Electronic Citizen Employment Center accepts:<br><br>[Icons for various 3rd party payment services]<br><br>And many other payment methods | • Citizen Employment Center in regions<br>• Job vacancies on the Citizen Employment Center in regions<br>• Job seekers on the Citizen Employment Center in regions<br>• Citizen Employment Center in the Russian Federation<br>• Address of the Employment Center<br>• Contact information<br>• Write to the support service<br>• Helpful materials<br>• Cooperation, Partnership |

Case 1:21-cv-10260-DLC   Document 21-16   Filed 12/17/21   Page 10 of 17

11/3/21, 8:49 PM          Vacancy: Affiliate Manager / PR Manager, Moscow, Valtron LLC on the site Employment Center in the City of Moscow

[Translator's note: there is an advertisement in the source document]

Dear User, **are you looking for work in the city of Moscow?** Hence, you are seeking a job: temporarily unemployed individuals, graduates of educational institutions or specialists who wish to find a more convenient work location.

**The internet portal for the Multiregional Electronic Citizen Employment Center** will help you to meet all your needs related to **looking for work. The Electronic Citizen Employment Center for the City of Moscow** is a real option to easily find an interesting and high paying job in the city of Moscow as quickly as possible and almost without cost.

Our mission is to make **looking for a job** simple and effective, so that every job seeker is able to rapidly respond to new job postings and to improve contacts with representatives of companies (firms, organizations, etc.), who have posted open positions.

With this site for the **Multiregional Electronic Citizen Employment Center**, thousands of individuals are looking for work. Take advantage of our services! We promise you that you will be able to find work in any specialty with our **multiregional internet portal for the Electronic Citizen Employment Center**.

Copyright © 2011 – 2021 **Multiregional Electronic Citizen Employment Center in Moscow, Russia** for quickly and effectively employing job seekers and selecting candidates (personnel, specialists) / Version 3.20.17

When using content from this website for the Multiregional Electronic Job and Employment Center for the City of Moscow for electronic media, it is required to provide a hyperlink to **www.employmentcenter.ru**, for printed mass media it is required to specify the source **www.EmploymentCenter.Ru - Electronic Citizen Employment Center (vacancies and resumes)** or **www.EmploymentCenter.Ru - Electronic Citizen Employment Center (vacancies and resumes)**.

**For questions pertaining to job vacancies on the multiregional website for the Electronic Citizen Employment Center and pertaining to job seeker profiles in the form of resumes, contact the Manager Sergey by email: ramankursk@mail.ru**

| The official website for the **Electronic Citizen Employment Service for the city (region) of Moscow** is on the social network Odnoklassniki | The official employment website with vacancies and resumes for the **Electronic Citizen Employment Service for the city (region) of Moscow** is on the social network Vkontakte |
|---|---|
| The official website for the **Electronic Citizen Employment Service for the city (region) of Moscow** is on the social network Facebook | The official employment website for the **Electronic Citizen Employment Service for the city (region) of Moscow** is on the social network Twitter |

**For cooperation, advertising, entering into partnership agreements, conducting events with prizes, on the website for the** Multiregional Electronic Citizen Employment Center**,** send an email to the customer support service for the **portal Electronic Citizen Employment Center in Moscow, Russia** at the address: raman@46info.ru.

© 2011 – 2021 Software and design by **Raman**
[Various icons]

11/14/21, 7:37 PM  Вакансия Affiliate manager / PR manager, Москва, ООО Вальтрон на сайте Центра занятости населения г. Москва

Case 1:21-cv-10260-DLC Document 21-16 Filed 12/17/21 Page 12 of 17

Центр Занятости Населения - www.EmploymentCenter.ru - Найти работу по вакансиям на сайте для поиска работы

ПОИСК вакансий: Какую вакансию найти? Укажите здесь и нажмите "Найти"...   Найти вакансии... >>>



Добавить вакансию в ЦЗН
Добавить резюме
Добавить резюме в ЦЗН
Искать работу по вакансиям
Поиск сотрудников по резюме

Главное меню навигации

ЦЗН в соцсетях:   Оценки ЦЗН в соцсетях:  Like 0   Like +1   Нравится 0   Твитнуть

Вакансия № 11287057 на должность "Affiliate manager / PR manager" в городе (регионе) Москва, Россия от компании "ООО Вальтрон" в отрасли экономики "Информационные технологии, интернет, телеком" → "Маркетинг" на сайте Электронный Центр занятости населения (ЦЗН)

### Affiliate manager / PR manager - вакансия в городе Москва, Россия от ООО Вальтрон

Прямой работодатель "**ООО Вальтрон**" ищет работника на вакантное место в своей организации (компании, фирме, ИП, ПБОЮЛ) на должность "**Affiliate manager / PR manager**".



Откликнуться на вакансию № 11287057

Уважаемый соискатель вакансий, Вы можете перейти на сайт прямого работодателя "**ООО Вальтрон**" для ознакомления с информацией о компании (фирме, организации, ИП). Смотрите Веб-сайт "**ООО Вальтрон**" - https://trafspin.com/.

**Смотрите** все вакансии от прямого работодателя "**ООО Вальтрон**" на Мультирегиональном Электронном Центре Занятости Населения.

