# Exhibit 17



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

On the day of November 30, 2021

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, Massachusetts 02110, completed the attached translation from Russian into English.

I, Xiaohua Fu, certify that the attached translated document has been translated by a qualified and vetted linguist fluent in both Russian and English, and is a true, correct and accurate English version of the original Russian, to the best of the linguist's knowledge and belief.

File name: RUSSIAN - employment-services.ru Valtron IOS Developer (accessed 11-14-2021)

*Fu Xiaohua*

Xiaohua Fu
Translation Project Manager

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston, MA 02110 | Phone: 617-528-7400 | Fax: 617-528-7490 | www.linguist.com
Certifications: ISO 9001 | ISO 17100 | ISO 27001

[Translator's note: there is an advertisement in the source document]

Job vacancy no. 11765519 for the position of "IOS Developer" in the city (region) of Moscow, Russia from the company "Valtron LLC" in the economic sector **"Information technology, internet, telecom" -> "Gaming applications"** on the website Electronic Citizen Employment Service (/vacancy/?action=read1&id=11765519)

**IOS Developer in the city (region) of Moscow, Russia**

The direct employer **"Valtron LLC"** is looking for an employee for an open position of employment at their organization for the function of **"IOS Developer"**.

**Mandatory requirements of the direct employer regarding work experience of the sought employee:** 1 – 3 years.

**Type of employment for the open employment position of "IOS Developer" at the company (firm, organization, etc.) "Valtron LLC"**: full time employment.

**Work schedule for the open position of "IOS Developer" at the company "Valtron LLC"**: full day.

Job vacancy no. 11765519 for the position of **"IOS Developer"** is within the activity sector: **"Information technology, internet, telecom" -> "Gaming applications".**

Job vacancy no. 11765519 for the position of **"IOS Developer"** was posted in the database of the job website Electronic Citizen Employment Service on **Thursday, October 21, 2021** after being published by the moderators (administrators) of the internet portal for job seekers and made available for viewing by all registered unemployed individuals.

We direct your attention to the fact that at the time of referring you to the employer **Valtron LLC,** the open position **"IOS Developer"** may already be filled. The administrators of the website Electronic Citizen Employment Service apologize for any inconvenience that may be caused.

Date of updating the profile for Job vacancy no. 11765519 for the position of **"IOS Developer"** on the website Electronic Citizen Employment Service: **Monday, November 15, 2021**.

Statistics for viewing the announcement for Job vacancy no. 11765519 by job seekers and messages sent to the employer **Valtron LLC**:

**Job vacancy no.** 11765519 for the position **IOS Developer** was viewed by job seekers – 105 times;
Responses were sent to **Job vacancy no.** 11765519 from the company **Valtron LLC** by job seekers – 0 times;

Read recent **employee comments about the employer "Valtron LLC"** (/reviews/?action=read&idcompany=684995) on the Electronic Citizen Employment Service.

(/reviews/?action=add&idcompany=684995) **Leave a comment about the employer "Valtron LLC"** for free without registering on the Electronic Citizen Employment Service.

11/14/21, 9:17 PM   Vacancy: IOS Developer, Moscow, Valtron LLC (salary to 230,000 rubles) on the site Citizen Employment Service in the City of Moscow

The company (organization, firm, etc.) **"Valtron LLC"** is offering employment in the city (population center) of: **Moscow**.

The open employment position at the company (organization) **"Valtron LLC"** is located at the **address: Moscow, Presnenskaya Naberezhnaya 12**.

The employer company (firm, organization) **"Valtron LLC"** may offer approximately the following salary: **from 230,000 rubles** for the open position **"IOS Developer"**.

---

**The employee responsibilities for the open position of "IOS Developer" are as follows:**

- Development of simple mobile applications for advertising with Facebook, Google;
- Publication on the AppStore.

**The employee qualifications required by the employer "Valtron LLC" in the city of Moscow for the position of "IOS Developer" are as follows:**

- 1 year plus of work experience;
- Portfolio of complete projects;
- More than 5 projects published on the AppStore;
- Advanced knowledge of iOS SDK 7+;
- Experience with developing custom UIs;
- Experience working with push notifications, networks, databases, data structures;
- Experience working with Git;
- Good knowledge of Object Oriented Programming and design patterns.

**The work conditions at the company "Valtron LLC" for the open position "IOS Developer" are as follows:**

- Work in a team of young professionals, development and mentoring as well as professional growth;
- Democratic atmosphere and active corporate life;
- High and stable salaries that are paid without delays;
- Awesome, modern office in Moscow City, modern equipment, full kitchen full of food for all tastes, as well as payment for a fitness club membership for employees who want to work out, daily reimbursement for employee lunches, corporate electric scooters and everything for you to have fun while interacting, creating and solving difficult problems.

Direct your attention to the website of the company **"Valtron LLC"** – https://trafspin.com/ (http://employmentcenter.ru/vacancy/?action=redirect2&id=11765519) – with similar information about the organization including contact telephone numbers.

