# Exhibit 18



## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

On the day of November 29, 2021

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, Massachusetts 02110, completed the attached translation from Russian into English.

I, Xiaohua Fu, certify that the attached translated document has been translated by a qualified and vetted linguist fluent in both Russian and English, and is a true, correct and accurate English version of the original Russian, to the best of the linguist's knowledge and belief.

File name: RUSSIAN - Voltronwork.com Home (archived 07-26-2021)

*Fu Xiaohua*

Xiaohua Fu
Translation Project Manager

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston, MA 02110 | Phone: 617-528-7400 | Fax: 617-528-7490 | www.linguist.com
Certifications: ISO 9001 | ISO 17100 | ISO 27001

**VALTRON**     Home     Services     Contact     EN     Similar



**"Valtron" ADVERTISING AND SOFTWARE DEVELOPMENT AGENCY**

An innovative, modern approach to advertising

Similar

## ABOUT US

We are a full service marketing agency. Our core areas of focus: identification of areas of growth for a specific business or individual, appropriate (product) packaging and subsequent delivery (of the product) to the masses.

We have been working in the marketing and (product) promotion sector for more than 7 years. Our agency started with a team of 5 people. Now, there are now more than 50 of us and we definitely know our business.

Find out more



| **VALTRON** | Home | Services | Contact | EN | Similar |



| 232 | 150 |
| --- | --- |
| **Satisfied clients** | **Projects** |
| 1,463 | 25 |
| **Hours of support** | **Specialists** |

## OUR VALUES

We care about the result of every project in which we are involved, without regard to the amount of work performed.

**Consulting**
We watch our client put our recommendations into practice.

**Promotion**
We launch extensive advertising campaigns that help reach customers and that show that we are precisely the ones needed.

**Market analysis**
We conduct extensive research, which identifies the demand for a company's services or products, as well as issues a target audience has so that your product or you may solve their problems.

## CONTACT

**Valtron" ADVERTISING AND SOFTWARE DEVELOPMENT AGENCY**
An innovative, modern approach to advertising

Ul. Admirala Rudneva, Building 4, Floor 6, Suite 30, Office 21, Moscow 117041

Email: info@voltronwork.com

Phone: +7 (495) 128-85-91

Your name
Your email
Message
**Send message**

© Copyright **OOO "Valtron"**       Home   Services       Contact Terms of Use

**VALTRON**

Главная   Услуги   Контакты   🇺🇸 EN   Подробнее

# Рекламное агентство и разработка ПО «Вальтрон»

Инновационный, современный подход к рекламе

Подробнее



## — КТО МЫ —

Мы — маркетинговое агентство полного цикла. Наши ключевые направления: выявление зон рост конкретного бизнеса или человека, правильная упаковка и последующая подача этого в массы.

Мы работаем в сфере маркетинга и продвижения более 7 лет. Наше агентство начинало с команды из 5 человек, сейчас нас уже 50 и мы точно знаем своё дело.

Узнать больше



1/2

Case 1:21-cv-10260-DLC   Document 21-18   Filed 12/17/21   Page 6 of 6

**VALTRON**

Главная   Услуги   Контакты   🇺🇸 EN   Подробнее



**232**
Довольных клиента

**150**
Проектов

**1463**
Часов поддержки

**25**
Специалистов

## НАШИ ЦЕННОСТИ

Нам важен результат каждого проекта, к которому мы приложили руку вне зависимости от объема проделанной работы.

**Консалтинг**

Мы смотрим, как наши клиенты применяют наши рекомендации на деле.

**Продвижение**

Запускаем масштабные рекламные кампании, которые помогают достучаться до клиента и показать, что именно вы — то, что ему нужно

**Аналитика рынка**

Проводим масштабные исследования, которые выявляют как спрос на услуги или продукцию компании, так и боли аудитории, чтобы ваш продукт или вы могли решить их проблемы.

## КОНТАКТЫ

**Рекламное агентство и разработка ПО «Вальтрон»**

Инновационный, современный подход к рекламе

117041, ГОРОД МОСКВА, УЛ. АДМИРАЛА РУДНЕВА, ДОМ 4, ЭТ 6 ПОМ 30 ОФ 21

info@voltronwork.com

+7 (495) 128-85-91

Ваше Имя

Ваш Email

Сообщение

Отправить сообщение

© Copyright ООО «Вальтрон».   Главная   Услуги   Контакты   Условия использования