# Exhibit 19



Certification of Translation

COUNTY OF SUFFOLK
COMMONWEALTH OF MASSACHUSETTS

On the day of November 29, 2021

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, Massachusetts 02110, completed the attached translation from Russian into English.

I, Xiaohua Fu, certify that the attached translated document has been translated by a qualified and vetted linguist fluent in both Russian and English, and is a true, correct and accurate English version of the original Russian, to the best of the linguist's knowledge and belief.

File name: RUSSIAN - Undefined.team Home (archived 06-17-2021)

Fu Xiaohua

Xiaohua Fu
Translation Project Manager

Linguistic Systems, Inc.
260 Franklin Street, Suite 230, Boston, MA 02110 | Phone: 617-528-7400 | Fax: 617-528-7490 | www.linguist.com
Certifications: ISO 9001 | ISO 17100 | ISO 27001

11/2/21, 10:21 PM Undefined Team
The Wayback Machine – https://web.archive.org/web/20210617132225/https://undef...

**The company that you have barely heard about, and that is good…**

This means it will definitely be interesting to learn about us first-hand

**[About the company]**

https://web.archive.org/web/20210617132225/https://undefined.team/#firstPage 1/1

**UNDEFINED**

Online marketing is our primary objective.
Being a leading provider of marketing solutions, we implement successful strategies for our clients every day.

| **Websites and services** We have some successful projects under our belt and there are even more in development. We are continually experimenting. | **Mobile applications** We actively use mobile applications for rapid integration of advertisements aimed at the target audience. | **We share knowledge** We regularly take part in conferences and do not refrain from talking about professional secrets. | **We are growing quickly** We have a full-time team comprised of experienced specialists, but we do not rest on our laurels. |
|---|---|---|---|

[**Our company in numbers**]

**UNDEFINED**

Numbers tell a lot

**4**
**Successful projects**

**8,000+**
**Permanent users**

**44**
**Workers on staff**

**33**
**Years of marketing experience**

**[About the development team]**

**UNDEFINED**

**Our values**

We work on the basis of sprints for almost all projects: from planning and meetings all the way to post-mortem analysis. Our goal as a development team is continuous professional self-improvement and having fun thereby!

| Systems improvement | Process improvement | Employee training |
|---|---|---|
| We value the speed of development in start-up projects and the quality of coding in mature projects. For this reason, we are continuously working on refactoring. We perform regular audits in order to detect and eliminate issues. | We are continuously improving Scrum project management processes. We are actively removing CI/CD systems.<br><br>We put significant efforts into ensuring systems are maximally covered with self-checks. | We are implementing an onboarding system for new employees and are transitioning to a permanently improved system for conducting performance reviews.<br><br>We take part in meet-ups and fundamental IT conferences. |

**[About the development department]**

**UNDEFINED**

**About the development department**

Over the years, we have learned to roll out MVP as the minimal possible term in order to test the market and our business hypotheses. And afterward there has been extensive work from sprint to sprint, developer planning and product planning, and most importantly product release.

We work on the basis of sprints for almost all projects: from planning and meetings all the way to post-mortem analysis. Our goal as a development team is continuous professional self-improvement and having fun thereby!

The development department was established one year ago and now it is already a full-time team that carries out large-scale development projects originating from inside our team from scratch, on the basis of their experience and knowledge.

**[Working for us]**

**UNDEFINED**

Working for us

| **Office** | **Workstation** | **Remuneration** | **Meals** |
|---|---|---|---|
| A terrific office with designer renovations and a view of Moscow. Ergonomic chairs and large tables – everything to make work comfortable. | Two large monitors and a modern powerful computer as well as any other hardware needed to perform your tasks. | We always pay salaries in a timely manner without delays on the 1st and 16th of the month. If this day falls on a weekend or holiday, the salary is paid earlier. All overtime work is paid additionally. We pay bonuses based on work results. | Free breakfasts, lunches, afternoon snacks and dinners – cooked by our own chef. Different kinds of coffee and tea. Fruits, juices, soda and energy drinks in any kind of flavor and in any quantity. |
| **Leisure time**<br><br>We maintain an active corporate life and organize joint recreation activities that help to support the company spirit. | **Health and sports activities**<br><br>We pay for membership fees to a fitness club for our workers. We give out electric scooters so that it is easier to get to the office. And we also invite doctors to come to the office to give vaccinations once a year in the fall. | | |

**[Vacancies]**

**UNDEFINED**

Become part of our team Moscow and remote

[All vacancies 9] Management 3 Development 3 Advertising and creative 2

| **Team Leader in the development department**<br><br>Development department<br>Moscow | **Developer on Go**<br><br>Development department<br>Moscow | **C++ programmer**<br><br>Development department<br>Moscow | **PHP developer**<br><br>Development department<br>Moscow |
|---|---|---|---|
| **Technical support specialist**<br><br>Management<br>Moscow | **Lead IT staff recruitment specialist**<br>Management<br>Moscow | **HR brand specialist**<br><br>Management<br>Moscow | **Marketing CMO**<br><br>Advertising and creative<br>Moscow |

**[Contact information]**

**UNDEFINED**

Connect with us

Please introduce yourself * Your message *

Email for replies * Attach file [Send]

Phone, Email, Address
Moscow, Presnenskaya Naberezhnaya 12
hello@undefined.ru
+7 (495) 987 – 65 – 43
[Write to us]

11/2/21, 10:21 PM Case 1:21-cv-10260-DLC Document 21-19 Filed 12/17/21 Page 11 of 18 Undefined Team

The Wayback Machine - https://web.archive.org/web/20210617132225/https://undef…

Компания, о которой вы вряд ли слышали
и это хорошо...

