# Exhibit 20



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

On the day of November 29, 2021

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, Massachusetts 02110, completed the attached translation from Russian into English.

I, Xiaohua Fu, certify that the attached translated document has been translated by a qualified and vetted linguist fluent in both Russian and English, and is a true, correct and accurate English version of the original Russian, to the best of the linguist's knowledge and belief.

File name: RUSSIAN - voltronwork_job_description

*Fu Xiaohua*

Xiaohua Fu
Translation Project Manager

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston, MA 02110 | Phone: 617-528-7400 | Fax: 617-528-7490 | www.linguist.com
Certifications: ISO 9001 | ISO 17100 | ISO 27001

Company vacancies

| Archived vacancies | Contact information |
|---|---|
| November 2, 2019 | **Website:** https://trafspin.com/ <br> **Phone:** +7 (965) 2131301 <br> **Email:** nana@voltronwork.com |
| **Technical director (project leader)** <br> **Moscow region** -> Moscow, work in the office <br> **Valtron** <br> **VK.COM TWITTER LINKEDIN FACEBOOK** | **Address:** Moscow Region, Presnenskaya Naberezhnaya 12, Moscow <br><br> **Comments about the company** |
| **Type of work**  **Work experience**  **Salary** <br> Full time        From 3 to 6 years   Not specified | **No comments about the company** <br> **Leave a comment** |
| We have a range of products and services as well as a range of plans and ideas, which need to be enthusiastically brought to life and developed. For this reason, we need a project leader who will spend 60% of their time supervising programmers, 25% of their time interacting with remote workers (designers, SEO specialists and | **About the company** <br> This company did not provide a description of its activities. |

Вакансии компании

Вакансия в архиве

2 ноября 2019 г.

## Технический директор (Руководитель проектов)

**Москва и МО** → Москва, работа в офисе

Вальтрон



| Тип работы | Опыт работы | Зарплата |
|---|---|---|
| Полная занятость | От 3 до 6 лет | Не указана |

У нас есть ряд своих проектов и сервисов, а также ряд задумок и идей, которые необходимо с эктузиазмом воплощать в жизнь и развивать, для чего нам и нужен руководитель проекта, который на 60% будет заниматься руководством программистов, 25% взаимодействовать с удалёнщиками (дизайнерами, сеошниками и

**Контактные данные**

Сайт: https://trafspin.com/

Телефон: +7 (965) 2131301

E-mail: nana@voltronwork.com

Адрес: Москва и МО, г. Москва, Пресненская набережная 12

**Отзывы о компании**

Нет отзывов о компании
Оставьте свой отзыв

**О компании**

Данная компания не предоставила описания своей деятельности.