# Exhibit 21



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

On the day of November 29, 2021

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, Massachusetts 02110, completed the attached translation from Russian into English.

I, Xiaohua Fu, certify that the attached translated document has been translated by a qualified and vetted linguist fluent in both Russian and English, and is a true, correct and accurate English version of the original Russian, to the best of the linguist's knowledge and belief.

File name: RUSSIAN - moskva.jobfilter.ru Naikon HTML Coder (accessed 11-03-2021)

*Fu Xiaohua*

Xiaohua Fu
Translation Project Manager

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston, MA 02110 | Phone: 617-528-7400 | Fax: 617-528-7490 | www.linguist.com
Certifications: ISO 9001 | ISO 17100 | ISO 27001

11/3/21, 8:14 PM                         HTML coder in Moscow, Naikon | JobFilter

**HTML coder**
*Moscow,* Naikon

| | |
|---|---|
| **Type of employment:** | **Full time employment** |
| **Experience:** | **More than 1 year** |
| **Category:** | **Marketing, design, advertising, PR, information technology, internet, telecommunications** |
| **Created on:** | **hh.ru** |
| **Published:** | **September 7, 2021** |

**[Learn contact details and respond]**

Hello!

We are the large IT team of UNDEFINED.TEAM. We are actively designing and developing new projects in the area of internet marketing and mobile technologies.
One of our latest projects is extracard.net. That is a banking service that issues premium class virtual credit cards. The project was carried out jointly with one of Russia's largest banks.

And we also have the project abm.net – your guide in the proxy world.

**Responsibilities:**
- Coding of new layout templates (mainly from Figma);
- Participate in the integration of updated templates (together with developers);
- Edits to existing code (frontend, backend);
- Work on a team with developers;

**Requirements:**
- HTML, CSS3, BEM, Gulp, Vue, Flexbox, Bootstrap, etc.;
- Good understanding of native JS (and not "a cursory knowledge" of any specific framework);
- Adaptable, cross-browser, valid coding;
- Willingness to sort out foreign (external) code;
- Willingness to work in legacy code (editing not too often);
- Desire to develop, bolster and improve your skills.

**What we offer:**
- Beautiful office with designer remodel and a view of Moscow from the upper floors of Federation Towers;
- Young and amicable staff of professionals who are experts at what they do, complete absence of bureaucracy, start-up ambience;
- Free meals four times per day (breakfast, lunch, snack and dinner), coffee, tea, fruits, soda;
- Payment of a fitness club membership.
- Electric scooters so that it is convenient to get to the office; we reimburse the cost in advance;

11/3/21, 8:14 PM                                  HTML coder in Moscow, Naikon | JobFilter

- Participate in professional conferences in Russia and abroad;
- We have a multitude of ideas for new services, which are waiting for professionals in order to be realized.

This open position was received from another website and we do not have contact information with regard to it. In order to go to the page with the original information about the position, click on the button below. If the employer should ask for money under any pretext whatsoever, do not agree to it – this is most likely a scam!

**[Go to the original site]**

**Respond**
Leave your contact information and the employers will contact you themselves

HTML coder

First name Last name Patronymic name                                Telephone number

**[Respond]**                                                                                          **Launch**
By creating a mini resume, you agree to the terms of use.

More open positions for "html coder" in Moscow                                                  ->


[Translator's note: there is an advertisement in the source document]

**Comments**

Your comment…

Send


**Similar open positions**

**25,000 – 35,000 rubles**
e.Kom
*Moscow*

**Designer / coder**
**90,000 rubles**
*Moscow*

**HTML coder**
**70,000 – 80,000 rubles**
*Moscow*

**Website coder (remotely)**
**Salary is not indicated**
PERFORMIYA
*Moscow*

**HTML coder**
**50,000 – 80,000 rubles**
Datafolks
*Moscow*

**Designer / coder**
**From 90,000 rubles**
Jcat.ru
*Moscow*

**Prepress specialist / Designer / coder / Prepress preparation specialist**
**45,000 rubles**
Pechatnoe Masterstvo (Master printer)
*Moscow*

**Designer / coder**
**From 40,000 rubles**
Fluid Line
*Moscow*

11/3/21, 8:14 PM                         HTML coder in Moscow, Naikon | JobFilter

**Did you not find what you were looking for?**
Modify the search term so that we may suggest new vacant positions to you.

HTML coder
Moscow

**[Search]**

You can learn more about work as an "HTML coder" Moscow under **Career – HTML coder**. There is also information presented there about professions, salary levels, employers and much more.

