# Exhibit 22



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

On the day of November 29, 2021

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, Massachusetts 02110, completed the attached translation from Russian into English.

I, Xiaohua Fu, certify that the attached translated document has been translated by a qualified and vetted linguist fluent in both Russian and English, and is a true, correct and accurate English version of the original Russian, to the best of the linguist's knowledge and belief.

File name: RUSSIAN - ne.orabote.net Review of Voltron tying it to dont.farm (accessed 11-16-2021)

*Fu Xiaohua*

Xiaohua Fu
Translation Project Manager

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston, MA 02110 | Phone: 617-528-7400 | Fax: 617-528-7490 | www.linguist.com
Certifications: ISO 9001 | ISO 17100 | ISO 27001

11/16/21, 11:38 AM       Comments about the employer Voltron – Russia – Aleksandr 12/16/2019 – About work

[Logo]   **About Work**          Comments about work. Black list of employers.       **Post comment**

**Home**         **Ratings**         **Catalog**         **Policies**         **Contacts**      Search comments

Comment about the employer "Voltron"                    *Posted*: 12/26/19, 2:19 PM

*Primary name:* **Voltron**
*Secondary name:* **Voltron, Dont.farm**
*Business activities:* **Services: IT: Consulting, development, implementation, hosting, etc.**
*Website:* **voltronwork.com**
*Telephone numbers:* **+7 999 238 9524**
*Email address:* **nana@voltronwork.com**
*Country:* **Russia**
*Address:* **Russia, Moscow, Presnenskaya Naberezhnaya 12, Office 18.**
*Company rating:*
Rating 1.00 / 5.0

*Views:* **389**
*Total comments:* **2**
*Description of activities:* They buy and sell stolen Facebook Plus accounts. There are a bunch of similar "projects".

View all comments about this company                  Post your comment about this company

*Author:* **Aleksandr** (worked at the company and knows them from within)
*Date that he started work:* **June 2019**
*Date of employment termination:* **September 2019**
*Comment usefulness:* **0 – 1 = -1**
*Total commenters:* **1**

**Positive aspects of the company**

There are none.


**Negative aspects of the company**

Typical scammers – they screw over customers and employees. They promise the employees that everything will be great – high salary; everything will be wonderful, etc. In reality, you will work without a formal contract and one day they will throw you out if you will not bow down before your supervisor. You will not get any money upon termination. By means of various pretenses, they will make it clear to you that you have no right to any money. They even created a new website in order to lure in future workers: http://voltronwork.com
The main website where stolen Facebook profiles are advertised is: https://dont.farm

**Company rating**

https://ne.orabote.net/feedback/show/id/694700                                        1/3

11/16/21, 11:38 AM          Comments about the employer Voltron – Russia – Aleksandr 12/16/2019 – About work

Staff and corporate culture

Rating 1 / 5

Supervisor and their respect for employees

Rating 1 / 5

Workplace and work conditions

Rating 1 / 5

Social perks and benefits

Rating 1 / 5

(Future) Work prospects at the company

Rating 1 / 5

**Comments about the post**

*Your name:*

        *You believe that the comment is useful and you can believe it?* [  ] **Yes** [  ] **No**

*Comment:*

                                                       **[Post comments]**

*Are you a robot?*     I am not a robot     [reCAPTCHA]

https://ne.orabote.net/feedback/show/id/694700                                         2/3

11/16/21, 11:38 AM        Comments about the employer Voltron – Russia – Aleksandr 12/16/2019 – About work

**Alyosha**     *5/14/20 3:04 PM refutes the comment* **-1**

Lies badly

[Previous comment]

© 2008 – 2021 oRabote.net All rights reserved.      Home | Post comment | Search comments | Ratings | Catalog | Our goals | Project support | Feedback

https://ne.orabote.net/feedback/show/id/694700                                                                 3/3

# О Работе

Отзывы о работе. Черный список работодателей
Всего в наличии около 100000 компаний и 500000 отзывов

+ Добавить Отзыв

ГЛАВНАЯ | РЕЙТИНГИ | КАТАЛОГ | ПРАВИЛА | КОНТАКТЫ

Поиск отзывов

## Отзыв о работодателе «Вольтрон»

*Добавлен: 26.12.19 14:19*

*Основное название:* **Вольтрон**
*Другие названия:* **Voltron, Dont.farm**
*Сфера деятельности:* **Услуги: IT: консалтинг, разработка, внедрение, хостинг и пр.**
*Сайт:* **voltronwork.com**
*Телефоны:* **+79992389524**
*Эл. почта:* **nana@voltronwork.com**
*Страна:* **Россия**
*Адрес:* **Россия, г. Москва, Пресненская набережная, 12, офис 18.**
*Рейтинг компании:*

Рейтинг 1,00/5,0

*Просмотры:* **389**
*Всего отзывов:* **2**
*Описание деятельности:* **Торгуют ворованными аккаунтами фейсбук плюс есть ряд других подобных "проектов".**

Посмотреть все отзывы о данной компании »    Добавить Ваш отзыв о данной компании »

*Автор:* **Александр** (работал(-а) в компании и знает её изнутри)
*Дата начала работы:* **Июль 2019 г.**
*Дата увольнения:* **Сентябрь 2019 г.**
*Полезность отзыва:* **0 - 1 = -1**
*Всего комментариев:* **1**

### Положительные стороны компании

их нет

### Отрицательные стороны компании

Обычные мошенники - разводят клиентов и сотрудников. Сотрудникам обещают, что все будет красиво - высокая зарплата, все по тк и прочее. По факту - работать будете без оформления, в один день вас выгонят, если не будете лебезить начальству. Денег при увольнении не получите - будут под разными предлогами объяснять вам, что они вам не положены.
Даже сайт новый сделали, чтобы будущих сотрудников заманивать https://voltronwork.com
Основной сайт с рекламой ворованных профилей фейсбука - https://dont.farm

### Оценки компании

Коллектив и корпоративная культура
Р
е
й
т
и
нг
1/
5

Начальство и его уважение к сотрудникам
Р
е
й
т
и
нг
1/
5

Рабочее место и условия работы
Р
е
й
т
и
нг
1/
5

Социальный пакет и льготы
Р
е
й
т
и
нг
1/
5

Перспективы работы в компании
Р
е
й
т
и
нг
1/
5

| Комментарии к отзыву | |
|---|---|
| *Ваше имя:* | |
| | *Вы находите данный отзыв полезным и ему можно верить?*  ○ Да | ○ Нет |
| *Комментарий:* | |
| *Вы робот?* | ✓ Я не робот  reCAPTCHA   Конфиденциальность - Условия использования     **Добавить Комментарий** |

11/16/21, 11:38 AM
Отзыв о работодателе Билайн - Россия - Александр, 26.12.2019, о работе
Case 1:21-cv-10260-DLC   Document 21-22   Filed 12/17/21   Page 8 of 8

