# Exhibit 23



## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

On the day of November 29, 2021

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, Massachusetts 02110, completed the attached translation from Russian into English.

I, Xiaohua Fu, certify that the attached translated document has been translated by a qualified and vetted linguist fluent in both Russian and English, and is a true, correct and accurate English version of the original Russian, to the best of the linguist's knowledge and belief.

File name: RUSSIAN - detected-job.ru Voltron Disgruntled Employee Post (accessed 11-03-2021)

*Fu Xiaohua*

Xiaohua Fu
Translation Project Manager

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston, MA 02110 | Phone: 617-528-7400 | Fax: 617-528-7490 | www.linguist.com
Certifications: ISO 9001 | ISO 17100 | ISO 27001

11/3/21, 8:56 PM                              Voltron

# Detected Job

## List of employers and unscrupulous companies

**Black list**    **White list**    **Publications**    **Partners**    **Post comment**

**Contact**    **Employee rights**

[Logo]            [Logo]          Your company's logo
Mezhregiotest     MeZaPlast

01/03/2020     Employer black list    OT DETECTED JOB

| **Voltron** | **NOW BEING DISCUSSED** |
|---|---|
| They hack Facebook and Google accounts and sell them on the website https://dont.farm | Konstantin09 regarding entry **OOO Krejt (Saint Petersburg)** |
| The company's website for recruiting employees is https://voltronwork.com | RDO regarding entry **OOO "Gribnaya raduga" (Kursk)** |
| They entice workers with high salaries, a formal contract after a probationary period and a beautiful office in the city. However, they skip out on the salary after the fact. They will screw you over – The Human Resources Manager is Kalyan Nana Gennadievna (phone +79 267 515 115 or +79 652 131 301), the Sales Representative Supervisor is Alyona and the head hooligan of that entire gang is Rasul (phone +79 992 389 524). | Worker regarding entry **OOO Krejt (Saint Petersburg)**  aleksandr regarding entry **alliance avia**  Daria regarding entry **OOO "Gribnaya raduga" (Kursk)** |
| Run away fast and don't believe anything!  Voltron | **ARCHIVES** |

detected-job.ru/voltron.php                                                    1/4

| 11/3/21, 8:56 PM | Voltron |
|---|---|
| Address:<br>Russia<br>Moscow<br><br>Source<br><br>"Previous entry          Next entry"<br><br>**MAKE A COMMENT**<br>Name*:<br><br>Email*:<br><br>Website*:<br><br>Comments*:<br><br><br><br>[POST] | **November 2021**<br>**October 2021**<br>**September 2021**<br>**August 2021**<br>**July 2021**<br>**June 2021**<br>**May 2021**<br>**April 2021**<br>**March 2021**<br>**February 2021**<br>**January 2021**<br>**December 2020**<br>**November 2020**<br>**October 2020**<br>**September 2020**<br>**August 2020**<br>**July 2020**<br>**June 2020**<br>**May 2020**<br>**April 2020**<br>**March 2020**<br>**February 2020**<br>**January 2020**<br>**December 2019**<br>**November 2019**<br>**October 2019**<br>**September 2019**<br>**August 2019**<br>**July 2019**<br>**June 2019**<br>**May 2019**<br>**April 2019** |

11/3/21, 8:56 PM	Voltron

|  | |
|---|---|
|  | **March 2019**<br>**February 2019**<br>**January 2019**<br>**December 2018**<br>**November 2018**<br>**October 2018**<br>**September 2018**<br>**August 2018**<br>**July 2018**<br>**June 2018**<br>**May 2018**<br>**April 2018**<br>**March 2018**<br>**February 2018**<br>**January 2018**<br>**December 2017**<br>**November 2017**<br>**October 2017**<br>**September 2017**<br>**August 2017**<br>**July 2017**<br>**June 2017**<br>**May 2017**<br>**April 2017**<br>**May 2017**<br>**April 2017**<br>**March 2017**<br>**February 2017**<br>**January 2017**<br>**December 2016**<br>**November 2016**<br>**October 2016**<br>**September 2016**<br>**August 2016**<br>**July 2016** |

11/3/21, 8:56 PM                                    Voltron

|  | |
|---|---|
| | **June 2016** |
| | **May 2016** |
| | **April 2016** |
| | **March 2016** |
| | **February 2016** |
| | **January 2016** |
| | **December 2015** |
| | **November 2015** |
| | **October 2015** |
| | **September 2015** |

Agreement    Questions and answers    How to become a partner?    How to post to the list?    How to be removed from the list?

