# Exhibit 6

# Uniform Domain-Name Dispute-Resolution Policy

This page is available in:
English | العربية (https://www.icann.org/resources/pages/udrp-2012-02-25-ar) |
Español (https://www.icann.org/resources/pages/udrp-2012-02-25-es) |
Français (https://www.icann.org/resources/pages/udrp-2012-02-25-fr) |
日本語 (https://www.icann.org/resources/pages/udrp-2012-02-25-ja) |
한국어 (https://www.icann.org/resources/pages/udrp-2012-02-25-ko) |
Português (https://www.icann.org/resources/pages/udrp-2017-01-31-pt) |
Русский (https://www.icann.org/resources/pages/udrp-2012-02-25-ru) |
中文 (https://www.icann.org/resources/pages/udrp-2012-02-25-zh)

## General Information

All registrars must follow the Uniform Domain-Name Dispute-Resolution Policy (often referred to as the "UDRP (Uniform Domain-Name Dispute Resolution Policy)"). Under the policy, most types of trademark-based domain-name disputes must be resolved by agreement, court action, or arbitration before a registrar will cancel, suspend, or transfer a domain name. Disputes alleged to arise from abusive registrations of domain names (for example, cybersquatting) may be addressed by expedited administrative proceedings that the holder of trademark rights initiates by filing a complaint with an approved dispute-resolution service provider.

To invoke the policy, a trademark owner should either (a) file a complaint in a court of proper jurisdiction against the domain-name holder (or where appropriate an in-rem action concerning the domain name) or (b) in cases of abusive registration submit a complaint to an approved dispute-resolution service provider (see below for a list and links).

## Principal Documents

The following documents provide details:

- Uniform Domain Name (Domain Name) Dispute Resolution Policy (/en/help/dndr/udrp/policy) – This policy is followed by all registrars.

- Rules for Uniform Domain Name (Domain Name) Dispute Resolution Policy (/resources/pages/udrp-rules-2015-03-11-en) – These rules are followed by all dispute-resolution service providers, with supplementation by each provider's supplemental rules.

- Archived Rules (/en/udrp/udrp-rules-24oct99.htm) – Prior version of Rules in effect for proceedings filed on or before 28 February 2010

- List of Approved Dispute-Resolution Service Providers (/en/help/dndr/udrp/providers)

- Information Concerning Approval Process for Dispute-Resolution Service Providers (/en/help/dndr/udrp/provider-approval-process)

## Information on Proceedings Commenced Under the Policy

- List of Proceedings Arranged by Commencement Date (/en/udrp/proceedings-list.htm)

- List of Proceedings Arranged by Proceeding Number (/en/udrp/proceedings-list-number.htm)

- List of Proceedings Arranged by Domain Name (Domain Name) (/en/udrp/proceedings-list-name.htm)

- Search Tool for the UDRP (Uniform Domain-Name Dispute Resolution Policy) Proceedings Index (/cgi-bin/udrp/udrp.cgi) (updated daily)

- Search Tool for UDRP (Uniform Domain-Name Dispute Resolution Policy) Decisions (/en/udrp/udrpdec.htm) (full-text, updated weekly)

- Statistical Summary of Proceedings (/en/udrp/proceedings-stat.htm)

# Historical Documents Concerning the Policy

## Chronology

- Timeline for Development and Implementation of the Policy and Rules (/en/help/dndr/udrp/schedule)

## Staff Reports

- Staff Report on Implementation Documents for the Uniform Dispute Resolution Policy (/en/udrp/staff-report-29sept99.htm) (29 September 1999)

- Second Staff Report on Implementation Documents for the Uniform Dispute Resolution Policy (/en/udrp/udrp-second-staff-report-24oct99.htm) (24 October 1999)

## Proposed Implementation Documents (form posted for public comment September 29, 1999)

- Draft Uniform Domain Name (Domain Name) Dispute Resolution Policy (/en/udrp/udrp-policy-29sept99.htm) (29 September 1999)

- Draft Rules for Uniform Domain Name (Domain Name) Dispute Resolution Policy (/en/udrp/udrp-rules-29sept99.htm) (29 September 1999)

## Public Comments Submitted (comment period September 29-October 13, 1999)

- Public Comment Archive (/en/comments-mail/comment-udrp/current/maillist.html)