UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>                            Plaintiff,<br><br>v.<br><br>DMITRY STAROVIKOV; ALEXANDER FILIPPOV; and Does 1-15,<br><br>                          Defendants. | Case No.  1:21-cv-10260-DLC<br><br>MOTION FOR ADMISSION<br>PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, David P. Mattern hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Google LLC, in the above-captioned action.

I am in good standing of the bars of the state of New York and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

| | |
|---|---|
| Dated:  December 23, 2021<br>         Washington, DC | Respectfully Submitted,<br><br><u>/s/ David P. Mattern</u><br>David P. Mattern<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW<br>Suite 200<br>Washington, DC 20006<br>Phone: 202-626-2946<br>Fax: 202-737-0500<br>dmattern@kslaw.com<br><br>*Attorney for Plaintiff Google LLC* |