# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>                       Plaintiff,<br><br>   v.<br><br>DMITRY STAROVIKOV; ALEXANDER FILIPPOV; and Does 1-15,<br><br>                       Defendants. | Case No.  1:21-cv-10260-DLC<br><br>**AFFIDAVIT OF DAVID P. MATTERN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, David P. Mattern, hereby affirm as follows:

1.    I make this affidavit pursuant to Local Rule 1.3 in support of the motion for my admission to appear and practice before this Court in the above-captioned matter as counsel *pro hac vice* for Google LLC in this matter.

2.    I am an attorney with the law firm King & Spalding LLP. My business address, telephone number, facsimile number, and email address are as follows:

> David P. Mattern
> KING & SPALDING LLP
> 1700 Pennsylvania Avenue, NW Suite 200
> Washington, DC 20006
> Phone: 202-626-2946
> Fax: 202-737-0500
> dmattern@kslaw.com

3.    I am an attorney who is a member in good standing of the bars of the State of New York and the District of Columbia.  A current certificate of good standing for each jurisdiction is attached to this Affidavit as Exhibit 1.

4.    I have never been convicted of a felony.

5.    I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.      There are no disciplinary proceedings presently against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_David P. Mattern_

David P. Mattern

Dated: December 1, 2021

NEW YORK CITY                    )
                                       )
NEW YORK                            )

Subscribed and sworn to (or affirmed) before me on this 1st day of DEC, 2021, by David P. Mattern, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

ROSE BELLANTUONO
Notary Public, State of New York
No. 01BE5034998
Qualified in Richmond County
Commission Expires Oct. 24, 20__

_____
Seal

_____
Signature

# Exhibit 1



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

## *David Paul Mattern*

was duly qualified and admitted on January 9, 2015 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, a(n)
ACTIVE member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on
November 30, 2021.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## David Paul Mattern

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 2, 2014**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and  according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on December 23, 2021.

*Clerk of the Court*

CertID-00046026