# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DMITRY STAROVIKOV; ALEXANDER FILIPPOV; and Does 1-15,<br><br>　　　　　　　　　　Defendants. | Case No.　1:21-cv-10260-DLC<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of David P. Mattern, for admission to practice Pro Hac Vice in the above captioned action, is granted.

Applicant has declared that he is a member in good standing of the bars of the state of New York and the District of Columba; and that his contact information is as follows:

> David P. Mattern
> KING & SPALDING LLP
> 1700 Pennsylvania Avenue, NW Suite 200
> Washington, DC 20006
> Phone: 202-626-2946
> Fax: 202-737-0500
> dmattern@kslaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Google LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____

　　　　　　　　　　　　　　　　　　　　　　　United States District / Magistrate Judge