UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>                            Plaintiff,<br><br>    v.<br><br>DMITRY STAROVIKOV; ALEXANDER FILIPPOV; and Does 1-15,<br><br>                           Defendants. | Case No.  1:21-cv-10260-DLC<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Sumon Dantiki hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Google LLC, in the above-captioned action.

      I am in good standing of the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  January 4, 2022
            Washington, DC

Respectfully Submitted,

<u>*/s/ Sumon Dantiki*</u>
Sumon Dantiki
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
Phone: 202-626-5591
Fax: 202-737-0500
sdantiki@kslaw.com

*Attorney for Plaintiff Google LLC*