UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>DMITRY STAROVIKOV; ALEXANDER FILIPPOV; and Does 1-15,<br><br>                    Defendants. | Case No.  1:21-cv-10260-DLC<br><br>**AFFIDAVIT OF SUMON DANTIKI IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Sumon Dantiki, hereby affirm as follows:

1.  I make this affidavit pursuant to Local Rule 1.3 in support of the motion for my admission to appear and practice before this Court in the above-captioned matter as counsel *pro hac vice* for Google LLC in this matter.

2.  I am an attorney with the law firm King & Spalding LLP. My business address, telephone number, facsimile number, and email address are as follows:

> Sumon Dantiki
> KING & SPALDING LLP
> 1700 Pennsylvania Avenue, NW Suite 200
> Washington, DC 20006
> Phone: 202-626-5591
> Fax: 202-737-0500
> sdantiki@kslaw.com

3.  I am an attorney who is a member in good standing of the bar of the District of Columbia.  A current certificate of good standing is attached to this Affidavit as Exhibit 1.

4.  I have never been convicted of a felony.

5.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.  There are no disciplinary proceedings presently against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Sumon Dantiki

Dated: December 1, 2021

WASHINGTON                )
                          )
DISTRICT OF COLUMBIA      )

Subscribed and sworn to (or affirmed) before me on this 1st day of December, 2021, by Sumon Dantiki, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

ROSE BELLANTUONO
Notary Public, State of New York
No. 01BE5034998
Qualified in Richmond County
Commission Expires Oct. 24, 2022

_____
Seal

_____
Signature

# Exhibit 1



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Sumon S. Dantiki*

was duly qualified and admitted on November 5, 2010 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 4, 2022.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.