UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>                         Plaintiff,<br><br>    v.<br><br>DMITRY STAROVIKOV; ALEXANDER FILIPPOV; and Does 1-15,<br><br>                         Defendants. | Case No.  1:21-cv-10260-DLC<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Bethany L. Rupert hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Google LLC, in the above-captioned action.

I am in good standing of the bars of the states of Georgia and Virginia, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  January 5, 2022
            Atlanta, GA

Respectfully Submitted,

<u>/s/ Bethany L. Rupert</u>
Bethany L. Rupert
KING & SPALDING LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309
Phone: 404-572-3525
Fax: 404-572-5100
brupert@kslaw.com

*Attorney for Plaintiff Google LLC*