UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>DMITRY STAROVIKOV; ALEXANDER FILIPPOV; and Does 1-15,<br><br>                    Defendants. | Case No.  1:21-cv-10260-DLC<br><br>**AFFIDAVIT OF BETHANY L. RUPERT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Bethany L. Rupert, hereby affirm as follows:

1. I make this affidavit pursuant to Local Rule 1.3 in support of the motion for my admission to appear and practice before this Court in the above-captioned matter as counsel *pro hac vice* for Google LLC in this matter.

2. I am an attorney with the law firm King & Spalding LLP. My business address, telephone number, facsimile number, and email address are as follows:

> Bethany L. Rupert
> KING & SPALDING LLP
> 1180 Peachtree Street, NE Suite 1600
> Atlanta, GA 30309
> Phone: 404-572-3525
> Fax: 404-572-5100
> brupert@kslaw.com

3. I am an attorney who is a member in good standing of the bars of the States of Georgia and Virginia.  A current certificate of good standing for each jurisdiction is attached to this Affidavit as Exhibit 1.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Bethany L. Rupert

Dated: December 1, 2021

ATLANTA                                       )
                                              )
GEORGIA                                       )

Subscribed and sworn to (or affirmed) before me on this 30th day of Nov, 2021, by Bethany L. Rupert, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

ROSE BELLANTUONO
Notary Public, State of New York
No. 01BE5034998
Qualified in Richmond County
Commission Expires Oct. 24, 2022

Seal

_____
Signature

# Exhibit 1

Supreme Court
State of Georgia
NATHAN DEAL JUDICIAL CENTER
Atlanta 30334

January 4, 2022

I hereby certify that Bethany L. Rupert, Esq., was admitted on the 14th day of May, 2015, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date she has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Bethany Lowe Rupert

was admitted to practice as an attorney and counsellor at the bar of this Court on December 4, 2013.

I further certify that so far as the records of this office are concerned, Bethany Lowe Rupert is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 21st day of December
A.D. 2021

By: _____
Deputy Clerk