# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOGLE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DMITRY STAROVIKOV;<br>ALEXANDER FILIPPOV;<br>and Does 1-15,<br><br>    Defendants. | Civil Action No. 1:21-cv-10260-DLC |

**[PROPOSED] SCHEDULING ORDER**

It is HEREBY ORDERED that Google LLC shall file the following documents on or before the following corresponding dates:

| | |
|---|---|
| **February 7, 2022** | Request for entry of default under Rule 55(a) |
| **21 Days After Any Entry Of Default** | Motion for default judgment under Rule 55(b) and permanent injunction |

It is so ORDERED this _____ day of _____, 2022

_____

Hon. Denise L. Cote, U.S.D.J.