UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>                  *Plaintiff*,<br><br>   v.<br><br>DMITRY STAROVIKOV;<br>ALEXANDER FILIPPOV;<br>Does 1–15,<br><br>                  *Defendants*. | Civil Action No. 1:21-cv-10260-DLC<br><br>**Proof of Service** |

I, LAURA HARRIS, counsel for Google LLC ("Google") in this action, declare under penalty of perjury that the following is true and correct to the best of my knowledge.

1. I oversaw Google's efforts to provide service and notice to Defendants by mail, email, and text message, as authorized by the Court's Temporary Restraining Order.  *See* ECF No. 8, ¶ 18.

2. On December 9, 2021, Defendants Alexander Filippov and Dmitry Starovikov were properly served by text message with Google's complaint and Exhibit A thereto, the summons, the Motion for a Temporary Restraining Order ("TRO"), the Proposed TRO and Order to Show Cause Regarding a Preliminary Injunction, and all supporting evidence.

1

Executed on February 7, 2022 in New York, New York.

                                                */s/ Laura Harris*
                                                Laura Harris