UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>                            *Plaintiff,*<br><br>v.<br><br>DMITRY STAROVIKOV;<br>ALEXANDER FILIPPOV;<br>Does 1–15,<br><br>                          *Defendants.* | Civil Action No. 1:21-cv-10260-DLC<br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2022

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 2, 2021, with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendants Dmitry Starovikov and Alexander Filippov by text message on December 9, 2021, and proof of service was filed on February 7, 2022.  *See* ECF No. 5 (Complaint); ECF No. 8, ¶ 18 (Temporary Restraining Order authorizing service by text message); ECF No. 34 (Proof of Service).  I further certify that the docket entries indicate that the Defendants have not filed an answer or otherwise moved with respect to the complaint herein.

The default of the Defendants is hereby noted.

Dated: New York, New York

February 8, 2022

                                        RUBY J. KRAJICK
                                        Clerk of Court

                         By: _____
                                Deputy Clerk