# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC, | ) |
| | ) |
| | ) **Case No.** |
| | ) |
| | ) 1:21-cv-10260 |
| **v.** | ) |
| | ) |
| DMITRY STAROVIKOV | ) |
| | ) |
| Defendant. | ) |
| | ) |

## APPEARANCE OF COUNSEL

**To**:   The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant – Dmitry Starovikov.

**Date**:   Brooklyn, New York
February 17th, 2022

                                                                                                                                                     ___/s/ Igor Litvak_____
                                                                                                                                                      Igor Litvak, Esq.
                                                                                                                                                      NY Bar No. 5109749
                                                                                                                                                      The Litvak Law Firm, PLLC
                                                                                                                                                      1733 Sheepshead Bay Road, Suite 22
                                                                                                                                                      Brooklyn, New York 11235
                                                                                                                                                      Office: (718) 889-2908
                                                                                                                                                      E-Mail: Igor@LitvakLawNY.com