# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GOOGLE LLC, | ) ) ) ) ) ) ) ) ) ) ) | **Case No.** <br><br> 1:21-cv-10260 |
| **v.** | | |
| ALEXANDER FILIPPOV | | |
| Defendant. | | |

## APPEARANCE OF COUNSEL

**To**:   The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant – Alexander Filippov.

**Date**:   Brooklyn, New York
February 21ˢᵗ, 2022

                                                            ___/s/ Igor Litvak_____
                                                            Igor Litvak, Esq.
                                                            NY Bar No. 5109749
                                                            The Litvak Law Firm, PLLC
                                                            1733 Sheepshead Bay Road, Suite 22
                                                            Brooklyn, New York 11235
                                                            Office: (718) 889-2908
                                                            E-Mail: Igor@LitvakLawNY.com