UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOOGLE LLC,

      Plaintiff,      Civil Action No.: 1:21-cv-10260-DLC

- against -

                **NOTICE OF MOTION**

DMITRY STAROVIKOV;
ALEXANDER FILIPPOV;
and Does 1-15,

      Defendants.
-------------------------------------------------------------------X

## MOTION FOR BRIEFING SCHEDULE AND TO VACATE PRIOR ORDER

  Defendants DMITRY STAROVIKOV and ALEXANDER FILIPPOV, by and through undersigned counsel, hereby move this Court to issue an Order approving the proposed briefing schedule concerning Defendants' anticipated Motion to vacate the entry of default under Fed. R. Civ. P. 55(c). Additionally, Defendants respectfully request that the Court vacate its scheduling order dated February 1, 2022, Dkt. No. 33, requiring Plaintiff to file its Motion for default judgment under Rule 55(b) and permanent injunction within 21 days after any entry of default as moot and unnecessary since Defendants appeared in this case through their counsel. The grounds for this motion and order are set forth in the accompanying memorandum of law.

Dated: February 25, 2022
Brooklyn, New York        Respectfully Submitted,


              /s/ Igor Litvak, Esq.
              _____

              Igor B Litvak
              Attorneys for Defendants
              The Litvak Law Firm
              1733 Sheepshead Bay Rd., Suite 22
              Brooklyn, NY 11235
              Tel/Fax: 718-989-2908
              Email: Igor@LitvakLawNY.com