```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GOOGLE LLC,                              :    21cv10260 (DLC)
                                         :
                         Plaintiff,      :        ORDER
                                         :
            -v-                          :
                                         :
DMITRY STAROVIKOV, ALEXANDER FILIPPOV,   :
and DOES 1-15                            :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendants' letter motion of February 25, 2022, it is hereby

ORDERED that the parties shall appear in a conference to be held telephonically **Tuesday, March 1, at 3:00 pm.**

IT IS FURTHER ORDERED that the parties shall use the following dial-in instructions for the telephone conference:

        Dial-in:      888-363-4749
        Access code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
          February 25, 2022

                                _____
                                   DENISE COTE
                        United States District Judge