```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
GOOGLE LLC,                             :
                                        :
                       Plaintiff,       :    21cv10260 (DLC)
          -v-                           :
                                        :         ORDER
DMITRY STAROVIKOV and ALEXANDER         :
FILIPPOV,                               :
                                        :
                       Defendants.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having held a conference on March 1, 2022 regarding the schedule for the parties' cross-motions, it is hereby

ORDERED that the defendants' motion to vacate the default is due **March 14, 2022**.  Plaintiff's motion for default judgment and permanent injunction, and any opposition to defendants' motion is due **March 25, 2022**.  Any opposition to plaintiff's motion, and any reply in support of defendants' motion to vacate the default is due **April 8, 2022**.  Any reply in support of plaintiff's motion for default judgment and permanent injunction is due **April 15, 2022**.

IT IS FURTHER ORDERED that at the time the motion papers are filed, the party shall supply Chambers with two (2) courtesy copies of the papers by mailing or delivering them to the United

States Courthouse, 500 Pearl Street, New York, New York.


Dated:    New York, New York
          March 1, 2022

```
                              _____
                                    DENISE COTE
                              United States District Judge
```