DLC   Document 47-4   Filed