# **EXHIBIT 9**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC, <br><br> Plaintiff, <br><br> v. <br><br> DMITRY STAROVIKOV; ALEXANDER FILIPPOV; and Does 1-15, <br><br> Defendants. | Civil Action No. 1:21-cv-10260-DLC |

[~~PROPOSED~~] SCHEDULING ORDER

It is HEREBY ORDERED that Google LLC shall file the following documents on or before the following corresponding dates:

| | |
|---|---|
| **February 7, 2022** | Request for entry of default under Rule 55(a) |
| **21 Days After Any Entry Of Default** | Motion for default judgment under Rule 55(b) and permanent injunction |

It is so ORDERED this _1st_ day of _February_, 2022

_____
Hon. Denise L. Cote, U.S.D.J.