# **EXHIBIT 14**





Hi Guest, our system has detected that an AdBlocker is installed in your browser which may block essential functions in BlackHatWorld. Please consider disabling the AdBlocker for all pages on BHW so you can use the core functionality of BHW.
You may not be aware, but any visitor supports our site by just viewing ads. All ad's are directly related to Internet Marketing.

Home  >  Forums  >  BlackHatWorld  >  **BlackHat Lounge**  >

# Dont.farm being sued by Google LLC

PremiumAds · Dec 15, 2021 · dont.farm | dontfarm | google | hacked | lawsuit | sue

‹ Prev | 1 | **2** | 3 | 4 | 5 | Next ›

Dec 15, 2021                                                                  #21



**FatBee**
Jr. VIP  `Jr. VIP`

"By taking advantage of the advance credit system, customers of Google Ads with Extracard.net credit cards on file have been able to "purchase" and execute ad campaigns without paying for them, causing monetary loss to Google"

This is funny, this should be:
"By taking advantage of the advance credit system, customers of Google Ads with Extracard.net credit cards on file have been able to "purchase" and execute ad campaigns without paying for them, causing less gains to Google on monthly bases while abusing their customers data"

its just funny 

This site uses cookies to help personalise content, tailor your experience and to keep you logged in if you register.
By continuing to use this site, you are consenting to our use of cookies.

 Accept  |  Learn more…



⚡WebTraffic.APP⚡ New Google Organic Traffic for $0.05 / 1,000 Visits! ★ Native Visits, 150+ Countries to Choose!

frarg, AlexAkimbo, Gogol and 1 other person

Advertise on BHW

Dec 15, 2021 #22

**nakamura**
Jr. VIP Jr. VIP

Such a joke:

"Defendants are Russian cybercriminals who have silently infiltrated more than a million computers and other devices around the globe to create a network"

What exactly is Google with Android, their search engine, analytics, etc.? Maybe Google is "silently infiltrating millions of computers and devices around the globe to create a network" by using Android OS, etc.? But thats just a conspiracy theory

frarg

Dec 15, 2021 #23

**PremiumAds**
Jr. VIP Jr. VIP

> Rollfic said:
>
> So, OLD AGE ACCOUNTS = OBTAINED FRAUDLY.
>
> How people have access to a 2008/2009/2010/2014 FB account/Google account lol It's clear they were hacked and stolen.
>
> Nobody from 2008 made these accounts and kept with them just for the sake of selling after years. It ain't all candy and dandy

This site uses cookies to help personalise content, tailor your experience and to keep you logged in if you register.
By continuing to use this site, you are consenting to our use of cookies.

Accept Learn more…

A lot of people farm accounts for years, it's not hard to use bots to mass create accounts and leave them there.
It's also possible to get real accounts by buying them from the original owners,
as far as I am aware these were the only sellers selling hacked accounts, and they were pretty open about it,
I guess being in Russia they never expected a lawsuit.



Dec 15, 2021 #24


**Captain_Nothing**
Power Member

 **Google Sues Two Russians for Alleged Organized Crime Scheme**
Alphabet Inc.'s Google is suing two Russian nationals it claims are part of a criminal enterprise that has silently infiltrated more than a million computers and devices around the world, creating "a modern technological and borderless incarnation of organized crime."
www.bloomberg.com

 **Google Sues to Shutter Cryptojacking Botnet That Infected 1M+ Computers**
The botnet used the Bitcoin blockchain to evade cybersecurity officials and remain online, Google alleged.
www.coindesk.com

 trollo100

Dec 15, 2021 #25


**GGAds**
Jr. VIP   Jr. VIP

I think the reason is due to political tension between USA and Russia, not technical issue.

Gmail, Youtube, GGAds, FB and BM accounts at: https://ggads.shop/ and https://ezzygreen.com/

 AlexAkimbo

> GGAds said: ⤴
>
> I think the reason is due to political tension between USA and Russia, not technical issue.

They infected a million or more computers, stole accounts and also probably took hundreds of thousands in ad spend from Google, that sounds pretty justified.
A Facebook lawsuit will probably come soon.

