# **EXHIBIT 15**



7 дек 2021, 12:57

Google подала иск на двоих россиян из-за возможного участия в преступной схеме

Версия для печати, полная: https://tass.ru/ekonomika/13137081

# Google подала иск на двоих россиян из-за возможного участия в преступной схеме

Компания обвинила Дмитрия Старовикова и Александра Филиппова, наряду с еще 15 неназванными лицами, в создании ботнета Glupteba

Читайте ТАСС в   Яндекс Новости   Яндекс Дзен

ТАСС, 7 декабря. Корпорация Google подала в суд на 17 человек, в том числе двоих россиян, которые, по ее утверждению, принимали участие в вредоносной кибердеятельности. Об этом сообщило во вторник агентство Bloomberg со ссылкой на исковое заявление.

По его данным, компания обвинила Дмитрия Старовикова и Александра Филиппова, наряду с еще 15 неназванными лицами, в создании ботнета Glupteba - сети компьютеров, зараженных вирусом и находившихся под контролем хакеров. С их помощью осуществлялись несанкционированный сбор личных данных пользователей Google и кибервымогательство. Корпорация подчеркнула "техническую сложность" Glupteba - в нем

используется технология блокчейна для защиты от сбоев, а сам вирус проник в более чем миллион устройств по всему миру.

По информации Bloomberg, Google впервые подает в суд на ботнет. Компания сотрудничала в расследовании с Министерством юстиции США, однако ведомство отказалось от комментариев.

ТЕГИ

США    Россия

3/25/22, 7:48 PM Google подала иск на двоих россиян из-за возможного участия в преступной схеме - Экономика и бизнес - ТАСС

Case 1:21-cv-10260-DLC Document 53-15 Filed 03/25/22 Page 4 of 5



7 дек 2021, 12:57

Google подала иск на двоих россиян из-за возможного участия в преступной схеме

Версия для печати, полная: https://tass.ru/ekonomika/13137081

# Google filed a lawsuit against two Russians because of possible participation in a criminal scheme

The company accused Dmitry Starovikov and Alexander Filippov, along with 15 other unnamed individuals, of creating the Glupteba botnet.

Read TASS at   Яндекс Новости   Яндекс Дзен

TASS, December 7th. Google has sued 17 people, including two Russians, who it claims were involved in malicious cyber activity. This was reported on Tuesday by Bloomberg , citing a statement of claim.

According to him, the company accused Dmitry Starovikov and Alexander Filippov, along with 15 other unnamed individuals, of creating the Glupteba botnet, a network of computers infected with a virus and controlled by hackers. With their help, unauthorized collection of personal data of Google users and cyber extortion were carried out. The corporation emphasized the "technical complexity" of Glupteba - it uses blockchain technology to protect against failures, and the virus itself has penetrated more than a million devices around the world.

3/25/22, 7:48 PM  Google подала иск на двоих россиян из-за возможного участия в преступной схеме - Экономика и бизнес - ТАСС

Case 1:21-cv-10260-DLC   Document 52-15   Filed 03/25/22   Page 5 of 5

According to Bloomberg, Google is suing the botnet for the first time. The company cooperated with the US Department of Justice in the investigation, but the agency declined to comment.

**TAGS**

USA    Russia