# **EXHIBIT 16**

**BBC NEWS | РУССКАЯ СЛУЖБА**

Главная    Война в Украине    Коронавирус    Истории    Видео    Фильмы    Подкасты

# Двое россиян и 15 неизвестных. Google подала иск против хакеров, заразивших более миллиона компьютеров

8 декабря 2021

ПРИЛОЖЕНИЕ РУССКОЙ СЛУЖБЫ BBC NEWS ДОСТУПНО ДЛЯ IOS И ANDROID. ВЫ МОЖЕТЕ ТАКЖЕ ПОДПИСАТЬСЯ НА НАШ КАНАЛ В TELEGRAM.


GETTY IMAGES

Корпорация Google подала судебный иск против хакерской группы Glupteba, создавшей сеть вредоносных ботов, которые заразили более миллиона компьютеров по всему миру. Это первый в истории случай подачи Google судебного иска на ботнет.

В поданном компанией иске значатся имена двух россиян и еще 15 анонимных хакеров.

В Google утверждают, что живущие в России Дмитрий Старовиков и Александр Филиппов вместе с неустановленными сообщниками создали "современное, технологичное организованное преступное сообщество".

Ботнет - это сеть из автоматизированных программ-ботов, которые устанавливаются на различные устройства, чаще всего скрыто, а затем выполняют задачи с использованием ресурсов зараженных компьютеров.

3/25/22, 7:52 PM    Двое россиян и 15 неизвестных: Google подает иск против хакеров, заразивших более миллиона компьютеров - BBC News…

Case 1:21-cv-10260-DLC   Document 52-16   Filed 03/25/22   Page 3 of 11

В частности, такие сети могут использоваться для кражи личных данных.

- Хакеры требуют от жертв кибератаки на Kaseya 70 млн долларов в биткоинах
- Хакеры взломали электронную почту ФБР

# Триллион долларов в год

Иск, поданный в окружной суд в Нью-Йорке, датируется 2 декабря.

Заявитель требует ввести судебные ограничения на деятельность указанных в иске лиц и всех, кто связан с их незаконной деятельностью, а также назначить справедливую компенсацию понесенных компанией убытков и прочих расходов, включая недополученную прибыль и судебные издержки.

Сумма исковых требований пока не называется - размер ущерба юристы Google намерены доказывать в суде.

Боты, созданные Gutepba, были впервые обнаружены в 2011 году. Они распространяются через стриминговые и другие сайты. Как утверждают в Google, на сегодняшний день ботнет заразил около миллиона компьютеров на ОС Windows и каждый день заражает еще по несколько тысяч.

Glupteba "известна хищениями личных данных, майнингом криптовалюты на зараженных устройствах и перенаправлением трафика с зараженных устройств и роутеров", - пишет компания в официальном блоге.

Двоим россиянам и еще 15 хакерам (Google не знает их настоящие имена) вменяется мошенничество, нарушение авторского права и несколько других преступлений.

По исследованиям компании McAfee, только за прошлый год мировая экономика потеряла около триллиона долларов из-за деятельности киберпреступников.

## Темы

Google    Хакеры

## Читайте также



Сотни американских компаний стали жертвами кибератаки. Ее связывают с российскими хакерами

3 июля 2021

Хакерская группа REvil, которую в США связывают с Кремлем, исчезла из даркнета

14 июля 2021

3/25/22, 7:52 PM    Двое россиян из 15 неизвестных Google судились против хакеров, заразивших более миллиона компьютеров - BBC News…

Case 1:21-cv-10260-DLC Document 52-16 Filed 03/25/22 Page 4 of 11

## Главное

**LIVE** Война в Украине: Россия признала, что погиб 1351 военный; Мариуполь почти полностью разрушен

"Держат в каком-то подвале". Как в захваченных Россией регионах Украины похищают людей
5 часов назад

Виртуальная больница и жилье на полгода: как россияне и белорусы в Британии помогают украинским беженцам
7 часов назад

## Не пропустите


Россия под санкциями. Что уже ввели, чем еще грозят и когда отменят
24 марта 2022


