**EXHIBIT 17**

3/25/22, 7:54 PM                     Google обвинила россиян в заражении миллиона устройств по всему миру вредоносным ботом - газета.Ru | Новости

Case 1:21-cv-10260-DLC   Document 52-17   Filed 03/25/22   Page 2 of 4

газета.ru

Новости   Спорт   Статьи

#Месяц спецоперации. Хроника   #Операция на Украине   #Коронавирус

 Этап «Формулы-1» в Саудовской Аравии продолжится, несмотря на ракетный удар 02:49

 Орлов — о новом лимите: смешно слышать 02:30

 Вучич рассказал, что Путин «удивляет Запад» 02:18

Зарема предложила создать турнир в России

07 декабря 2021, 22:53

# Google обвинила россиян в заражении миллиона устройств по всему миру вредоносным ботом

Александра Вишневская                                      Прослушать новость



Global Look Press

Американская компания Google подала в суд на двух граждан России, Дмитрия Старовикова и Александра Филиппова, обвинив их в заражении миллиона устройств по всему миру вредоносным ботом. Об этом сообщает РИА «Новости» со ссылкой на иск, направленный в суд Нью-Йорка.

По данным компании, Старовиков и Филиппов — киберпреступники, которые проникли в миллион устройств по всему земному шару для создания сети – ботнета Glupteba – в незаконных целях, включая «воровство и несанкционированное использование учетных записей пользователей Google».

В иске подчеркивается, что подозреваемые проживают в России.

Ранее в Амстердаме задержали россиянина Дениса Дубникова по запросу США, где его обвиняют в отмывании денег в интересах киберпреступников. Юрист сообщил, что Дубникову грозит до 20 лет в случае признания виновным в США. Защита настаивает на невиновности россиянина: «он ничего не знал, не знал, откуда пришли деньги, и действовал в полном соответствии с российским законом».

По словам Буха, Дубникову отказали во въезде в Мексику, откуда он был направлен в Амстердам, где был задержан. Он назвал происходящее «захватом». Как сообщил адвокат, защита Дубникова борется с его экстрадицией в США, но вынуждена будет с ней согласиться, так как Нидерланды почти всегда выдают другим странам задержанных.

3/25/22, 7:54 PM  Google обвинила Россия в заражении миллиона устройств по всему миру вредоносным ботом - Газета.Ru | Новости

Case 1:21-cv-10260-DLC Document 52-17 Filed 03/25/22 Page 3 of 4



# газета.ru

news  Sport  Articles

#Month of the special operation. Chronicle    #Operation in Ukraine    #Coronavirus

| Saudi Arabia F1 race to continue despite rocket attack 02:49 | Orlov - about the new limit: it's funny to hear 02:30 | Vucic said that Putin "surprises the West" 02:18 | Zarema proposed to create tournament in R... 02:1 |

December 07, 2021, 22:53

## Google accused the Russians of infecting a million devices worldwide with a malicious bot

Alexandra Vishnevskaya                                                    Listen to news



Global Look Press

The American company Google has filed a lawsuit against two Russian citizens, Dmitry Starovikov and Alexander Filippov, accusing them of infecting a million devices worldwide with a malicious bot. It is reported by RIA Novosti with reference to a lawsuit filed with a New York court.

According to the company, Starovikov and Filippov are cybercriminals who infiltrated a million devices around the globe to create a network - the Glupteba botnet - for illegal purposes, including "theft and unauthorized use of Google user accounts."

The lawsuit emphasizes that the suspects live in Russia.

Earlier, Russian citizen Denis Dubnikov was detained in Amsterdam at the request of the United States, where he is accused of money laundering in the interests of cybercriminals. The lawyer said that Dubnikov faces up to 20 years if convicted in the United States. The defense insists on the innocence of the Russian: "he did not know anything, did not know where the money came from, and acted in full accordance with Russian law."

According to Bukh, Dubnikov was denied entry to Mexico, from where he was sent to Amsterdam, where he was detained. He called what was happening a "seizure". According to the lawyer, Dubnikov's defense is struggling with his extradition to the United States, but will be forced to agree with it, since the Netherlands almost always extradites detainees to other countries.