# EXHIBIT 18

  

**Н НОВАЯ ГАЗЕТА**    НОВОСТИ ИНФОГРАФИКА РАССЛЕДОВАНИЯ МНЕНИЯ ПОДКАСТЫ   **new** МАГАЗИН   **СТАТЬ СО-УЧАСТНИКОМ**

**НОВОСТИ · ОБЩЕСТВО**

# Google подала иск против двух российских хакеров за создание ботнета, похищающего данные пользователей

06:34, 8 декабря 2021      👁 4204

Компания Google подала в суд иск против 17 человек, в том числе российских граждан Дмитрия Старовикова и Александра Филиппова, которые, по мнению корпорации, создали похищающего данные ботнета Glupteba (компьютерная сеть с запущенными вредоносными программами — Ред.). Об этом компания сообщила в своем блоге.

В иске указано, что «российские киберпреступники» проникли в более чем один миллион компьютеров и других устройств, чтобы создать «сеть-ботнет Glupteba — для использования в незаконных целях, включая кражу и несанкционированное использование учетных данных пользователей Google». Компания знает имена только Старовикова и Филиппова, оставшиеся 15 подозреваемых остаются неизвестными.

Впервые эксперты по кибербезопасности заметили Glupteba в 2011 году. В Google отметили, что за последние 10 лет ботнет сильно распространился и стал гораздо более опасным. Компания также отмечает, что Glupteba отличается от обычных ботнетов своей технической сложностью, так как использует технологию блокчейн для защиты от сбоев. Вредоносное ПО маскируется под бесплатное программное обеспечение, видео или фильмы, а после этого заражает устройства. Старовиков и Филиппов, по данным компании, подключались к ботнету через серверы для настройки почты Gmail.



**ЧИТАЙТЕ ТАКЖЕ**

**«Чума» из каждого утюга**

Атака на «Новую» через сотни тысяч зараженных устройств «интернета вещей» и Wi-Fi роутеров — реальная угроза независимой журналистике. Но ведь не только ей

В иске Google требует возместить весь ущерб, причиненный работой Glupteba, а также ввести ограничения на деятельность подозреваемых. Сумма исковых требований не уточняется.

Добавьте новости «Новой» в избранное — и Яндекс будет показывать их выше остальных.



#гугл #хакеры #кибератаки #sn



**ВАЖНО**                                                                                              4 часа назад

## ООН подтвердила 36 случаев задержания мирных жителей в контролируемых военными РФ регионах Украины

3 часа назад

Власти США внесли «Лабораторию Касперского» в список компаний, угрожающих нацбезопасности

4 часа назад

Tiffany & Co. перестанет покупать российские бриллианты и алмазы из-за боевых действий в Украине

4 часа назад

Путин подписал закон об ответственности за «фейки» о деятельности госорганов за рубежом

Google подала иск против двух российских хакеров за создание ботнета, похищавшего данные пользователей



СЮЖЕТЫ

**Боевые действия в Украине. День 30. Главное** Россия признала гибель более 1300 военных, ФСБ ищет шпионов, в Мариуполе достали тела из-под завалов драмтеатра

«Новая газета» · 4 часа назад     👁 11823



КОММЕНТАРИЙ

**Смерть — их профессия** «Хезболла» отправляет боевиков для участия в украинской «спецоперации»

Вадих Эль-Хайек · 8 часов назад    👁 350419



РЕПОРТАЖИ

**Барев дзес, российский релокант!** Как Ереван изменился из-за наплыва россиян, и почему Армения не станет островком российской либеральной оппозиции

Наталья Лавринович · 4 часа назад    👁 10112



СЮЖЕТЫ

**«Забирай меня, здесь — кошмар»** Жена саратовского солдата-срочника добивается его возвращения домой из Украины

Надежда Андреева · 12 часов назад    👁 432183



ИНТЕРВЬЮ

**«Последней каплей стало письмо ученых»** Интервью астрофизика и главреда газеты «Троицкий вариант»* Бориса Штерна об иноагентстве и будущем российской науки

Илья Азар · 7 часов назад    👁 25280







Google подала иск против двух российских хакеров за создание ботнета, похищающего данные пользователей

КОММЕНТАРИЙ

**Вставай, народ высвобожденный!**
Эксплуатация труда должна исправить ошибки капитала

Дмитрий Прокофьев · 11 часов назад    👁 24909

КОММЕНТАРИЙ

**«Высвобождение» — это по-нашему** Российские предприятия уходят в простой, начинаются массовые сокращения сотрудников и задержки зарплат. Что происходит в регионах?

