# **EXHIBIT 19**





ТЕХНОЛОГИИ И НАУКА

NIKOLAY GYNGAZOV / GLOBALLOOKPRESS

08 ДЕКАБРЯ 2021 10:25

Подпишитесь: Яндекс Новости · Google Новости

## АМЕРИКАНСКАЯ КОМПАНИЯ СЧИТАЕТ, ЧТО ДВОЕ РОССИЯН ЗАРАЗИЛИ ВИРУСОМ МИЛЛИОНЫ КОМПЬЮТЕРОВ ВО ВСЁМ МИРЕ

Американские кампании продолжают обвинять россиян в массовых кибератаках и распространении вредоносного программного обеспечения.

Так Google подала в суд на двух граждан России из-за того, что они якобы распространили вирус Glupteba и воспользовались данными пользователей услуг компании.

"Обвиняемыми стали Дмитрий Староviков и Александр Филиппов вместе с сообщниками", — пишет издание vz.ru.

Их подозревают в том, что они проникли через систему безопасности Google в хранилища личных данных пользователей и запустили там бота Glupteba с преступными целями. Результат работы ботнета, утверждают в Google, может использоваться для атак на серверы данных или вымогательства в интернете.

Других подробностей об этом иске пока не сообщается.

 

**Подписывайтесь на канал "Царьград" в Яндекс.Дзен**
и первыми узнавайте о главных новостях и важнейших событиях дня.

**ПОДЕЛИТЬСЯ:**

**ТЕГИ:** GOOGLE   GLUPTEBA

**ЧИТАЙТЕ ТАКЖЕ:**

НОВОСТИ "КРАСНОГО" ФРОНТА: ГЛАВНОЕ О КОРОНАВИРУСЕ В НИЖЕГОРОДСКОЙ ОБЛАСТИ К ...

ЦАРЬГРАД.ТРАНСЛЯЦИЯ

26 МАРТА 2022

ГЛАВНАЯ НОВОСТЬ

КОРОНАВИРУС



В НИЖЕГОРОДСКОЙ ОБЛАСТИ КОРОНАВИРУСОМ ЗАРАЗИЛИСЬ ЕЩЁ 814 ЧЕЛОВЕК

Новые случаи ковида выявлены в Нижегородской области. Статистика опубликована на портале...




БЫВШАЯ МЕДСЕСТРА ПРОДАЛА ДВА ФИКТИВНЫХ СЕРТИФИКАТА О ВАКЦИНАЦИИ ОТ COVID-1…

РВАНУЛ ГАЗ, MODERNA, КАТАКОМБЫ КРЕМЛЯ: ТРИ ГЛАВНЫЕ НОВОСТИ В НИЖЕГОРОДСКОЙ О…



Такое возможно только в наших плацкартах



Смешные кадры из мира фигурного катания

vsenovosti.net



Сергей Лавров обрисовал перспективы Максима Галкина

Агрегатор 24СМИ



«Покидает должность»: Константин Эрнст все-таки уволился

Агрегатор 24СМИ



Киев совершил военное преступление: ракетой — прямо по людям



В течение недели противостояние с Украиной может закончиться



Американский конгрессмен публично унизил Зеленского



На видео попал момент, как жители Мариуполя встречают российских военных



Как США хотели устроить войну "до последнего русского"?



Страшные кадры из Донецка: киевская ракета упала в центр

Case 1:21-cv-10260-DLC Document 52-19 Filed 03/25/22 Page 4 of 9





### AMERICAN COMPANY BELIEVES THAT TWO RUSSIANS INFECTED MILLIONS OF COMPUTERS WORLDWIDE WITH A VIRUS

American campaigns continue to accuse the Russians of massive cyberattacks and distribution of malicious software.

So Google sued two Russian citizens because they allegedly spread the Glupteba virus and used the data of users of the company's services.

"The defendants were Dmitry Starovikov and Alexander Filippov, along with accomplices," the vz.ru edition writes.

They are suspected of infiltrating Google's security system into users' personal data stores and launching the Glupteba bot there with criminal purposes. The result of the botnet, according to Google, can be used to attack data servers or extort the Internet.

No other details about this lawsuit have been released yet.

 

**Subscribe to the** [Tsargrad channel in Yandex.Zen](#)
and be the first to know about the main news and the most important events of the day.

**SHARE:**

  

**TAGS:**    GOOGLE    GLUPTEBA

**READ ALSO:**

NEWS OF THE "RED" FRONT: THE MAIN THING ABOUT THE CORONAVIRUS IN THE NIZHNY NOVGOR...

FORMER NURSE SOLD TWO FAKE COVID-19 VACCINATION CERTIFICATES IN NIZHNY NOVGOROD RE...

---

**TSARGRAD. BROADCAST**



**MARCH 26, 2022**

**MAIN NEWS**

**CORONAVIRUS**



**814 MORE PEOPLE INFECTED WITH CORONAVIRUS IN NIZHNY NOVGOROD REGION**

New cases of covid detected in the Nizhny Novgorod region. Statistics published on the StopCoronavirus portal.



3/25/22, 7:58 PM
Case 1:21-cv-10260-DLC Document 53-19 Filed 03/25/22 Page 7 of 9
American company believes that two Russians infected millions of computers worldwide with a virus

RAN THE GAS, MODERNA, THE CATACOMBS OF THE KREMLIN: THREE MAIN NEWS IN THE NIZHNY ...


Такое возможно только в наших плацкартах


Смешные кадры из мира фигурного катания
vsenovosti.net


Сергей Лавров обрисовал перспективы Максима Галкина
Агрегатор 24СМИ


«Покидает должность»: Константин Эрнст все-таки уволился
Агрегатор 24СМИ


Киев совершил военное преступление: ракетой — прямо по людям


В течение недели противостояние с Украиной может закончиться


Американский конгрессмен публично унизил Зеленского


На видео попал момент, как жители Мариуполя встречают российских военных


Как США хотели устроить войну "до последнего русского"?


Страшные кадры из Донецка: киевская ракета упала в центр