**EXHIBIT 20**

3/25/22, 7:59 PM  Google заподозрила двух граждан РФ в администрировании ботнета Glupteba / Российское агентство правовой и судебной…

Case 1:21-cv-10260-DLC Document 52-20 Filed 03/25/22 Page 2 of 5

Сайт РАПСИ использует файлы cookie, чтобы обеспечить Вашу удобную работу с контентом сайта. Цели использования файлов cookie определены в **Политике конфиденциальности АНО "РАПСИ"**

Если Вы согласны и дальше использовать файлы cookie, пожалуйста, нажмите кнопку «Подтвердить». Если не согласны - Вы можете изменить настройки своего браузера.

ПОДТВЕРДИТЬ

 РАПСИ 

## НОВОСТИ



НОВОСТИ, 15:24 08.12.2021

© Владимир Бурнов / РАПСИ

# Google заподозрила двух граждан РФ в администрировании ботнета Glupteba

Теги: Кибербезопасность, Федеральный суд Южного округа Нью-Йорка, Google, США, Россия

**МОСКВА, 8 дек — РАПСИ.** Американская компания Google подала иски к двум российским гражданам - Дмитрию Старовикову и Александру Филиппову, стоящим, по ее мнению, за деятельностью зараженной вредоносным ПО сети из более миллиона компьютеров Glupteba, сообщает издание TechCrunch.

Свои претензии, основывающиеся на сведениях из предположительно созданных ответчиками в целях обеспечения работы ботнета аккаунтов Gmail и Google Workspace, Google представила в Федеральный суд США по Южному округу Нью-Йорка, указывает TechCrunch.

Старовиков и Филиппов, считает Google, задействовали Glupteba — «современное, не знающее границ технологическое воплощение организованной преступности» — цитирует иск TechCrunch, в незаконных целях, включая хищение и неправомерное использование логинов и информации, содержащейся в аккаунтах пользователей Google.

Американская компания намерена добиться судебного решения, обязывающее ответчиков возместить якобы нанесенный ими вред, и накладывающее на них пожизненный запрет пользоваться сервисами Google.

Google утверждает, что отслеживает деятельность Glupteba с 2020 года. К настоящему времени сеть ботов заразила около миллиона компьютеров под управлением операционной системы Windows, причем каждые сутки вредоносное программное обеспечение распространялось на «тысячи» новых устройств.

3/25/22, 7:59 PM                    Google заподозрила двух граждан РФ в администрировании ботнета Glupteba / Российское агентство правовой и судебной…

Case 1:21-cv-10260-DLC   Document 52-20   Filed 03/25/22   Page 3 of 5

В типичном случае заражение происходило через ссылки на загрузку программ, являющихся на деле вредоносным ПО, на сайтах третьих сторон, предлагающих «бесплатный» контент. После этого становилось возможным хищение личных данных пользователей, использование их компьютеров для тайного майнинга криптовалют, перенаправление трафика других пользователей через зараженные компьютеры, а также осуществление иных незаконных действий.

Согласно анализу, проведенному Google, Glupteba отличалась от других подобных сетей использованием продвинутых технических решений, в частности, организацией своей защиты на основе блокчейн-технологии.

Подразделение компании по анализу угроз, которое отслеживало деятельность Glupteba против пользователей из США, Индии, Бразилии, Вьетнама и ряда других стран Юго-Восточной Азии, заявило о своих успешных действиях по перехвату контроля и пресечению операций ботнета в сотрудничестве с провайдерами. Тем не менее опасность «возрождения» сети не устранена полностью в связи с эффективностью ее защиты на основе блокчейн-технологий, отмечает TechCrunch.

Соцсети     Добавить в блог     Переслать эту новость     Добавить в закладки     RSS каналы

**ГЛАВНЫЕ НОВОСТИ**



### Путин считает, что западные правящие элиты поощряют атаку на русскую культуру

Президент России Владимир Путин сравнил нападки на русскую культуру на Западе с кампанией по уничтожению неугодной литературы в нацисткой Германии.

16:26 25.03.2022



### Суд арестовал подстрекавшего к даче взятки адвоката Ольги Миримской

Хамовнический суд Москвы арестовал Сергея Соколова, обвиняемого в попытке спровоцировать адвоката главы банка БКФ Ольги Миримской на дачу взятки более 33,5 миллиона рублей, сообщили РАПСИ в пресс-службе суда.

18:51 25.03.2022



### ВС разрешил в вопросном листе указывать на опьянение фигурантов

Указание в поставленных перед присяжными заседателями вопросах на нахождение обвиняемых в момент совершения преступления в состоянии алкогольного опьянения является обоснованным, тем более, когда это обстоятельство способствовало совершению преступлений и усугубило последствия от содеянного, считает Верховный суд РФ.

