# **EXHIBIT 21**

3/25/22, 8:01 PM  Google уведомила суд в США о блокировке 97 доменов и IP-адресов по делу ботнета Glupteba | Российское агентство пра…

Case 1:21-cv-10260-DLC   Document 52-21   Filed 03/25/22   Page 2 of 5

Сайт РАПСИ использует файлы cookie, чтобы обеспечить Вашу удобную работу с контентом сайта. Цели использования файлов cookie определены в **Политике конфиденциальности АНО "РАПСИ"**
Если Вы согласны и дальше использовать файлы cookie, пожалуйста, нажмите кнопку «Подтвердить». Если не согласны - Вы можете изменить настройки своего браузера.

ПОДТВЕРДИТЬ

  РАПСИ   

НОВОСТИ



© Interpress/ TASS

НОВОСТИ, 13:30 01.02.2022

# Google уведомила суд в США о блокировке 97 доменов и IP-адресов по делу ботнета Glupteba

Теги: Кибербезопасность, Федеральный суд Южного округа Нью-Йорка, Google, США

**МОСКВА, 1 фев — РАПСИ.** Американская компания Google LLC уведомила Федеральный суд США по Южному округу Нью-Йорка, что добилась блокировки 97 доменов и IP-адресов, связанных, как она утверждает, с ботнетом Glupteba, якобы управляемым россиянами Дмитрием Старовиковым и Александром Филипповым и предположительно заразившим вредоносным ПО более 1 миллиона компьютеров на базе ОС Windows по всему миру.

Соответствующие усилия компания предприняла на основании временного запретительного судебного распоряжения (temporary restraining order) и предварительного судебного распоряжения (preliminary injunction order), вынесенных по ее запросу американским судом в декабре 2021 года в рамках рассмотрения иска.

Помимо блокировки доменов и IP-адресов, в уведомлении, адресованном судье Денис Коте, компания отмечает, что также заблокировала более 130 учетный записей сервисов Google, которые, как она отмечает, использовались физическими и юридическими лицами, «стоящими за работой» ботнета.

«Это было в дополнение к многочисленным действиям на платформе, предпринятым Google за последний год, включая удаление примерно 63 миллионов документов в Google Docs, 1183 учетных записей Google, 908 проектов в Cloud и 870 учетных записей в Google Ads, связанных с распространением

**КОНТЕКСТ**

**Google заподозрила двух граждан РФ в администрировании ботнета Glupteba**

3/25/22, 8:01 PM
Case 1:21-cv-10260-DLC Document 52-24 Filed 03/25/22 Page 3 of 5
Google уведомила суд США о блокировке IP-адресов по делу ботнета Glupteba | Российское агентство пра…

вредоносного ПО Glupteba», — говорится в уведомлении.

Вместе с информацией об успехах в рамках противодействия работе ботнета Google предлагает суду рассмотреть вопрос подачи ходатайства о вынесении заочного решения (default judgment) по иску.

При этом Google обращает внимание судьи Коте, что «ответчики Дмитрий Староviков и Александр Филиппов не явились [в суд — *прим. ред.*], не представили отзыв [на исковое заявление — *прим. ред.*] и никаким иным образом не участвовали в данном судебном процессе для своей защиты».

Напомним, в декабре 2021 года издание TechCrunch сообщило, что Google обратилась в суд, заявив, что Староviков и Филиппов — по данным истца, основные операторы, — использовали Glupteba в незаконных целях, включая хищение и неправомерное использование логинов и информации, содержащейся в аккаунтах пользователей Google.

Сам ботнет, по оценке Google, можно охарактеризовать как «современное, не знающее границ технологическое воплощение организованной преступности», — приводило издание выдержку из искового заявления.

Тогда же истец указал, что отслеживает деятельность Glupteba с 2020 года, и к моменту подачи иска ботнет заразил около миллиона компьютеров на Windows, причем каждые сутки вредоносное программное обеспечение распространялось на «тысячи» новых устройств, отмечало издание.

По информации TechCrunch, Google считает, что в типичном случае заражение происходило через ссылки на загрузку программ, являющихся на деле вредоносным ПО, на сайтах третьих сторон, предлагающих «бесплатный» контент. После этого становилось возможным хищение личных данных пользователей, использование их компьютеров для тайного майнинга криптовалют, перенаправление трафика других пользователей через зараженные компьютеры, а также осуществление иных незаконных действий.

Истец требует возмещения ущерба от Староvikova и Филиппова и установления запрета на использование ими когда-либо сервисов Google, говорится в материале TechCrunch.

Соцсети | Добавить в блог | Переслать эту новость | Добавить в закладки | RSS каналы

---

**ГЛАВНЫЕ НОВОСТИ**



### Путин считает, что западные правящие элиты поощряют атаку на русскую культуру

Президент России Владимир Путин сравнил нападки на русскую культуру на Западе с кампанией по уничтожению неугодной литературы в нацисткой Германии.

16:26 25.03.2022



### Суд арестовал подстрекавшего к даче взятки адвоката Ольги Миримской

Хамовнический суд Москвы арестовал Сергея Соколова, обвиняемого в попытке спровоцировать адвоката главы банка БКФ Ольги Миримской на дачу взятки более 33,5 миллиона рублей, сообщили РАПСИ в пресс-службе суда.

18:51 25.03.2022



### ВС разрешил в вопросном листе указывать на опьянение фигурантов

Указание в поставленных перед присяжными заседателями вопросах на нахождение обвиняемых в момент совершения преступления в состоянии алкогольного опьянения является обоснованным, тем более, когда это обстоятельство способствовало совершению преступлений и усугубило последствия от содеянного, считает Верховный суд РФ.

