# EXHIBIT 22

Сайт РАПСИ использует файлы cookie, чтобы обеспечить Вашу удобную работу с контентом сайта. Цели использования файлов cookie определены в **Политике конфиденциальности АНО "РАПСИ"**

Если Вы согласны и дальше использовать файлы cookie, пожалуйста, нажмите кнопку «Подтвердить». Если не согласны - Вы можете изменить настройки своего браузера.

ПОДТВЕРДИТЬ

РАПСИ

НОВОСТИ



НОВОСТИ, 12:49 11.02.2022

© pixabay.com

## Суд США может рассмотреть ходатайство о заочном решении по делу ботнета Glupteba

Теги: Интернет, Киберпреступления, Федеральный суд Южного округа Нью-Йорка, Россия, США

**МОСКВА, 11 фев — РАПСИ.** Американская компания Google LLC получила от Федерального суда по Южному округу Нью-Йорка свидетельство (certificate of default), необходимое перед подачей ходатайства о вынесении заочного решения по делу ботнета Glupteba, который, как утверждает истец, под управлением россиян Дмитрия Старовикова и Александра Филиппова заразил вредоносным ПО более 1 миллиона компьютеров на базе ОС Windows по всему миру.

«Я, Руби Ж. Крайик, клерк Федерального суда США по Южному округу Нью-Йорка, настоящим подтверждают, что данный процесс был инициирован 2 декабря 2021 года <...>, копии повестки в суд и искового заявления были направлены ответчикам Дмитрию Старовикову и Александру Филиппову текстовым сообщением 9 декабря 2021 года, подтверждение было направлено 7 февраля 2022 года. <...> Вместе с этим я подтверждаю, что записи в реестре указывают на то, что ответчики не подали ответ или иным образом отреагировали на рассматриваемое исковое заявление», — говорится в документе.

О намерении истца подать ходатайство о заочном решении стало известно еще в начале февраля, когда представители компании уведомили суд о блокировке 97 доменов и IP-адресов, связанных, как они полагают, с ботнетом Glupteba. Соответствующие усилия компания предприняла на основании временного

**КОНТЕКСТ**

**Google уведомила суд в США о блокировке 97 доменов и IP-адресов по делу ботнета Glupteba**

3/25/22, 8:02 PM　　　　　Суд США может рассмотреть ходатайство об отмене решения по делу ботнета Glupteba - Российское агентство правовой и…

Case 1:21-cv-10260-DLC   Document 52-22   Filed 03/25/22   Page 3 of 5

запретительного судебного распоряжения (temporary restraining order) и предварительного судебного распоряжения (preliminary injunction order), вынесенных по ее запросу американским судом в декабре 2021 года в рамках рассмотрения иска.

Само исковое заявление поступило в суд в декабре 2021 года. Как писало издание TechCrunch, Google утверждает, что Старовиков и Филиппов — по мнению компании, основные операторы — при помощи Glupteba похищали и использовали информацию, находящуюся на аккаунтах пользователей.

Сам ботнет, по оценке Google, можно охарактеризовать как «современное, не знающее границ технологическое воплощение организованной преступности», — приводило издание выдержку из искового заявления.

Тогда же истец указал, что отслеживает деятельность Glupteba с 2020 года, и к моменту подачи иска ботнет заразил около миллиона компьютеров на Windows, причем каждые сутки вредоносное программное обеспечение распространялось на «тысячи» новых устройств, отмечало издание.

По информации TechCrunch, Google считает, что в типичном случае заражение происходило через ссылки на загрузку программ, являющихся на деле вредоносным ПО, на сайтах третьих сторон, предлагающих «бесплатный» контент. После этого становилось возможным хищение личных данных пользователей, использование их компьютеров для тайного майнинга криптовалют, перенаправление трафика других пользователей через зараженные компьютеры, а также осуществление иных незаконных действий.

Истец требует возмещения ущерба от Старовикова и Филиппова и установления запрета на использование ими когда-либо сервисов Google, говорилось в материале TechCrunch.

Соцсети    Добавить в блог    Переслать эту новость    Добавить в закладки    RSS каналы

## ГЛАВНЫЕ НОВОСТИ



**Путин считает, что западные правящие элиты поощряют атаку на русскую культуру**

Президент России Владимир Путин сравнил нападки на русскую культуру на Западе с кампанией по уничтожению неугодной литературы в нацисткой Германии.

16:26 25.03.2022



**Суд арестовал подстрекавшего к даче взятки адвоката Ольги Миримской**

Хамовнический суд Москвы арестовал Сергея Соколова, обвиняемого в попытке спровоцировать адвоката главы банка БКФ Ольги Миримской на дачу взятки более 33,5 миллиона рублей, сообщили РАПСИ в пресс-службе суда.

18:51 25.03.2022



**ВС разрешил в вопросном листе указывать на опьянение фигурантов**

Указание в поставленных перед присяжными заседателями вопросах на нахождение обвиняемых в момент совершения преступления в состоянии алкогольного опьянения является обоснованным, тем более, когда это обстоятельство способствовало совершению преступлений и усугубило последствия от содеянного, считает Верховный суд РФ.

