# **EXHIBIT 23**








3/25/22, 8:03 PM
Google filed a lawsuit against the Russians because of possible participation in a criminal scheme
Case 1:21-cv-10260-DLC Document 52-23 Filed 03/25/23 Page 5 of 5

Our listeners

#ГОВОРИТМОСКВА

All rights reserved. 2014-2022 © "Moscow speaking"

Сетевое издание «ГОВОРИТМОСКВА.РУ/GOVORITMOSKVA.RU». Предназначено для лиц старше 16 лет. Свидетельство о регистрации СМИ Эл № 77-64961 от 04 марта 2016 года выдано Федеральной службой по надзору в сфере связи, информационных технологий и массовых коммуникаций (Роскомнадзор). Адрес: 123298, Москва, ул. 3-я Хорошевская, дом 12, пом. 22. Учредитель Общество с ограниченной ответственностью «РУ ФМ» (123298 Москва, ул. 3-я Хорошевская, дом 12, пом. 22). Доменное имя сайта GOVORITMOSKVA.RU. Территория распространения – Российская Федерация и зарубежные страны. Языки: русский и английский. Главный редактор Бабаян Роман Георгиевич. Email: info@govoritmoskva.ru. Номер телефона: +7 (495) 950-62-26

* Extremist and terrorist organizations banned in the Russian Federation: Right Sector, Ukrainian Insurgent Army (UPA), ISIS, Jabhat Fatah al-Sham (former Jabhat al-Nusra, Jabhat al-Nusra ''), the Hayat Tahrir ash-Sham coalition of Islamic groups, the National Bolshevik Party, Al-Qaeda, UNA-UNSO, the Taliban, the Mejlis of the Crimean Tatar people, Jehovah's Witnesses, Misanthropic Division, Brotherhood of Korchinsky, Artpodgotovka, Religious organization Administrative Center of Jehovah's Witnesses in Russia, and local religious organizations included in its structure.