# **EXHIBIT 24**

3/25/22, 8:04 PM  Московская газета: Google обвинила россиян в заражении милл...

Case 1:21-cv-10260-DLC   Document 52-24   Filed 03/25/22   Page 2 of 5



# МОСКОВСКАЯ ГАЗЕТА

Главная   Экономика   Политика   Бизнес

Происшествия   Недвижимость   Спорт   Наука

Технологии   Авто   Личности

## Google обвинила россиян в заражении миллиона устройств по всему миру вредоносным ботом

🕐 07.12.2021

👁 2513



Американская компания Google подала в суд на двух граждан России, Дмитрия Старовикова и Александра Филиппова, обвинив их в заражении миллиона устройств по всему миру вредоносным ботом. Об этом сообщает РИА «Новости» со ссылкой на иск, направленный в суд Нью-Йорка.

По данным компании, Старовиков и Филиппов — киберпреступники, которые проникли в миллион устройств по всему земному шару для создания сети – ботнета Glupteba – в незаконных целях, включая «воровство и несанкционированное использование учетных записей пользователей Google».

В иске подчеркивается, что подозреваемые проживают в России.

Ранее в Амстердаме задержали россиянина Дениса Дубникова по запросу США, где его обвиняют в отмывании денег в интересах киберпреступников. Юрист сообщил, что Дубникову грозит до 20 лет в случае признания виновным в США. Защита настаивает на невиновности россиянина: «он ничего не знал, не знал, откуда пришли деньги, и действовал в полном соответствии с российским законом».

По словам Буха, Дубникову отказали во въезде в Мексику, откуда он был направлен в Амстердам, где был задержан. Он назвал происходящее «захватом». Как сообщил адвокат, защита Дубникова борется с его экстрадицией в США, но вынуждена будет с ней согласиться, так как Нидерланды почти всегда выдают другим странам задержанных.

  Технологии

«  Рейтинг ЦИАН обрушился после запрета сдавать жилье «только славянам»         Опытный конгрессмен покинет свой пост и возглавит соцсеть Трампа  »

Поиск…                                Поиск

### Календарь

Март 2022

| Пн | Вт | Ср | Чт | Пт | Сб | Вс |
|----|----|----|----|----|----|----|
|    | 1  | 2  | 3  | 4  | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |    |    |    |

« Фев

### Метки



ЖК Терлецкий парк    ЖК Царицыно

© 2021 «Московская газета» | Все права защищены!



МОСКОВСКАЯ ГАЗЕТА

| home | Economy | Politics | Business | Incidents |

| Real estate | Sport | The science | Technology | Auto |

Personalities

# Google accused the Russians of infecting a million devices worldwide with a malicious bot

🕒 07.12.2021

👁 2513



The American company Google has filed a lawsuit against two Russian citizens, Dmitry Starovikov and Alexander Filippov, accusing them of infecting a million devices worldwide with a malicious bot. It is reported by RIA Novosti with reference to a lawsuit filed with a New York court.

According to the company, Starovikov and Filippov are cybercriminals who infiltrated a million devices around the globe to create a network - the Glupteba botnet - for illegal purposes, including "theft and unauthorized use of Google user accounts."

The lawsuit emphasizes that the suspects live in Russia.

Earlier, Russian citizen Denis Dubnikov was detained in Amsterdam at the request of the United States, where he is accused of money laundering in the interests of cybercriminals. The lawyer said that

3/25/22, 8:04 PM                    The Moscow newspaper Google accused the Russians of infecting mi...

Case 1:21-cv-10260-DLC   Document 52-24   Filed 03/25/22   Page 5 of 5

Dubnikov faces up to 20 years if convicted in the United States. The defense insists on the innocence of the Russian: "he did not know anything, did not know where the money came from, and acted in full accordance with Russian law."

According to Bukh, Dubnikov was denied entry to Mexico, from where he was sent to Amsterdam, where he was detained. He called what was happening a "seizure". According to the lawyer, Dubnikov's defense is struggling with his extradition to the United States, but will be forced to agree with it, since the Netherlands almost always extradites detainees to other countries.

  Technology

《 CIAN rating collapsed after the ban on renting housing "only to the Slavs"

Experienced congressman to leave office to head Trump's social network 》

Search… [Search]

## Calendar

March 2022

| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| --- | --- | --- | --- | --- | --- | --- |
|  | one | 2 | 3 | 4 | five | 6 |
| 7 | 8 | nine | 10 | eleven | 12 | 13 |
| fourteen | 15 | 16 | 17 | eighteen | 19 | twenty |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | thirty | 31 |  |  |  |

Feb

## Tags

Residential complex Terletsky park   Residential complex Tsaritsyno



© 2021 Moskovskaya Gazeta | All rights reserved!