# **EXHIBIT 25**

3/25/22, 8:05 PM
Google подала в суд на двух россиян за создание ботнета, который заразил более миллиона ПК на Windows по всему мир…
Case 1:21-cv-10260-DLC Document 52-25 Filed 03/25/22 Page 2 of 11

**Хабр** | ∨ | **КАК СТАТЬ АВТОРОМ** | 💡 Карьерные консультации | Формула образования: что нужно сложить, чтобы счастливо учиться

Все потоки    Разработка    Администрирование    Дизайн    Менеджмент    Маркетинг    Научпоп

 AnnieBronson  7 декабря 2021 в 14:16

# Google подала в суд на двух россиян за создание ботнета, который заразил более миллиона ПК на Windows по всему миру

Информационная безопасность *, IT-компании



Google подала в суд на 17 человек, включая двоих россиян, которых компания обвинила в создании ботнета Glupteba, заразившего более миллиона компьютеров на Windows. Google называет Дмитрия Старовикова и Александра Филиппова основными операторами Glupteba, ссылаясь на учетные записи Gmail и Google Workspace, которые они якобы создали для управления ботнетом.

Google утверждает, что ответчики использовали ботнет в незаконных целях: Glupteba тайно добывает криптовалюту, крадет данные учетных записей Google и настраивает прокси для перенаправления трафика. Компания требует, чтобы Старовиков и Филиппов возместили ущерб и им навсегда запретили пользоваться сервисами Google.

По данным Google, ботнет Glupteba заразил более миллиона компьютеров, и это число растет на тысячу устройств в день. Google удалил около 63 миллионов документов Google, более 1000 учетных записей и более 900 проектов Google Cloud, которые использовались для распространения Glupteba.

Корпорация отмечает, что ботнет выделяется среди ему подобных благодаря своей технической сложности. Группа анализа угроз компании, которая наблюдала за Glupteba, объявила, что операторы больше не контролируют ботнет. Тем не менее,

◆ +12        👁 3.8K        🔖 2

контролируются Glupteba Enterprise. Таким образом, ботнет Glupteba невозможно искоренить полностью, не нейтрализуя его инфраструктуру, основанную на блокчейне, указывает Google.

Теги:   glupteba, google, ботнет

Хабы:   Информационная безопасность, IT-компании



**МИНУТОЧКУ ВНИМАНИЯ**                                                   Разместить



| Опрос | Промо | Событие |

Хотите рассказать о себе в наших социальных сетях?

Образование будущего: всё будет хорошо, но непривычно

Конкурс технических статей Технотекст 2021

---

**ВАКАНСИИ**

**Lead Google Ads Specialist в международный проект**
от 220 000 до 250 000 ₽ · Mirafox · Можно удаленно

**Веб-аналитик (в Банк)**
от 150 000 до 250 000 ₽ · C-Executives LLC · Москва · Можно удаленно

**Frontend Software Engineer**
от 4 000 до 5 000 € · Exness · Можно удаленно

**Директолог**
от 100 000 ₽ · Аксон · Мытищи

**Product Analyst**
от 130 000 до 230 000 ₽ · БАНК УРАЛСИБ · Москва · Можно удаленно

Больше вакансий на Хабр Карьере

---

**ЛУЧШИЕ ПУБЛИКАЦИИ ЗА СУТКИ**

сегодня в 05:05

**Интервью с основателями музея Яндекса — как собиралась коллекция ретротехники, о фестивале «Демодуляция» и не только**

+38        1.6K        8        2 +2

сегодня в 09:42

**Народный измеритель пульсации света**

+37        3.4K        36        31 +31

сегодня в 06:10

**Облачный Узбекистан: как мы запускали новый удаленный регион облака**

+29        1.7K        7        6 +6

вчера в 22:24

**Широкополосный интернет в космосе? Новый проект собирается объединить в единую сеть Землю, Луну и, возможно, Марс**

3/25/22, 8:05 PM
Google подала в суд на двух россиян за создание ботнета, который заразил более миллиона ПК на Windows по всему мир…

Case 1:21-cv-10260-DLC   Document 52-25   Filed 03/25/22   Page 5 of 11

| | +27 | | 👁 2.2K | | 🔖 5 | | 💬 7 +7 |

сегодня в 11:19

**История международных денежных переводов — от SWIFT до криптовалют**

| | +26 | | 👁 3.6K | | 🔖 20 | | 💬 14 +14 |

**Короли инференса: PyTorch, Tensorflow или MATLAB?**

Турбо

## ЧИТАЮТ СЕЙЧАС

**Сверхновая реальность рынка труда IT**

👁 76K    💬 121 **+121**

**Отечественные смартфоны BQ переведут на Harmony OS от Huawei вместо Android от Google**

👁 4.2K    💬 19 **+19**

**В СФ назвали вероятную блокировку Youtube болезненным решением**

👁 8.8K    💬 30 **+30**

**Чем хороший программист отличается от плохого, или почему нужно выходить за рамки**

👁 13K    💬 17 **+17**

**Минцифры категорически против любых ограничений передвижения российских IT-специалистов**

👁 28K    💬 143 **+143**

**Четыре слагаемых успешной системы образования**

Интересно

## РАБОТА

Специалист по информационной безопасности
72 вакансии

Все вакансии

---

| **Ваш аккаунт** | **Разделы** | **Информация** | **Услуги** |
|---|---|---|---|
| Войти | Публикации | Устройство сайта | Реклама |
| Регистрация | Новости | Для авторов | Тарифы |

