**<u>EXHIBIT 26</u>**

3/25/22, 8:07 PM
Google подал в суд на двоих россиян. Их подозревают в управлении ботнетом, атаковавшим «Яндекс» - Афиша Daily
Case 1:21-cv-10260-DLC Document 52-26 Filed 03/25/22 Page 2 of 21



Отключить рекламу    Войти

**Новости**    Города    Кино    Еда    Игры    Мозг    Красота    Инфопорно    Музыка

НОВОСТИ

# Google подал в суд на двоих россиян. Их подозревают в управлении ботнетом, атаковавшим «Яндекс»

Денис Ламехов    8 декабря 2021  18:03



elian/Wikimedia

Google подал иски против двоих россиян — Дмитрия Старовикова и Александра Филиппова. По данным компании, они стоят за деятельностью ботнета — сети из зараженных вредоносным программным обеспечением компьютеров — под названием Glupteba. Об этом сообщает TechCrunch.

Корпорация заявляет, что Glupteba заразил более миллиона устройств на Windows по всему миру, прирост заражений может составлять «тысячи» ежедневно. Ботнет использовался для кражи данных аккаунтов пользователей Google. Чаще всего заражение происходило после того, как юзеры скачивали бесплатные приложения из неавторизованных источников.

Подпишитесь на рассылку
«Афиши Daily»

ВАШ E-MAIL                          Подписаться

Нажимая кнопку «Подписаться», вы соглашаетесь с **правилами рассылок**

Помимо кражи и использования чужих данных, Glupteba был нацелен на скрытый майнинг криптовалют и перенаправление трафика других людей через зараженные компьютеры и роутеры, добавляет компания. С помощью такого метода на чужие устройства может перенаправляться в том числе нелегальный трафик.

Google отмечает изощренную техническую сложность Glupteba — он использует блокчейн, децентрализованная природа которого позволяет ему эффективно защищаться от нарушений работы. Для компании это первый случай борьбы с ботнетом на блокчейне — с помощью иска к Старовикову и Филиппову Google планирует создать судебный прецедент.

Основная инфраструктура ботнета сейчас нейтрализована, сообщает корпорация. Те, кто управлял сетью из зараженных устройств, больше не имеют к ней доступа. Однако, обращаясь к сложности в устройстве Glupteba, компания отмечает, что это заявление справедливо только на данный момент.

Google предполагает, что именно Старовиков и Филиппов управляли Glupteba, опираясь на данные в их аккаунтах в почте Gmail и офисных приложениях Google Workspace. Компания настаивает на возмещении ими ущерба, а также на пожизненном запрете использования ими сервисов Google.

> **ПОДРОБНОСТИ ПО ТЕМЕ**
>
> **«Ведомости»: на «Яндекс» совершили крупнейшую кибератаку в истории рунета**

Именно Glupteba называли основным «поставщиком» зараженных устройств для ботнета Mēris, атаковавшего «Яндекс» в начале сентября. «Речь идет об угрозе инфраструктуре в масштабах страны», — сообщал тогда источник в компании. Официальный представитель

Case 1:21-cv-10260-DLC   Document 52-26   Filed 03/25/22   Page 4 of 21

«Яндекса» заявил: «Атака не повлияла на работу сервисов, данные пользователей не пострадали». Кибератаку назвали крупнейшей в истории рунета.

## Подпишитесь на рассылку «Афиши Daily»

| ВАШ E-MAIL | Подписаться |

Нажимая кнопку «Подписаться», вы соглашаетесь с **правилами рассылок**

×

### РАССКАЖИТЕ ДРУЗЬЯМ

# ЧИТАЙТЕ ТАКЖЕ

3/25/22, 8:07 PM
Google подал в суд на двоих россиян их подозревают в управлении ботнетом, атаковавшим «Яндекс» - Афиша Daily

