# **EXHIBIT 27**

3/25/22, 8:08 PM
Google подала в суд на группу хакеров за создание ботнета, заразившего более миллиона компьютеров. Среди обвиняем…

Case 1:21-cv-10260-DLC Document 52-27 Filed 03/25/22 Page 2 of 11



_ НОВОСТИ / НОВОСТИ ОБЩЕСТВА _  _ 08.12.2021, 13:32 _

# Google подала в суд на группу хакеров за создание ботнета, заразившего более миллиона компьютеров. Среди обвиняемых — двое россиян

Компания требует возместить ущерб от взломов и навсегда запретить хакерам пользоваться сервисами Google.



РЕДАКЦИЯ ESQUIRE
*редакция*

Тэги: россия | google | хакеры

МЫ ИСПОЛЬЗУЕМ COOKIE, ЧТОБЫ ОБЕСПЕЧИТЬ ВАС ЛУЧШИМ КОНТЕНТОМ. ПОДРОБНЕЕ ∨

OK

UNSPLASH

G oogle подала иск в Окружной суд Нью-Йорка против хакерской группы Glupteba, создавшей ботнета, который заразил более миллиона компьютеров по всему миру. Об этом сообщает TechCrunch.

— РЕКЛАМА – ПРОДОЛЖЕНИЕ НИЖЕ —

В иске компании значатся имена двух россиян: Дмитрия Старовикова и Александра Филиппова — и еще 15 анонимных хакеров.

Google называет двух россиян основными операторами ботнета Glupteba, ссылаясь на данные их учетных записей Gmail и Google Workspace, которые они якобы создали для «управления преступным предприятием».

Компания требует, чтобы Старовиков и Филиппов возместили причиненный ущерб и навсегда перестали пользоваться сервисами Google.

По данным Google, сеть ботов Glupteba на сегодняшний день заразила около 1 миллиона компьютеров с Windows по всему миру, причем количество таких устройств ежедневно увеличивается на тысячи. Корпорация следит за этим ботнетом с 2020 года.

Отмечается, что компьютеры заражаются через загрузку бесплатных программ на сайтах. В итоге ботнет крадет учетные и другие данные пользователей, а также тайно добывает криптовалюту и настраивает прокси для перенаправления трафика.

В Google уверены, что хакеры могут в любой момент использовать Glupteba «для мощной атаки». В иске также говорится, что Glupteba отличается от других вредоносных программ своей «технической сложностью» и использованием блокчейна.

Вы читаете материалы о хакерских атаках?

| ДА | НЕТ |



ОБСУДИТЬ

МЫ ИСПОЛЬЗУЕМ COOKIE, ЧТОБЫ ОБЕСПЕЧИТЬ ВАС ЛУЧШИМ КОНТЕНТОМ.  ПОДРОБНЕЕ



ОК

Google подала в суд на группу хакеров за создание ботнета, заразившего более миллиона компьютеров. Среди обвиняем…

# Россияне назвали героев и антигероев СССР. Больше всего симпатий у Юрия Гагарина, а главным антигероем стал Михаил Горбачев

Иосиф Сталин попал в тройку лидеров как героев, так и антигероев.



РЕДАКЦИЯ ESQUIRE
*редакция*

Тэги: ссср | опрос | иосиф сталин | юрий гагарин



PHOTOGRAPHERS / LEGION MEDIA

Россияне сообщили социологам ВЦИОМ, к каким деятелям СССР они испытывают симпатии и антипатии. Телефонный опрос провели 24 ноября в рамках совместного с РБК проекта «30 лет без СССР». В опросе приняли участие 1,6 тысячи россиян в возрасте от 18 лет.

