# **EXHIBIT 28**

3/25/22, 8:09 PM
Google обвинил россиян в заражении более 1 миллиона компьютеров и создании «непобедимой» хакерской системы — Р…

Case 1:21-cv-10260-DLC Document 52-28 Filed 03/25/22 Page 2 of 9

Весь Рамблер | В мире | Новости Москвы | Политика | Общество | Вход

**Рамблер/**

Поиск по интернету

Войти в почту

+13° в Вашингтоне | USD 95.66 | EUR 105.27

Мы здесь, ждём вас!
Читайте Рамблер в Одноклассниках
Подписаться

8 декабря 2021  A+  A-

# Google обвинил россиян в заражении более 1 миллиона компьютеров и создании «непобедимой» хакерской системы


Ferra.ru и ещё 1





Фото: Ferra.ru

В сети появилась информация о свежем иске Google, поданном в Окружной суд Нью-Йорка. В качестве ответчиков, внезапно, выступают два россиянина — Дмитрий Старовиков и Александр Филиппов.

**Кинотеатры решили заморозить цены на билеты**

Рамблер/финансы

Читать

**Главное сейчас**

СМИ: «Маневр Путина с газом

3/25/22, 8:09 PM — Google обвинил россиян в заражении более 1 миллиона компьютеров и создании непобедимой хакерской системы — Р…

Case 1:21-cv-10260-DLC Document 52-28 Filed 03/25/22 Page 3 of 9

По версии поискового гиганта, именно эти два человека ответственны за создание ботнета Glupteba, который на сегодняшний день заразил уже более 1 млн Windows-пользователей по всему миру.

При этом в Google уже признали, что вымогатели могут использовать Glupteba «в любой момент для мощной атаки». И самое опасное во всей ситуации, что сеть невозможно полностью обезвредить. Связано это с её «технической сложностью» и использованием технологии блокчейн для защиты от сбоев.

В качестве наказания для россиян, IT-гигант требует взыскать сумму для возмещения ущерба от взлома, а также навсегда запретить им пользоваться её сервисами.

### Ferra.ru: последние новости

- Когда впервые появился каннибализм? Учёные выяснили
- Учёные назвали настоящий возраст Млечного Пути
- Почему опасно есть слишком много соли и сахара и от каких блюд лучше отказаться

Интернет, Ситуация в мире, Александр Филиппов, Google

ошарашил Запад»

41 минуту назад  14

Белый дом разъяснил слова Байдена об отправке войск на Украину

2 часа назад  17

В Польше выступили с призывом «вернуть Калининград»

1 час назад  26

### Новости партнеров



"Окончательно потерял остатки рассудка": Кадыров жестко ответил Байдену



В США заявили, что Путин издевается на Западом



Зеленский – "азовцам": "Умрите, дурни"

Бравший аэродром под Киевом летчик рассказал о подлой тактике ВСУ

1 час назад  1

3/25/22, 8:09 PM  Google обвинил россиян в заражении более 1 миллиона компьютеров и создании непобедимой хакерской системы — Р…

Case 1:21-cv-10260-DLC Document 52-28 Filed 03/25/22 Page 4 of 9

10 часов назад  A+  A−

# Трюдо призвали не пускать в Европарламент после слов о Путине

 1   4

Немецкий политик, евродепутат Кристин Андерсон призвала не пускать премьера Канады Джастина Трюдо в Европарламент «из-за извращенного понимания демократии». Об этом сообщает РИА Новости со ссылкой на эфир Fox News.



Фото: Reuters

Во время своего выступления перед Европарламентом Трюдо назвал президента РФ Владимира Путина недемократичным.

+ читать дальше

Джастин Трюдо,  Владимир Путин,  Европарламент

3

## Новости партнеров

### Рекомендации

В Израиле расшифрованы древнейшие «проклятия Моисея»

6 часов назад

В Минобороны России заявили о перехвате приказа о наступлении ВСУ…

8 часов назад  1

Египет нашел замену российским и украинским туристам

7 часов назад  2

3/25/22, 8:09 PM
Google обвинил россиян в заражении более 1 миллиона компьютеров и создании непобедимой хакерской системы — Р…

Case 1:21-cv-10260-DLC   Document 52-28   Filed 03/25/22   Page 5 of 9



«Газпром» остановит поставки газа в Китай
news-evi.net

Варшавер выдал печальные новости о пропавшем Хазанове
popcornnews.ru

30 продуктов, от которых вес уходит сам
vsenovosti.net

Кормухина вывела на чистую воду уехавшую из России Хаматову
day.ru

Песков сказал, как уволился Чубайс
РИА Новости



18+

В мире
Новости Москвы
Политика
Общество
Ещё

В мире
Новости Москвы
Политика
Общество
Ещё

Сравнение кредитов
Экономика
Компании
Рынки
Ещё

Звёзды
Психология
Еда
Любовь
Ещё

Кино
Фильмы
ТВ
Сериалы
Актеры
Ещё

Спорт
Премьер-лига
Футбол
Хоккей
Бокс
Ещё

Авто
Автоновости
ДТП
Тест-драйвы
Автоэксперт
Ещё

Промокоды
Wildberries RU
Ozon
Беру
Apteka.ru
Ещё

Субботний
Истории
Люди
Вещи
Безумный мир
Ещё

Доктор
Новости
Коронавирус
Болезни и лекарства
Наука
Ещё

Гороскопы
Сонник
Имена
Гадания
Лунный гороскоп
Ещё

Путешествия
Новости путешествий
Отдых в России
Личный опыт
Заграница
Ещё

© Рамблер — главные новости России и мира, гороскопы, почта, поиск и другие полезные сервисы       Мобильная версия

