# **EXHIBIT 29**



Live feed    New posts    Search forums

✕ Hi Guest, our system has detected that an AdBlocker is installed in your browser which may block essential functions in BlackHatWorld. Please consider disabling the AdBlocker for all pages on BHW so you can use the core functionality of BHW.
You may not be aware, but any visitor supports our site by just viewing ads. All ad's are directly related to Internet Marketing.

Home  ›  Forums  ›  BlackHatWorld  ›  **BlackHat Lounge**  ›

# Dont.farm being sued by Google LLC

👤 PremiumAds · 🕐 Dec 15, 2021 · 🏷  dont.farm    dontfarm    google    hacked    lawsuit    sue

◂ Prev   1   **2**   3   4   5   Next ▸

Dec 15, 2021                                                                                        ⤴  #21

**FatBee**                                                    Joined:           Apr 4, 2015
Jr. VIP                                                       Messages:         3,018
[ Jr. VIP ]                                                   Reaction score:   2,874
                                                              Website:          optimizewp.net

"By taking advantage of the advance credit system, customers of Google Ads with Extracard.net credit cards on file have been able to "purchase" and execute ad campaigns without paying for them, causing monetary loss to Google"

This is funny, this should be:
"By taking advantage of the advance credit system, customers of Google Ads with Extracard.net credit cards on file have been able to "purchase" and execute ad campaigns without paying for them, causing less gains to Google on monthly bases while abusing their customers data"

its just funny 😁



🤣👍 frarg, AlexAkimbo, Gogol and 1 other person

Advertise on BHW

This site uses cookies to help personalise content, tailor your experience and to keep you logged in if you register.
By continuing to use this site, you are consenting to our use of cookies.        ✓ Accept    Learn more…

| Dec 15, 2021 | ⤳ #22 |

**nakamura**
Jr. VIP
Jr. VIP

Joined: Mar 22, 2013
Messages: 4,082
Reaction score: 6,648
Website: germanwriters.com

Such a joke:

"Defendants are Russian cybercriminals who have silently infiltrated more than a million computers and other devices around the globe to create a network"

What exactly is Google with Android, their search engine, analytics, etc.? Maybe Google is "silently infiltrating millions of computers and devices around the globe to create a network" by using Android OS, etc.? But thats just a conspiracy theory

👍 frarg

| Dec 15, 2021 | ⤳ #23 |

**PremiumAds**
Jr. VIP
Jr. VIP

Joined: Feb 28, 2014
Messages: 922
Reaction score: 555
Website: www.thepremiumads.com

> Rollfic said: ⤴
>
> So, OLD AGE ACCOUNTS = OBTAINED FRAUDLY.
>
> How people have access to a 2008/2009/2010/2014 FB account/Google account lol It's clear they were hacked and stolen.
>
> Nobody from 2008 made these accounts and kept with them just for the sake of selling after years. It ain't all candy and dandy
>
> Don't know why old age google fb yt social media and adv accounts are even allowed to sell here. -_- This certainly puts a bad rep on the
>
> Click to expand...

A lot of people farm accounts for years, it's not hard to use bots to mass create accounts and leave them there.
It's also possible to get real accounts by buying them from the original owners,
as far as I am aware these were the only sellers selling hacked accounts, and they were pretty open about it,
I guess being in Russia they never expected a lawsuit.

| Dec 15, 2021 | ⤳ #24 |

**Captain_Nothing**
Power Member

Joined: Mar 13, 2018
Messages: 547
Reaction score: 214

This site uses cookies to help personalise content, tailor your experience and to keep you logged in if you register.
By continuing to use this site, you are consenting to our use of cookies.   [✓ Accept]  [Learn more…]

### Google Sues Two Russians for Alleged Organized Crime Scheme
Alphabet Inc.'s Google is suing two Russian nationals it claims are part of a criminal enterprise that has silently infiltrated more than a million computers and devices around the world, creating "a modern technological and borderless incarnation of organized crime."
www.bloomberg.com

### Google Sues to Shutter Cryptojacking Botnet That Infected 1M+ Computers
The botnet used the Bitcoin blockchain to evade cybersecurity officials and remain online, Google alleged.
www.coindesk.com

👍 trollo100

---

Dec 15, 2021                                                                 #25

**GGAds**
Jr. VIP
`Jr. VIP`

Joined: Mar 12, 2016
Messages: 594
Reaction score: 105

I think the reason is due to political tension between USA and Russia, not technical issue.

Gmail, Youtube, GGAds, FB and BM accounts at: https://ggads.shop/ and https://ezzygreen.com/

👍 AlexAkimbo

---

Dec 15, 2021                                                                 #26

**PremiumAds**
Jr. VIP
`Jr. VIP`

Joined: Feb 28, 2014
Messages: 922
Reaction score: 555
Website: www.thepremiumads.com

> GGAds said: ⬆
> I think the reason is due to political tension between USA and Russia, not technical issue.

