# **EXHIBIT 30**



КРИПТА ДО 1500$ CPA





ГЛАВНАЯ   »   НОВОСТИ

# Сервис облачных аккаунтов dont.farm объявил о своём закрытии



| АВТОР | НА ЧТЕНИЕ | ПРОСМОТРОВ | ОПУБЛИКОВАНО |
|---|---|---|---|
| AffTimes | 1 мин | 2282 | 13 декабря, 2021 |

13 декабря закрылся сервис облачных аккаунтов dont.farm. Об этом сообщили представители сервиса в своём Телеграм-чате:



Причиной закрытия стала недобросовестная работа провайдера. Буквально за неделю до этого сервис тоже испытывал сбои в работе:



Сайт сервиса на текущий момент не работает:



Ранее в Телеграм-канале SecAtor появилась новость — Google подал в суд на ботнета Glupteba. В судебных документах упоминаются живущие в России Дмитрий Старовиков и Александр Филиппов — якобы они

являются создателями вредоносного ботнета Glupteba.

Более того, именно их считают теми, кто развернул несколько сервисов (**dont.farm**, awmproxy, **extracard**, AWMProxy.net, vd.net, abm.net) для реализации украденных через ботнет учетных данных к аккаунтам Google и Facebook, данных кредитных карт, а также доступ к виртуальным машинам и прокси, которые использовались в других преступных схемах: незаконной добыче криптовалюты, компьютерном мошенничестве, нарушении прав на товарный знак, показ вредоносной рекламы и др.

И пока хакеров ждёт суд, мы связались с представителями сервиса в надежде задать уточняющие вопросы, но они отказались от любых комментариев:



Позже, один из представителей и вовсе удалил свой аккаунт в Телеграме:



Вероятнее всего, сервис решил оперативно свернуть свою деятельность, поскольку над его создателями (и скорее всего над всеми причастными) нависла невыдуманная угроза — уголовная ответственность. Мы будем следить за новой информацией и обновлять материал. Подписывайтесь на наш Телеграм-канал, чтобы быть в курсе.

Dont.farm — сервис, предоставлявший облачные аккаунты Facebook, Google и Twitter для арбитража трафика.

#dont.farm    #facebook    #аккаунты

АВТОР
**AffTimes**

## Добавить комментарий

Ваш адрес email не будет опубликован. Обязательные поля помечены *

Имя *

Email *

Комментарий *

Отправить комментарий





## Читайте также








**Яндекс купит рекламную платформу eLama**

👁 111   💬 0

**Модераторы Facebook бастуют уже больше недели**

👁 218   💬 0



**Возвращение ePayments спустя 2 года: что будет с замороженными денежными средствами**

👁 493   💬 1

**Центробанк начнет контролировать все денежные переводы между гражданами РФ**

👁 303   💬 0



Мы — эксперты в аффилейт маркетинге и арбитраже трафика. Наша цель — делиться с сообществом кейсами, мануалами и инструкциями.
Пришло время лить в плюс!

О ПОРТАЛЕ   КОМАНДА   ОБРАТНАЯ СВЯЗЬ   КАРТА САЙТА   РЕКЛАМА НА AFFTIMES

© 2020-2022 AffTimes.com



CRYPT UP TO $1500 CPA





HOME   »   NEWS

# Cloud account service dont.farm announced its closure



| AUTHOR | READING | VIEWS | PUBLISHED |
|---|---|---|---|
| AffTimes | 1 minute | 2282 | December 13, 2021 |

On December 13, the dont.farm cloud account service was closed. This was reported by representatives of the service in their Telegram chat:



The reason for the closure was the unscrupulous work of the provider. Just a week before, the service also experienced malfunctions:



The site of the service is currently not working:





Earlier, news appeared in the SecAtor Telegram channel - Google sued the Glupteba botnet. Court documents mention Dmitry Starovikov and Alexander Filippov, who live in Russia, as allegedly the creators of the malicious

Glupteba botnet.

Moreover, they are considered to be those who deployed several services ( **dont.farm** , awmproxy, **extracard** , AWMProxy.net, vd.net, abm.net) to implement credentials stolen via a botnet to Google and Facebook accounts, credit card data, as well as access to virtual machines and proxies that were used in other criminal schemes: illegal mining of cryptocurrency, computer fraud, trademark infringement, display of malicious advertising, etc.

And while the hackers are waiting for the court, we contacted the representatives of the service in the hope of asking clarifying questions, but they refused to make any comments:



Later, one of the representatives completely deleted his Telegram account:



Most likely, the service decided to quickly curtail its activities, since an unimagined threat hung over its creators (and most likely over all those involved) - criminal liability. We will follow new information and update the material. Subscribe to our Telegram channel to keep up to date.

Dont.farm is a service that provided Facebook, Google and Twitter cloud accounts for traffic arbitrage.

#dont farm     #facebook     #accounts



AUTHOR
**AffTimes**

## Add a comment

Your email address will not be published. Required fields are marked *

Name *

Email *

**A comment ***

**Submit Comment**





## Read also








#### Yandex will buy the eLama advertising platform

👁 111      💬 0

#### Facebook moderators have been on strike for more than a week

👁 218      💬 0




#### Return of ePayments after 2 years: what will happen to the frozen funds

👁 493      💬 one

#### The Central Bank will begin to control all money transfers between citizens of the Russian Federation

👁 303      💬 0



We are experts in affiliate marketing and traffic arbitrage. Our goal is to share cases, manuals and instructions with the community. It's time to pour in plus!

ABOUT THE PORTAL    COMMAND    FEEDBACK    MAP OF SITE    ADVERTISING ON AFFTIMES

© 2020-2022 AffTimes.com