# **EXHIBIT 31**





Главная > Новости

## Почему закрылись Dont.farm и ExtraCard

Автор: **ProTraffic**    💬 0    13 декабря 2021

13 декабря стало известно, что хорошо известные в арбитражном комьюнити сервисы Dont.farm и ExtraCard прекратили свою деятельность «из-за недобросовестной работы провайдера». Об этом сообщили представители сервисов в своем **Telegram-чате**.



На данный момент оба сайта уже не активны.



Выяснить подробности у представителей кампании (сервисы принадлежат одному владельцу) не получилось даже у Afftimes.

ОФФЕРЫ НА ГЕМБЛУ

**Теперь самое интересное.** Через несколько часов стало известно, что еще 8 декабря в Telegram-канале SecAtor появился этот **пост**. Краткая суть: Google устроил крестовый поход против Glupteba — одного из крупных вредоносных ботнетов, который впервые был замечен еще в 2011 году. Согласно судебным **документам**, за атаками Glupteba стояли 17 хакеров, среди которых оказались два жителя РФ: Александр Филиппов и Дмитрий Стариков.

Последним вменяется создание сервисов: dont.farm, extracard, awmproxy, AWMProxy.net, abm.net и vd.net для продажи украденных через ботнет учеток Facebook и Google, реализации данных кредитных карт и пр.

ОФФЕРЫ НА ГЕМБЛУ



Скорее всего, вышеперечисленные сервисы решили оперативно свернуть свою работу, поскольку создателям вредоносного ПО уже предъявлен гражданский иск Google по линии Интерпола и спецслужб, после которого последует уголовное дело со всеми вытекающими. Следим за развитием событий!

Чат для арбитражников: @ProTrafficcom

💬 0                    13 декабря 2021                                                              -   0   +

Автор:                          Количество статей:              Рейтинг автора:
ProTraffic                      815                             46

Dont.farm    ExtraCard                                                        поделиться:

**Комментарии (0)**

Читатели еще не оставили комментарий, будьте первым

Для отправки комментария вам необходимо Авторизоваться

ОФФЕРЫ НА ГЕМБЛУ

**ProTraffic.com** — твой путеводитель по арбитражу трафика. Все фишки и экспертный контент от практиков, актуальные новости и аналитика, обучающие видео и интервью с лидерами рынка. Лей в плюс с ProTraffic!

| | | |
|---|---|---|
| Главная | Связки | Кейсы по арбитражу |
| Статьи | Офферы | Вопросы-ответы |
| Сети | Сервисы | Конференции |
| Партнерки | База знаний | Вакансии |

© 2019-2022, ProTraffic. Все права сохранены. Условия пользовательского соглашения

  



   







home  >  news

# Why Dont.farm and ExtraCard closed

Author:   ProTraffic        0       December 13, 2021

On December 13, it became known that the services Dont.farm and ExtraCard, well-known in the arbitration community, ceased their activities "due to the unscrupulous work of the provider." This was reported by representatives of the services in their **Telegram chat** .

  



Both sites are currently inactive.



**Even Afftimes failed** to find out the details from the representatives of the campaign (the services belong to the same owner) .



**Now the most interesting.** A few hours later, it became known that on December 8, this **post** appeared in the SecAtor Telegram channel . Summary: Google is on a crusade against Glupteba, one of the big malware *botnets that was first seen* back in 2011.

 

The latter is charged with the creation of services: dont.farm, extracard, awmproxy, AWMProxy.net, abm.net and vd.net for selling Facebook and Google accounts stolen through a botnet, selling credit card data, etc.



Most likely, the above services decided to quickly curtail their work, since the creators of malicious software have already been sued by Google through Interpol and special services, after which a criminal case will follow with all the consequences. We follow the development of events!

Chat for affiliates: @ProTrafficcom

0    December 13, 2021                                                                                                    −  0  +



Author:                         Number of articles:              Author rating:
ProTraffic                      815                              46

dont farm    extra card                                                              share:

**Comments (0)**

Readers have not left a comment yet, be the first

To post a comment, you need    **Login**

 



ProTraffic.com is your guide to traffic arbitrage. All chips and expert content from practitioners, current news and analytics, training videos and interviews with market leaders. Lei in plus with ProTraffic!

| | | |
|---|---|---|
| home | Bundles | Arbitration Cases |
| Articles | Offers | FAQ |
| networks | Services | Conferences |
| Affiliates | Knowledge base | Jobs |

© 2019-2022 ProTraffic. All rights reserved. User Agreement Terms