# **EXHIBIT 32**



Статьи    Полезные сервисы    Обзоры    Профит 200%



# Dont.farm и extracard закрыты: что случилось и к чему готовиться арбитражникам



Друзья, срочная новость! Из инсайд-источников стало известно, что сервис аренды аккаунтов dont.farm и сервис аренды виртуальных карт extracard закрыты. Домены не работают, компании обвиняют в кардинге и в ряде других преступлений.

[Подписывайтесь на CPA Live в Telegram!](#)



780 подписчиков



5999 подписчиков

## Теги

Досуг   Здоровье   Интересное   Лайфхак   Маркетинг   Отдых   Полезное   Сервис   Топ

## Реклама



## Что известно на 13.12?

Группа анализа угроз Google всерьез взялась за борьбу с ботнетом Glupteba. Glupteba — это один из крупных вредоносных ботнетов, который впервые был замечен в далеком 2011 году.

Вот какие меры против Glupteba принял Google Threat Analysis Group:

- Удаление более 63 миллионов документов в Google Docs;
- блокировка почти 1200 учетных записей;
- удаление 870 рекламных кабинетов;
- бан 908 облачных аккаунтов.

В многочисленных злодеяниях против крупных компаний и обычных пользователей обвинили 17 хакеров, в числе которых два жителя РФ: Дмитрий Старовиков и Александр Филиппов.

Но самое интересное вот в чем: Google обвиняет хакеров в создании сервисов, которые нужны были для продажи украденных через ботнет аккаунтов в Google и Facebook, а также для реализации данных кредиток, виртуальных машин и прокси. Среди таких сервисов оказались: dont.farm, awmproxy, extracard, AWMProxy.net, vd.net, abm.net.

Сейчас хакерам грозит уголовная ответственность — в открытых источниках говорят о том, что через Интерпол на них уже подан гражданский иск. Тем временем, очевидно, вышеперечисленные сервисы прекратили свою работу. Арбитражникам теперь придется искать альтернативу всеми любимым dont.farm и extracard.

Это все подробности, известные 13 декабря. Будем держать вас в курсе, следите за новостями!



| 1 465 просмотров | 12 дек 2021 |





◀ **ПРЕДЫДУЩАЯ СТАТЬЯ**

Новогодний «подарок» от хакеров для пользователей Яндекс

**СЛЕДУЮЩАЯ СТАТЬЯ** ▶

Как арбитражникам сохранить зрение

## Похожие записи



ТОП вещей, которые должен сделать каждый арбитражник

06 Янв 2021



Как установить расширения во ВСЕ профили Indigo/Multlogin на MacOS

23 Янв 2020





2022

3/25/22, 8:13 PM
Dont.farm and extracard are closed: what happened and what arbitrage specialists should prepare for — CPA Live — market insid…
Case 1:21-cv-10260-DLC Document 52-32 Filed 03/25/22 Page 5 of 7



Articles  Useful Services  Reviews  Profit 200%



# Dont.farm and extracard are closed: what happened and what should affiliates prepare for



Friends, breaking news! From inside sources, it became known that the dont.farm account rental service and the extracard virtual card rental service are closed. Domains do not work, companies are accused of carding and a number of other crimes.

Subscribe to CPA Live in Telegram!

## What is known on 13.12?



780
subscribers



5999
subscribers

### tags

Leisure   Health   Interesting

life hack   Marketing   Rest

Useful   Service   Top

3/25/22, 8:13 PM   dont.farm and extracard are closed: what happened and what arbitrage specialists should prepare for — CPA Live — market insid…

Case 1:21-cv-10260-DLC   Document 52-32   Filed 03/25/22   Page 6 of 7

The Google Threat Intelligence Group took up the fight against the Glupteba botnet in earnest. Glupteba is one of the large malicious botnets that was first seen back in 2011.

Here are the actions against Glupteba taken by the Google Threat Analysis Group:

- Deleting over 63 million documents in Google Docs;
- blocking almost 1200 accounts;
- removal of 870 advertising cabinets;
- ban 908 cloud accounts.

17 hackers were accused of numerous atrocities against large companies and ordinary users, including two residents of the Russian Federation: Dmitry Starovikov and Alexander Filippov.

But the most interesting thing is this: Google accuses hackers of creating services that were needed to sell Google and Facebook accounts stolen through a botnet, as well as to sell credit card data, virtual machines and proxies. Among these services were: dont.farm, awmproxy, extracard, AWMProxy.net, vd.net, abm.net.

Now the hackers face criminal liability - open sources say that a civil lawsuit has already been filed against them through Interpol. In the meantime, apparently, the above services have stopped their work. Arbitrageurs will now have to look for an alternative to everyone's favorite dont.farm and extracard.

These are all the details known on December 13th. We will keep you updated, stay tuned!

## Advertising




Vkontakte | Facebook | Twitter | Twitter

1 465 views        12 Dec 2021



3/25/22, 8:13 PM                    Don't farm and extracard are closed: what happened and what arbitrage specialists should prepare for – CPA Live — market insid…

Case 1:21-cv-10260-DLC   Document 52-32   Filed 03/25/22   Page 7 of 7

‹ PREVIOUS ARTICLE

**New Year's "gift" from hackers for Yandex users**

NEXT ARTICLE ›

**How arbitrageurs can save their eyesight**

## Similar posts



**TOP things every arbitrator should do**

06 Jan 2021

**How to Install Extensions on ALL Indigo/Multlogin Profiles on MacOS**

23 Jan 2020





2022