**EXHIBIT 35**



home / news /

# Google sued 17 people, including two Russians

07:34 / December 8, 2021

Glupteba   Google   extortion   lawsuit

**Share news:**

Which took part in the creation of the Glupteba botnet.

According to information from the lawsuit, Google accuses Russians Dmitry Starovikov and Alexander Filippov, as well as 15 other unknown persons, of creating the Glupteba botnet, a network of computers infected with a virus and controlled by cybercriminals.

According to Bloomberg, citing a court statement, the company is confident that the Russians Dmitry Starovikov and Alexander Filippov, along with 15 others unknown to the public, created systems from infected computers to steal data from Google customers.

With their help, unauthorized collection of personal data of Google users and cyber extortion were carried out. The corporation emphasized the "technical complexity" of Glupteba - it uses blockchain technology to protect against failures, and the virus itself has penetrated more than a million devices around the world.

The lawsuit emphasizes that the suspects live in Russia.

One hacker can do as much damage as **10,000 soldiers** ! Hackers have declared **cyberwar** on Russia! Subscribe to our **Telegram channel**  to be the first to know how to survive the digital nightmare!

## SUBSCRIBE TO EMAIL NEWSLETTER

Subscribe to receive the latest security materials from SecurityLab.ru - news, articles, vulnerability reviews and analyst opinions.

☑ Daily release from SecurityLab.Ru          ☑ Weekly issue from SecurityLab.Ru

[E-mail to receive the newsletter]          **Subscribe**

## Subscribe to our social networks

| news | Articles | Contacts |
| --- | --- | --- |
|  | Opinions | Advertising on the website |
| **Vulnerabilities** | Contests | about the project |
| PT Research Lab |  | Article export |
|  | **Blogs** | RSS |
|  | Personal blogs | informer story |
|  | Company Blogs | Data processing policy |
|  | Publication rules | map of site |
|  |  | Personal Area |
| **Soft** | **PHDays** | |
| System Utilities | | |
| Network Utilities | | |
| Wireless networks | | |
| Competitive intelligence | | |
| Programs for Web masters | | |
| Development | | |
| Active opposition | | |

Powered by CMS "1C-Bitrix: Site Management"