# **EXHIBIT 36**

# dont.farm

## Account Subscription

By subscription, we provide you access to the required number of accounts.
With any problem, you have the opportunity to replace the account an unlimited number of times and the replacement occurs almost instantly.

| Key features | Standard $99 /month | Standard+ $165 /month | Premium $379 /month |
|---|---|---|---|
| Appeal | Free | Free | Free |
| Number of replacements available | Unlimited | Unlimited | Unlimited |
| Minimum amount for the subscription | 20 slots | 15 slots | 10 slots |
| Daily spend | $250 /per account | $250 /per account | $250 /per account |
| Premium proxy | Upon request | Upon request | Preinstalled |
| Premium proxy cost [1] | $5 /month for account | $5 /month for account | Free |
| Account replacement time [2] | Up to 24 hours | Up to 24 hours | Up to 12 hours |
| BM, Fan Page, Ads account for each profile | Free | Free | Free |
| Support | Account Manager | Key-account Manager | Key-account Manager |

[1] Premium proxy cost -  $5 is charged once for each installation of a premium proxy on an account.

[2] Account replacement time - the maximum amount of time for your account to be replaced.
In case of failure to meet the deadlines, subscription time will be extended using the following formula:
delay in issuing a new account (in hours)/ number of active slots. On average, the time for a successful replacement is 6 hours.

# Account countries

| Standard | Standard+ | Premium |
|---|---|---|
| Turkey • | Includes **«Standard»** plan countries and the following ones | Includes **«Standard+»** plan countries and the following ones |
| Mexico • | | |
| India • | Ukraine | United States • |
| Thailand • | Malaysia • | Spain • |
| Viet Nam • | Russian Federation • | France • |
| Morocco | Romania | Germany • |
| Venezuela | Poland • | Canada • |
| Egypt | Colombia • | Italy • |
| Algeria | Kazakhstan | United Kingdom • |
| Argentina • | Lithuania | Netherlands • |
| Indonesia • | Latvia | Australia • |
| Pakistan | Hungary | Austria |
| Bangladesh | Bulgaria | Denmark |
| Mongolia | Peru | Belgium • |
| Tunisia | Greece • | Singapore • |
| Sri Lanka | Czech Republic | Croatia |
| Laos | Slovakia | Portugal |
| Kenya | Saudi Arabia | New Zealand |
| Myanmar | United Arab Emirates | Japan |
| Ethiopia | Bosnia and Herzegovina | Sweden |
| Tanzania | Taiwan | Hong Kong |
| Madagascar | Korea | Switzerland • |
| Bolivia | Qatar | Norway |
| Uganda | Albania | Finland |
| Zimbabwe | Macedonia | Israel |
| Zambia | Serbia | |
| Costa Rica | Slovenia | |
| Uruguay | Cyprus | |
| Honduras | Montenegro | |
| Mozambique | Estonia | |
| Senegal | El Salvador | |
| Paraguay | | |
| Nicaragua | | |
| Jamaica | | |
| Moldova | | |
| Georgia | | |
| Uzbekistan | | |
| Armenia | | |
| Azerbaijan | | |
| Belarus | | |
| Kyrgyzstan | | |
| Cambodia | | |
| Nigeria | | |
| Nepal | | |
| Jordan | | |
| Chile | | |
| South Africa | | |
| Lebanon | | |
| Kuwait | | |
| Rwanda | | |
| Bahrain | | |
| Oman | | |
| Tajikistan | | |
| Niger | | |
| Sudan | | |
| Libyan Arab Jamahiriya | | |
| Cote D'Ivoire | | |
| Cameroon | | |
| Iraq | | |
| Ghana | | |
| Guatemala | | |
| Brazil | | |

• Countries for which premium proxies are available.