# **EXHIBIT 37**



AWMPROXY
THE FASTEST ANONYMOUS PROXIES

SOFT | FAQ | PRICE | ARTICLES | FREE PROXIES | CONTACTS | Language:

Description | Proxy list | Price | FAQ (instruction) | Affiliate program

# Proxies by Countries

Total proxies online now - 77660
Proxy available for the chosen tariff - 77660

Choose your tariff

| | | | | | |
|---|---|---|---|---|---|
| Brazil | 5861 | Andorra | 2 | Trinidad and Tobago | 89 |
| Mongolia | 309 | Germany | 278 | Slovenia | 29 |
| Sri Lanka | 153 | Pakistan | 1316 | Czechia | 66 |
| Republic of Moldova | 54 | Angola | 53 | Belgium | 58 |
| Lebanon | 67 | Taiwan | 176 | Nepal | 164 |
| Russia | 122 | Philippines | 1923 | Laos | 184 |
| Thailand | 3567 | China | 62 | Macao | 12 |
| Spain | 643 | Libya | 121 | Maldives | 26 |
| Israel | 207 | Peru | 1187 | Paraguay | 206 |
| Ecuador | 296 | United States | 1223 | Ethiopia | 174 |
| Qatar | 170 | Greece | 163 | Guatemala | 176 |
| Slovakia | 43 | Vietnam | 12565 | Ivory Coast | 73 |
| Italy | 414 | Armenia | 47 | Bolivia | 261 |
| Oman | 79 | Algeria | 550 | Hong Kong | 73 |
| Mexico | 2147 | Georgia | 213 | Zambia | 43 |
| South Korea | 436 | Canada | 357 | Namibia | 41 |
| Indonesia | 10960 | Japan | 121 | Netherlands | 121 |
| Bulgaria | 134 | Romania | 228 | Montenegro | 29 |
| Ukraine | 965 | Panama | 67 | Austria | 29 |
| Iraq | 296 | Morocco | 1412 | Latvia | 31 |
| United Arab Emirates | 612 | Costa Rica | 125 | Honduras | 142 |
| India | 3844 | Bangladesh | 610 | Tanzania | 54 |
| Argentina | 2600 | Palestine | 149 | Estonia | 21 |
| Tunisia | 425 | Kuwait | 106 | Kyrgyzstan | 60 |
| Colombia | 1596 | United Kingdom | 229 | Burundi | 9 |
| Saudi Arabia | 723 | France | 455 | Belarus | 142 |
| Egypt | 2452 | Hungary | 106 | Ghana | 199 |
| South Africa | 437 | Hashemite Kingdom of Jordan | 209 | Denmark | 13 |
| Iran | 442 | | 327 | Iceland | 4 |
| Australia | 108 | Portugal | 174 | Bosnia and Herzegovina | 159 |
| Serbia | 355 | Kazakhstan | 395 | Venezuela | 1702 |
| Madagascar | 91 | Bhutan | 9 | Nicaragua | 94 |
| Chile | 597 | Kenya | 390 | Zimbabwe | 72 |
| Cambodia | 403 | Myanmar | 102 | North Macedonia | 88 |
| Malaysia | 1517 | Republic of Lithuania | 47 | Guyana | 16 |
| Azerbaijan | 106 | Dominican Republic | 527 | Mozambique | 38 |
| Albania | 239 | Bahrain | 113 | Puerto Rico | 23 |
| Singapore | 48 | Poland | 448 | El Salvador | 103 |

## Log in

Login

Password

Forgot password?
Register
Login

## News

All News

29.07.2021 Our service has become more efficient

We have significantly increased the number of proxies, expanded the pool of servers and locations, and also improved the speed of work!

21.06.2021 Increase in proxy prices

We are forced to increase the prices for our services! Hurry up and buy the non-refundable rate for the old price!

27.01.2021 Promo offer for trustpilot.com and blackhatworld.com

We launch a promo offer for participants of blackhatworld.com and trustpilot.com forums - a tariff for one day free of charge!

## Free proxies

All proxy

| | |
|---|---|
| 109.238.222.5:40387 | Czechia |
| 116.202.107.151:9988 | Germany |
| 109.73.189.220:8080 | Italy |
| 101.132.66.240:7891 | Japan |
| 185.48.149.60:8080 | Kazakhstan |
| 194.19.244.94:3128 | Latvia |
| 158.69.27.94:6666 | Luxembourg |
| 104.19.143.108:8080 | Netherlands |
| 109.194.17.191:8282 | Russia |
| 149.34.5.178:8080 | Spain |
| 152.67.94.191:8118 | Switzerland |

| | | |
|---|---|---|
| Aruba ...4 | **Uruguay** ...141 | Mauritania ...15 |
| Guadeloupe ...7 | Norway ...19 | Bahamas ...15 |
| Sweden ...26 | Mauritius ...60 | Afghanistan ...10 |
| Cyprus ...20 | Réunion ...12 | Dominica ...5 |
| Seychelles ...3 | Malta ...6 | U.S. Virgin Islands ...4 |
| Belize ...10 | Brunei ...21 | Chad ...2 |
| San Marino ...1 | Antigua and Barbuda ...4 | Grenada ...5 |
| DR Congo ...11 | Malawi ...7 | South Sudan ...1 |
| Jamaica ...86 | East Timor ...10 | Curaçao ...1 |
| Saint Lucia ...12 | Cayman Islands ...2 | Burkina Faso ...9 |
| Tajikistan ...11 | Fiji ...15 | French Polynesia ...1 |
| New Zealand ...31 | Liberia ...3 | Samoa ...2 |
| New Caledonia ...2 | Lesotho ...12 | Martinique ...3 |
| Suriname ...14 | Luxembourg ...2 | Djibouti ...3 |
| Togo ...31 | Cabo Verde ...11 | Niger ...7 |
| Ireland ...10 | Sierra Leone ...5 | Turks and Caicos Islands ...3 |
| Croatia ...61 | Guinea ...4 | Cuba ...13 |
| Syria ...83 | Equatorial Guinea ...1 | Tuvalu ...1 |
| Uganda ...73 | Mali ...14 | Northern Mariana Islands ...3 |
| **Nigeria** ...182 | Guam ...3 | Papua New Guinea ...6 |
| Cameroon ...59 | Barbados ...10 | French Guiana ...3 |
| Senegal ...49 | Benin ...13 | Palau ...3 |
| Finland ...4 | Yemen ...55 | Western Sahara ...1 |
| Gabon ...8 | Switzerland ...6 | Anguilla ...1 |
| Rwanda ...23 | Guinea-Bissau ...1 | Haiti ...4 |
| Sudan ...30 | Kosovo ...5 | Solomon Islands ...2 |
| Congo Republic ...10 | Isle of Man ...1 | Kiribati ...1 |
| Somalia ...8 | Saint Vincent and the Grenadines ...6 | Vanuatu ...1 |
| Botswana ...36 | Eswatini ...2 | Central African Republic ...1 |
| **Uzbekistan** ...126 | Gambia ...4 | |

FAQ   PRICE   ARTICLES   FREE PROXIES   CONTACTS   Language: