

3/31/22 5:08 PM  Branch of KING & SPALDING LLP, TIN 9909344887

KING & SPALDING LLP ()

BRANCH OF LIMITED LIABILITY PARTNERSHIPS KING & SPALDING LLP

**Date of accreditation:** 02/18/2015

**Address:**
Inspect the building

**Head:**
SERGEY BORISOVICH KOMOLOV (TIN 504703848540)

**Number of foreign employees:** 5

**Code of reason for tax registration (KPP):** 774751001

**Tax authority:**
Inspection of the Federal Tax Service No. 47 in Moscow (of 05/30/2011)

**Accreditation body:**
Interdistrict Inspectorate of the Federal Tax Service No. 47 in Moscow (127006, Moscow, 33 Dolgorukovskaya st., str.1)

**Main Russian National Classifier of Types of Economic Activity (OKVED):** 69.10 (legal advisory services)



3/31/22, 5:08 PM                               Филиал КИНГ ЭНД СПАЛДИНГ ЛЛК, ИНН 9909344887

КИНГ ЭНД СПАЛДИНГ ЛЛК ()

ФИЛИАЛ КОМПАНИИ С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "КИНГ ЭНД СПАЛДИНГ ЛЛК"

**Дата аккредитации:** 18.02.2015

**Адрес:**

    Осмотреть здание

**Руководитель:**
КОМОЛОВ СЕРГЕЙ БОРИСОВИЧ (ИНН 504703848540)

**Численность иностранных работников:** 5
**КПП:** 774751001

**Налоговый орган:**
Межрайонная инспекция Федеральной налоговой службы № 47 по г.Москве (от 30.05.2011)

**Орган аккредитации:**
Межрайонная инспекция Федеральной налоговой службы № 47 по г.Москве (127006, Москва г, Долгоруковская ул, 33, стр.1)

**Основной ОКВЭД:** 69.10 (Деятельность в области права)



# CERTIFICATE OF TRANSLATION

We, Foreign Documents, Ltd, a professional translation company, corporate member of American Translators Association, with principal office at 123 Seventh Avenue, Suite 175, Brooklyn, NY 11215, USA hereby certify that the foregoing is a verbatim, true and faithful English translation of the annexed text reflecting in every detail the appearance of the original document; we further certify that this translation was rendered by professional translators suitably qualified and competent to translate documents from the foreign language specified below.

| | |
|---|---|
| Document: | **Information Sheet of King & Spalding LLP, Russia 2022** |
| Source language: | **Russian** |
| Target language: | **English** |

This translation can be verified at http://doctranslation.com/verify.

For requests, please contact Customer Service
      by phone:    1.646.233.3439
      by e-mail:   doctranslation.wbdg@gmail.com
      web-site:    http://doctranslation.com

Viktor Kouropatkine
Foreign Documents, Ltd

Signature: _V. Touropatkine_