

TRANSLATION FROM RUSSIAN
PAGE 1 OF 9

# EXTRACT
## FROM THE STATE REGISTER OF ACCREDITED BRANCHES, REPRESENTATIVE OFFICES OF FOREIGN LEGAL ENTITIES

04/02/2022                                                № 99652200012415

This Extract provides the following information regarding branch (representative office )

**BRANCH OF LIMITED LIABILITY PARTNERSHIPS KING & SPALDING LLP**
(full name of the branch, representative office)

of foreign legal entity

**KING & SPALDING LLP**
(full name of the foreign legal entity)

Accreditation Record Number 10150000135

registered in the state register of accredited branches, representative offices of foreign legal entities as of 04/02/2022

| No. | Indicator | Value |
|---|---|---|
| 1 | 2 | 3 |
| **Information about a foreign legal entity** | | |
| **Name** | | |
| 1 | Full name | KING & SPALDING LLP |
| 2 | Date of registration of the information in State Register of Accredited Branches, Representative Offices of Foreign Legal Entities | 07/28/2016 |
| **Address in the country of registration (incorporation)** | | |
| 3 | Code and name of the country of registration (incorporation) | 840, United States of America |
| 4 | Address in the country of registration (incorporation) | 1209 ORANGE STREET, WILMINGTON, DE, 19801, USA |
| 5 | Date of registration of the information in State Register of Accredited Branches, Representative Offices of Foreign Legal Entities | 07/28/2016 |
| **Information about registration in the country of registration (incorporation)** | | |
| 6 | Name of the registering authority | OFFICE OF SECRETARY OF STATE OF DELAWARE |
| 7 | Registration No. | 4965475 |
| 8 | Date of registration of the information in State Register of Accredited Branches, Representative Offices of Foreign Legal Entities | 07/28/2016 |



TRANSLATION FROM RUSSIAN
PAGE 2 OF 9

| | Information about the taxpayer code in the country of registration (incorporation) | |
|---|---|---|
| 9 | Taxpayer code or equivalent | 45-1678369 |
| 10 | Date of registration of the information in State Register of Accredited Branches, Representative Offices of Foreign Legal Entities | 07/28/2016 |
| | Information about the authorized capital | |
| 11 | Amount (currency code) | 5 000 (840 - US DOLLAR) |
| 12 | Date of registration of the information in State Register of Accredited Branches, Representative Offices of Foreign Legal Entities | 07/28/2016 |
| | Information about a branch, representative office of a foreign legal entity in the territory of the Russian Federation | |
| 13 | Type of subdivision | 1, Branch of a foreign legal entity |
| | Name | |
| 14 | Full name | BRANCH OF LIMITED LIABILITY PARTNERSHIPS KING & SPALDING LLP |
| 15 | Date of registration of the information in State Register of Accredited Branches, Representative Offices of Foreign Legal Entities | 07/28/2016 |
| | Address (location) on the territory of the Russian Federation | |
| 16 | Information about the address (location) | 127051, CITY OF MOSCOW, 2 TSVETNOY BOULEVARD |
| 17 | Date of registration of the information in State Register of Accredited Branches, Representative Offices of Foreign Legal Entities | 07/28/2016 |
| | Information about the accreditation of a branch, representative office | |
| 18 | Accreditation Record Number (NRA) | 10150000135 |
| 19 | Date of accreditation (registration of the information in State Register of Accredited Branches, Representative Offices of Foreign Legal Entities) | 02/18/2015 |
| 20 | The tax body authorized to accredit branches, representative offices of foreign legal entities | 7747, Interdistrict Inspectorate of the Federal Tax Service No. 47 in Moscow, 127006, Moscow, 33 Dolgorukovskaya Street, str 1 |
| 21 | Date of registration of the information in State Register of Accredited Branches, Representative Offices of Foreign Legal Entities | 02/18/2015 |
| | Information about registration in the tax authority | |
| 22 | Taxpayer Identification Number (INN) | 9909344887 |

Extract from SRABROFLE
04/02/2022 11:32PM

Accreditation Record Number 10150000135

Page 2 of 4

Ref. 220404LI1

Validity of this translation may be confirmed at http://doctranslation.com/verify



| 23 | Registration Reason Code (KPP) | 774751001 |
|----|---|---|
| 24 | Registration date | 05/30/2011 |
| 25 | The tax authority registered the branch, representative office of foreign legal entity | 7747, Interdistrict Inspectorate of the Federal Tax Service No. 47 in Moscow |
| 26 | Date of registration of the information in State Register of Accredited Branches, Representative Offices of Foreign Legal Entities | 09/14/2016 |
| **Information about the head of the branch, representative office in the Russian Federation** | | |
| 27 | Surname | KOMOLOV |
| 28 | Given Name | SERGEY |
| 29 | Patronymic Name (if any) | BORISOVICH |
| 30 | Taxpayer Identification Number (INN) | 504703848540 |
| 31 | Date of registration of the information in State Register of Accredited Branches, Representative Offices of Foreign Legal Entities | 07/28/2016 |
| **Information on the number of foreign citizens who are employees of a branch, representative office** | | |
| 32 | Number of foreign employees | 5 |
| 33 | Date of registration of the information in State Register of Accredited Branches, Representative Offices of Foreign Legal Entities | 07/28/2016 |
| **Information on the types of economic activities of a branch, representative office in the Russian Federation according to the All-Russian Classifier of Types of Economic Activity (OKVED OK 029-2014 KDES. Rev. 2)** | | |
| **Information about the main type of economic activity** | | |
| 34 | Code and name of activity | 69.10 Legal advisory services |
| 35 | Date of registration of the information in State Register of Accredited Branches, Representative Offices of Foreign Legal Entities | 07/28/2016 |

