DLC   Document 57-2   Filed