Читайте свежие **отзывы сотрудников о работодателе компании "ООО Вальтрон"** на Электронном Центре Занятости Населения (ЦЗН).

 **Оставить отзыв о работодателе компании "ООО Вальтрон"** без регистрации бесплатно на Электронном Центре Занятости Населения (ЦЗН).

**Обязательное требование работодателя к опыту работы искомого сотрудника**: 1–3 года.

**График работы в компании "ООО Вальтрон"** на вакансии "**Affiliate manager / PR manager**": полный день.

**Тип занятости на вакантном месте работы "Affiliate manager / PR manager" в компании (фирме, организации, ИП) "ООО Вальтрон"**: полная занятость.

Вакансия № 11287057 на должность "**Affiliate manager / PR manager**" относится к отрасли деятельности: **"Информационные технологии, интернет, телеком" → "Маркетинг"**. Смотрите другие свежие вакансии в следующих разделах каталога предложений работы в форме объявлений: "Интернет-технологии"; "Информационные технологии"; "Телекоммуникации, связь";

Вакансия № 11287057 на должность "**Affiliate manager / PR manager**" добавлена в базу данных сайта о работе и трудоустройстве Электронный Центр занятости населения в **Четверг, 28 октября 2021** года и после публикации модератором веб-портала для соискателей работы доступна для просмотра всем зарегистрированным безработным (нетрудоустроенным).

Обращаем Ваше внимание, что на момент обращения к работодателю **ООО Вальтрон** вакантная должность "**Affiliate manager / PR manager**" может быть уже занята. Администрация Электронного ЦЗН приносит извинения за доставленные неудобства.

Дата обновления анкеты объявления с вакансией № 11287057 на должность "**Affiliate manager / PR manager**" на сайте Электронной Центр занятости населения: **Понедельник, 15 ноября 2021** год.

Рейтинг объявления с вакансией № 11287057: **22,85 из 100** баллов

**Вакансия** № 11287057 прочитана - 167 раз(а)
Отправлено откликов на **вакансию** № 11287057 - 0 раз(а)

Компанией (организацией, фирмой, ИП, ПБОЮЛ) "**ООО Вальтрон**" предлагается работа в городе (регионе) **Москва, Россия**.



Обратиться в Службу поддержки клиентов

Вакантное место работы "**Affiliate manager / PR manager**" в компании "**ООО Вальтрон**" находится по **адресу**: Москва, Пресненская набережная, **12**.



Работодатель **"ООО Вальтрон"** предложит заработную плату (на испытательный срок около 20000 рублей) по результатам собеседования с соискателем работы.

 **В обязанности работника на вакантном месте "Affiliate manager / PR manager" входит следующее:**



- Создание благоприятного имиджа компании, с целью привлечения новых партнеров (вебмастеров);
- Продвижение на тематических форумах и сообществах (преимущественно иностранных) и общение с потенциальными партнерами;
- Размещение рекламы на тематических площадках;
- Написание статей для блога (Wordpress) и соцсетей (VK, Facebook), а также для других тематических ресурсов;
- Участие в зарубежных конференциях;
- Написание статей для блога и соцсетей (VK, Facebook), а также для тематических ресурсов, а также, подготовка промо материалов для соцсетей и форумов (Adobe Photoshop);
- Работа с Facebook ADS, Google Analytics и Google AdWords.

 **Требования к работнику на должности "Affiliate manager / PR manager", предъявляемые работодателем "ООО Вальтрон" в городе Москва, следующие:**

- Ревалентный опыт работы;
- Хорошие знание Английского, не ниже уровня Upper Intermedia;
- Опыт работы с Facebook ADS, Google Analytics и Google AdWords, Adobe Photoshop и т.д.;
- Опыт написания тематический статей;
- Опыт общения с иностранными партнёрами;
- Опыт участия в зарубежных конференциях.

**Мы предлагаем:**

- Работа в команде молодых профессионалов, развитие и наставничество, а также профессиональный и карьерный рост;
- Конкурентоспособная з/п, которая обговаривается индивидуально с каждым кандидатом, исходя из опыта и зарплатных ожиданий кандидата;
- Зарплата выплачивается 2 раза в месяц, как часы, если праздники или выходные, всегда выплаты производятся заранее;
- Демократичная атмосфера и активная корпоративную жизнь;
- Классный, современный офис в Москва-Сити, современное оборудование,целая кухня еды на любой вкус, также оплачивается фитнес-клуб для сотрудников, которые хотят заниматься спортом, ежедневная компенсация расходов сотрудников на обеды, корпоративные электро самокаты и всё, чтобы ты мог получать удовольствие от общения, творчества и решения сложных задач.



Уважаемый соискатель вакансии, для получения номера контактного телефона (или иной контактной информации) для связи с работодателем "**ООО Вальтрон**" из города (региона) **Москва, Россия**, Вам сначала необходимо отправить письмо работодателю "ООО Вальтрон" с нашего Электронного Центра занятости населения с прикрепленным к нему файлом Вашего резюме или укажите в тексте сообщения работодателю ссылку на Ваше резюме на нашем портале соискателей работы или на другом сайте.