In order to receive the contact telephone number (or other contact information) to get in touch with the direct employer **"Valtron LLC"**, located in the city (population center) of **Moscow**, **Russia,** you first need to send a message to the employer "Valtron LLC" from our website Electronic Citizen Employment Service with your resume attached as a file or specify a link to you resume on another website for seeking jobs in the text of your message to the employer. The employer **"Valtron LLC"** will view your resume after receiving an email message from you from our site and will send a message with their contact information (telephone number, email, Skype, ICQ), with which you can contact them and agree on an interview in order to occupy the open employment position of **"IOS Developer"**.

**Write to the employer "Valtron LLC" …**
**Send a resume to the employer "Valtron LLC" …**
**Call the employer "Valtron LLC" …**

**What do you do if the employer "Valtron LLC" in the city (region) of Moscow does not respond to your request regarding the vacancy? Place your resume on our employment and job portal and you will        definitely find other employers!**

(/resume/?action=add) **Post your resume NOW!** (/resume/?action=add)
**View similar vacancies (postings of job offers) for the position of "IOS Developer" in different cities (regions) of Russia, CIS, EAEC including in the region (city, town, village, community) of Moscow, Russia on our Electronic Citizen Employment Service for job searches:**

11/14/21, 9:17 PM   Vacancy: IOS Developer, Moscow, Valtron LLC (salary to 230,000 rubles) on the site Citizen Employment Service in the City of Moscow

- **Job vacancy no.** 21932406 for the position of **"Product Manager"** with the job salary to be determined following the completion of negotiations, at the company **"Talents In Games"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21932406);
- **Job vacancy no.** 21932375 for the position of **"Lead Producer"** with the job salary to be determined following the completion of negotiations, at the company **"IT and Digital"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21932375);
- **Job vacancy no.** 21932292 for the position of **"Middle Unity 3D Network Developer"** with the job salary to be determined following the completion of negotiations, at the company **"Arcadia"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21932292);
- **Job vacancy no.** 21932259 for the position of **"C++ Game Developer (New Product)"** with the job salary to be determined following the completion of negotiations, at the company **"Wargaming, Moscow"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21932259);
- **Job vacancy no.** 21932257 for the position of **"Ad Monetization Manager (GameDev)"** with the job salary to be determined following the completion of negotiations, at the company **"HiroKraft"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21932257);
- **Job vacancy no.** 21932231 for the position of **"Senior Unity Developer"** with the job salary to be determined following the completion of negotiations, at the company **"Red Rift"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21932231);
- **Job vacancy no.** 21932226 for the position of **"Systems Analyst (World of Tanks Blitz)"** with the job salary to be determined following the completion of negotiations, at the company **"Wargaming, Moscow"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21932226);
- **Job vacancy no.** 21932219 for the position of **"Senior Game Designer (PC / Console)"** with the job salary to be determined following the completion of negotiations, at the company **"Saber Interactive"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21932219);
- **Job vacancy no.** 21932182 for the position of **"2D Artist / Generalist"** with the job salary to be determined following the completion of negotiations, at the company **"All Correct LLC"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21932182);
- **Job vacancy no.** 21932167 for the position of **"Level Designer"** with the job salary to be determined following the completion of negotiations, at the company **"Masterskaya 15"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21932167);
- **Job vacancy no.** 21932135 for the position of **"DevOps Engineer (Middle)"** with the job salary to be determined following the completion of negotiations, at the company **"Crooto"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21932135);
- **Job vacancy no.** 21932123 for the position of **"Unreal Engine Technical Specialist"** with the job salary to be determined following the completion of negotiations, at the company **"Dragon Fly Studio"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21932123);
- **Job vacancy no.** 21932104 for the position of **"Middle C+ Unity Developer (Casual)"** with the job salary to be determined following the completion of negotiations, at the company **"Mystery Tag"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21932104);
- **Job vacancy no.** 21932064 for the position of **"Community Manager (World Poker Club)"** with the job salary to be determined following the completion of negotiations, at the company **"Crazy Panda"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21932064);
- **Job vacancy no.** 21932039 for the position of **"Middle C+ Unity Developer (Remote)"** with the job salary to be determined following the completion of negotiations, at the company **"Mystery Tag"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21932039);
- **Job vacancy no.** 21932026 for the position of **"Middle Game Designer"** with the job salary to be determined following the completion of negotiations, at the company **"Glera Games"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21932026);
- **Job vacancy no.** 21932020 for the position of **"User Acquisition Manager (MY.GAMES)"** with the job salary to be determined following the completion of negotiations, at the company **"VK, MY.GAMES"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21932020);
- **Job vacancy no.** 21932006 for the position of **"Data Engineer"** with the job salary to be determined following the completion of negotiations, at the company **"VK, MY.GAMES"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21932006);
- **Job vacancy no.** 21931992 for the position of **"Balance Designer"** with the job salary to be determined following the completion of negotiations, at the company **"Studio Kefir"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21931992);
- **Job vacancy no.** 21931984 for the position of **"UX/UI Designer (MY.GAMES)"** with the job salary to be determined following the completion of negotiations, at the company **"Unity Programmer for LDoE Project (Middle / Senior)"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21931984);
- **Job vacancy no.** 21931942 for the position of **"Junior Systems Administrator"** with the job salary to be determined following the completion of negotiations, at the company **"Studio Kefir"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21931942);
- **Job vacancy no.** 21931911 for the position of **"Senior Java Developer"** with the job salary to be determined following the completion of negotiations, at the company **"ProfiStaff"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21931911);