Значит точно будет интересно о нас узнать из первых уст

О КОМПАНИИ

https://web.archive.org/web/20210617132225/https://undefined.team/#firstPage 1/1

UNDEFINED.

Онлайн маркетинг — наша главная цель. Являясь передовым поставщиком решений для маркетинга, мы внедряем успешные стратегии для клиентов каждый день.

**Сайты и сервисы**

У нас несколько успешных проектов и ещё больше на этапе реализации. Мы постоянно экспериментируем.

**Мобильные приложения**

Активно используем мобильные приложения для быстрой интеграции рекламы под целевую аудиторию.

**Делимся знаниями**

Регулярно участвуем в конференциях, не стесняемся рассказывать о секретах работы

**Быстро растём**

У нас полноценная команда из опытных специалистов, но на этом мы не останавливаемся

МЫ В ЦИФРАХ

UNDEFINED.

Цифры говорят о многом

4

успешных продукта

8,000+

постоянных пользователей

44

сотрудников в штате

3

лет работы в маркетинге

ПРО РАЗРАБОТКУ

UNDEFINED.

## Наши ценности

Почти на всех проектах мы работаем по спринтам: от планирования и встреч до ретроспективы. Наша цель, как команды разработки — постоянное профессиональное самосовершенствование и получение от этого удовольствия!

### Совершенствование систем

Мы ценим скорость разработки в стартап-проектах и качественный код в зрелых проектах, поэтому мы постоянно занимаемся рефакторингом. Для выявления и устранения проблем проводим реглуряные аудиты.

### Улучшение процессов

Постоянно улучаем процессы ведения проектов по Scrum. Активно отстраиваем систему CI/CD.

Значительные усилия мы прилагаем для максимального покрытия систем автотестами.

### Обучение сотрудников

Мы внедряем систему онбординга новых сотрудников, переходящую в постоянно улучшаемую систему проведения performance review.

Участвуем в митапах и основных IT-конференциях.

О РАЗРАБОТКЕ

UNDEFINED.

# О разработке

За эти годы мы научились разворачивать MVP за минимально возможный срок, чтобы протестировать рынок и наши бизнес-гипотезы. Ну, а дальше — кропотливая работа от спринта к спринту, планирование в интересах разработчиков и продукта, и главное — релиз.

Почти на всех проектах мы работаем по спринтам: от планирования и встреч до ретроспективы. Наша цель, как команды разработки — постоянное профессиональное самосовершенствование и получение от этого удовольствия!



Отдел разработки начал формироваться год назад и сейчас это уже полноценная команда, которая реализует с нуля, на основе своих наработок и знаний, масштабные проекты, которые зарождаются внутри нашей команды.

РАБОТА У НАС

UNDEFINED.

# Работа у нас —

Мы являемся передовым поставщиком решений для маркетинга в социальных сетях, уделяя особое внимание обеспечению максимальной отдачи для вашего бизнеса.

**Офис**
Отличный офис с дизайнерским ремонтом и видом на Москву. Эргономичная кресла и большие столы, все для комфортной работы.

**Рабочее место**
Два больших монитора и современный мощный компьютер, а также любое необходимое железо для решения твоих задач.

**Оплата**
Мы выплачиваем зарплату всегда своевременно и без задержек, 1 и 16 числа. Если день попадает на выходные и праздники, выплату производим заранее.. Все переработки оплачиваются дополнительно. Выплачиваем премии, по результатам работы.

**Питание**
Бесплатные завтраки, обеды, полдники и ужины - готовит собственный повар. Кофе и чай разных сортов. Фрукты, соки, Cola и энергетики на любой вкус и в любых количествах.

**Досуг**
Ведем активную корпоративную жизнь и организуем совместный отдых, который помогает поддерживать дух компании.

**Здоровье и спорт**
Мы оплачиваем абонемент в фитнес-клуб для своих сотрудников. Выдаем электросамокаты, чтобы было удобнее добираться до офиса. А также ежегодно осенью приглашаем врачей в офис для вакцинации.

ВАКАНСИИ

UNDEFINED.

# Стать частью нашей команды

Москва и удалённо

Все вакансии 9

Менеджмент 3 Разработка 4 Реклама и креатив 2

**Team Leader отдела разработки**

Отдел разработки
Москва

**Разработчик на Go**

Отдел разработки
Москва

**Программист C++**

Отдел разработки
Москва

**PHP разработчик**

Отдел разработки
Москва

**Специалист технической поддержки**

Менеджмент
Москва

**Ведущий специалист по подбору IT персонала**

Менеджмент
Москва

**HR брендолог**

Менеджмент
Москва

**CMO Маркетинг**

Реклама и креатив
Москва

КОНТАКТЫ

UNDEFINED.

## Связаться с нами

Представьтесь, пожалуйста *

Ваше сообщение *

Почта для обратной связи *

Прикрепить файл

ОТПРАВИТЬ

г. Москва, Пресненская набережная 12

hello@undefined.ru

+7(495)987-65-43

НАПИСАТЬ НАМ