[A variety of social media icons]                           Show all

---

Naikon
*Russia*

**Vacancies at the company**

IT recruiter
IT recruiter / Lead specialist for …
IT recruiter

**There are a total of 240 vacancies at the employer (Moscow)**

---

**Subscribe to vacancies**

If you subscribe to vacancies, you will be among the first to know of new jobs posted that meet the specifications of your current search term

Enter your email
**[Create subscription]**

Case 1:21-cv-10260-DLC   Document 21-21   Filed 12/17/21   Page 7 of 12

2021 © JF – JobFilter.ru | Job Filter in Russia
Jobfilter.ru
About the Site            FAQ     Contact information   SMI     Partners          Publications Terms of Use     Confidentiality         Policies         Feedback      Remove resume

# HTML верстальщик

Москва, Найкон

| | |
|---|---|
| Тип занятости: | Полная занятость |
| Опыт: | Более 1 года |
| Категория: | Маркетинг, дизайн, реклама, PR   Информационные технологии, интернет, телеком |
| Создано на: | hh.ru |
| Опубликовано: | 07 сентября 2021 |

**Узнать контакты и откликнуться**

Привет!

Мы - большая IT команда UNDEFINED.TEAM. Мы активно разрабатываем и развиваем новые проекты в сфере интернет-маркетинга и мобильной разработки.
Один из наших последних проектов extracard.net это банковские сервисы выпускающие виртуальные кредитные карты премиум-класса. Проект был реализован совместно с одним из крупнейших банков России.

А также у нас есть проект abm.net - Ваш путеводитель в мир прокси.

**Обязанности:**

- верстка новых шаблонов по макетам (преимущественно из Figma);
- участие в интеграции обновленных шаблонов (вместе с разработчиками);
- правки в существующую верстку (frontend, backend);
- работа в команде с разработчиками;

**Требования:**

- HTML5, CSS3, BEM, Gulp, Vue, Flexbox, Bootstrap и др.;
- хорошее понимание нативного JS (а не "натасканность" на какой-то конкретный фреймворк);
- адаптивная, кроссбраузерная, валидная верстка;
  готовность разбираться в чужом коде;
- готовность работать с legacy (не очень частые правки);
- желание развиваться, пополнять и совершенствовать свои навыки.

**Что мы предлагаем:**

- Прекрасный офис с видом на Москву с верхних этажей башни Федерация;
- Большие мониторы и мощное железо для решения любых задач;
- Молодой и дружный коллектив профессионалов своего дела, полное отсутствие бюрократии, атмосфера стартапа;
- Бесплатное четырехразовое питание (завтрак, обед, полдник и ужин), кофе, чай, фрукты, кола;
- Оплата фитнес-клуба;
- Электросамокат, чтобы было удобно добираться в офис;

выплачиваем заранее;
- Участие в профессиональных конференциях в России и за рубежом;
- У нас множество идей новых сервисов, которые ждут профи для их реализации.

Данная вакансия получена с стороннего сайта и мы не имеем контактных данных по ней. Для перехода на страницу с оригинальной вакансией воспользуйтесь кнопкой ниже. Если работодатель будет просить деньги под любым предлогом, не соглашайтесь, скорее всего это мошенники!

Перейти к оригиналу

## Откликнуться

Оставьте контакты и работодатели сами с вами свяжутся

HTML верстальщик

Фамилия Имя Отчество     Номер телефона

Откликнуться     Развернуть

Создавая Микро-резюме вы соглашаетесь с Пользовательским соглашением.

Больше вакансий «html верстальщик» в Москве →

Superjob — это множество предложений высокооплачиваемой работы от российских и зарубежных компаний.

Superjob — самая большая и разнообразная база резюме лучших специалистов в России.

Разместить резюме     Разместить вакансию

Comments

Your comment...

Send

## Похожие вакансии

25000 - 35000 руб.

е.Ком

Москва

### Дизайнер-верстальщик

90000 руб.

Москва

### HTML-верстальщик

70000 - 80000 руб.

Локал

Москва

### Верстальщик сайтов (удаленно)

з/п не указана

ПЕРФОРМИЯ

Москва

### HTML-верстальщик

50000 - 80000 руб.

Datafolks

Москва

### Дизайнер-верстальщик

от 90000 руб.

JCat.ru

Москва

### Специалист препресс/дизайнер-верстальщик/специалист допечатной подготовки

45000 руб.

Печатное Мастерство

Москва

### Дизайнер-верстальщик

от 40000 руб.

Флюид-Лайн

Москва







2021 © JF - JobFilter.ru | Фильтр Работ Россия

JobFilter.ru:

О сайте   FAQ   Контакты   СМИ   Партнерам   Статьи   Пользовательское соглашение   Политика конфиденциальности

Обратная связь   Удаление резюме