All materials published on this website are the intellectual property of the authors and the project editors. The copying of any information without an active link to the source is prohibited.
2010 - 2021

# Detected Job

Список работодателей и недобросовестных компаний

• ЧЕРНЫЙ СПИСОК            • БЕЛЫЙ СПИСОК            • СТАТЬИ            • ПАРТНЕРЫ            • ДОБАВИТЬ ОТЗЫВ

• КОНТАКТЫ            • ПРАВА РАБОТНИКА

 

| 03.01.2020 | ЧЕРНЫЙ СПИСОК РАБОТОДАТЕЛЕЙ | ОТ DETECTED JOB |

## ВОЛЬТРОН

Взламывают аккаунты фейсбука и гугла и продают их с сайта https://dont.farm

Сайт компании для привлечения сотрудников https://voltronwork.com

Завлекают сотрудников высокими зарплатами, оформлением после испытательного срока и красивым офисом в сити. По факту — кидают на зарплату. Разводить вас будут — менеджер по персоналу Калян Нана Геннадиевна (телефон +79267515115 или +79652131301), руководитель продажников Алена или главшпан всей этой шайки — Расул (телефон +79992389524).

Бегите бегом и ничему не верьте!

Вольтрон

**СЕЙЧАС ОБСУЖДАЮТ**

Константин09 к записи **ООО Крейт (Санкт-Петербург)**

РДО к записи **ООО «Грибная радуга» (Курск)**

Сотрудник к записи **ООО Крейт (Санкт-Петербург)**

александр к записи **альянс авиа**

Дарья к записи **ООО «Грибная радуга» (Курск)**

**АРХИВЫ**

Вольтрон

Адрес:
Россия
Москва

Источник

« Предыдущая запись                                              Следующая запись »

## КОММЕНТИРОВАТЬ

Имя*:

Mail*:

Сайт*:

Комментарий*:

ДОБАВИТЬ

Ноябрь 2021

Октябрь 2021

Сентябрь 2021

Август 2021

Июль 2021

Июнь 2021

Май 2021

Апрель 2021

Март 2021

Февраль 2021

Январь 2021

Декабрь 2020

Ноябрь 2020

Октябрь 2020

Сентябрь 2020

Август 2020

Июль 2020

Июнь 2020

Май 2020

Апрель 2020

Март 2020

Февраль 2020

Январь 2020

Декабрь 2019

Ноябрь 2019

Октябрь 2019

Сентябрь 2019

Август 2019

Июль 2019

Июнь 2019

Май 2019

Апрель 2019

Март 2019

Февраль 2019

Январь 2019

Декабрь 2018

Ноябрь 2018

Октябрь 2018

Сентябрь 2018

Август 2018

Июль 2018

Июнь 2018

Май 2018

Апрель 2018

Март 2018

Февраль 2018

Январь 2018

Декабрь 2017

Ноябрь 2017

Октябрь 2017

Сентябрь 2017

Август 2017

Июль 2017

Июнь 2017

Май 2017

Апрель 2017

Март 2017

Февраль 2017

Январь 2017

Декабрь 2016

Ноябрь 2016

Октябрь 2016

Сентябрь 2016

Август 2016

Июль 2016

11/3/21, 8:56 PM  Case 1:21-cv-10260-DLC  Document 21-23  Filed 12/17/21  Page 10 of 10   Волтрон

Июнь 2016

Май 2016

Апрель 2016

Март 2016

Февраль 2016

Январь 2016

Декабрь 2015

Ноябрь 2015

Октябрь 2015

Сентябрь 2015

• Соглашение    • Вопросы и ответы    • Как стать партнером?    • Как добавить в список?    • Как выйти из списка?

 

Все материалы, опубликованные на этом сайте, являются интеллектуальной собственностью их авторов и редакторов проекта. Копирование любой информации без активной ссылки на источник запрещено.

2010 - 2021 год