👍 frarg and trollo100

Dec 15, 2021                                                                      #27

**Monzani**
Jr. VIP

No news, I believe that more than a year and a half ago I commented that they use hacked accounts, the support is garbage...if it was something personal, but no, there are dozens of people saying the same thing, I really do not know what is lacking to be banned from this forum, evidence and victims are not lacking, now there are also signs of credit card fraud and other more serious allegations

👍 Zbigniew and praetserge

Dec 15, 2021                                                                      #28

**PatJustPat**
Power Member

> Monzani said: ⤴
>
> No news, I believe that more than a year and a half ago I commented that they use hacked accounts, the support is garbage...if it was something personal, but no, there are dozens of people saying the same thing, I really do not know what is lacking to be banned from this forum, evidence and victims are not lacking, now there are also signs of credit card fraud and other more serious allegations

This site uses cookies to help personalise content, tailor your experience and to keep you logged in if you register.
By continuing to use this site, you are consenting to our use of cookies.

✓ Accept    Learn more…

Dec 15, 2021 — #29

**thescrrr**
Jr. VIP

Can't wait for to Google finally join the forum and shitlist them.

"Dear BTB they scammed us for $1.7 billion please refund us asap"

SeoArrowLTD, Blue Panda, AlexAkimbo and 23 others

---

Dec 15, 2021 — #30

**CyberHour**
Jr. VIP

> Sandman_ said: ⊕
> Making accounts to sell to people that will use them to use services and not pay for them is fraud anyone doing this will get sued eventually, unless they are somewhere remote like Afghanistan where good luck with getting a judgement.

And who said that Afghanistan is safe heaven. You can easily say GOODBYE to your arm for such fraud 😁



YOUR ADULT HOSTING — BHW SPECIAL OFFER — MADE IN EUROPE

---

Dec 15, 2021 — #31

**Monzani**
Jr. VIP

Extracard is also mentioned several times in this document...the admins should read this lawsuit and rethink the presence of these services on the forum, basically there are millions of infected

---

This site uses cookies to help personalise content, tailor your experience and to keep you logged in if you register.
By continuing to use this site, you are consenting to our use of cookies.

✓ Accept    Learn more…

praetserge, jamie3000, Lukmat and 1 other person

Dec 15, 2021                                                                                     #32

**Lukmat**
Jr. VIP   Jr. VIP

> Monzani said: ⬆
>
> Extracard is also mentioned several times in this document...the admins should read this lawsuit and
>
> Log in    Register
>
> Well, dozens of members have already said that, maybe with Google mentioning it some action will finally be taken

Buying old accounts is not a problem, because some of these accounts were just farmed.
I was reading the lawsuit about using extracard and Google said that 2800 euro of ads fund were used and they were paid for half.
How? It's 100% ca.%@ing

**[COURSE] How to make money with Youtube and Content Locker - Making Video Proofs, Ranking Videos, Choosing Niche**

Dec 15, 2021                                                                                     #33

**Diamond Damien**
Owner BlackHatWorld   Staff member   Premium Member

This is an allegation, not a judgement, that has been brought against one of our members. We have informed the member in question, frozen their ad account and await their response. Once a judgement has been made by the courts we will review our position based on the facts of the case.

Focused homepage? customise your BHW feed here.
**For questions relating to your account please use BHW support.**
New or need to refresh your BHW knowledge? Check out the Newbie Guide to BHW

Jerk55, vilaus, Bexone and 5 others

This site uses cookies to help personalise content, tailor your experience and to keep you logged in if you register.
By continuing to use this site, you are consenting to our use of cookies.

✓ Accept   Learn more…



**PatJustPat**
Power Member

> Diamond Damien said: ⬆
>
> This is an allegation, not a judgement, that has been brought against one of our members. We have informed the member in question, frozen their ad account and await their response. Once a judgement has been made by the courts we will review our position based on the facts of the case.

Hopefully, you will reconsider the shit lists and refund request in retrospect! They still owe me money, and the shit list failed because first contact was made over Telegram… although I requested this particular type of account over BHW, as far as I remember!

---

Dec 15, 2021                                                                                              ⤴  #35

**Alexion**
Regular Member

Google is trying to indict them on RICO law, which, in the normal world, is translated to organized crime. Typically, this kind of work is performed by the F.B.I, not Larry Page & Friends. Even if(and that's a big IF) the allegation passes, and goes into a full investigation, the two so called "defendants" will most likely have to oblige, and show Google, the U.S. legal system & friends, the middle finger.

The fact that Google thinks they have any remote right to sue people in Eastern Europe is laughable, to say the least. The U.S. legal system uses the RICO law way too loose, and has gotten a lot of people extradited for petty crimes in the past. Crimes that in their countries(and the normal world) would have never sent people to jail in the first place, maybe a slap on the wrist.

To all claiming the forum should do something about it, BHW is not the police. If this was the case, a lot of the services here would need taken down.

What, you think SEMRush Guru accounts just grow on trees for sellers to sell them for $6? Or grammarly YEARLY accounts for $30? Isn't it clear how they are created?