Зашло ли российское вторжение в тупик? Эксперты о ситуации на фронтах
24 марта 2022


"Европа - это цивилизация ископаемого топлива": может ли ЕС отказаться от российских энергоресурсов?
24 марта 2022
▶ 4:43


"Груз 200". Сколько российских военных уже погибло в Украине
21 марта 2022

"Генерал звонит, твою фамилию называет". Как полицейских заставляют увольняться из-за симпатий к Навальному
22 марта 2022

3/25/22, 7:52 PM
Двое россиян и 15 неизвестных. Google подал иск против хакеров, заразивших более миллиона компьютеров - BBC News…
Case 1:21-cv-10260-DLC Document 52-16 Filed 03/25/22 Page 5 of 11





Куда летают самолеты российских олигархов? Американский подросток отслеживает джеты Абрамовича, Потанина и Дерипаски

17 марта 2022



США передадут Украине дроны-камикадзе. Что это за оружие?

17 марта 2022



"Молчанием предается Бог". Как в Русской православной церкви реагируют на войну

22 марта 2022



Ни пяди русской земли: как будут работать новые правила сделок с жильем для "иностранных лиц"

23 марта 2022

## Самое популярное

**1** СМИ ошибочно сообщили о смерти Жириновского. Минздрав и спикер Госдумы заявили, что он жив

**2** "Zдесь жиVет предатель". В Калининграде на домах участников антивоенной акции появились особые метки

**3** "Держат в каком-то подвале". Как в захваченных Россией регионах Украины похищают людей

**4** Ездил ли "Азов" в Гонконг? Что говорят и пишут в китайских СМИ и соцсетях о войне в Украине

**5** Россия второй раз назвала свои потери в войне: погиб 1 351 военнослужащий

6  Виртуальная больница и жилье на полгода: как россияне и белорусы в Британии помогают украинским беженцам

7  "Груз 200". Сколько российских военных уже погибло в Украине

8  Уговор и критика: как Владимир Зеленский завоевывает общественное мнение на Западе

9  Война в Украине, день 30-й: за месяц боевых действий погибли 135 детей, жители Мариуполя голодают

10  Конец путинской стабильности. Что происходит с российской экономикой



Почему BBC News заслуживает доверия

| Правила использования | Личные данные | Связаться с Би-би-си |
| О Би-би-си | Куки | AdChoices / Do Not Sell My Info |

© 2022 BBC. Би-би-си не несет ответственности за содержание других сайтов. **Познакомьтесь с нашими правилами внешних ссылок.**

3/25/22, 7:52 PM
Two Russians and 15 unknowns. Google files lawsuit against hackers who infected more than a million computers - BBC News
Case 1:21-cv-10260-DLC Document 52-16 Filed 03/25/22 Page 7 of 11



home  War in Ukraine  Coronavirus  Stories  Video  Films  Podcasts

# Two Russians and 15 unknowns. Google files lawsuit against hackers who infected more than a million computers

December 8, 2021

THE BBC NEWS RUSSIAN SERVICE APP IS AVAILABLE FOR IOS AND ANDROID . YOU CAN ALSO SUBSCRIBE TO OUR TELEGRAM CHANNEL .



GETTY IMAGES

Google has filed a lawsuit against the hacker group Glupteba, which created a network of malicious bots that infected more than a million computers worldwide. This is the first time Google has filed a lawsuit against a botnet in history.

The lawsuit filed by the company lists the names of two Russians and 15 other anonymous hackers.

Google claims that Dmitry Starovikov and Alexander Filippov, who live in Russia, along with unidentified accomplices, have created a "modern, technologically advanced organized crime community."

A botnet is a network of automated bot programs that are installed on various devices, most often hidden, and then perform tasks using the resources of infected computers.

3/25/22, 7:52 PM	Two Russians and 15 unknowns. Google files lawsuit against hackers who infected more than a million computers - BBC News

Case 1:21-cv-10260-DLC Document 52-16 Filed 03/25/22 Page 8 of 11

In particular, such networks can be used to steal personal data.