14 часов назад    👁 87863

ИНТЕРВЬЮ

**«Идешь и объясняешь, что семья твоя обеднела в два раза…»** «Спецоперация» нанесла удар по российским школьникам, поступающим в зарубежные учебные заведения, и по студентам, которые уже учатся за границей

Валерия Федоренко · 7 часов назад    👁 24768

## НОВОСТИ ↗

5 часов назад

РБК: «Победа» сократит авиапарк с 41 самолета до 25

5 часов назад

Лидером хакеров Lapsus$, которые брали ответственность за взломы Samsung и Microsoft, оказался 16-летний подросток

6 часов назад

Минэкономики ФРГ: Германия значительно сократила зависимость от поставок газа, нефти и угля из России с момента начала боевых действий в Украине

6 часов назад

Музыкальный стриминговый сервис Spotify заявил об уходе из России

6 часов назад

Минцифры предложило предоставить отсрочку от армии студентам-айтишникам на вечернем и заочном обучении

7 часов назад

WSJ: «Северсталь» потеряла треть продаж после введения санкций ЕС против Алексея Мордашова



СЮЖЕТЫ

**«Не поедете вы домой»**

Каково это — быть задержанным и



КОЛОНКА

**Проповеди от Лукавого**

Они нам попереключают



РЕПОРТАЖИ

**Открытка из суда**

В Краснодаре рассматривается уголовное дело



СЮЖЕТЫ

**Депутаты идут на две буквы**

Питерские муниципалы

отбывать арест из-за
протеста против
«спецоперации».
История 23-летнего
Андрея Грушина

против бывшего
гендиректора
«Открытой России»
Андрея Пивоварова.
Репортаж

соревнуются, кто
шибче выразит
государственный
«патриотизм»

Ирина Петровская  -
17 часов назад        👁 93202

Надежда Исаева  -
9 часов назад        👁 4946

Татьяна Лиханова  -
8 часов назад        👁 13433

11 часов назад        👁 73818

ИНТЕРВЬЮ

«Аме
не
хотел
бы
закры
посол
в
Моск

Посол

ИНТЕРВЬЮ

**«Когда Россия заявила о «повороте
на Восток», Китай начал
дистанцироваться»** Востоковед,
китаист Михаил Карпов — о
перспективах большой российско-
китайской дружбы

КОММЕНТАРИЙ

**Таблетки вышли на высокий
уровень** В дефиците и отсутствии
лекарств виноваты недружественные
страны и ажиотажный спрос,
уверены чиновники

Ирина Тумакова  -  день назад        👁 400335

Галина Артеменко  -  13 часов назад        👁 21823

Google подала иск против двух россиян из-за создания ботнета, похищающего данные пользователей

СЮЖЕТЫ

**Он сказал, что гордится быть украинцем** В 109-ю школу Приморского района Петербурга на урок Геннадия Николаевича Тычины, учителя труда, пришли полицейские с автоматами

Арина Васильчук - 12 часов назад

СЮЖЕТЫ

**Двадцать девятый день боевых действий в Украине. Главное** Москва и Киев обменялись пленными, более половины детей Украины лишились родного дома, а военная цензура в России дошла до «Смешариков»

«Новая газета» - день назад

СЮЖЕТЫ

**«Невероятно смелая, но никогда не безрассудная»** Российская журналистка Оксана Баулина погибла в Киеве под ракетным обстрелом

Фариза Дударова - день назад

СЮЖЕТЫ

**Ангел жизни** Как люди могут есть, пить, спать, любезничать, ходить в гости, пить чай, играть в карты, когда прямо рядом с ними происходит ужасное?