09:14 25.03.2022

---

Суды
Правозащита
Право на выбор
Происшествия
Законодательство
Международная информация
Судебный департамент
Историческая память
Награды РАПСИ:

  

Зарегистрировано в Федеральной службе по надзору в сфере связи, информационных технологий и массовых коммуникаций (Роскомнадзор). Свидетельство о регистрации ИА № ФС77-57654 от 8 апреля 2014 года.
mail: rapsi@rapsinews.ru

© 2022 РАПСИ Все права защищены.

  

The RAPSI website uses cookies to ensure you get the best experience on the website. The purposes of using cookies are defined in the
**Privacy Policy of ANO "RAPSI"**
If you agree to continue using cookies, please click the "Confirm" button. If you do not agree, you can change your browser settings.

CONFIRM

# РАПСИ

## NEWS



NEWS, 15:24 08.12.2021                                                                                  © Vladimir Burnov / RAPSI

# Google suspected two citizens of the Russian Federation of administering the Glupteba botnet

Tags: Cybersecurity , Federal Court of the Southern District of New York , Google , USA , Russia

**MOSCOW, December 8 - RAPSI.** The American company Google has filed lawsuits against two Russian citizens, Dmitry Starovikov and Alexander Filippov, who, in its opinion, are behind the activities of a malware-infected network of more than a million Glupteba computers, TechCrunch reports.
Google has filed its claims, based on information from Gmail and Google Workspace accounts allegedly created by the defendants in order to ensure the operation of the botnet, in the US Federal Court for the Southern District of New York, TechCrunch indicates.
Starovikov and Filippov, according to Google, used Glupteba — "a modern, technological embodiment of organized crime that knows no boundaries" — citing the TechCrunch lawsuit, for illegal purposes, including the theft and misuse of logins and information contained in Google accounts.
The American company intends to obtain a court decision obliging the defendants to compensate for the damage they allegedly caused, and imposing a life ban on them from using Google services.
Google claims to have been tracking Glupteba since 2020. To date, the bot network has infected about a million computers running the Windows operating system, with malware spreading to "thousands" of new devices every day.
In a typical case, infection occurred through links to download programs that are actually malware on third-party sites that offer "free" content. After that, it became possible to steal personal data of users, use their computers for secret mining of cryptocurrencies, redirect traffic of other users through infected computers, as well as perform other illegal actions.

3/25/22, 8:00 PM    Google suspected two citizens of the Russian Federation of administering the Gluppteba botnet | Russian Agency for Legal and Ju…

Case 1:21-cv-10260-DLC   Document 52-20   Filed 03/25/22   Page 5 of 5

According to Google's analysis, Glupteba differed from other similar networks in the use of advanced technical solutions, in particular, in the organization of its protection based on blockchain technology.

The company's threat intelligence division, which monitored Glupteba's activities against users in the United States, India, Brazil, Vietnam and several other countries in Southeast Asia, announced its successful actions to intercept control and stop botnet operations in cooperation with providers. However, the danger of a "revival" of the network has not been completely eliminated due to the effectiveness of its protection based on blockchain technologies, TechCrunch notes.

Social network    Add to blog    Forward this news    Add to bookmarks    RSS feeds

## TOP NEWS



### Putin says Western ruling elites encourage attack on Russian culture

Russian President Vladimir Putin compared the attack on Russian culture in the West to a campaign to destroy objectionable literature in Nazi Germany.

16:26 25.03.2022



### The court arrested the lawyer Olga Mirimskaya who incited to give a bribe

The Khamovniki Court of Moscow has arrested Sergei Sokolov, who is accused of trying to provoke the lawyer of the head of the BKF bank, Olga Mirimskaya, into paying a bribe of more than 33.5 million rubles, the press service of the court told RAPSI.

18:51 25.03.2022



### The Supreme Court allowed in the question sheet to indicate the intoxication of the defendants

The indication in the questions put to the jurors that the defendants were intoxicated at the time of the crime is justified, especially when this circumstance contributed to the commission of crimes and aggravated the consequences of the deed, the Supreme Court of the Russian Federation believes.

09:14 25.03.2022

Courts
human rights
The right to choose
Incidents
Legislation
International Information
Judicial Department
historical memory
RAPSI awards:

  

Registered with the Federal Service for Supervision of Communications, Information Technology and Mass Communications (Roskomnadzor). Registration certificate IA No. FS77-57654 dated April 8, 2014.
mail: rapsi@rapsinews.ru

© 2022 RAPSI All rights reserved.