09:14 25.03.2022

---

Суды
Правозащита
Право на выбор
Происшествия
Законодательство
Международная информация
Судебный департамент
Историческая память

Награды РАПСИ:   

Зарегистрировано в Федеральной службе по надзору в сфере связи, информационных технологий и массовых коммуникаций (Роскомнадзор). Свидетельство о регистрации ИА № ФС77-57654 от 8 апреля 2014 года.
mail: rapsi@rapsinews.ru

© 2022 РАПСИ Все права защищены.

  

3/25/22, 8:01 PM  Google Notifies US Court of Blocking 97 Domains and IP Addresses in Glupteba Botnet Case | Russian Agency for Legal and Jud…

Case 1:21-cv-10260-DLC  Document 52-21  Filed 03/25/22  Page 4 of 5

The RAPSI website uses cookies to ensure you get the best experience on the website. The purposes of using cookies are defined in the
**Privacy Policy of ANO "RAPSI"**
If you agree to continue using cookies, please click the "Confirm" button. If you do not agree, you can change your browser settings.

CONFIRM

  

# NEWS



NEWS, 13:30 01.02.2022                                                                         © Interpress/ TASS

# Google notifies US court of blocking 97 domains and IP addresses in Glupteba botnet case

Tags: Cybersecurity , Federal Court of the Southern District of New York , Google , USA

**MOSCOW, Feb 1 - RAPSI.** The American company Google LLC has notified the US Federal Court for the Southern District of New York that it has succeeded in blocking 97 domains and IP addresses associated, as it claims, with the Glupteba botnet, allegedly controlled by Russians Dmitry Starovikov and Alexander Filippov, and allegedly infecting more than 1 malware million Windows-based computers worldwide.

The company undertook the relevant efforts on the basis of a temporary restraining order (temporary restraining order) and a preliminary judicial order (preliminary injunction order), issued at its request by a US court in December 2021 as part of the lawsuit.

In addition to blocking domains and IP addresses, in a notice addressed to judge Denis Kote, the company notes that it has also blocked more than 130 Google service accounts, which it notes were used by individuals and entities "behind the work" of the botnet.

"This was in addition to numerous platform actions taken by Google over the past year, including the deletion of approximately 63 million Google Docs documents, 1,183 Google accounts, 908 Cloud projects, and 870 Google Ads accounts associated with the spread of the Glupteba malware. ", the notice says.

**CONTEXT**

Google suspected two citizens of the Russian Federation of administering the Glupteba botnet

3/25/22, 8:01 PM  Google Notifies US Court of Blocking 97 Domains and IP Addresses in Glupteba Botnet Case | Russian Agency for Legal and Jud…

Case 1:21-cv-10260-DLC  Document 52-21  Filed 03/25/22  Page 5 of 5

Along with information about the success in countering the work of the botnet, Google is suggesting that the court consider filing a motion for a default judgment on the lawsuit.

At the same time, Google draws the attention of Judge Kote that "defendants Dmitry Starovikov and Alexander Filippov did not appear [in court — *approx. ed*.], did not submit a response [to the statement of claim - *approx. ed.*] and did not participate in this trial in any other way for their own defense."

Recall that in December 2021, TechCrunch reported that Google had filed a lawsuit, stating that Starovikov and Filippov - according to the plaintiff, the main operators - used Glupteba for illegal purposes, including theft and misuse of logins and information contained in user accounts. Google.

The botnet itself, according to Google, can be described as "a modern, technological embodiment of organized crime that knows no boundaries," the publication quoted from the statement of claim.

At the same time, the plaintiff indicated that he had been monitoring the activities of Glupteba since 2020, and by the time the lawsuit was filed, the botnet had infected about a million Windows computers, with malware spreading to "thousands" of new devices every day, the publication noted.

According to TechCrunch, Google believes that the typical infection occurred through links to download programs that are actually malware on third-party sites that offer "free" content. After that, it became possible to steal personal data of users, use their computers for secret mining of cryptocurrencies, redirect traffic of other users through infected computers, as well as perform other illegal actions.

The plaintiff seeks damages from Starovikov and Filippov and a ban on their ever using Google services, according to a TechCrunch article.

Social network    Add to blog    Forward this news    Add to bookmarks    RSS feeds

## TOP NEWS



### Putin says Western ruling elites encourage attack on Russian culture

Russian President Vladimir Putin compared the attack on Russian culture in the West to a campaign to destroy objectionable literature in Nazi Germany.

16:26 25.03.2022



### The court arrested the lawyer Olga Mirimskaya who incited to give a bribe

The Khamovniki Court of Moscow has arrested Sergei Sokolov, who is accused of trying to provoke the lawyer of the head of the BKF bank, Olga Mirimskaya, into paying a bribe of more than 33.5 million rubles, the press service of the court told RAPSI.

18:51 25.03.2022



### The Supreme Court allowed in the question sheet to indicate the intoxication of the defendants

The indication in the questions put to the jurors that the defendants were intoxicated at the time of the crime is justified, especially when this circumstance contributed to the commission of crimes and aggravated the consequences of the deed, the Supreme Court of the Russian Federation believes.

09:14 25.03.2022

Courts
human rights
The right to choose
Incidents
Legislation
International Information
Judicial Department
historical memory
RAPSI awards:

  

Registered with the Federal Service for Supervision of Communications, Information Technology and Mass Communications (Roskomnadzor). Registration certificate IA No. FS77-57654 dated April 8, 2014.
mail: rapsi@rapsinews.ru

© 2022 RAPSI All rights reserved.