09:14 25.03.2022

Суды
Правозащита
Право на выбор
Происшествия
Законодательство
Международная информация
Судебный департамент
Историческая память
Награды РАПСИ:

 

Зарегистрировано в Федеральной службе по надзору в сфере связи, информационных технологий и массовых коммуникаций (Роскомнадзор). Свидетельство о регистрации ИА № ФС77-57654 от 8 апреля 2014 года.
mail: rapsi@rapsinews.ru

© 2022 РАПСИ Все права защищены.

  

3/25/22, 8:02 PM                US court may consider petition for default judgment in Glupteba botnet case - Russian Agency of Legal and Judicial Information - …

Case 1:21-cv-10260-DLC   Document 52-32   Filed 03/25/22   Page 4 of 5

The RAPSI website uses cookies to ensure you get the best experience on the website. The purposes of using cookies are defined in the **Privacy Policy of ANO "RAPSI"**
If you agree to continue using cookies, please click the "Confirm" button. If you do not agree, you can change your browser settings.

CONFIRM

РАПСИ

NEWS



NEWS, 12:49 11.02.2022                                                                                                                         © pixabay.com

# US court may consider petition for default judgment in Glupteba botnet case

Tags:   Internet , Cybercrime , Federal Court of the Southern District of New York , Russia , USA

**MOSCOW, Feb 11 - RAPSI.** The American company Google LLC received a certificate of default from the Federal Court for the Southern District of New York before filing a petition for a default judgment in the Glupteba botnet case, which, according to the plaintiff, was infected by Russians Dmitry Starovikov and Alexander Filippov with malware Software for more than 1 million Windows-based computers worldwide.

"I, Ruby J. Krayik, Clerk of the US Federal Court for the Southern District of New York, hereby confirm that this process was initiated on December 2, 2021 <...>, copies of the subpoena and statement of claim were sent to the defendants Dmitry Starovikov and Alexander Filippov by text message on December 9, 2021, confirmation was sent on February 7, 2022. <...> At the same time, I confirm that the entries in the registry indicate that the defendants did not file a response or otherwise reacted to the pending claim, "the document says.

The plaintiff's intention to file a petition for a default decision became known as early as early February, when company representatives notified the court that 97 domains and IP addresses were blocked, which they believe are associated with the Glupteba botnet. The company undertook the relevant efforts on the basis of a temporary restraining order (temporary restraining order) and a preliminary judicial order (preliminary injunction order), issued at its request by a US court in December 2021 as part of the lawsuit.

The lawsuit itself was submitted to the court in December 2021. According to TechCrunch, Google claims that Starovikov and Filippov — according to the company, the main operators — with the help of Glupteba stole and used information on user accounts.

**CONTEXT**

Google notifies US court of blocking 97 domains and IP addresses in Glupteba botnet case

The botnet itself, according to Google, can be described as "a modern, technological embodiment of organized crime that knows no boundaries," the publication quoted from the statement of claim.

At the same time, the plaintiff indicated that he had been monitoring the activities of Glupteba since 2020, and by the time the lawsuit was filed, the botnet had infected about a million Windows computers, with malware spreading to "thousands" of new devices every day, the publication noted.

According to TechCrunch, Google believes that the typical infection occurred through links to download programs that are actually malware on third-party sites that offer "free" content. After that, it became possible to steal personal data of users, use their computers for secret mining of cryptocurrencies, redirect traffic of other users through infected computers, as well as perform other illegal actions.

The plaintiff seeks damages from Starovikov and Filippov and a ban on their ever using Google services, TechCrunch said.

Social network   Add to blog   Forward this news   Add to bookmarks   RSS feeds

**TOP NEWS**


### Putin says Western ruling elites encourage attack on Russian culture
Russian President Vladimir Putin compared the attack on Russian culture in the West to a campaign to destroy objectionable literature in Nazi Germany.
16:26 25.03.2022


### The court arrested the lawyer Olga Mirimskaya who incited to give a bribe
The Khamovniki Court of Moscow has arrested Sergei Sokolov, who is accused of trying to provoke the lawyer of the head of the BKF bank, Olga Mirimskaya, into paying a bribe of more than 33.5 million rubles, the press service of the court told RAPSI.
18:51 25.03.2022


### The Supreme Court allowed in the question sheet to indicate the intoxication of the defendants
The indication in the questions put to the jurors that the defendants were intoxicated at the time of the crime is justified, especially when this circumstance contributed to the commission of crimes and aggravated the consequences of the deed, the Supreme Court of the Russian Federation believes.
09:14 25.03.2022

Courts
human rights
The right to choose
Incidents
Legislation
International Information
Judicial Department
historical memory
RAPSI awards:

  

Registered with the Federal Service for Supervision of Communications, Information Technology and Mass Communications (Roskomnadzor). Registration certificate IA No. FS77-57654 dated April 8, 2014.
mail: rapsi@rapsinews.ru

© 2022 RAPSI All rights reserved.