3/25/22, 8:05 PM
Case 1:21-cv-10260-DLC Document 52-25 Filed 03/25/22 Page 6 of 11
Google подала в суд на двух россиян за создание ботнета, который заразил более миллиона ПК на Windows по всему мир…



3/25/22, 8:05 PM
Google sues two Russians for creating a botnet that infected more than a million Windows PCs worldwide / Sudo Null IT News

Case 1:21-cv-10260-DLC Document 52-25 Filed 03/25/22 Page 7 of 11

Хабр | HOW TO BECOME AN AUTHOR | 💡 Career advice | Education formula: what you need to put together to study happily

 **Annie Bronson** December 7, 2021 at 02:16 pm

# Google sues two Russians for creating a botnet that infected more than a million Windows PCs worldwide

Information security *, IT companies



Google has filed a lawsuit against 17 people, including two Russians, whom the company accused of creating the Glupteba botnet that infected more than a million Windows computers. Google names Dmitry Starovikov and Alexander Filippov as the main operators of Glupteba, referring to the Gmail and Google Workspace accounts they allegedly created to control the botnet.

Google claims that the defendants used the botnet for illegal purposes: Glupteba secretly mines cryptocurrency, steals Google account information and sets up a proxy to redirect traffic. The company is demanding that Starovikov and Filippov pay damages and be permanently banned from using Google services.

According to Google, the Glupteba botnet has infected more than a million computers, and this number is growing by a thousand devices a day. Google removed about 63 million Google documents, over 1,000 accounts, and over 900 Google Cloud projects that were used to spread Glupteba.

The corporation notes that the botnet stands out among its kind due to its technical complexity. The company's threat intelligence team that monitored Glupteba has announced that the operators no longer have control over the botnet. However, Glupteba can get back to work thanks to blockchain-based failover protection. When the botnet's command and control server goes down, Glupteba scans the blockchain for transactions associated with three specific bitcoin addresses controlled by Glupteba Enterprise. Thus, the Glupteba botnet cannot be eradicated completely without neutralizing its blockchain-based infrastructure, Google points out.

3/25/22, 8:05 PM — Google sues two Russians for creating a botnet that infected more than a million Windows PCs worldwide / Sudo Null IT News

Case 1:21-cv-10260-DLC Document 52-25 Filed 03/25/22 Page 8 of 11



3/25/22, 8:05 PM
Google sues two Russians for creating a botnet that infected more than a million Windows PCs worldwide / Sudo Null IT News
Case 1:21-cv-10260-DLC Document 52-25 Filed 03/25/22 Page 9 of 11



**Do you want to tell about yourself in our social networks?**


**Education of the future: everything will be fine, but unusual**


**Competition of technical articles Technotext 2021**

**JOBS**

Lead Google Ads Specialist in an international project
from 220,000 to 250,000 ₽ • Mirafox • Can be done remotely

Web Analyst (at the Bank)
from 150,000 to 250,000 ₽ • C-Executives LLC • Moscow • Can be done remotely

Frontend Software Engineer
from 4,000 to 5,000 € • Exness • Can be done remotely

Directologist
from 100 000 ₽ • Axon • Mytishchi

Product Analyst
from 130,000 to 230,000 ₽ • URALSIB BANK • Moscow • Can be done remotely

More vacancies on Habr Career

**BEST POSTS OF THE DAY**

today at 05:05

**Interview with the founders of the Yandex Museum - how the collection of retro equipment was assembled, about the Demodulation festival and more**

◆ +38          👁 1.6K          🔖 8          💬 2 +2

today at 09:42

**People's light ripple meter**

◆ +37          👁 3.4K          🔖 36          💬 31 +31

today at 06:10

**Cloud Uzbekistan: how we launched a new remote cloud region**

◆ +29          👁 1.7K          🔖 7          💬 6 +6

yesterday at 22:24

**Broadband internet in space? The new project is going to unite the Earth, the Moon and, possibly, Mars into a single network.**

◆ +27          👁 2.2K          🔖 five          💬 7 +7

today at 11:19

3/25/22, 8:05 PM Google sues two Russians for creating a botnet that infected more than a million Windows PCs worldwide / Sudo Null IT News

The history of international money transfers - from SWIFT to cryptocurrencies

+26 3.6K twenty fourteen +14

Kings of Inference: PyTorch, Tensorflow or MATLAB?

Turbo

READING NOW

The supernova reality of the IT labor market

76K 121 +121

Domestic BQ smartphones will be transferred to Harmony OS from Huawei instead of Android from Google

4.2K 19 +19

The Federation Council called the possible blocking of Youtube a painful decision

8.8K thirty +30

How a good programmer differs from a bad one, or why you need to go beyond

13K 17 +17

The Ministry of Digital Development is categorically against any restrictions on the movement of Russian IT specialists

28K 143 +143

Four Pillars of a Successful Education System

Interesting

WORK

Information Security Specialist
72 vacancies

All vacancies

| Your account | Sections | Information | Services |
|---|---|---|---|
| To come in | Publications | Site device | Advertising |
| registration | news | For authors | Tariffs |
| | Hubs | For companies | Content |
| | Companies | The documents | Seminars |
| | The authors | Agreement | Megaprojects |

https://habr.com/ru/news/t/594039/ 4/5



3/25/22, 8:05 PM    Google sues two Russians for creating a botnet that infected more than a million Windows PCs worldwide | Sudo Null IT News

Case 1:21-cv-10260-DLC Document 52-25 Filed 03/25/22 Page 11 of 11