Case 3:21-cv-10260-DLC  Document 52-26  Filed 03/25/22  Page 5 of 21

## Подпишитесь на рассылку «Афиши Daily»

| ВАШ E-MAIL | Подписаться |

Нажимая кнопку «Подписаться», вы соглашаетесь с **правилами рассылок**

✕



**Что носить**

### Второй шанс: 4 секонд-хенда, где можно найти достойные вещи по приемлемой цене




**Новая мода**

### Где покупать обувь? 9 российских марок

**Инструкция по выживанию**

### Где покупать товары для дома после ухода IKEA? Лучшие отечественные интерьерные бренды

**Музыка в новом времени**

### Русский рэп как символ успеха и богатства закончился. Но не спешите его хоронить



## Подпишитесь на рассылку «Афиши Daily»

ВАШ E-MAIL

Подписаться

Нажимая кнопку «Подписаться», вы соглашаетесь с **правилами рассылок**

**Трейлеры**

## Отпуск с Тимом Ротом и Шарлоттой Генсбур: трейлер нового возмутительного фильма «Закат»

**Разум и чувства**

## «Если у меня полетит кукуха, он будет рядом»: как отношения спасают в трудные времена







**Тем временем в Москве**

## Шутки, жалобы и взаимопомощь: как твиттер объединился против перекупщиков прокладок

**Внезапно**

## В сети обсуждают слитые данные клиентов «Яндекс.Еды»: одни шутят, другие думают о переезде



**Подпишитесь на рассылку «Афиши Daily»**

ВАШ E-MAIL          Подписаться

Нажимая кнопку «Подписаться», вы соглашаетесь с **правилами рассылок**

*Мемология*

## Битва за сахар: как ажиотажный спрос на сладкий песок стал поводом для мемов



**СОБЫТИЯ НЕДЕЛИ НА AFISHA.RU**

мультфильм

рок

**Финник**
Домовой заводит дружбу с девочкой

**«Брат-2: Живой Soundtrack»: «Сплин», «Би-2», Вячеслав Бутусов**
Песни из главного фильма постсоветской России живьем

## РЕКОМЕНДАЦИИ ПАРТНЕРОВ

**«IKEA. Есть идея — рады за вас». Кто придумал новые слоганы для брендов, ушедших из России**



**Куда идти вместо «Макдоналдса»: 7 мест с хорошим**

7 мест с хорошим недорогим фастфудом

## Подпишитесь на рассылку «Афиши Daily»

ВАШ E-MAIL

Подписаться

Нажимая кнопку «Подписаться», вы соглашаетесь с правилами рассылок

✕

12 Марта 04:06

Литвиновой, но сохранил их в актуальном репертуаре
24 Марта 11:14

Hyatt Hotels разрывает контракты с московским отелем Hyatt Regency Moscow Petrovsky Park
25 Марта 10:46

Путин подписал указ об освобождении Чубайса от должности спецпредставителя президента
25 Марта 07:40

Кот Степан из Харькова нашелся. Он и его хозяйка две недели не выходили на связь
18 Марта 09:22

Импортных продуктов станет меньше. Как будут работать рестораны?
23 Марта 13:40

**«Макдоналдс» закрывается. Как прошел предпоследний день работы ресторана на Пушкинской**

14 Марта 14:25

Мединский: во второстепенным вопросам Россия и Украина сближаются, по главным — «топчутся на месте»
25 Марта 11:27

В крови человека впервые обнаружили частицы микропластика
25 Марта 14:49

СЖР обратился в Генпрокуратуру с просьбой принять меры против Google и YouTube
24 Марта 05:33

Apple ограничила оплату картами «Мир»
24 Марта 09:10

Помощь Украине

## Подпишитесь на рассылку «Афиши Daily»

ВАШ E-MAIL

Подписаться

Нажимая кнопку «Подписаться», вы соглашаетесь с правилами рассылок

посетители ТЦ — о закрытиях магазинов и шопинге в новой реальности
15 Марта 10:45

«Афиша» делает театры доступнее, предлагая скидки на сотни спектаклей по всей стране
24 Марта 07:51

6 спектаклей, билеты на которые можно купить со скидкой
25 Марта 11:21

«Будто отрубили руки»: как блокировка Meta повлияла на благотворительные фонды
16 Марта 11:39

«Все, чем ты жил, могут просто уничтожить»: инфлюэнсеры — о блокировках и будущем блогинга
16 Марта 11:30

Платформа «Авито» стала самостоятельным бизнесом в России
25 Марта 08:06

Из новой серии «Смешариков» вырезали слова «войнушка» и «захватчики»
24 Марта 11:13

США ввели новые санкции — против российских депутатов, оборонных предприятий и золота ЦБ
24 Марта 10:05

Что покупать? 7 релизов недели: от вещей с голубем мира Ushatáva до часов-джелато Casio
19 Марта 04:00

Рецепт в пост: как приготовить пирог с сухофруктами и халвой
22 Марта 11:26

На Марину Овсянникову

3/25/22, 8:07 PM    Google подал в суд на двоих россиян, их подозревают в управлении ботнетом, атаковавшим «Яндекс» - Афиша Daily