РЕКЛАМА – ПРОДОЛЖЕНИЕ НИЖЕ

МЫ ИСПОЛЬЗУЕМ COOKIE, ЧТОБЫ ОБЕСПЕЧИТЬ ВАС ЛУЧШИМ КОНТЕНТОМ. ПОДРОБНЕЕ

OK

3/25/22, 8:08 PM                Google подала в суд на группу хакеров за создание ботнета, заразившего более миллиона компьютеров. Среди обвиняем…

Case 1:21-cv-10260-DLC   Document 52-27   Filed 03/25/22   Page 5 of 11

## Антигерои

Согласно результатам опроса, главным антигероем стал последний генеральный секретарь ЦК КПСС, президент СССР Михаил Горбачев, в период правления которого распался Советский Союз. Он лидирует с большим отрывом — 20% голосов.

Отмечается, что имя Горбачева в основном звучало среди мужчин (26% по сравнению с 15% ответов женщин). Люди с высшим образованием (законченным и незаконченным) чаще называли его антигероем (21%), чем те, кто не окончил школу.

Второе место разделили сразу три политика, получивших по 11% голосов. Это советские лидеры Иосиф Сталин и Никита Хрущев, а также глава НКВД Лаврентий Берия.

Сталина одинаково часто называли как мужчины, так и женщины (11 и 12%). Кроме того, чем моложе респонденты, тем чаще они отзывались о нем в негативном ключе (так считает каждый пятый участник опроса в возрасте от 18 до 24 лет, среди респондентов старше 60 лет об антипатии к Сталину заявили 7%).

Третье место занял Борис Ельцин (9%), затем идут Леонид Брежнев (5%), еще один глава НКВД Николай Ежов (4%) и Владимир Ленин (4%).

РЕКЛАМА – ПРОДОЛЖЕНИЕ НИЖЕ

Среди антигероев россияне также назвали воевавшего на стороне нацистов генерала Андрея Власова (2%), писателя Александра Солженицына (2%), Адольфа Гитлера (1%), советского лидера Юрия Андропова (1%), первую женщину-космонавта Валентину Терешкову (менее 1%), серийного убийцу Андрея Чикатило (менее 1%, чаще его называли женщины, чем мужчины).

Некоторые участники опроса назвали деятелей более позднего периода — создателя финансовой пирамиды Сергея Мавроди, Владимира Путина, Дмитрия Медведева (у каждого менее 1%).

При этом почти половина респондентов (40%) не смогли назвать ни одного антигероя времен СССР.

## Герои

Главным героем СССР россияне считают космонавта Юрия Гагарина — он набрал 41%, причем одинаково среди мужчин и женщин. «Образ Гагарина выступает знаковым символом советской эпохи, одним из наиболее

МЫ ИСПОЛЬЗУЕМ COOKIE, ЧТОБЫ ОБЕСПЕЧИТЬ ВАС ЛУЧШИМ КОНТЕНТОМ. ПОДРОБНЕЕ

OK

3/25/22, 8:08 PM                    Google подала в суд на группу хакеров за создание ботнета, заразившего более миллиона компьютеров. Среди обвиняем…

Case 1:21-cv-10260-DLC   Document 52-27   Filed 03/25/22   Page 6 of 11

Второе место получил советский полководец Георгий Жуков (22% голосов). «Он не только герой войны, он еще и в 1990-х годах активно противопоставлялся Сталину: продвигалась точка зрения, что победить удалось не благодаря, а вопреки действиям генералиссимуса, а главным народным полководцем был Жуков», — комментирует Михайлова.

Сталин занял третье место в списке героев с 20% голосов (28% мужчин и 14% женщин). По словам эксперта, это объясняется тем, что его жестокий образ также разбавляется «позитивным опытом прошлого (прежде всего победой в Великой Отечественной войне)».

РЕКЛАМА – ПРОДОЛЖЕНИЕ НИЖЕ

Далее идет Леонид Брежнев (9%). «Для старшего поколения его эпоха — это время стабильности, предсказуемости и период реальных материальных улучшений. Люди из коммуналок переезжали в отдельные квартиры, был построен АвтоВАЗ», — говорит политолог Алексей Макаркин.