О проекте      Редакционная политика      Реклама      Помощь      Вакансии      Пользовательское соглашение

3/25/22, 8:09 PM
Google обвинил россиян в заражении более 1 миллиона компьютеров и создании непобедимой хакерской системы — Р…

Case 1:21-cv-10260-DLC Document 52-28 Filed 03/25/22 Page 6 of 9

Рамблер/

Internet search

Login to mail

+13° in Washington    USD **95.66**    EUR **105.27**



December 8, 2021    A+  A-

# Google accuses Russians of infecting more than 1 million computers and creating an "invincible" hacker system

 Ferra.ru  and  1 more





Photo: Ferra.ru

The network has information about a fresh Google lawsuit filed in the District Court of New York . As defendants, suddenly, two Russians act - Dmitry Starovikov and Alexander Filippov

← All Rambler   In the world   Moscow News   Politics   Society   Incide   entrance

Кинотеатры решили заморозить цены на билеты

Рамблер/финансы

Читать

The main thing now



According to the search giant, these two people are responsible for the creation of the Glupteba botnet, which has infected more than 1 million Windows users worldwide to date.

At the same time, Google has already acknowledged that ransomware can use Glupteba "at any time for a powerful attack." And the most dangerous thing in the whole situation is that the network cannot be completely neutralized. This is due to its "technical complexity" and the use of blockchain technology to protect against failures.

As a punishment for the Russians, the IT giant demands to recover the amount to compensate for the damage from the hack, as well as permanently ban them from using its services.

### Ferra.ru: latest news

- When did cannibalism first appear? Scientists have found
- Scientists have named the real age of the Milky Way
- Why is it dangerous to eat too much salt and sugar and what dishes should be avoided

Internet,  The situation in the world,  Alexander Filippov,  Google

stunned the West"

41 minutes ago    fourteen

White House clarifies Biden's words about sending troops to Ukraine

2 hours ago   17

In Poland, an appeal was made to "return Kaliningrad"

1 hour ago   26

## Partner news


"Finally lost the remnants of reason": Kadyrov harshly answered Biden


"The war is being waged with the United States": the West has long been looking for fools to attack Russia


In the US, they said that Putin is mocking the West


Zelensky - "Azov": "Die, fools"


The pilot who took the airfield near Kiev spoke about the vile tactics of the Armed Forces of Ukraine

← All Rambler    In the world    Moscow News    Politics    Society    Incide                                    entrance

10 часов назад   A+   A-

# Трюдо призвали не пускать в Европарламент после слов о Путине

1   4

Немецкий политик, евродепутат Кристин Андерсон призвала не пускать премьера Канады Джастина Трюдо в Европарламент «из-за извращенного понимания демократии». Об этом сообщает РИА Новости со ссылкой на эфир Fox News.


Фото: Reuters

Во время своего выступления перед Европарламентом Трюдо назвал президента РФ Владимира Путина недемократичным.

+ читать дальше

Джастин Трюдо, Владимир Путин, Европарламент          3

### Новости партнеров

### Рекомендации

В Израиле расшифрованы древнейшие «проклятия Моисея»
6 часов назад

В Минобороны России заявили о перехвате приказа о наступлении ВСУ…
8 часов назад   1

Египет нашел замену российским и украинским туристам



«Газпром» остановит поставки газа в Китай
news-evi.net

Варшавер выдал печальные новости о пропавшем Хазанове
popcornnews.com

30 продуктов, от которых вес уходит сам
vsenovosti.net

Кормухина вывела на чистую воду уехавшую из России Хаматову
day.ru

Песков сказал, как уволился Чубайс
RIA News

Новости партнеров



| | | | |
|---|---|---|---|
| В мире | В мире | Сравнение кредитов | Звезды |
| Новости Москвы | Новости Москвы | Экономика | Психология |
| Политика | Политика | Компании | Еда |
| Общество | Общество | Рынки | Любовь |
| Ещё | Ещё | Ещё | Ещё |

| Кино | Спорт | Auto | Promo codes |
|---|---|---|---|
| Фильмы | Премьер-лига | Auto News | Wildberries EN |
| ТВ | Футбол | car accident | Ozone |
| Сериалы | Хоккей | Test drives | I take |
| Актеры | Бокс | Autoexpert | Apteka.ru |
| Ещё | Yet | | Yet |

| Saturday | Doctor | Horoscopes | Trips |
|---|---|---|---|
| Stories | news | dream interpretation | Travel news |
| People | Coronavirus | Names | Holidays in Russia |
| Things | Diseases and medicines | divination | Personal experience |
| Crazy world | | Lunar horoscope | Abroad |
| Yet | Yet | Yet | Yet |

© Rambler - the main news of Russia and the world, horoscopes, mail, search and other useful services    mobile version

about the project    Editorial policy    Advertising    Help    Jobs    Terms of use