They infected a million or more computers, stole accounts and also probably took hundreds of thousands in ad spend from Google, that sounds pretty justified.
A Facebook lawsuit will probably come soon.

👍 frarg and trollo100

---

Dec 15, 2021                                                                 #27

**Monzani**
Jr. VIP
`Jr. VIP`

Joined: Jun 3, 2019
Messages: 787

This site uses cookies to help personalise content, tailor your experience and to keep you logged in if you register.
By continuing to use this site, you are consenting to our use of cookies.    ✓ Accept    Learn more…



Making accounts to sell to people that will use them to use services and not pay for them is fraud anyone doing this will get sued eventually, unless they are somewhere remote like Afghanistan where good luck with getting a judgement.

And who said that Afghanistan is safe heaven. You can easily say GOODBYE to your arm for such fraud 😀



Dec 15, 2021                                                                      #31

**Monzani**
Jr. VIP

Joined: Jun 3, 2019
Messages: 787
Reaction score: 964

Extracard is also mentioned several times in this document...the admins should read this lawsuit and rethink the presence of these services on the forum, basically there are millions of infected users with stolen accounts being used without consent

Well, dozens of members have already said that, maybe with Google mentioning it some action will finally be taken

👍 praetserge, jamie3000, Lukmat and 1 other person

Dec 15, 2021                                                                      #32

**Lukmat**

Joined: Jan 22, 2008

Website: ogytcourse.com

> Monzani said: ⤴
>
> Extracard is also mentioned several times in this document...the admins should read this lawsuit and rethink the presence of these services on the forum, basically there are millions of infected users with stolen accounts being used without consent
>
> Well, dozens of members have already said that, maybe with Google mentioning it some action will finally be taken

Buying old accounts is not a problem, because some of these accounts were just farmed.
I was reading the lawsuit about using extracard and Google said that 2800 euro of ads fund were used and they were paid for half.
How? It's 100% ca.%@ing

**[COURSE] How to make money with Youtube and Content Locker - Making Video Proofs, Ranking Videos, Choosing Niche**

Dec 15, 2021                                                                      #33

**Diamond Damien**                                             Joined:           Oct 27, 2005

This site uses cookies to help personalise content, tailor your experience and to keep you logged in if you register.
By continuing to use this site, you are consenting to our use of cookies.    ✓ Accept   Learn more…



Premium Member

Reaction score:   18,923

Website:   www.BlackHatWorld.com

This is an allegation, not a judgement, that has been brought against one of our members. We have informed the member in question, frozen their ad account and await their response. Once a judgement has been made by the courts we will review our position based on the facts of the case.

Focused homepage? customise your BHW feed here.
**For questions relating to your account please use BHW support.**
New or need to refresh your BHW knowledge? Check out the Newbie Guide to BHW

👍 Jerk55, vilaus, Bexone and 5 others

---

Dec 15, 2021                                                                    #34



### PatJustPat
Power Member

Joined:   Apr 26, 2019
Messages:   615
Reaction score:   267

> Diamond Damien said: ⇧
>
> This is an allegation, not a judgement, that has been brought against one of our members. We have informed the member in question, frozen their ad account and await their response. Once a judgement has been made by the courts we will review our position based on the facts of the case.

Hopefully, you will reconsider the shit lists and refund request in retrospect! They still owe me money, and the shit list failed because first contact was made over Telegram… although I requested this particular type of account over BHW, as far as I remember!

---

Dec 15, 2021                                                                    #35

### Alexion
Regular Member

Joined:   Sep 9, 2021
Messages:   450
Reaction score:   698

Google is trying to indict them on RICO law, which, in the normal world, is translated to organized crime. Typically, this kind of work is performed by the F.B.I, not Larry Page & Friends. Even if(and that's a big IF) the allegation passes, and goes into a full investigation, the two so called "defendants" will most likely have to oblige, and show Google, the U.S. legal system & friends, the middle finger.

The fact that Google thinks they have any remote right to sue people in Eastern Europe is laughable, to say the least. The U.S. legal system uses the RICO law way too loose, and has gotten a lot of people extradited for petty crimes in the past. Crimes that in their countries(and the normal world) would have never sent people to jail in the first place, maybe a slap on the wrist.

To all claiming the forum should do something about it, BHW is not the police. If this was the case, a lot of the services

This site uses cookies to help personalise content, tailor your experience and to keep you logged in if you register.
By continuing to use this site, you are consenting to our use of cookies.   ✓ Accept   Learn more…



3/25/22, 9:46 PM  Don't farm! Being Sued by Google LLC | Page 2 | BlackHatWorld

Case 1:21-cv-10260-DLC Document 52-29 Filed 03/25/22 Page 9 of 10