The extract was generated using the interactive service State Register of Accredited Branches, Representative Offices of Foreign Legal Entities, posted on the official website of the Federal Tax Service of Russia on the Internet at: https://service.nalog.ru/rafp

Extract from SRABROFLE
04/02/2022 11:32PM

Accreditation Record Number 10150000135

Page 3 of 4

Ref. 220404LI1

Validity of this translation may be confirmed at http://doctranslation.com/verify



**THE DOCUMENT IS SIGNED**

**WITH AN ELECTRONIC SIGNATURE**

Serial number: 735376891137313681888184736144635893 24
Holder: Interdistrict Inspectorate of the Federal Tax Service of Russia for Centralized Data Processing
Valid: from 12/24/2021 to 03/24/2023

An Extract from the State Register of Accredited Branches, Representative Offices of Foreign Legal Entities, signed with an enhanced qualified electronic signature, is equivalent to an extract on paper, signed by the handwritten signature of an official of tax authority and certified by the seal of tax authority (paragraphs 1 and 3 of Article 6 of the Federal Law of April 6, 2011  № 63-FZ "About Electronic signatures").

Extract from SRABROFLE
04/02/2022 11:32PM

Accreditation Record Number 10150000135

Page 4 of 4

Ref. 220404LI1

Validity of this translation may be confirmed at http://doctranslation.com/verify



## ВЫПИСКА
## ИЗ ГОСУДАРСТВЕННОГО РЕЕСТРА АККРЕДИТОВАННЫХ ФИЛИАЛОВ, ПРЕДСТАВИТЕЛЬСТВ ИНОСТРАННЫХ ЮРИДИЧЕСКИХ ЛИЦ

02.04.2022 № 99652200012415

Настоящая выписка содержит сведения о филиале (представительстве)

**ФИЛИАЛ КОМПАНИИ С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "КИНГ ЭНД СПАЛДИНГ ЛЛК"**

(полное наименование филиала, представительства)

иностранного юридического лица

**КИНГ ЭНД СПАЛДИНГ ЛЛК**

(полное наименование иностранного юридического лица)

НЗА   10150000135

включенные в государственный реестр аккредитованных филиалов, представительств иностранных юридических лиц по состоянию на 02.04.2022

| № п/п | Наименование показателя | Значение показателя |
|---|---|---|
| 1 | 2 | 3 |
| **Сведения об иностранном юридическом лице** | | |
| **Наименование** | | |
| 1 | Полное наименование | КИНГ ЭНД СПАЛДИНГ ЛЛК |
| 2 | Дата внесения в РАФП записи, содержащей указанные сведения | 28.07.2016 |
| **Адрес в стране регистрации (инкорпорации)** | | |
| 3 | Код и наименование страны регистрации (инкорпорации) | 840, Соединенные Штаты Америки |
| 4 | Адрес в стране регистрации (инкорпорации) | 1209 ОРАНЖ СТРИТ, УИЛМИНГТОН, ДЕЛАВЭР,19801, США |
| 5 | Дата внесения в РАФП записи, содержащей указанные сведения | 28.07.2016 |
| **Сведения о регистрации в стране регистрации (инкорпорации)** | | |
| 6 | Наименование регистрирующего органа | КАНЦЕЛЯРИЯ ГОСУДАРСТВЕННОГО СЕКРЕТАРЯ ШТАТА ДЕЛАВЭР |
| 7 | Регистрационный номер | 4965475 |
| 8 | Дата внесения в РАФП записи, содержащей указанные сведения | 28.07.2016 |