Если у Вас еще нет резюме на нашем мультирегиональном сайте Электронный ЦЗН, обязательно разместите резюме сейчас. Это очень сильно ускоряет скорость поиска работы, т.к. работодатели сами смогут Вас найти по данным из резюме и связаться с Вами для того, чтобы предложить свои вакансии.

 **Разместить Ваше резюме сейчас ...**

Работодатель "**ООО Вальтрон**" после получения e-mail сообщения от Вас с нашего сайта рассмотрит Ваше резюме и сообщит свои контактные данные (номер телефона, e-mail, факс, Skype, ICQ), по которому с ним можно связаться по поводу собеседования, чтобы занять вакантное место работы "**Affiliate manager / PR manager**".

**@ Написать работодателю "ООО Вальтрон" ...**

**Отправить резюме работодателю "ООО Вальтрон" ...**

**Позвонить работодателю "ООО Вальтрон" ...**



Что делать, если работодатель "**ООО Вальтрон**" из города (региона) **Москва, Россия** не отвечает на Ваш запрос по вакансии № 11287057 "**Affiliate manager / PR manager**"?

Разместите Ваше резюме сейчас на нашем портале трудоустройства Электронный Центр Занятости Населения г. Москва и Вас обязательно скоро найдут другие работодатели!

 **Добавить резюме в г. Москва сейчас**

Смотрите похожие вакансии (объявления с предложением работы) на должность "Affiliate manager / PR manager" в разных городах (регионах) России, СНГ, ЕАЭС, в том числе в регионе (городе, селе, деревне, поселке) "Москва, Россия", на нашем Электронном Центре занятости населения для трудоустройства:

- Вакансия № 21871908 на должность "**User Acquisition Manager / Media buyer (gaming)**" с заработной платой, определяемой по договоренности, от компании "**ООО Go Mobile**" в регионе (городе) **Москва**;
- Вакансия № 21871891 на должность "**Маркетолог (маркетплейсы Wildberries, Ozon)**" с заработной платой **от 100000 руб**. от компании "**Ropin**" в регионе (городе) **Москва**;
- Вакансия № 21871887 на должность "**Digital маркетолог**" с заработной платой, определяемой по договоренности, от компании "**ООО Энерджи Девелопмент**" в регионе (городе) **Москва**;
- Вакансия № 21871841 на должность "**Аккаунт менеджер**" с заработной платой **от 30000 руб.** от компании "**ООО Юнион**" в регионе (городе) **Москва**;
- Вакансия № 21871822 на должность "**Интернет-маркетолог**" с заработной платой, определяемой по договоренности, от компании "**РНКБ Банк (ПАО)**" в регионе (городе) **Москва**;

11/14/21, 7:37 PM    Вакансия Affiliate manager / PR manager, Москва, ООО ВЭЛТ - на сайте Центра Занятости Населения г. Москва