Case 1:21-cv-10260-DLC   Document 21-17   Filed 12/17/21   Page 6 of 14

11/14/21, 9:17 PM    Vacancy: IOS Developer, Moscow, Valtron LLC (salary to 230,000 rubles) on the site Citizen Employment Service in the City of Moscow

- **Job vacancy no.** 21931873 for the position of **"Unity Developer (GameDev)"** with the job salary to be determined following the completion of negotiations, at the company **"ITM"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id=21931873);
- **Job vacancy no.** 21931839 for the position of **"Unity 2D Game Developer (Remote, Middle +)"** with the job salary to be determined following the completion of negotiations, at the company **"Infrastructure Solutions and Jobs LLC"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21931839);
- **Job vacancy no.** 21931836 for the position of **"PHP Middle Developer (yii2 MySql RabbitMQ Redis)"** with the job salary to be determined following the completion of negotiations, at the company **"Buka Inc"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21931836);
- **Job vacancy no.** 21931826 for the position of **"IT Recruiter (GameDev)"** with the job salary to be determined following the completion of negotiations, at the company **"Kometa Games** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21931826);
- **Job vacancy no.** 21931822 for the position of **"Creative Producer (MY.GAMES)"** with the job salary to be determined following the completion of negotiations, at the company **"VK, MY.GAMES"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21931822);
- **Job vacancy no.** 21931792 for the position of **"UI / UX Designer"** with the job salary to be determined following the completion of negotiations, at the company **"Arcadia"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21931792);
- **Job vacancy no.** 21931782 for the position of **"Product Owner"** with the job salary to be determined following the completion of negotiations, at the company **"Tiny Build"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21931782);
- **Job vacancy no.** 21931763 for the position of **"Go Developer (Casual Game)"** with the job salary to be determined following the completion of negotiations, at the company **"Nakusi Games"** in the region (city) of **Moscow** (/vacancy/ ?action= read1&id= 21931763);

**Websites with open job positions in the city of Moscow:**

[Translator's note: there is an advertisement in the source document]

[Translator's note: there is an advertisement in the source document]

[Translator's note: there is an advertisement in the source document]

[Translator's note: there is an advertisement in the source document]

Case 1:21-cv-10260-DLC   Document 21-17   Filed 12/17/21   Page 7 of 14

11/14/21, 9:17 PM   Vacancy: IOS Developer, Moscow, Valtron LLC (salary to 230,000 rubles) on the site Citizen Employment Service in the City of Moscow

[Translator's note: there is an advertisement in the source document]

[Translator's note: there is an advertisement in the source document]

**ABOUT THE WEBSITE FOR JOB SEARCHING AND SELECTING CANDIDATES**

**Employment-Service.ru** (/) – **Citizen Employment Service** (/) – is a website dedicated to the free publication of resumes by job seekers and of open positions by direct employers with the specification of the activity sector, region of the work location, desired level of earnings, conditions of work. Our site **Multiregional Electronic Citizen Employment Service** helps find work for any unemployed individual or person wishing to change their place of work for one that is more attractive. Our site **Multiregional Electronic Citizen Employment Service** helps any employer select candidates, solve problems related to staffing vacant positions in their company (organization, firm). Similar search possibilities on this employment website for the **Multiregional Electronic Citizen Employment Service** allow an employer to find a worker (employee) and allow a job seeker to find a new employment position. With this employment website for the **Multiregional Electronic Citizen Employment Service**, thousands of individuals of looking for work. Take advantage of our services as well!

| **Search for work:** | **Search for staff:** | **Citizen Employment Service (Electronic)** |
|---|---|---|
| • Job vacancies by city (/vacancy/?action=regions)<br>• List of job vacancies (/vacancy/)<br>• Find a job vacancy (/vacancy/?action=find)<br>• Subscribe to the job vacancy distribution list (/subscribe/)<br>• Post an employee resume (/resume/?action=add)<br>• Website with employee comments about employers (/reviews/)<br>• **"Black list"** of employers (/reviews/?action=blacklist)<br>• Most recent comments about employers (/review/?action=last)<br>• Change your resume (/resume/?action=mod)<br>• Delete your resume (/resume/?action=del) | • Job seekers by city (/resume/?action=regions)<br>• List of job candidate resumes (/resume/)<br>• Find a job candidate by resume (/resume/?action=find)<br>• Post a job vacancy (/vacancy/?action=add)<br>• Change a job vacancy (/vacancy/?action=mod)<br>• Delete a job vacancy (/vacancy/?action=del) | • Employment Service in the cities of Russia, CIS, EAEC (?action=region)<br>• Customer support service (/emailtoadmin/)<br>• Cooperation, Partnership (/?action=partner)<br>• Contact information, address (?action=contacts)<br>• FAQs (help texts), help (/?action=help) |