👍🤣 SeoArrowLTD, AlexAkimbo, gap and 2 others

---

Dec 15, 2021                                                                                              ⤴  #36

**PremiumAds**
Jr. VIP  Jr. VIP

This site uses cookies to help personalise content, tailor your experience and to keep you logged in if you register.
By continuing to use this site, you are consenting to our use of cookies.

✓ Accept    Learn more…

> Google is trying to indict them on RICO law, which, in the normal world, is translated to organized crime. Typically, this kind of work is performed by the F.B.I, not Larry Page & Friends. Even if(and that's a big IF) the allegation passes, and goes into a full investigation, the two so called "defendants" will most likely have to oblige, and show Google, the U.S. legal system & friends, the middle finger.
>
> The fact that Google thinks they have any remote right to sue people in Eastern Europe is laughable, to say the least. The U.S. legal system uses the RICO law way too loose, and has gotten a lot of people extradited for petty crimes in the past. Crimes that in their countries(and the normal world)
>
> Click to expand...

The lawsuit seems to have a big enough impact that the seller has closed down their website and deleted most of their employees Skype/Telegram profiles, some of them telling clients that the service has ceased for good. Maybe they are just doing this as a precaution.
BHW can't do anything but ban them, not because of the lawsuit, but because they are leaving a ton of paying clients SOL.



---

Dec 15, 2021    #37



**Salamouna**
Jr. VIP   Jr. VIP

> RushingWind said: ⬆
>
> Here you go : https://www.dropbox.com/s/mn3avipl2mvudfo/1_Complaint.pdf
>
> Not surprising at all that a malware was in use. Additionally, for those who may be interested, check out Linux/Moose (another botnet) that was behind the whole SMM services network.
>
> Virus Bulletin :: VB2018 paper: Uncovering the wholesale industry of social media frau…
> In this paper GoSecure researchers Masarah Paquet-Clouston and Olivier Bilodeau explore an
>
> Click to expand...

Residential proxy too

✅ **Discord accounts for sale**

Verified Paxful accounts ---- Verified Binance accounts - Verified Localbitcoin accounts
*Selling Skype balance for only 60%*

---

Dec 15, 2021    #38

This site uses cookies to help personalise content, tailor your experience and to keep you logged in if you register.
By continuing to use this site, you are consenting to our use of cookies.

✓ Accept   Learn more…

> **Mr. Meeseeks said:** ↑
> So it seems like they are Russians and this was filed in a New York court. So all for show? Not a lawyer

Don't go russian to conclusions now

🤣 **Diamond Damien and PatJustPat**

---

Dec 15, 2021                                                                                                    #39

**Yes**
Jr. Executive VIP  [Jr. VIP]

> **Salamouna said:** ↑
> Residential proxy too

Pretty much, yeah. I've had some insight into that world and using compromised devices to run SM campaigns, ads or even use them as proxies is considered to be such an infantile thing.

It's actually the relatively moral blackhats who indulge in this. The others do things that are far worse and probably shouldn't be discussed.

Either way, they're no longer just breaking the ToS of some random platform and must be punished as such.

---

Dec 15, 2021                                                                                                    #40

**Diamond Damien**
Owner BlackHatWorld  [Staff member]   Premium Member

> **PatJustPat said:** ↑
> Hopefully, you will reconsider the shit lists and refund request in retrospect! They still owe me money, and the shit list failed because first contact was made over Telegram… although I requested this

This site uses cookies to help personalise content, tailor your experience and to keep you logged in if you register.
By continuing to use this site, you are consenting to our use of cookies.

✓ Accept    Learn more…

then you should see if the platform that your transaction took place on has anything similar to our ShitList process - the ShitList terms are available here https://www.blackhatworld.com/seo/shit-list-rules-procedures.1246633/

Focused homepage? customise your BHW feed here.
**For questions relating to your account please use BHW support.**
New or need to refresh your BHW knowledge? Check out the Newbie Guide to BHW

 HenryObi

Advertise on BHW

◂ Prev | 1 | **2** | 3 | 4 | 5 | Next ▸

You must log in or register to reply here.

Style chooser
✱ Staff Application   ✱ Advertise   ✱ BHW Newsletter Sign-up   ✱ Support   ✉ Contact us   ⊘ Help   ⌂ Home   ↑Top

Design by: Pixel Exit

Terms and rules   Privacy policy

This site uses cookies to help personalise content, tailor your experience and to keep you logged in if you register.
By continuing to use this site, you are consenting to our use of cookies.

✓ Accept | Learn more…