- Hackers demand $70 million in bitcoins from victims of Kaseya cyberattack
- Hackers hacked FBI email

# trillion dollars a year

The lawsuit, filed in New York District Court, is dated December 2.

The applicant requires the introduction of judicial restrictions on the activities of the persons indicated in the claim and all those associated with their illegal activities, as well as to award fair compensation for the losses incurred by the company and other expenses, including lost profits and legal costs.

The amount of claims has not yet been named - Google's lawyers intend to prove the amount of damage in court.

The bots created by Gutepba were first discovered in 2011. They are distributed through streaming and other sites. To date, the botnet has infected about a million Windows computers and infects several thousand more every day, according to Google.

Glupteba is "notorious for identity theft, cryptocurrency mining on infected devices, and traffic redirection from infected devices and routers," the company writes on its official blog.

Two Russians and 15 other hackers (Google does not know their real names) are charged with fraud, copyright infringement and several other crimes.

According to research by McAfee, the global economy lost about $1 trillion last year alone due to the activities of cybercriminals.

## Themes

Google    hackers

## Read also



Hundreds of US companies have been the victims of a cyberattack. She is linked to Russian hackers

July 3, 2021



The hacker group REvil, which in the United States is associated with the Kremlin, has disappeared from the darknet

July 14, 2021

## The main thing

**LIVE** War in Ukraine: Russia admits 1,351 servicemen killed; Mariupol is almost completely destroyed

"Kept in some kind of basement." How people are kidnapped in the regions of Ukraine occupied by Russia
5 hours ago

Virtual hospital and housing for six months: how Russians and Belarusians in Britain help Ukrainian refugees
7 hours ago

## Do not miss



Russia under sanctions. What has already been introduced, what else is threatened and when it will be canceled

March 24, 2022



Has the Russian invasion reached a dead end? Experts on the situation on the fronts

March 24, 2022



"Europe is a civilization of fossil fuels": can the EU refuse Russian energy resources?

March 24, 2022

▶ 4:43



"Cargo 200". How many Russian soldiers have already died in Ukraine

March 21, 2022



"The general is calling, your name is called." How police officers are forced to quit because of sympathy for Navalny

March 22, 2022



Where do planes of Russian oligarchs fly? American teenager tracks jets of Abramovich, Potanin and Deripaska

March 17, 2022



The United States will give Ukraine kamikaze drones. What is this weapon?

March 17, 2022



"Silence betrays God." How the Russian Orthodox Church reacts to the war

March 22, 2022



Not an inch of Russian land: how the new rules for housing transactions for "foreign persons" will work

March 23, 2022

# Most popular

**one** The media erroneously reported Zhirinovsky's death. The Ministry of Health and the Speaker of the State Duma declared that he was alive

**2** "Here lives a traitor." In Kaliningrad, special marks appeared on the houses of participants in the anti-war rally

**3** "Kept in some kind of basement." How people are kidnapped in the regions of Ukraine occupied by Russia

**4** Did Azov go to Hong Kong? What they say and write in the Chinese media and social networks about the war in Ukraine

**five** Russia named its losses in the war for the second time: 1,351 servicemen died

**6** Virtual hospital and housing for six months: how Russians and Belarusians in Britain help Ukrainian refugees

3/25/22, 7:52 PM
Two Russians and 15 unknowns. Google files lawsuit against hackers who infected more than a million computers - BBC News
Case 1:21-cv-10260-DLC Document 52-16 Filed 03/25/22 Page 11 of 11

7    "Cargo 200". How many Russian soldiers have already died in Ukraine

8    Persuasion and criticism: how Vladimir Zelensky wins public opinion in the West

nine    War in Ukraine, day 30: 135 children were killed in a month of hostilities, residents of Mariupol are starving

10    The end of Putin's stability. What is happening with the Russian economy



**Why BBC News is trustworthy**

Terms of Use    Personal data    Contact the BBC

About BBC    Cookies    AdChoices / Do Not Sell My Info

© 2022 BBC. The BBC is not responsible for the content of other sites. **Check out our external linking policy.**