Алексей Поликовский - 15 часов назад

СООБЩЕНИЕ

**Мы высвободны!** Новая лексика от Физраствора в «Новой газете»

Физраствор - 16 часов назад

**НОВОСТИ** ↗

8 часов назад

Кинокомпания «Вольга» перенесла премьеру фильма «Ампир V» с Оксимироном, выступившим против боевых действий в Украине

8 часов назад

Российская киберспортивная команда Team Spirit переедет из Москвы в Белград на фоне военных действий в Украине

9 часов назад

Case 1:21-cv-10260-DLC Document 52-18 Filed 03/25/22 Page 8 of 22

Google подала иск против двух россиян за создание ботнета похищавшего данные пользователей

Путин объяснил критику
России в мире «культурой
отмены» и привел в пример
Джоан Роулинг



**КОЛОНКА**

**Университеты и
«спецоперация»** Законно ли
отчислять студентов за участие
в акциях?

Борис Вишневский  ·  день назад

**СЮЖЕТЫ**

**Газ и рубль**  Что изменит
переход к торговле голубым
топливом за российскую
валюту

Дмитрий Прокофьев · день назад

**КОММЕНТАРИЙ**

**Крепость, которую строил
ЦБ**  Кто виноват в том, что
российская экономика
оказалась не готова к
«удушающим» санкциям

день назад

## СПЕЦОПЕРАЦИЯ И ЭМИГРАЦИЯ

**КОЛОНКА**

**Четвертая волна**  Глобальные
русские. Из рубрики «Кожа
времени» Александра Гениса

Александр Генис · день назад

**РЕПОРТАЖИ**

**Исход в Константинополь. Сто
лет спустя**  Как новые эмигранты
обживаются в Стамбуле: кто они,
почему уехали и что будут делать
дальше. Репортаж Ильи Азара

Илья Азар · день назад

## НОВОСТИ ⬈

9 часов назад

В Италии освободили украинского режиссера Лавренчука, задержанного по запросу России

9 часов назад

Губернатор Севастополя сообщил о смерти в Украине полковника и двух сержантов

10 часов назад

Минюст включил объединение «Мужское государство» в реестр запрещенных организаций

10 часов назад

Минобороны РФ сообщило о гибели 1351 военнослужащего в Украине

10 часов назад

Горсовет Мариуполя сообщил о гибели около 300 человек в результате обстрела драмтеатра. Минобороны РФ заявляло, что там укрывался «Азов»

11 часов назад

«Мы не понимаем, как выжить». Миллиардер Авен пожаловался, что не может заказать уборку особняка из-за санкций

ИНТЕРВЬЮ

**«Первые слова Христа к апостолам были: «Мир вам!»** Режиссер Валерий Фокин — о невыученных уроках истории, исторических пьесах и сегодняшних дискуссиях

Марина Токарева · день назад

КОММЕНТАРИЙ

**«Без импорта, без лекарств и даже без приложения в телефоне»** Как живут мелкие предприниматели, изгнанные из Instagram*

Надежда Андреева · 2 дня назад

ПРОДОЛЖЕНИЕ СЛЕДУЕТ

**«Гражданское мужество и право на искупление»** Журналист и режиссер Андрей Лошак — в видеоподкасте «Продолжение следует»

Мультимедиа «Новой» · день назад

КОММЕНТАРИ

**Влад Пасту Опера «Русс**

**хромо**

Что
делать
после

Владимир
Пастухов

СЮЖЕТЫ

**Болгария, поделенная
надвое** Новое и старое
вступили здесь в схватку на
фоне российской
«спецоперации» в Украине

Геннадий Габриэлян · день назад

ИНТЕРВЬЮ

**Последний вагон и
маленькая тележка**
Опубликовано официальное
решение ЕСПЧ относительно
жалоб против России. Их
примут, если нарушения
Европейской конвенции на ее
территории случатся до 16
сентября