Case 3:21-cv-10360-DLC   Document 52-26   Filed 03/25/22   Page 10 of 21

возбудили еще одно
административное
дело

## Подпишитесь на рассылку «Афиши Daily»

ВАШ E-MAIL

**Подписаться**

Нажимая кнопку «Подписаться», вы соглашаетесь с правилами рассылок

теперь можно следить
в телеграме

16 Марта 11:30

каналы
Гостелерадиофонда
24 Марта 06:20

«Новатэк» заморозил
работы почти по всем
своим перспективным
проектам
25 Марта 06:03

Студентам-
программистам
вечерней и заочной
форм обучения
собираются дать
отсрочку от армии
25 Марта 12:55

«Коммерсант»:
импорт алкоголя
в Россию может
сократиться на 40%
24 Марта 09:20

Основы
медиагигиены:
как сейчас
читать СМИ,
пользоваться
соцсетями
и не сойти с ума
25 Марта 13:20

Финляндия
с 28 марта
прекращает
пассажирское
железнодорожное
сообщение с Россией
25 Марта 03:29

С «Волшебной
горы»
в концентрационн
лагерь: 4 книги
о туберкулезе
23 Марта 05:36

Каких перемен мы ждем
от музыки в России?

21 Марта 03:30

## ДРУГИЕ МАТЕРИАЛЫ ПО ТЕМАМ

ТЕГИ    GOOGLE    ЯНДЕКС

ЛЮДИ    АЛЕКСАНДР ФИЛИППОВ

# Подпишитесь на рассылку «Афиши Daily»

ВАШ E-MAIL                          Подписаться

Нажимая кнопку «Подписаться», вы соглашаетесь с правилами рассылок

ВАШ E-MAIL                          Подписаться

ТЕГИ                    ПРИЛОЖЕНИЕ «АФИШИ»
АВТОРЫ                  ПУТЕВОДИТЕЛИ «АФИШИ»
РУБРИКИ                 АФИША-СЕРИАЛЫ                «АФИША DAILY» В СОЦ. СЕТЯХ
СПЕЦПРОЕКТЫ             EDA.RU
АРХИВ                   ПИКНИК «АФИШИ»



Мобильная версия        Нашли ошибку? Выделите ее      Нажимая кнопку «Подписаться», вы соглашаетесь с Правилами рассылки        18+
                        и нажмите Ctrl + Enter

© 1999–2022 ООО «Компания Афиша»                                    Пользовательское соглашение

3/25/22, 8:06 PM
Google sued two Russians. They are suspected of managing a botnet that attacked Yandex - Afisha Daily

Case 1:21-cv-10260-DLC Document 52-26 Filed 03/25/22 Page 12 of 21



news    Cities    Cinema    Food    Games    Brain    the beauty    infoporno    Music    Society

NEWS

# Google sued two Russians. They are suspected of managing a botnet that attacked Yandex

Denis Lamekhov     December 8, 2021 18:03



elian/Wikimedia

<u>Google</u> filed lawsuits against two Russians - Dmitry Starovikov and  <u>Alexander Filippov</u> . According to the company, they are behind the activities of a botnet - a network of computers infected with malware - called Glupteba. It is reported by TechCrunch.

The corporation claims that Glupteba has infected more than a million Windows devices worldwide, with infections likely to increase by "thousands" daily. The botnet was used to steal Google account data. Most often, infection occurred after users downloaded free applications from unauthorized sources.

**Subscribe to the Afisha Daily Newsletter**

YOUR E-MAIL | Subscribe

By clicking the "Subscribe" button, you agree to the mailing list rules

✕

company adds. Using this method, illegal traffic can also be redirected to other devices.

Google notes the sophisticated technical complexity of Glupteba - it uses a blockchain, the decentralized nature of which allows it to effectively protect against disruptions. For the company, this is the first case of fighting a botnet on the blockchain - with the help of a lawsuit against Starovikov and Filippov, Google plans to create a judicial precedent.

Основная инфраструктура ботнета сейчас нейтрализована, сообщает корпорация. Те, кто управлял сетью из зараженных устройств, больше не имеют к ней доступа. Однако, обращаясь к сложности в устройстве Glupteba, компания отмечает, что это заявление справедливо только на данный момент.