Героями СССР также назвали главу советской космической программы Сергея Королева (8%), Владимира Ленина (7%), летчика Алексея Маресьева (4%), ученого и правозащитника Андрея Сахарова (4%), космонавта Валентину Терешкову (3%), маршала Константина Рокоссовского (3%), героев Великой Отечественной войны Александра Матросова (3%) и Зою Космодемьянскую (3%).

Россияне также упоминали Владимира Путина, Александра Пушкина, Сергея Шойгу и Леонида Рошаля.

Вы согласны с результатами опроса?

| ДА | НЕТ |



ОБСУДИТЬ

МЫ ИСПОЛЬЗУЕМ COOKIE, ЧТОБЫ ОБЕСПЕЧИТЬ ВАС ЛУЧШИМ КОНТЕНТОМ. ПОДРОБНЕЕ

OK

_ NEWS / SOCIETY NEWS _                                               _ 08.12.2021, 13:32 _

# Google is suing a group of hackers for creating a botnet that has infected more than a million computers. Among the accused are two Russians

The company is demanding damages from the hacks and a permanent ban on hackers from using Google services.

 **EDITORIAL ESQUIRE**
*edition*

**Tags:** russia | google | hackers



WE USE COOKIES TO PROVIDE YOU WITH THE BEST CONTENT. MORE

OK

3/25/22, 8:08 PM                    Google is suing a group of hackers for creating a botnet that has infected more than a million computers. Among the accused are t…

Case 1:21-cv-10260-DLC   Document 52-27   Filed 03/25/22   Page 8 of 11

UNSPLASH

G oogle has filed a lawsuit in New York District Court against the hacker group Glupteba, which created a botnet that infected more than a million computers worldwide. About it informs tech crunch.

ADVERTISING - CONTINUED BELOW

The company's lawsuit lists the names of two Russians: Dmitry Starovikov and Alexander Filippov, and 15 other anonymous hackers.

Google names the two Russians as the main operators of the Glupteba botnet, referring to their Gmail and Google Workspace account details they allegedly set up to "run a criminal enterprise."

The company demands that Starovikov and Filippov compensate for the damage caused and permanently stop using Google services.

According to Google, the Glupteba bot network has infected about 1 million Windows computers worldwide to date, with the number of such devices increasing by thousands every day. The corporation has been monitoring this botnet since 2020.

It is noted that computers become infected through downloading free programs on websites. As a result, the botnet steals user credentials and other data, and also secretly mines cryptocurrency and sets up a proxy to redirect traffic.

Google is confident that hackers can use Glupteba "for a powerful attack" at any time. The lawsuit also states that Glupteba differs from other malware in its "technical complexity" and its use of the blockchain.

## Do you read materials about hacker attacks?

| YES | NOT |

**DISCUSS**

WE USE COOKIES TO PROVIDE YOU WITH THE BEST CONTENT. MORE

OK

3/25/22, 8:08 PM
Case 1:21-cv-10260-DLC   Document 52-27   Filed 03/25/22   Page 9 of 11
Google is suing a group of hackers for creating a botnet that has infected more than a million computers. Among the accused are t…

Joseph Stalin was in the top three of both heroes and anti-heroes.


**EDITORIAL ESQUIRE**
*edition*

Tags: the ussr | survey | joseph stalin | yuri gagarin



PHOTOGRAPHERS / LEGION MEDIA

Russians reported VTsIOM sociologists, to what figures of the USSR they feel sympathy and antipathy. The telephone survey was conducted on November 24 as part of the 30 Years Without the USSR joint project with RBC. The survey involved 1.6 thousand Russians aged 18 years and over.

--- ADVERTISING - CONTINUED BELOW ---

WE USE COOKIES TO PROVIDE YOU WITH THE BEST CONTENT. MORE

OK

3/25/22, 8:08 PM

Case 1:21-cv-10260-DLC   Document 52-27   Filed 03/25/22   Page 10 of 11

Google is suing a group of hackers for creating a botnet that has infected more than 2 million computers. Among the accused are t…

Согласно результатам опроса, главным антигероем стал последний генеральный секретарь ЦК КПСС, президент СССР Михаил Горбачев, в период правления которого распался Советский Союз. Он лидирует с большим отрывом — 20% голосов.