| | | |
|---|---|---|
| **Сведения о коде налогоплательщика в стране регистрации (инкорпорации)** | | |
| 9 | Код налогоплательщика или его аналог | 45-1678369 |
| 10 | Дата внесения в РАФП записи, содержащей указанные сведения | 28.07.2016 |
| **Сведения об уставном капитале** | | |
| 11 | Размер (код валюты) | 5 000 (840 - Доллар США) |
| 12 | Дата внесения в РАФП записи, содержащей указанные сведения | 28.07.2016 |
| **Сведения о филиале, представительстве иностранного юридического лица на территории Российской Федерации** | | |
| 13 | Вид обособленного подразделения | 1, Филиал иностранного юридического лица |
| **Наименование** | | |
| 14 | Полное наименование | ФИЛИАЛ КОМПАНИИ С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "КИНГ ЭНД СПАЛДИНГ ЛЛК" |
| 15 | Дата внесения в РАФП записи, содержащей указанные сведения | 28.07.2016 |
| **Адрес (место нахождения) на территории Российской Федерации** | | |
| 16 | Сведения об адресе (месте нахождения) | 127051, МОСКВА ГОРОД, ЦВЕТНОЙ БУЛЬВАР, ДОМ 2 |
| 17 | Дата внесения в РАФП записи, содержащей указанные сведения | 28.07.2016 |
| **Сведения об аккредитации филиала, представительства** | | |
| 18 | Номер записи об аккредитации (НЗА) | 10150000135 |
| 19 | Дата аккредитации (внесения сведений об аккредитации в РАФП) | 18.02.2015 |
| 20 | Налоговый орган, уполномоченный на аккредитацию филиалов, представительств иностранных юридических лиц | 7747, Межрайонная инспекция Федеральной налоговой службы № 47 по г.Москве, 127006, Москва г, Долгоруковская ул, 33, стр.1 |
| 21 | Дата внесения в РАФП записи, содержащей указанные сведения | 18.02.2015 |
| **Сведения об учете в налоговом органе** | | |
| 22 | Идентификационный номер налогоплательщика (ИНН) | 9909344887 |



| 23 | Код причины постановки на учет (КПП) | 774751001 |
|---|---|---|
| 24 | Дата постановки на учет | 30.05.2011 |
| 25 | Налоговый орган, осуществивший постановку на учет филиала, представительства иностранного юридического лица | 7747, Межрайонная инспекция Федеральной налоговой службы № 47 по г.Москве |
| 26 | Дата внесения в РАФП записи, содержащей указанные сведения | 14.09.2016 |
|  | Сведения о руководителе филиала, представительства в Российской Федерации | |
| 27 | Фамилия | КОМОЛОВ |
| 28 | Имя | СЕРГЕЙ |
| 29 | Отчество (при наличии) | БОРИСОВИЧ |
| 30 | Идентификационный номер налогоплательщика (ИНН) | 504703848540 |
| 31 | Дата внесения в РАФП записи, содержащей указанные сведения | 28.07.2016 |
|  | Сведения о численности иностранных граждан, являющихся работниками филиала, представительства | |
| 32 | Численность иностранных работников | 5 |
| 33 | Дата внесения в РАФП записи, содержащей указанные сведения | 28.07.2016 |
|  | Сведения о видах экономической деятельности филиала, представительства в Российской Федерации по Общероссийскому классификатору видов экономической деятельности (ОКВЭД ОК 029-2014 КДЕС. Ред. 2) | |
|  | Сведения об основном виде экономической деятельности | |
| 34 | Код и наименование вида деятельности | 69.10 Деятельность в области права |
| 35 | Дата внесения в РАФП записи, содержащей указанные сведения | 28.07.2016 |

Выписка сформирована с использованием интерактивного сервиса «Государственный реестр аккредитованных филиалов и представительств иностранных юридических лиц», размещенного на официальном сайте ФНС России в сети Интернет по адресу: https://service.nalog.ru/rafp



COPY OF ORIGINAL
PAGE 8 OF 9



ДОКУМЕНТ ПОДПИСАН
ЭЛЕКТРОННОЙ ПОДПИСЬЮ

Сертификат: 73537689113731368188818473614463589324
Владелец: МИ ФНС России по ЦОД
Действителен: с 24.12.2021 по 24.03.2023

Выписка из государственного реестра аккредитованных филиалов и представительств иностранных юридических лиц в форме электронного документа, подписанного усиленной квалифицированной электронной подписью, равнозначна выписке на бумажном носителе, подписанной собственноручной подписью должностного лица налогового органа и заверенной печатью налогового органа (пункты 1 и 3 статьи 6 Федерального закона от 6 апреля 2011 г. № 63-ФЗ «Об электронной подписи»).



# CERTIFICATE OF TRANSLATION

We, Foreign Documents, Ltd, a professional translation company, corporate member of American Translators Association, with principal office at 123 Seventh Avenue, Suite 175, Brooklyn, NY 11215, USA hereby certify that the foregoing is a verbatim, true and faithful English translation of the annexed text reflecting in every detail the appearance of the original document; we further certify that this translation was rendered by professional translators suitably qualified and competent to translate documents from the foreign language specified below.

| | |
|---|---|
| Document: | Extract No. 99652200012415, Russia 2022 |
| Source language: | Russian |
| Target language: | English |

This translation can be verified at http://doctranslation.com/verify.

For requests, please contact Customer Service
    by phone:    1.646.233.3439
    by e-mail:    doctranslation.wbdg@gmail.com
    web-site:    http://doctranslation.com

Viktor Kouropatkine
Foreign Documents, Ltd

Signature: _V. Touropatkine_

Ref. 220404LI1    Validity of this translation may be confirmed at http://doctranslation.com/verify