Case 1:21-cv-10260-DLC   Document 21-16   Filed 12/17/21   Page 14 of 17




- Вакансия № 21871819 на должность "**Руководитель арбитражной команды | Партнёр**" с заработной платой, определяемой по договоренности, от компании "**Курамшин Damир**" в регионе (городе) **Москва**;
- Вакансия № 21871804 на должность "**Младший продакт-менеджер**" с заработной платой, определяемой по договоренности, от компании "**YADRO**" в регионе (городе) **Москва**;
- Вакансия № 21871801 на должность "**Маркетолог (лидогенерация)**" с заработной платой, определяемой по договоренности, от компании "**Фабрика турсайтов**" в регионе (городе) **Москва**;
- Вакансия № 21871797 на должность "**Продуктовый маркетолог в Skysmart**" с заработной платой, определяемой по договоренности, от компании "**Skyeng**" в регионе (городе) **Москва**;
- Вакансия № 21871770 на должность "**Менеджер по продажам простых услуг, удаленно**" с заработной платой **от 35000 до 75000 руб.** от компании "**ООО Смарт фильм**" в регионе (городе) **Москва**;
- Вакансия № 21871755 на должность "**Руководитель отдела маркетинга (Страхование)**" с заработной платой, определяемой по договоренности, от компании "**Antal Russia**" в регионе (городе) **Москва**;
- Вакансия № 21871751 на должность "**Head of marketing (e-commerce )**" с заработной платой, определяемой по договоренности, от компании "**Globosphere Russia**" в регионе (городе) **Москва**;
- Вакансия № 21871745 на должность "**Marketing/Lead acquisition Manager B2B (Менеджер по маркетингу)**" с заработной платой, определяемой по договоренности, от компании "**Stayfitt**" в регионе (городе) **Москва**;
- Вакансия № 21871722 на должность "**Lead UA Manager (ведущий трафик-менеджер)**" с заработной платой **до 280000 руб.** от компании "**Kometa.Games**" в регионе (городе) **Москва**;
- Вакансия № 21871720 на должность "**Маркетинг райтер / редактор**" с заработной платой, определяемой по договоренности, от компании "**ООО Chatfuel**" в регионе (городе) **Москва**;
- Вакансия № 21871713 на должность "**Интернет-маркетолог (Маркетплейсы)**" с заработной платой **от 80000 руб.** от компании "**LIMONI**" в регионе (городе) **Москва**;
- Вакансия № 21871602 на должность "**Интернет-маркетолог**" с заработной платой, определяемой по договоренности, от компании "**Герофарм**" в регионе (городе) **Москва**;
- Вакансия № 21871595 на должность "**Influencers Marketing Manager (Celebrity Manager)**" с заработной платой, определяемой по договоренности, от компании "**Самсунг, Группа компаний**" в регионе (городе) **Москва**;
- Вакансия № 21871579 на должность "**Модератор сообществ бренда**" с заработной платой **от 15000 до 30000 руб.** от компании "**ИП Мартынова Ксения Александровна**" в регионе (городе) **Москва**;
- Вакансия № 21871573 на должность "**Менеджер по промо - маркетингу**" с заработной платой, определяемой по договоренности, от компании "**Ozon Офис и Коммерция**" в регионе (городе) **Москва**;
- Вакансия № 21871559 на должность "**Проджект-менеджер-маркетолог**" с заработной платой, определяемой по договоренности, от компании "**Международный институт интегративной нутрициологии**" в регионе (городе) **Москва**;
- Вакансия № 21871555 на должность "**Руководитель отдела маркетинга (удалённо)**" с заработной платой, определяемой по договоренности, от компании "**ООО Бизнес Ай Ти**" в регионе (городе) **Москва**;
- Вакансия № 21871550 на должность "**Менеджер по продвижению партнерских сервисов**" с заработной платой, определяемой по договоренности, от компании "**МАГНИТ, Розничная сеть**" в регионе (городе) **Москва**;
- Вакансия № 21871536 на должность "**Маркетолог/продюсер**" с заработной платой, определяемой по договоренности, от компании "**VIONE**" в регионе (городе) **Москва**;
- Вакансия № 21871532 на должность "**Менеджер по информационным ресурсам**" с заработной платой, определяемой по договоренности, от компании "**ООО МЕДИ РУС**" в регионе (городе) **Москва**;
- Вакансия № 21871519 на должность "**Chief Marketing Officer / Директор по digital-маркетингу**" с заработной платой, определяемой по договоренности, от компании "**GeekBrains**" в регионе (городе) **Москва**;
- Вакансия № 21871511 на должность "**Community manager**" с заработной платой, определяемой по договоренности, от компании "**ROKKEX OU**" в регионе (городе) **Москва**;
- Вакансия № 21871507 на должность "**Менеджер отдела продаж**" с заработной платой **от 40000 до 50000 руб.** от компании "**ООО Крейв Москоу**" в регионе (городе) **Москва**;
- Вакансия № 21871506 на должность "**Таргетолог (в офис/удаленно)**" с заработной платой, определяемой по договоренности, от компании "**ООО TvoyPro**" в регионе (городе) **Москва**;
- Вакансия № 21871490 на должность "**Видеомейкер TikTok / Reels/ Продюсер TikTok**" с заработной платой, определяемой по договоренности, от компании "**ООО ВЭЛТ**" в регионе (городе) **Москва**;

Смотрите другие похожие объявления с вакансиями на должность "Affiliate manager / PR manager" в разных городах (регионах) России, СНГ, ЕАЭС, в том числе в регионе (городе, селе, деревне, поселке) "Москва, Россия", на этом интернет-портале Электронного Центра занятости населения для трудоустройства:

- Вакансия № 3005068 на должность "**Бухгалтер по учету ТМЦ**" с заработной платой **от 60000 до 60000 руб.** от компании "**СтройКом**" в регионе (городе) **Москва**;
- Вакансия № 3005060 на должность "**Охранник**" с заработной платой **от 1800 руб.** от компании "**ГК "НАША ОХРАНА " Россия**" в регионе (городе) **Москва**;
- Вакансия № 3005048 на должность "**Инженер-проектировщик**" с заработной платой, определяемой по договоренности, от компании "**ГУП СППМ**" в регионе (городе) **Москва**;
- Вакансия № 3005046 на должность "**Инженер-конструктор пгс**" с заработной платой **80000 руб.** от компании "**Канопус-Проект**" в регионе (городе) **Москва**;
- Вакансия № 3005044 на должность "**Инженер-технолог / Программист**" с заработной платой, определяемой по договоренности, от компании "**ГидроКом**" в регионе (городе) **Москва**;
- Вакансия № 3005040 на должность "**Проектировщик (ОВиК малоэтажные дома)**" с заработной платой **от 100000 руб.** от компании "**ДОМОСТРОИТЕЛЬНЫЙ КОМБИНАТ АПС**" в регионе (городе) **Москва**;
- Вакансия № 3005036 на должность "**Конструктор-инженер ПГС (КМ, АС, КЖ)**" с заработной платой **140000 руб.** от компании/фирмы/организации/ИП в регионе (городе) **Москва**;
- Вакансия № 3005022 на должность "**Мастер маникюра, педикюра, наращивания ногтей**" с заработной платой **от 70000 до 80000 руб.** от компании "**Салон Престиж**" в регионе (городе) **Москва**;
- Вакансия № 3004992 на должность "**Техник по комплексному обслуживанию и ремонту зданий**" с заработной платой **от 50000 руб.** от компании "**ПИК-Комфорт**" в регионе (городе) **Москва**;
- Вакансия № 3004983 на должность "**Электромонтажник**" с заработной платой, определяемой по договоренности, от компании "**Группа Компаний ПИК**" в регионе (городе) **Москва**;
- Вакансия № 3004975 на должность "**Техник-электрик**" с заработной платой **от 47700 руб.** от компании "**МНПО СПЕКТР**" в регионе (городе) **Москва**;
- Вакансия № 3004971 на должность "**Электромонтер по ремонту и обслуживанию электрооборудования 6 разряда**" с заработной платой **от 50000 руб.** от компании "**Акционерное общество «Государственное машиностроительное конструкторское бюро «Вымпел» им. И. И. Торопова»**" в регионе (городе) **Москва**;
- Вакансия № 3004969 на должность "**Прораб слаботочных и электромонтажных работ**" с заработной платой **100000 руб.** от компании/фирмы/организации/ИП в регионе (городе) **Москва**;
- Вакансия № 3004967 на должность "**Монтажник слаботочных систем**" с заработной платой **65000 руб.** от компании/фирмы/организации/ИП в регионе (городе) **Москва**;
- Вакансия № 3004966 на должность "**Брошюровщик**" с заработной платой **50000 руб.** от компании/фирмы/организации/ИП в регионе (городе) **Москва**;
- Вакансия № 3004965 на должность "**Печатник офсетной печати**" с заработной платой **85000 руб.** от компании/фирмы/организации/ИП в регионе (городе) **Москва**;
- Вакансия № 3004964 на должность "**Оператор послепечатной обработки**" с заработной платой **60000 руб.** от компании/фирмы/организации/ИП в регионе (городе) **Москва**;
- Вакансия № 3004963 на должность "**Охранник**" с заработной платой **от 40000 руб.** от компании "**УК Аллигатор**" в регионе (городе) **Москва**;
- Вакансия № 3004959 на должность "**Менеджер по работе с клиентами (без поиска)**" с заработной платой **90000 руб.** от компании/фирмы/организации/ИП в регионе (городе) **Москва**;

11/14/21, 7:37 PM                                                      Вакансия "Affiliate manager / PR manager", Москва, ООО Электронный Центр занятости населения г. Москва

Case 1:21-cv-10260-DLC  Document 21-16  Filed 12/17/21  Page 15 of 17



- **Вакансия** № 3004958 на должность "**Менеджер по продажам**" с заработной платой **от 70000 руб.** от компании "**Вайнтриб**" в регионе (городе) **Москва**;
- **Вакансия** № 3004957 на должность "**Менеджер по продажам компрессорного оборудования**" с заработной платой, определяемой по договоренности, от компании "**Промкомпрессор**" в регионе (городе) **Москва**;
- **Вакансия** № 3004952 на должность "**Ассистент отдела продаж**" с заработной платой, определяемой по договоренности, от компании "**ЭкоИнструмент**" в регионе (городе) **Москва**;
- **Вакансия** № 3004951 на должность "**Менеджер по продаже сварочного оборудования**" с заработной платой **от 50000 руб.** от компании "**Системы и технологии**" в регионе (городе) **Москва**;
- **Вакансия** № 3004950 на должность "**Менеджер по продажам**" с заработной платой, определяемой по договоренности, от компании/фирмы/организации/ИП в регионе (городе) **Москва**;
- **Вакансия** № 3004942 на должность "**Менеджер по развитию клиентов**" с заработной платой, определяемой по договоренности, от компании "**Леруа Мерлен Восток**" в регионе (городе) **Москва**;
- **Вакансия** № 3004941 на должность "**Специалист по продажам проектов**" с заработной платой **от 48000 руб.** от компании "**Леруа Мерлен Восток**" в регионе (городе) **Москва**;
- **Вакансия** № 3004935 на должность "**Старший продавец-кассир (г Москва, Олимпийский пр-кт, д 26 стр 1)**" с заработной платой **от 48700 до 52242 руб.** от компании "**Пятёрочка**" в регионе (городе) **Москва**;
- **Вакансия** № 3004928 на должность "**Менеджер по продажам**" с заработной платой **100000 руб.** от компании/фирмы/организации/ИП в регионе (городе) **Москва**;
- **Вакансия** № 3004927 на должность "**Менеджер по продажам профессиональной строительной химии**" с заработной платой, определяемой по договоренности, от компании "**ГК "BETON-BETON "**" в регионе (городе) **Москва**;
- **Вакансия** № 3004923 на должность "**Замерщик окон ПВХ**" с заработной платой **от 150000 руб.** от компании/фирмы/организации/ИП в регионе (городе) **Москва**;

Обратите внимание также на похожие объявления вакансии на должность "Affiliate manager / PR manager" в разных городах (регионах) России, СНГ, ЕАЭС, в том числе в регионе (городе, селе, деревне, поселке) "Москва, Россия", на этом веб-сайте поиска работы Электронный Центр занятости населения для трудоустройства:

- **Вакансия** № 2168895 на должность "**Врач косметолог**" с заработной платой **40000 - 60000 руб.** от компании "**ООО Медицинский научный центр "МедБиоСпектр"**" в регионе (городе) **Москва**;
- **Вакансия** № 2168894 на должность "**Врач стоматолог-терапевт**" с заработной платой **40000 - 80000 руб.** от компании "**ООО Медицинский научный центр "МедБиоСпектр"**" в регионе (городе) **Москва**;
- **Вакансия** № 2168893 на должность "**Врач офтальмолог**" с заработной платой **15000 - 20000 руб.** от компании "**ООО Медицинский научный центр "МедБиоСпектр"**" в регионе (городе) **Москва**;
- **Вакансия** № 2168887 на должность "**Врач акушер гинеколог, УЗИ**" с заработной платой **По договоренности** от компании "**ООО "МедЗдрав"**" в регионе (городе) **Москва**;
- **Вакансия** № 2168869 на должность "**Администратор в клинику и на удаленку**" с заработной платой **30000 - 40000 руб.** от компании "**ООО "Инновации в психотерапии"**" в регионе (городе) **Москва**;
- **Вакансия** № 2168855 на должность "**Автомеханик по ремонту Audi, VW, BMW, Peugeot, KIA, Toyota, Mitsubishi, Opel**" с заработной платой **от 60000 руб.** от компании "**АТК-PERSONAL**" в регионе (городе) **Москва**;
- **Вакансия** № 2168846 на должность "**Водитель-экспедитор**" с заработной платой **от 45000 руб.** от компании "**ООО "Мосавтотур"**" в регионе (городе) **Москва**;
- **Вакансия** № 2168845 на должность "**Автожестянщик**" с заработной платой **от 80000 руб.** от компании "**ООО ЧОО "ПАРМА"**" в регионе (городе) **Москва**;
- **Вакансия** № 2168819 на должность "**Водитель**" с заработной платой **50000 - 120000 руб.** от компании "**JCat**" в регионе (городе) **Москва**;
- **Вакансия** № 2168796 на должность "**Автомойщик**" с заработной платой **35000 - 70000 руб.** от компании "**ИП Голубовский Г.М.**" в регионе (городе) **Москва**;
- **Вакансия** № 2168782 на должность "**Автомеханик в автосервис + магазин автозапчастей**" с заработной платой **60000 - 120000 руб.** от компании "**АТК-PERSONAL**" в регионе (городе) **Москва**;
- **Вакансия** № 2168781 на должность "**Комплектовщик**" с заработной платой **82000 - 120000 руб.** от компании "**ООО ЧОО "Дозор"**" в регионе (городе) **Москва**;
- **Вакансия** № 2168780 на должность "**Комплектовщик на склад**" с заработной платой **от 80000 руб.** от компании "**ООО ЧОО "Дозор"**" в регионе (городе) **Москва**;
- **Вакансия** № 2168779 на должность "**Комплектовщик - упаковщик на склад интернет магазина**" с заработной платой **75000 - 90000 руб.** от компании "**ООО ЧОО "Дозор"**" в регионе (городе) **Москва**;
- **Вакансия** № 2168778 на должность "**Упаковщик - сортировщик на склад таблеток**" с заработной платой **от 60000 руб.** от компании "**ООО ЧОО "Дозор"**" в регионе (городе) **Москва**;
- **Вакансия** № 2168772 на должность "**Кладовщик-комплектовщик оптики**" с заработной платой **от 55000 руб.** от компании "**Зверев Н.М.**" в регионе (городе) **Москва**;
- **Вакансия** № 2168754 на должность "**Разнорабочий**" с заработной платой **27000 - 81000 руб.** от компании "**ООО "ЭКСЦЕЛЬСИОР ЛТД"**" в регионе (городе) **Москва**;
- **Вакансия** № 2168735 на должность "**Комплектовщик-сборщик (Алтуфьево)**" с заработной платой **от 70000 руб.** от компании "**OZON**" в регионе (городе) **Москва**;
- **Вакансия** № 2168734 на должность "**Комплектовщик-сборщик (Савеловская)**" с заработной платой **от 70000 руб.** от компании "**OZON**" в регионе (городе) **Москва**;
- **Вакансия** № 2168728 на должность "**Менеджер продаж**" с заработной платой **от 40000 руб.** от компании "**ООО "ИНВЕНТ"**" в регионе (городе) **Москва**;
- **Вакансия** № 2168711 на должность "**Координатор сервисного центра**" с заработной платой **60000 - 80000 руб.** от компании "**ООО "Буханка"**" в регионе (городе) **Москва**;
- **Вакансия** № 2168698 на должность "**Дворник утро**" с заработной платой **15000 руб.** от компании "**ООО "Цедра"**" в регионе (городе) **Москва**;
- **Вакансия** № 2168520 на должность "**Слесарь-сантехник**" с заработной платой **50000 - 60000 руб.** от компании "**ООО "А-ПРЕСС"**" в регионе (городе) **Москва**;
- **Вакансия** № 2168518 на должность "**Котломойщик Кремлевского комбината питания**" с заработной платой **от 30000 руб.** от компании "**ООО "А-ПРЕСС"**" в регионе (городе) **Москва**;
- **Вакансия** № 2168515 на должность "**Мойщик-уборщик Кремлевского комбината питания**" с заработной платой **от 30000 руб.** от компании "**ООО "А-ПРЕСС"**" в регионе (городе) **Москва**;
- **Вакансия** № 2168460 на должность "**Мастер по ремонту электроинструментов**" с заработной платой **от 100000 руб.** от компании "**ООО "ПРОФИТ"**" в регионе (городе) **Москва**;
- **Вакансия** № 2168453 на должность "**Машинист на бурильно-крановую машину на базе КАМАЗ**" с заработной платой **от 80000 руб.** от компании "**JCat**" в регионе (городе) **Москва**;
- **Вакансия** № 2168449 на должность "**Электрик**" с заработной платой **от 43000 руб.** от компании "**JCat**" в регионе (городе) **Москва**;
- **Вакансия** № 2168439 на должность "**Специалист по ремонту динамиков**" с заработной платой **40000 - 120000 руб.** от компании "**JCat**" в регионе (городе) **Москва**;
- **Вакансия** № 2168438 на должность "**Специалист химчистки**" с заработной платой **50000 - 60000 руб.** от компании "**JCat**" в регионе (городе) **Москва**;