Copyright © 2011 – 2021 **Citizen Employment Service** (electronic, multiregional with job openings and resumes of job seekers (/)  / Version 1.0

**When using content from this website for the Electronic Citizen Employment Service** for electronic media, it is required to provide a hyperlink to **www.employment-services.ru** (/), for printed mass media it is required to specify the source **www.Employment-Services.Ru - Electronic Citizen Employment Service (vacancies and resumes)**.

**For partnership, advertising, information about the website for the Multiregional Electronic Citizen Employment Service, send an email to: fmy76@mail.ru,** (mailto: fmy76@mail.ru?subject= Customer Support Request for the Electronic Citizen Employment Service for the city (region) of Moscow), ICQ **82079833** (Raman), Skype corporate login: **RamanKursk**
Look here - **Full contact details for the Electronic Citizen Employment Service for the city (region) of Moscow** (/?action=contacts…

| | |
|---|---|
| The official website for the **Electronic Citizen Employment Service for the city (region) of Moscow** is on the social network Odnoklassniki (https://ok.ru/group/54471440859390) (https://ok.ru/group/54471440859390) | The official employment website with vacancies and resumes for the **Electronic Citizen Employment Service for the city (region) of Moscow** is on the social network Vkontakte (https://vk.com/employmentservices) (https://vk.com/employmentservices) |
| The official website for the **Electronic Citizen Employment Service for the city (region) of Moscow** is on the social network Facebook (https://www.facebook.com/ electronic citizen employment services- 1918691995073248/) (https://www.facebook.com/ electronic citizen employment services- 1918691995073248/) | The official employment website for the **Electronic Citizen Employment Service for the city (region) of Moscow** is on the social network Twitter (https://twitter.com/employmentservs) (https://twitter.com/employmentservs) |
| (mailto: raman@46info.ru? subject= Customer Support Message for the Electronic Citizen Employment Service for the city (region) of Moscow) | |

If you run into problems with our **website with job vacancies and resumes for the city (region) of Moscow** (/), identify errors in the functioning of the **Electronic Citizen Employment Service for the city (region) of Moscow** (/), send an email message to the Customer Support Service of the **portal for the Electronic Citizen Employment Service** (/) at the following address: raman@46info.ru (mailto: raman@46info.ru? subject= Customer Support Message for the Electronic Citizen Employment Service for the city (region) of Moscow).

Website development in the city of Kursk, Kurchatov, Zheleznogorsk (http://kurskdesign.ru) – [Logo] (http://kurskdesign.ru)

Copyright © 2011 – 2021 Software and design by **Raman** (mailto: webmaster_raman@mail.ru)

[Various icons]

11/14/21, 9:17 PM　　　　　　　　　　　Вакансия IOS разработчик, Москва, ООО Вальтрон (зарплата до 20000 руб.), сайт Службы Занятости Населения г. М…

Case 1:21-cv-10260-DLC   Document 21-17   Filed 12/17/21   Page 9 of 14

**ПОИСК РАБОТЫ И ПОДБОР КАДРОВ С НАМИ - ЭТО ПРОСТО!**

Наш официальный сайт Службы занятости населения города (региона) Москва - это модерируемая электронная база данных вакансий (предложений работы) и резюме от работников (специалистов).

Кадровый вопрос (рекрутинг) с помощью нашего официального сайта города (региона) Москва решается в кратчайшие сроки.

Поиск работы доступен в форме расширенного запроса по базе данных вакансий
с учётом региона (региона, страны), сферы деятельности, уровню зарплаты и т.д.

**Добавляйте вакансию (/vacancy/?action=add)** или **заполняйте резюме (/resume/?action=add)** - это совершенно **бесплатно!**

**Ищите работу по вакансиям (/vacancy/?action=find)** или **найдите персонал по резюме (/resume/?action=find)** - это тоже **бесплатно!**

Какую работу, специальность, профессию найти? Например, продавец или конструктор или водитель

[ ] Найти вакансии... >>>

　　　　　　　　　　Like　+1　　　　Нравится 0　　　Твитнуть

 (/resume/?action=add)

Вакансия № 11765519 на сайте Электронная Служба занятости населения от компании "ООО Вальтрон" на должность "IOS разработчик" в городе (регионе) Москва в отрасли экономики **"Информационные технологии, интернет, телеком" → "Игровое ПО"** (/vacancy/?action=read1&id=11765519)

### IOS разработчик в городе (регионе) Москва

Прямой работодатель "**ООО Вальтрон**" ищет работника на вакантное место в своей организации на должность "**IOS разработчик**".