Леонид Никитинский · 2 дня назад

КОММЕНТАРИЙ

**Тайный суд над сетями** В
силу Конституции РФ решение
суда о признании
«экстремистской
организацией» Meta* и ее
соцсетей Facebook и Instagram
не может быть применено к их
пользователям

Леонид Никитинский · день назад

СЮЖЕТЫ

**«Часа
оттач
строе
шаг»**

Чем
теперь
заняты
российск
школьни
вместо
учебы.
Они —

3/25/22, 7:56 PM
Case 1:21-cv-10260-DLC Document 52-18 Filed 03/25/22 Page 11 of 22
Google подала иск против двух российских хакеров за создание ботнета, похищающего данные пользователей

## ЧТО ЕЩЕ НЕ ЗАБЛОКИРОВАНО

  

СЮЖЕТЫ

## Прем

—

миру

«Новая газета» и Дмитрий Муратов передаю Нобелев Медаль в

КОММЕНТАРИЙ

**Русское поле спецопераций** Как любители геополитики и историософии привели страну к катастрофе

Юрий Пивоваров · 4 дня назад

КОММЕНТАРИЙ

**Мины на пляже** Какую реальную опасность несут морские мины в Черном море, о которых объявил турецкий флот?

Валерий Ширяев · 2 дня назад

КОММЕНТАРИЙ

**«Твоя задача — найти бензин, моя задача — вывезти детей»** Монолог украинки Виктории, спасшей три семьи беженцев

Ирина Халип · 2 дня назад

Электронное периодическое издание «Новая газета» зарегистрировано Федеральной службой по надзору в сфере массовых коммуникаций, связи и охраны культурного наследия 08 июня 2007 г. Свидетельство о регистрации Эл № ФС77-28483. Выходные данные: Учредитель — ЗАО «Издательский дом «Новая газета». Редакция — АНО «Редакционно-издательский дом «Новая газета».

3/25/22, 7:56 PM
Case 1:21-cv-10260-DLC Document 52-18 Filed 03/25/22 Page 12 of 22
Google подала иск против двух российских хакеров за создание ботнета, похищавшего данные пользователей

Главный редактор — Муратов Дмитрий Андреевич. Адрес: 101990, г. Москва, Потаповский пер., 3. 18+. Пользовательское соглашение. Политика конфиденциальности.





**H** NEW NEWSPAPER

NEWS  INFOGRAPHIC  INVESTIGATIONS  OPINIONS  PODCASTS  new  SHOP

BECOME A CO-PARTICIPANT

**NEWS** SOCIETY

# Google files lawsuit against two Russian hackers for creating a botnet that steals user data

06:34, December 8, 2021                                                          👁 4204

Google filed a lawsuit against 17 people, including Russian citizens Dmitry Starovikov and Alexander Filippov, who, according to the corporation, created the Glupteba botnet stealing data (computer network running malware - Ed.). The company announced this on its blog.

The lawsuit alleges that "Russian cybercriminals" penetrated more than one million computers and other devices to create a "Glupteba botnet network - to be used for illegal purposes, including the theft and unauthorized use of Google user credentials." The company only knows the names of Starovikov and Filippov, the remaining 15 suspects remain unknown.

Cybersecurity experts first spotted Glupteba in 2011. Google noted that over the past 10 years, the botnet has greatly spread and become much more dangerous. The company also notes that Glupteba differs from conventional botnets in its technical complexity, as it uses blockchain technology to protect against failures. Malware disguises itself as free software, videos, or movies and then infects devices. Starovikov and Filippov, according to the company, connected to the botnet through servers to set up Gmail mail.



**READ ALSO**

## "Plague" from every iron

The attack on Novaya Gazeta through hundreds of thousands of infected IoT devices and Wi-Fi routers is a real threat to independent journalism. But not only for her

In the lawsuit, Google is demanding compensation for all damage caused by the work of Glupteba, as well as restrictions on the activities of suspects. The amount of claims is not specified.