Google предполагает, что именно Старовиков и Филиппов управляли Glupteba, опираясь на данные в их аккаунтах в почте Gmail и офисных приложениях Google Workspace. Компания настаивает на возмещении ими ущерба, а также на пожизненном запрете использования ими сервисов Google.

> ПОДРОБНОСТИ ПО ТЕМЕ
>
> **«Ведомости»: на «Яндекс» совершили крупнейшую кибератаку в истории рунета**

Именно Glupteba называли основным «поставщиком» зараженных устройств для ботнета Mēris, атаковавшего «Яндекс» в начале сентября. «Речь идет об угрозе инфраструктуре в масштабах страны», — сообщал тогда источник в компании. Официальный представитель «Яндекса» заявил: «Атака не повлияла на работу сервисов, данные пользователей не пострадали». Кибератаку назвали крупнейшей в истории рунета.

3/25/22, 8:06 PM
Case 1:21-cv-10260-DLC Document 52-26 Filed 03/25/22 Page 14 of 21
Google and two Russians are suspected of managing a botnet that attacked Yandex - Afisha Daily

Главные новости к этой минуте, хроники стрит-арта и плейлисты
для настроения — в нашем паблике в **«ВКонтакте»**

## Subscribe to the Afisha Daily Newsletter

YOUR E-MAIL

Subscribe

By clicking the "Subscribe" button, you agree **to the mailing list rules**

✕

## ЧИТАЙТЕ ТАКЖЕ

3/25/22, 8:06 PM
Google и еще два Russian company are suspected of managing a botnet that attacked Yandex - Afisha Daily
Case 1:21-cv-10260-DLC Document 52-26 Filed 03/25/22 Page 15 of 21

## Subscribe to the Afisha Daily Newsletter

| YOUR E-MAIL |

Subscribe

By clicking the "Subscribe" button, you agree to the mailing list rules

✕

**Что носить**

### Второй шанс: 4 секонд-хенда, где можно найти достойные вещи по приемлемой цене

**Новая мода**

### Где покупать обувь? 9 российских марок







**Инструкция по выживанию**

### Где покупать товары для дома после ухода IKEA? Лучшие отечественные интерьерные бренды

**Музыка в новом времени**

### Русский рэп как символ успеха и богатства закончился. Но не спешите его хоронить

## Subscribe to the Afisha Daily Newsletter

| YOUR E-MAIL | Subscribe |

By clicking the "Subscribe" button, you agree **to the mailing list rules**

**Трейлеры**

### Отпуск с Тимом Ротом и Шарлоттой Генсбур: трейлер нового возмутительного фильма «Закат»

**Разум и чувства**

### «Если у меня полетит кукуха, он будет рядом»: как отношения спасают в трудные времена





**Тем временем в Москве**

### Шутки, жалобы и взаимопомощь: как твиттер объединился против перекупщиков прокладок

**Внезапно**

### В сети обсуждают слитые данные клиентов «Яндекс.Еды»: одни шутят, другие думают о переезде

3/25/22, 8:06 PM
Case 1:21-cv-10260-DLC Document 52-26 Filed 03/25/22 Page 17 of 21
Google sued to take Russians to court over mailing of botnet that attacked Yandex — Afisha Daily



## Subscribe to the Afisha Daily Newsletter

| YOUR E-MAIL | Subscribe |

By clicking the "Subscribe" button, you agree to the mailing list rules

**Мемология**

## Битва за сахар: как ажиотажный спрос на сладкий песок стал поводом для мемов



СОБЫТИЯ НЕДЕЛИ НА AFISHA.RU

мультфильм

рок

### Финник
Домовой заводит дружбу с девочкой

### «Брат-2: Живой Soundtrack»: «Сплин», «Би-2», Вячеслав Бутусов
Песни из главного фильма постсоветской России живьем

## РЕКОМЕНДАЦИИ ПАРТНЕРОВ

**«IKEA. Есть идея — рады за вас». Кто придумал новые слоганы для брендов, ушедших из России**



**Куда идти вместо «Макдоналдса»: 7 мест с хорошим**

3/25/22, 8:06 PM
Case 1:21-cv-10260-DLC Document 52-26 Filed 03/25/22 Page 18 of 21
Google sued two Russians suspected of managing a botnet that attacked Yandex - Afisha Daily

7 мест с хорошим
недорогим
фастфудом

12 Марта 04:06

## Subscribe to the Afisha Daily Newsletter

YOUR E-MAIL    Subscribe

By clicking the "Subscribe" button, you agree to the mailing list rules

✕

Литвиновой,
но сохранил
их в актуальном
репертуаре

24 Марта 11:14

Hyatt Hotels
разрывает контракты
с московским отелем
Hyatt Regency
Moscow Petrovsky
Park

25 Марта 10:46

Путин подписал указ
об освобождении
Чубайса
от должности
спецпредставителя
президента

25 Марта 07:40

Кот Степан
из Харькова
нашелся.
Он и его хозяйка
две недели
не выходили
на связь

18 Марта 09:22

Импортных
продуктов станет
меньше. Как
будут работать
рестораны?