Отмечается, что имя Горбачева в основном звучало среди мужчин (26% по сравнению с 15% ответов женщин). Люди с высшим образованием (законченным и незаконченным) чаще называли его антигероем (21%), чем те, кто не окончил школу.

Второе место разделили сразу три политика, получивших по 11% голосов. Это советские лидеры Иосиф Сталин и Никита Хрущев, а также глава НКВД Лаврентий Берия.

Сталина одинаково часто называли как мужчины, так и женщины (11 и 12%). Кроме того, чем моложе респонденты, тем чаще они отзывались о нем в негативном ключе (так считает каждый пятый участник опроса в возрасте от 18 до 24 лет, среди респондентов старше 60 лет об антипатии к Сталину заявили 7%).

Третье место занял Борис Ельцин (9%), затем идут Леонид Брежнев (5%), еще один глава НКВД Николай Ежов (4%) и Владимир Ленин (4%).

ADVERTISING - CONTINUED BELOW

Среди антигероев россияне также назвали воевавшего на стороне нацистов генерала Андрея Власова (2%), писателя Александра Солженицына (2%), Адольфа Гитлера (1%), советского лидера Юрия Андропова (1%), первую женщину-космонавта Валентину Терешкову (менее 1%), серийного убийцу Андрея Чикатило (менее 1%, чаще его называли женщины, чем мужчины).

Некоторые участники опроса назвали деятелей более позднего периода — создателя финансовой пирамиды Сергея Мавроди, Владимира Путина, Дмитрия Медведева (у каждого менее 1%).

При этом почти половина респондентов (40%) не смогли назвать ни одного антигероя времен СССР.

### Герои

Главным героем СССР россияне считают космонавта Юрия Гагарина — он набрал 41%, причем одинаково среди мужчин и женщин. «Образ Гагарина выступает знаковым символом советской эпохи, одним из наиболее

WE USE COOKIES TO PROVIDE YOU WITH THE BEST CONTENT. MORE

OK

3/25/22, 8:08 PM

Case 1:21-cv-10260-DLC   Document 52-27   Filed 03/25/22   Page 11 of 11

Google is suing a group of hackers for creating a botnet that has infected more than 1.2 million computers. Among the accused are t…

1990-х годах активно противопоставлялся Сталину: продвигалась точка зрения, что победить удалось не благодаря,

а вопреки действиям генералиссимуса, а главным народным полководцем был Жуков», — комментирует Михайлова.

Сталин занял третье место в списке героев с 20% голосов (28% мужчин и 14% женщин). По словам эксперта, это объясняется тем, что его жестокий образ также разбавляется «позитивным опытом прошлого (прежде всего победой в Великой Отечественной войне)».

ADVERTISING - CONTINUED BELOW

Далее идет Леонид Брежнев (9%). «Для старшего поколения его эпоха — это время стабильности, предсказуемости и период реальных материальных улучшений. Люди из коммуналок переезжали в отдельные квартиры, был построен АвтоВАЗ», — говорит политолог Алексей Макаркин.

Героями СССР также назвали главу советской космической программы Сергея Королева (8%), Владимира Ленина (7%), летчика Алексея Маресьева (4%), ученого и правозащитника Андрея Сахарова (4%), космонавта Валентину Терешкову (3%), маршала Константина Рокоссовского (3%), героев Великой Отечественной войны Александра Матросова (3%) и Зою Космодемьянскую (3%).

Россияне также упоминали Владимира Путина, Александра Пушкина, Сергея Шойгу и Леонида Рошаля.

Вы согласны с результатами опроса?

| ДА | НЕТ |

ОБСУДИТЬ

WE USE COOKIES TO PROVIDE YOU WITH THE BEST CONTENT. MORE

OK