Обратите внимание на **сайт Электронная Биржа труда г. Москва** с актуальной базой данных предложений работы в форме вакансий в г. Москва.
Переходите на страницу "**Найти работу по вакансиям на Бирже труда г. Москва**" и ищите свежие вакансии в г. Москва или переходите на страницу "**Разместить резюме на Бирже труда г. Москва**", добавляйте резюме и после его публикации Вам начнут приходить свежие вакансии г. Москва с предложениями работы.



Заходите на **сайт Электронная Служба занятости населения г. Москва** с актуальной базой данных предложений работы в форме вакансий в г. Москва. Переходите на страницу "**Найти работу по вакансиям в Службе занятости населения г. Москва**" и ищите свежие вакансии в г. Москва или переходите на страницу "**Разместить резюме в Службе занятости населения г. Москва**", добавляйте резюме и после его публикации Вам начнут приходить свежие вакансии с предложениями работы г. Москва.





Посетите **сайт г. Москва "Работа в России и СНГ"** с базой данных предложений работы в форме вакансий в г. Москва.
Переходите на страницу "**Найти работу по вакансиям на сайте г. Москва "Работа в России и СНГ"**" и ищите свежие вакансии в г. Москва или переходите на страницу "**Разместить резюме на сайте г. Москва "Работа в России и СНГ"**", добавляйте резюме и после его публикации Вам начнут приходить свежие вакансии с предложениями работы г. Москва.



Поиск Работы по любой Профессии

Искать работу на мега-портале **Агрегатор свежих вакансий от работодателей городов России, СНГ, ЕАЭС** с крупнейшей базой данных объявлений для трудоустройства весьма просто!
На поисковике по вакансиям городов России и СНГ RABOTKA.com.ru Вы можете удобно выполнять **поиск работы в городе Москва по самой известной базе данных вакансий веб-ресурса Центр Занятости Населения города Москва**.
**Все вакансии с веб-ресурса Центр Занятости Населения**, которые можно смотреть на агрегаторе-поисковике объявлений с предложениями работы в России RABOTKA.com.ru в форме списков, сгруппированных по городам и сферам экономической деятельности, или выполнять поиск свежих вакансий с учетом города и специальности.

⚠ Администрация мультирегионального портала по трудоустройству и подбора кадров Электронного Центра занятости населения не несет ответственности за достоверность содержания этого объявления с вакансией № 11287057 на должность "Affiliate manager / PR manager" от компании "ООО Вальтрон" из города (региона) "Москва, Россия".

При копировании материалов объявления с вакансией № 11287057 на должность "**Affiliate manager / PR manager**" в городе (регионе) "**Москва, Россия**" в организации "**ООО Вальтрон**" индексируемая (DoFollow) ссылка на страницу с вакансией http://employmentcenter.ru/vacancy/?action=read2&id=11287057 или индексируемая (DoFollow) ссылка на сайт для трудоустройства «www.EmploymentCenter.ru - Мультирегиональный Электронный Центр Занятости Населения: вакансии, резюме» обязательна.

---

www.EmploymentCenter.ru / Все вакансии / Вакансии Москва, Россия - Электронный **Центр Занятости Населения Москва, Россия** - интернет-портал для трудоустройства без посредников временно безработных, выпускников учебных заведений, желающих сменить место работы и вид деятельности, а также для прямых работодателей (и их представителей, сотрудников отделов кадров) для того, чтобы размещать условно-бесплатные объявления вакансий с целью подбора кадров на вакантные места работы в своих компаниях, фирмах, организациях, ИП, ПБОЮЛ.

Используя наш **Электронный ЦЗН Москва, Россия** с обширной актуальной информационной базой, Вы быстро найдете нужную вакансию. Для этого мы разработали удобный **отраслевой каталог (рубрикатор)**, в котором Вы без труда найдете свежие вакансии в конкретной экономической сфере труда (деятельности) от тысяч прямых работодателей. Чтобы просмотреть наиболее выгодные для Вас предложения работы, рекомендуем воспользоваться расширенным поиском по сайту Электронного Центра Занятости. **Расширенный поиск работы по вакансиям г. Москва** обозначен иконкой "Лупа".