**Обязательное требование работодателя к опыту работы искомого сотрудника**: 1–3 года.

**Тип занятости на вакантном месте работы "IOS разработчик" в компании (организации, фирме, ИП) "ООО Вальтрон"**: полная занятость.

**График работы в организации "ООО Вальтрон"** на вакансии "**IOS разработчик**": полный день.

Вакансия № 11765519 на должность "**IOS разработчик**" относится к отрасли деятельности **"Информационные технологии, интернет, телеком" → "Игровое ПО"**.

Вакансия № 11765519 на должность "**IOS разработчик**" добавлена в базу данных сайта о работе и трудоустройстве Электронная Служба занятости населения в **Четверг, 21 октября 2021 года** и после публикации модератором веб-портала для соискателей работы доступна для просмотра всем зарегистрированным безработным.

Обращаем Ваше внимание, что на момент обращения к работодателю **ООО Вальтрон** вакантная должность "**IOS разработчик**" может быть уже занята. Администрация Электронной Службы Занятости Населения приносит извинения за доставленные неудобства.

Дата обновления анкеты вакансии № 11765519 на должность "**IOS разработчик**" на сайте Электронной Службы занятости населения:
**Понедельник, 15 ноября 2021 год.**

Статистика просмотров соискателями работы и отправки сообщений работодателю **ООО Вальтрон** для вакансии № 11765519:

**Вакансия** № 11765519 с предложением должности **IOS разработчик** прочитана соискателями работы - 105 раз(а);
Отправлено откликов соискателями работы на **вакансию** № 11765519 от прямого работодателя **ООО Вальтрон** - 0 раз(а);

Читайте свежие **отзывы сотрудников о работодателе компании "ООО Вальтрон"** (/reviews/?action=read&idcompany=684995) на Электронной Службе Занятости Населения.

(/reviews/?action=add&idcompany=684995) **Оставить отзыв о работодателе компании "ООО Вальтрон"** (/reviews/?action=add&idcompany=684995) без регистрации бесплатно на Электронной Службе Занятости Населения.

 (/subscribe/)

11/14/21, 9:17 PM    Вакансия: IOS разработчик, Москва, ООО Вальтрон, зарплата до 230000 руб, на сайте Службы занятости Населения г. М…

Case 1:21-cv-10260-DLC   Document 21-17   Filed 12/17/21   Page 10 of 14

Компанией (организацией, фирмой, ИП) "**ООО Вальтрон**" предлагается работа в городе **Москва**.

Вакантное место работы в компании "**ООО Вальтрон**" находится по **адресу**: Москва, Пресненская набережная, 12.

Работодатель компании (фирма, организация) "**ООО Вальтрон**" может предложить примерно следующую оплату труда: **до 230000 руб.** на вакантной должности **"IOS разработчик"**.

**В обязанности работника на вакантном месте "IOS разработчик" входит следующее:**

- Разработка простых мобильных приложений для рекламы с Facebooke, Google;
- Публикация в AppStore.

**Требования к работнику на должности "IOS разработчик", предъявляемые работодателем "ООО Вальтрон" в городе Москва, следующие:**

- Опыт работы от 1 года;
- Наличие законченных проектов;
- Более 5 опубликованных проектов в AppStore;
- Уверенное знание iOS SDK 7+;
- Опыт разработки кастомных UI;
- Опыт работы с push-нотификациями, сетью, базами данных, структурами данных;
- Опыт работы с Git;
- Хорошее знание ООП и паттернов проектирования.

**Условия труда в компании "ООО Вальтрон" на вакантном месте "IOS разработчик" следующие:**

- Работу в команде молодых профессионалов, развитие и наставничество, а также профессиональный рост;
- Демократичную атмосферу и активную корпоративную жизнь;
- Высокая и стабильная заработная плата без задержек;
- Классный, современный офис в Москва-Сити, современное оборудование,целая кухня еды на любой вкус, также оплачивается фитнес-клуб для сотрудников, которые хотят заниматься спортом, ежедневная компенсация расходов сотрудников на обеды, корпоративные электро самокаты и всё, чтобы ты мог получать удовольствие от общения, творчества и решения сложных задач.

Обратите внимание на веб-сайт компании "**ООО Вальтрон**" - https://trafspin.com/ (http://employmentcenter.ru/vacancy/?action=redirect2&id=11765519) - с подробной информацией об организации, в том числе контактными телефонами.

Для получения номера контактного телефона (или иной контактной информации) для связи с работодателем "**ООО Вальтрон**" из города (региона) **Москва**, Вам сначала необходимо отправить с нашей Электронной Службы занятости населения письмо с прикрепленным к нему файлом Вашего резюме или укажите в тексте сообщения работодателю ссылку на Ваше резюме на другом сайте для соискателей работы. Работодатель "**ООО Вальтрон**" рассмотрит Ваше резюме и сообщит свои контактные данные (номер телефона, e-mail, факс, Skype, ICQ), по которому с ним можно связаться по поводу собеседования, чтобы занять вакантное место работы "**IOS разработчик**".