Add "New" news  to your favorites  - and Yandex will show them above the rest.

3/25/22, 7:56 PM
Case 1:21-cv-10260-DLC Document 52-18 Filed 03/25/22 Page 14 of 22
Google files a lawsuit against two Russian hackers for creating another botnet to steal user data



# google # hackers # cyber attacks # sn



A COMMENT

Month
of
"speci
opera
notes
from
the
deep

IMPORTANT
                                                    4 hours ago

## UN confirms 36 cases of detention of civilians in Russian-controlled regions of Ukraine

3 hours ago

The US authorities included Kaspersky Lab in the list of companies that threaten national security

4 hours ago

Tiffany & Co. перестанет покупать российские бриллианты и алмазы из-за боевых действий в Украине

4 часа назад

Путин подписал закон об ответственности за «фейки» о деятельности госорганов за рубежом







3/25/22, 7:56 PM
Case 1:21-cv-10260-DLC  Document 52-18  Filed 03/25/22  Page 15 of 22
Google files lawsuit against Mc russian hacker for creating another illegeal user data







СЮЖЕТЫ

### Боевые действия в Украине. День 30. Главное
Россия признала гибель более 1300 военных, ФСБ ищет шпионов, в Мариуполе достали тела из-под завалов драмтеатра

«Новая газета» · 4 часа назад    👁 11823

КОММЕНТАРИЙ

### Смерть — их профессия
«Хезболла» отправляет боевиков для участия в украинской «спецоперации»

Вадих Эль-Хайек · 8 часов назад    👁 350419

РЕПОРТАЖИ

### Барев дзес, российский релокант!
Как Ереван изменился из-за наплыва россиян, и почему Армения не станет островком российской либеральной оппозиции

Наталья Лавринович · 4 часа назад    👁 10112

СЮЖЕТЫ

### «Забирай меня, здесь — кошмар»
Жена саратовского солдата-срочника добивается его возвращения домой из Украины

Надежда Андреева · 12 часов назад    👁 432183

ИНТЕРВЬЮ

### «Последней каплей стало письмо ученых»
Интервью астрофизика и главреда газеты «Троицкий вариант»* Бориса Штерна об иноагентстве и будущем российской науки

Илья Азар · 7 часов назад    👁 25280

КОММЕНТАРИЙ

### Вставай, народ высвобожденный!
Эксплуатация труда должна исправить ошибки капитала

КОММЕНТАРИЙ

### «Высвобождение» — это по-нашему
Российские предприятия уходят в простой, начинаются массовые сокращения сотрудников и задержки зарплат. Что происходит в регионах?

ИНТЕРВЬЮ

### «Идешь и объясняешь, что семья твоя обеднела в два раза...»
«Спецоперация» нанесла удар по российским школьникам, поступающим в зарубежные учебные заведения, и по студентам, которые уже учатся за границей

Дмитрий Прокофьев -
11 часов назад                    👁 24909

14 часов назад                    👁 87863

Валерия Федоренко -
7 часов назад                     👁 24768

**НОВОСТИ** ⎘

5 часов назад

РБК: «Победа» сократит
авиапарк с 41 самолета до 25

5 часов назад

Лидером хакеров Lapsus$,
которые брали
ответственность за взломы
Samsung и Microsoft,
оказался 16-летний
подросток

6 часов назад

Минэкономики ФРГ:
Германия значительно
сократила зависимость от
поставок газа, нефти и угля
из России с момента начала
боевых действий в Украине

6 часов назад

Музыкальный стриминговый
сервис Spotify заявил об
уходе из России

6 часов назад

Минцифры предложило
предоставить отсрочку от
армии студентам-
айтишникам на вечернем и
заочном обучении

7 часов назад

WSJ: «Северсталь» потеряла
треть продаж после введения
санкций ЕС против Алексея
Мордашова



СЮЖЕТЫ

**«Не поедете вы
домой»**

Каково это — быть
задержанным и
отбывать арест из-за
протеста против
«спецоперации».
История 23-летнего
Андрея Грушина