23 Марта 13:40

Мединский:
во второстепенным
вопросам Россия
и Украина
сближаются,
по главным —
«топчутся на месте»

25 Марта 11:27

«Макдоналдс»
закрывается. Как
прошел предпоследний
день работы ресторана
на Пушкинской

14 Марта 14:25

В крови человека
впервые обнаружили
частицы
микропластика

25 Марта 14:49

СЖР обратился
в Генпрокуратуру
с просьбой принять
меры против Google
и YouTube

24 Марта 05:33

Apple ограничила
оплату картами
«Мир»

24 Марта 09:10

Case 1:21-cv-10260-DLC Document 52-26 Filed 03/25/22 Page 19 of 21

Помощь Украине

## Subscribe to the Afisha Daily Newsletter

YOUR E-MAIL | Subscribe

By clicking the "Subscribe" button, you agree to the mailing list rules

посетители ТЦ — о закрытиях магазинов и шопинге в новой

15 Марта 10:45

«Афиша» делает театры доступнее, предлагая скидки на сотни спектаклей по всей стране

24 Марта 07:51

6 спектаклей, билеты на которые можно купить

25 Марта 11:21

«Будто отрубили руки»: как блокировка Meta повлияла на благотворительные фонды

16 Марта 11:39

«Все, чем ты жил, могут просто уничтожить»: инфлюэнсеры — о блокировках и будущем блогинга

16 Марта 11:30

Платформа «Авито» стала самостоятельным бизнесом в России

25 Марта 08:06

Из новой серии «Смешариков» вырезали слова «войнушка» и «захватчики»

24 Марта 11:13

США ввели новые санкции — против российских депутатов, оборонных предприятий и золота ЦБ

24 Марта 10:05

Что покупать? 7 релизов недели: от вещей с голубого мира Ushatáva до часов-джелато Casio

19 Марта 04:00

Рецепт в пост: как приготовить пирог с сухофруктами и халвой

22 Марта 11:26

На Марину Овсянникову

## Subscribe to the Afisha Daily Newsletter

YOUR E-MAIL

Subscribe

By clicking the "Subscribe" button, you agree to the mailing list rules

✕

### теперь можно следить в телеграме

16 Марта 11:30

каналы Гостелерадиофонда

24 Марта 06:20

«Новатэк» заморозил работы почти по всем своим перспективным проектам

25 Марта 06:03

возбудили еще одно административное дело

Студентам-программистам вечерней и заочной форм обучения собираются дать отсрочку от армии

25 Марта 12:55

«Коммерсант»: импорт алкоголя в Россию может сократиться на 40%

24 Марта 09:20

Финляндия с 28 марта прекращает пассажирское железнодорожное сообщение с Россией

25 Марта 03:29

### Основы медиагигиены: как сейчас читать СМИ, пользоваться соцсетями и не сойти с ума

25 Марта 13:20

### С «Волшебной горы» в концентрационный лагерь: 4 книги о туберкулезе

23 March 05:36

### What changes do we expect from music in Russia?

21 March 03:30

## OTHER RELATED MATERIALS

TAGS    GOOGLE    YANDEX

PEOPLE    ALEXANDER FILIPPOV

## Subscribe to the Afisha Daily Newsletter

YOUR E-MAIL          Subscribe

By clicking the "Subscribe" button, you agree **to the mailing list rules**



YOUR E-MAIL          Subscribe

TAGS                    APPLICATION "POSTERS"

THE AUTHORS             GUIDES "POSTERS"

CATEGORIES              POSTER-SERIES           "AFISHA DAILY" IN THE SOCIAL. NETWORKS

SPECIAL PROJECTS        EDA.RU

ARCHIVE                 PICNIC "AFISHA"

mobile version          Found an error? Select it and    By clicking the "Subscribe" button, you agree **to the Mailing Rules**    18+
                        press Ctrl + Enter

© 1999–2022 Afisha Company LLC                                                     Terms of use