Каждый день на нашем мультирегиональном веб-сайте Электронный ЦЗН появляется более ста новых вакансий с рыночной заработной платой. Если Вы все еще ищете работу и хотите упростить себе поиск, Вы можете **разместить условно-бесплатное резюме с подпиской на рассылку вакансий г. Москва** и получать самые свежие предложения работы каждую неделю. Публикация Вашего резюме на интернет-портале Электронного Центра Занятости Населения поможет намного быстрее **найти работу**.

| СОИСКАТЕЛЮ РАБОТЫ: | РАБОТОДАТЕЛЮ, КАДРОВИКУ: | ЦЕНТР ЗАНЯТОСТИ НАСЕЛЕНИЯ: |
|---|---|---|
| Каталог свежих вакансий г. Москва | Каталог свежих резюме г. Москва | ЦЗН в регионах |
| Ярмарка вакансий | Подобрать персонал по резюме г. Москва | Вакансии ЦЗН в регионах |
| Вакансии по компаниям | Разместить новую вакансию г. Москва | Соискатели работы ЦЗН в регионах |
| Последние свежие вакансии Москва, Россия | Изменить вакансию | ЦЗН в субъектах РФ |
| Найти работу по вакансиям г. Москва | Удалить вакансию | Адрес Центра занятости |
| Разместить новое резюме г. Москва | Электронный ЦЗН принимает к оплате:   и многие другие платежные средства | Конктактная информация |
| Подписаться на рассылку вакансий | | Написать в Службу поддержки |
| Сайт отзывов о работодателях | | Справочные материалы |
| "Чёрный список" работодателей | | Сотрудничество, партнерство |
| Последние отзывы о работодателях | | |
| Изменить резюме | | |
| Удалить резюме | | |
| **ПЛАТНЫЕ УСЛУГИ**: | | |
| Платное резюме | | |
| Платная вакансия | | |

Скачайте бесплатно приложение для Android из Google Play Market для поиска работы по вакансиям Электронного Центра Занятости Населения



Уважаемый пользователь, **ищете работу в г. Москва**? Следовательно Вы соискатель работы: временно безработный, выпускник ВУЗа или специалист, который желает найти более приемлемое место работы.

**Интернет-Портал мультирегиональный Электронный Центр Занятости Населения** поможет Вам удовлетворить все потребности в **поиске работы**. **Электронный Центр Занятости Населения г. Москва** — это реальная возможность легко, почти бесплатно и максимально быстро найти интересную и высокооплачиваемую работу в г. Москва.

Наша задача — сделать **поиск работы** простым и эффективным, чтобы каждый соискатель мог оперативно реагировать на новые рабочие места и своевременно связываться с представителями компаний (фирм, организаций, ИП, ПБОЮЛ), разместивших вакансии.

С данным сайтом **Мультирегиональный Электронный ЦЗН** ищут работу тысячи человек, воспользуйтесь нашими услугами и Вы! Уверяем Вас, что на нашем **мультирегиональном интернет-портале Электронного ЦЗН** можно найти работу по любой специальности.

Copyright © 2011-2021 Электронный мультирегиональный **Центр Занятости Населения Москва, Россия** для быстрого и эффективного трудоустройства населения и подбора кадров (персонала, специалистов) / Версия 3.20.17

**При использовании материалов этого мультирегионального центра трудоустройства и занятости г. Москва** для электронных средств массовой информации обязательно размещение гиперссылки на **www.employmentcenter.ru**, для печатных СМИ обязательно указание источника "**www.EmploymentCenter.Ru - Электронный Центр Занятости Населения (вакансии и резюме)**" или "**www.EmploymentCenter.Ru - Электронный ЦЗН (вакансии и резюме)**".

**По вопросам актуальности вакансий на мультирегиональном web-сайте Электронного Центра Занятости Населениия и актуальности анкет соискателей работы в форме резюме, обращайтесь к менеджеру Сергею по E-mail**: **raman-kursk@mail.ru**

 Официальный сайт **Электронный Центр занятости населения Москва, Россия** в социальной сети Одноклассники

 Официальный сайт о работе с вакансиями и резюме **Электронный Центр занятости населения Москва, Россия** в социальной сети ВКонтакте

 Официальный сайт **Электронного Центра занятости населения Москва, Россия** в социальной сети Facebook

 Официальный сайт по трудоустройству и занятости **Электронный Центр занятости населения Москва, Россия** в социальной сети Twitter

**Сотрудничество, реклама, заключение партнерских соглашений, проведение акций с призами** на мультирегиональном портале Электронного Центра занятости населения Москва, Россия, пишите по электронной почте менеджеру Игорю на emailto: **raman@46info.ru**

 Если Вы столкнулись с проблемами на нашем **сайте с вакансиями и резюме г. Москва**, заметили ошибку в работе мультирегионального **Электронного Центра занятости населения Москва, Россия**, обращайтесь по электронной почте в Службу поддержки клиентов **портала Электронный Центр занятости населения Москва, Россия** по адресу: raman@46info.ru.

Copyright © 2011-2021 Software and design by **Raman**