**Написать работодателю "ООО Вальтрон" ...**

**Отправить резюме работодателю "ООО Вальтрон" ...**

**Позвонить работодателю "ООО Вальтрон" ...**

**Что делать, если работодатель "ООО Вальтрон" из города (региона) Москва не отвечает на Ваш запрос по вакансии?**
**Разместите Ваше резюме на нашем портале трудоустройства и Вас обязательно найдут другие работодатели!**

 (/resume/?action=add) **Добавить резюме СЕЙЧАС!** (/resume/?action=add)

Смотрите похожие вакансии на должность "**IOS разработчик**" в разных городах (регионах) России и СНГ, в том числе в регионе (городе, селе, деревне, поселке) "**Москва**", на нашей Электронной Службе занятости населения:

- Вакансия № 21932406 на должность "**Product Manager**" с заработной платой, определяемой по договоренности, от компании "**Talents In Games**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21932406);
- Вакансия № 21932375 на должность "**Lead Producer**" с заработной платой, определяемой по договоренности, от компании "**IT and Digital**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21932375);
- Вакансия № 21932292 на должность "**Middle Unity3D Network Developer**" с заработной платой, определяемой по договоренности, от компании "**Arcadia**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21932292);
- Вакансия № 21932259 на должность "**C++ Game Developer (New Product)**" с заработной платой, определяемой по договоренности, от компании "**Wargaming, Moscow**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21932259);
- Вакансия № 21932257 на должность "**Ads monetization manager / менеджер по рекламной монетизации (GameDev)**" с заработной платой, определяемой по договоренности, от компании "**ХироКрафт**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21932257);
- Вакансия № 21932231 на должность "**Senior Unity developer**" с заработной платой, определяемой по договоренности, от компании "**Red Rift**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21932231);
- Вакансия № 21932226 на должность "**System Analyst (World of Tanks Blitz)**" с заработной платой, определяемой по договоренности, от компании "**Wargaming, Moscow**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21932226);
- Вакансия № 21932219 на должность "**Senior Game Designer (PC/Console)**" с заработной платой, определяемой по договоренности, от компании "**Saber Interactive**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21932219);
- Вакансия № 21932182 на должность "**2d художник-generalist**" с заработной платой, определяемой по договоренности, от компании "**OOO Allcorrect**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21932182);
- Вакансия № 21932167 на должность "**Левел-дизайнер**" с заработной платой, определяемой по договоренности, от компании "**Мастерская 15**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21932167);
- Вакансия № 21932135 на должность "**DevOps Engineer (Middle)**" с заработной платой, определяемой по договоренности, от компании "**Crooto**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21932135);
- Вакансия № 21932123 на должность "**Технический специалист Unreal Engine**" с заработной платой, определяемой по договоренности, от компании "**Студия Dragon-Fly**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21932123);
- Вакансия № 21932104 на должность "**Middle C# Unity Developer (Casual)**" с заработной платой, определяемой по договоренности, от компании "**Mystery Tag**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21932104);
- Вакансия № 21932064 на должность "**Community manager (World Poker Club)**" с заработной платой, определяемой по договоренности, от компании "**Crazy Panda**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21932064);
- Вакансия № 21932039 на должность "**Middle C# Unity Developer (удаленно)**" с заработной платой, определяемой по договоренности, от компании "**Mystery Tag**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21932039);
- Вакансия № 21932026 на должность "**Middle Game Designer**" с заработной платой, определяемой по договоренности, от компании "**Glera Games**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21932026);
- Вакансия № 21932020 на должность "**User acquisition manager (MY.GAMES)**" с заработной платой, определяемой по договоренности, от компании "**VK, MY.GAMES**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21932020);
- Вакансия № 21932006 на должность "**Data engineer (MY.GAMES)**" с заработной платой, определяемой по договоренности, от компании "**VK, MY.GAMES**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21932006);
- Вакансия № 21931992 на должность "**Дизайнер баланса**" с заработной платой, определяемой по договоренности, от компании "**Студия Кефир**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21931992);
- Вакансия № 21931984 на должность "**UX/UI-дизайнер (MY.GAMES)**" с заработной платой, определяемой по договоренности, от компании "**VK, MY.GAMES**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21931984);
- Вакансия № 21931942 на должность "**Unity программист на проект LDoE (Middle/Senior)**" с заработной платой, определяемой по договоренности, от компании "**Студия Кефир**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21931942);
- Вакансия № 21931911 на должность "**Senior Java developer**" с заработной платой, определяемой по договоренности, от компании "**ProfiStaff**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21931911);