11 часов назад        👁 73818



КОЛОНКА

**Проповеди от
Лукавого**

Они нам
попереключают

Ирина Петровская  -
17 часов назад        👁 93202



РЕПОРТАЖИ

**Открытка из суда**

В Краснодаре
рассматривается
уголовное дело
против бывшего
гендиректора
«Открытой России»
Андрея Пивоварова.
Репортаж

Надежда Исаева -
9 часов назад         👁 4946



СЮЖЕТЫ

**Депутаты идут на
две буквы**

Питерские
муниципалы
соревнуются, кто
шибче выразит
государственный
«патриотизм»

Татьяна Лиханова -
8 часов назад         👁 13433

ИНТЕРВЬЮ

## «Аме не хотел бы закры посол в Моск

Посол

---

**ИНТЕРВЬЮ**

### «Когда Россия заявила о «повороте на Восток», Китай начал дистанцироваться» Востоковед, китаист Михаил Карпов — о перспективах большой российско-китайской дружбы

Ирина Тумакова - день назад    👁 400335

---

**КОММЕНТАРИЙ**

### Таблетки вышли на высокий уровень В дефиците и отсутствии лекарств виноваты недружественные страны и ажиотажный спрос, уверены чиновники

Галина Артеменко - 13 часов назад    👁 21823

---

**СЮЖЕТЫ**

**Он сказал, что гордится**

**СЮЖЕТЫ**

**Двадцать девятый день**

**СЮЖЕТЫ**

**«Невероятно смелая, но**

3/25/22, 7:56 PM
Case 1:21-cv-10260-DLC Document 52-18 Filed 03/25/22 Page 18 of 22
Google files lawsuit against two Russian hackers for creating a botnet that steals user data

**быть украинцем** В 109-ю школу Приморского района Петербурга на урок Геннадия Николаевича Тычины, учителя труда, пришли полицейские с автоматами

Арина Васильчук · 12 часов назад

... боевых действий в Украине. Главное Москва и Киев обменялись пленными, более половины детей Украины лишились родного дома, а военная цензура в России дошла до «Смешариков»

«Новая газета» · день назад

**...никогда не безрассудная»** Российская журналистка Оксана Баулина погибла в Киеве под ракетным обстрелом

Фариза Дударова · день назад

СЮЖЕТЫ

**Ангел жизни** Как люди могут есть, пить, спать, любезничать, ходить в гости, пить чай, играть в карты, когда прямо рядом с ними происходит ужасное?

Алексей Поликовский · 15 часов назад

СООБЩЕНИЕ

**Мы высвобождны!** Новая лексика от Физраствора в «Новой газете»

Физраствор · 16 часов назад

НОВОСТИ 

8 часов назад

Кинокомпания «Вольга» перенесла премьеру фильма «Ампир V» с Оксимироном, выступившим против боевых действий в Украине

9 часов назад

Путин объяснил критику России в мире «культурой отмены» и привел в пример Джоан Роулинг

8 часов назад

Российская киберспортивная команда Team Spirit переедет из Москвы в Белград на фоне военных действий в Украине



КОЛОНКА

**Университеты и «спецоперация»** Законно ли отчислять студентов за участие в акциях?

Борис Вишневский  ·  день назад

СЮЖЕТЫ

**Газ и рубль** Что изменит переход к торговле голубым топливом за российскую валюту

Дмитрий Прокофьев  ·  день назад

КОММЕНТАРИЙ

**Крепость, которую строил ЦБ** Кто виноват в том, что российская экономика оказалась не готова к «удушающим» санкциям

день назад

# СПЕЦОПЕРАЦИЯ И ЭМИГРАЦИЯ

КОЛОНКА

**Четвертая волна** Глобальные русские. Из рубрики «Кожа времени» Александра Гениса

Александр Генис  ·  день назад

РЕПОРТАЖИ

**Исход в Константинополь. Сто лет спустя** Как новые эмигранты обживаются в Стамбуле: кто они, почему уехали и что будут делать дальше. Репортаж Ильи Азара