- Вакансия № 21931873 на должность "**Unity Developer/Юнити разработчик (GameDev)**" с заработной платой, определяемой по договоренности, от компании "**ITM**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21931873);
- Вакансия № 21931839 на должность "**Unity 2d игровой разработчик (удалённо, middle +)**" с заработной платой, определяемой по договоренности, от компании "**ООО Инфраструктурные решения и работы**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21931839);
- Вакансия № 21931836 на должность "**Php middle разработчик (yii2 mysql rabbitmq redis)**" с заработной платой, определяемой по договоренности, от компании "**АО Бука**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21931836);
- Вакансия № 21931826 на должность "**IT-рекрутер (Gamedev)**" с заработной платой, определяемой по договоренности, от компании "**Kometa.Games**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21931826);
- Вакансия № 21931822 на должность "**Креативный продюсер (MY.GAMES)**" с заработной платой, определяемой по договоренности, от компании "**VK, MY.GAMES**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21931822);
- Вакансия № 21931792 на должность "**UI / UX designer**" с заработной платой, определяемой по договоренности, от компании "**Arcadia**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21931792);
- Вакансия № 21931782 на должность "**Product Owner**" с заработной платой, определяемой по договоренности, от компании "**TinyBuild**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21931782);
- Вакансия № 21931763 на должность "**Go Developer (casual game)**" с заработной платой, определяемой по договоренности, от компании "**Nakusi Games**" в регионе (городе) **Москва** (/vacancy/?action=read1&id=21931763);


(/resume/?action=add)

### Сайты с вакансиями в городе Москва:



(http://employmentcenter.ru/Moskva) Обратите внимание на **сайт Электронный Центр Занятости Населения г. Москва** (http://employmentcenter.ru/Moskva) с актуальной базой данных предложений работы в форме вакансий в г. Москва.
Переходите на страницу "**Найти работу в г. Москва по вакансиям в Центре Занятости Населения г. Москва** (http://employmentcenter.ru/vacancy/?action=find&ft=820)" и ищите свежие вакансии в г. Москва или переходите на страницу "**Разместить резюме в Центре Занятости Населения г. Москва** (http://employmentcenter.ru/resume/?action=add&ft=820)", добавляйте резюме и после его публикации Вам начнут приходить свежие вакансии с предложениями работы г. Москва.

(http://labexch.ru/Moskva) Заходите на **сайт Электронная Биржа Труда г. Москва** (http://labexch.ru/Moskva) с актуальной базой данных предложений работы в форме вакансий г. Москва.
Переходите на страницу "**Найти работу по вакансиям на Бирже Труда г. Москва** (http://labexch.ru/vacancy/?action=find&ft=820)" и ищите свежие вакансии в г. Москва или переходите на страницу "**Разместить резюме на Бирже Труда г. Москва** (http://labexch.ru/resume/?action=add&ft=820)", добавляйте резюме и после его публикации Вам начнут приходить свежие вакансии с предложениями работы в г. Москва.


(http://jobinruregion.ru/Moskva) Посетите **сайт г. Москва «Работа в России, СНГ, ЕАЭС»** (http://jobinruregion.ru/Moskva) с базой данных предложений работы в форме вакансий г. Москва.
Переходите на страницу "**Найти работу по вакансиям г. Москва на сайте «Работа в России, СНГ, ЕАЭС»** (http://jobinruregion.ru/vacancy/?action=find&ft=820)" и ищите свежие вакансии в г. Москва или переходите на страницу "**Разместить резюме в г. Москва на сайте «Работа в России, СНГ, ЕАЭС»** (http://jobinruregion.ru/resume/?

action=add&ft=820)", добавляйте резюме и после его публикации Вам начнут приходить свежие вакансии с предложениями работы в г. Москва.

Ищите работу на специализированном сайте **Агрегатор вакансий от работодателей России и СНГ** (http://rabotka.com.ru/) с актуальной базой данных предложений работы в форме объявлений с вакансиями.
На портале RABOTKA.com.ru к Вашим услугам доступен удобный **поиск работы в городе Москва по полной базе данных свежих вакансий Службы Занятости Населения города Москва** (http://rabotka.com.ru/partners/cities/?idpartner=4&idcity=44).
**Все вакансии с портала Службы Занятости Населения** (http://rabotka.com.ru/partners/?idpartner=4) Вы можете удобно просматривать на сайте-агрегаторе предложений работы RABOTKA.com.ru в виде списка или выполнять поиск вакансий с учетом своего города проживания и желаемой должности.

(http://rabotka.com.ru/)
**Поиск Работы по любой Профессии**

## О САЙТЕ ДЛЯ ПОИСКА РАБОТЫ И ПОДБОРА КАДРОВ

**Employment-Service.ru** (/) - **Служба Занятости Населения** (/) - сайт, предназначенный для бесплатной публикации резюме соискателями работы и вакансий прямыми работодателями с указанием сферы деятельности, региона места работы, желаемого уровня заработка, условий труда. Наша Мультирегиональная Электронная Служба Занятости Населения поможет трудоустроиться любому безработному или лицу, пожелавшему сменить место работы на более привлекательное. Наш электронный портал Службы Занятости Населения поможет любому работодателю подобрать персонал, решить задачу с подбором кадром на вакантные места в компании (организации, фирме). Подробные поисковые возможности данного сайта трудоустройства Службы Занятости Населения позволяют найти работника (сотрудника) работодателю и новое место работы соискателю работы. С данным веб-сайтом по трудоустройству Службы Занятости Населения ищут работу тысячи человек, воспользуйтесь нашими услугами и Вы!