Илья Азар  ·  день назад

## НОВОСТИ 🔗

9 часов назад

В Италии освободили украинского режиссера Лавренчука, задержанного по запросу России

9 часов назад

Губернатор Севастополя сообщил о смерти в Украине полковника и двух сержантов

10 часов назад

10 часов назад

3/25/22, 7:56 PM
Case 1:21-cv-10260-DLC Document 52-18 Filed 03/25/22 Page 20 of 22
Google files lawsuit against two russian hackers for creating a botnet to steal user data

Минюст включил объединение «Мужское государство» в реестр запрещенных организаций

Минобороны РФ сообщило о гибели 1351 военнослужащего в Украине

10 часов назад

Горсовет Мариуполя сообщил о гибели около 300 человек в результате обстрела драмтеатра. Минобороны РФ заявляло, что там укрывался «Азов»

11 часов назад

«Мы не понимаем, как выжить». Миллиардер Авен пожаловался, что не может заказать уборку особняка из-за санкций

ИНТЕРВЬЮ

**«Первые слова Христа к апостолам были: «Мир вам!»** Режиссер Валерий Фокин — о невыученных уроках истории, исторических пьесах и сегодняшних дискуссиях

Марина Токарева · день назад

КОММЕНТАРИЙ

**«Без импорта, без лекарств и даже без приложения в телефоне»** Как живут мелкие предприниматели, изгнанные из Instagram*

Надежда Андреева · 2 дня назад

ПРОДОЛЖЕНИЕ СЛЕДУЕТ

**«Гражданское мужество и право на искупление»** Журналист и режиссер Андрей Лошак — в видеоподкасте «Продолжение следует»

Мультимедиа «Новой» · день назад

КОММЕНТАРИ

**Влади Пасту Опера «Русс хромо**

Что делать после

Владимир Пастухов -

СЮЖЕТЫ

**Болгария, поделенная надвое** Новое и старое вступили здесь в схватку на фоне российской «спецоперации» в Украине

ИНТЕРВЬЮ

**Последний вагон и маленькая тележка** Опубликовано официальное решение ЕСПЧ относительно жалоб против России. Их примут, если нарушения Европейской конвенции на ее территории случатся до 16 сентября

КОММЕНТАРИЙ

**Тайный суд над сетями** В силу Конституции РФ решение суда о признании «экстремистской организацией» Meta* и ее соцсетей Facebook и Instagram не может быть применено к их пользователям

Геннадий Габриэлян - день назад

Леонид Никитинский - 2 дня назад

Леонид Никитинский - день назад

СЮЖЕТЫ

**«Часа оттач строе шаг»**

Чем теперь заняты российск школьни вместо учебы. Они —

# ЧТО ЕЩЕ НЕ ЗАБЛОКИРОВАНО





СЮЖЕТЫ

Прем
—
миру

«Новая
газета»
и
Дмитрий
Муратов
передаю
Нобелев
Медаль
в

КОММЕНТАРИЙ

**Русское поле спецопераций** Как любители геополитики и историософии привели страну к катастрофе

Юрий Пивоваров - 4 дня назад

КОММЕНТАРИЙ

**Мины на пляже** Какую реальную опасность несут морские мины в Черном море, о которых объявил турецкий флот?

Валерий Ширяев - 2 дня назад

КОММЕНТАРИЙ

**"Your task is to find gasoline, my task is to take the children out"** Monologue of Ukrainian Victoria, who saved three refugee families

Irina Khalip - 2 days ago

The electronic periodical "Novaya Gazeta" was registered by the Federal Service for Supervision of Mass Communications, Communications and Cultural Heritage Protection on June 08, 2007. Registration certificate EI No. FS77-28483. Imprint: Founder - CJSC Publishing House Novaya Gazeta. Editorial - ANO "Editorial and Publishing House "Novaya Gazeta". The editor-in-chief is Muratov Dmitry Andreevich. Address: 101990, Moscow, Potapovsky per., 3. 18+. User Agreement . Privacy Policy .