**Искать работу**:
- Вакансии по городам (/vacancy/?action=regions)
- Каталог вакансий (/vacancy/)
- Найти вакансию (/vacancy/?action=find)
- Подписаться на рассылку вакансий (/subscribe/)
- Разместить резюме работника (/resume/?action=add)
- Сайт отзывов сотрудников о работодателях (/reviews/)
- **"Чёрный список"** работодателей (/reviews/?action=blacklist)
- Последние отзывы о работодателях (/reviews/?action=last)
- Изменить резюме (/resume/?action=mod)
- Удалить резюме (/resume/?action=del)

**Поиск кадров в компанию**:
- Соискатели работы по городам (/resume/?action=regions)
- Каталог резюме работников (/resume/)
- Найти работников по резюме (/resume/?action=find)
- Разместить вакансию (/vacancy/?action=add)
- Изменить вакансию (/vacancy/?action=mod)
- Удалить вакансию (/vacancy/?action=del)

**Служба Занятости Населения (электронная)**:
- Службы Занятости в городах России, СНГ, ЕАЭС (/?action=regions)
- Служба поддержки клиентов (/emailtoadmin/)
- Сотрудничество, партнерство (/?action=partner)
- Контакты, адрес (/?action=contacts)
- Справки, помощь (/?action=help)

Copyright © 2011-2021 **Служба Занятости Населения** (электронная, мультирегиональная) с вакансиями и резюме соискателей работы (/) / Версия 1.0

11/14/21, 9:17 PM Вакансия: ИТ-разработчик, Москва, ООО "Ваш бренд, зарплата до 230 020 руб, на сайте Службы Занятости Населения г. М…

Case 1:21-cv-10260-DLC Document 21-17 Filed 12/17/21 Page 14 of 14

**При использовании материалов этого сайта электронной Службы Занятости Населения** для электронных СМИ обязательно размещение гиперссылки на **www.employment-services.ru** (/), для печатных средств массовой информации обязательно указание источника "**www.Employment-Services.Ru - Электронная Служба Занятости Населения (вакансии и резюме)**".

**Сотрудничество, реклама, справки на сайте мультирегиональной электронной Службы Занятости Населения** - emailto: **fmy76@mail.ru** (mailto:fmy76@mail.ru?subject=Запрос в Службу поддержки клиентов Электронной Службы Занятости Населения города (региона) Москва),  **82079833** (Raman), корпоративный логин Skype: **RamanKursk**

Смотрите здесь - **Полная контактная информация Службы Занятости Населения города (региона) Москва** (/?action=contacts)...

 Официальный сайт **Электронной Службы занятости населения города (региона) Москва** в социальной сети Одноклассники (https://ok.ru/group/54471440859390) (https://ok.ru/group/54471440859390)

 Официальный сайт **Электронная Служба занятости населения города (региона) Москва** в социальной сети ВКонтакте (https://vk.com/employmentservices) (https://vk.com/employmentservices)

Официальный сайт о работе с вакансиями и резюме **Электронная Служба занятости населения города (региона) Москва** в социальной сети ВКонтакте (https://vk.com/employmentservices)

 (https://www.facebook.com/Электронная-Служба-занятости-населения-1918691995073248/)

Официальный сайт **Электронной Службы занятости населения города (региона) Москва** в социальной сети Facebook (https://www.facebook.com/Электронная-Служба-занятости-населения-1918691995073248/)

 (https://twitter.com/employmentservs)

Официальный сайт по трудоустройству и занятости **Электронная Служба занятости населения города (региона) Москва** в социальной сети Twitter (https://twitter.com/employmentservs)

(mailto:raman@46info.ru?subject=Обращение в Службу поддержки клиентов сайта Электронная Служба занятости населения города (региона) Москва)

Если Вы столкнулись с проблемами на нашем **сайте с вакансиями и резюме города (региона) Москва** (/), заметили ошибку в работе **Электронной Службы занятости населения города (региона) Москва** (/), обращайтесь по электронной почте в Службу поддержки клиентов **портала Электронная Служба занятости населения** (/) по адресу: raman@46info.ru (mailto:raman@46info.ru?subject=Обращение в Службу поддержки клиентов сайта Электронная Служба занятости населения города (региона) Москва).

Создание сайтов в Курске, Курчатове, Железногорске (http://kurskdesign.ru/) -  (http://kurskdesign.ru/)

Copyright © 2011-2021 Software and design by **Raman** (mailto:webmaster_raman@mail.ru)

 (https://metrika.yandex.ru/stat/?id=43689489&from=informer)   (http://top.mail.ru/jump?from=2068406)   (http://click.hotlog.ru/?2549074)

(//www.liveinternet.ru/click)   (https://top100.rambler.ru/home?id=4481331) (http://www.24log.ru)

(http://www.24log.de) (http://www.24log.ru) (http://www.24log.ru/rating/rating.php?)