

TRANSLATION FROM RUSSIAN
PAGE 1 OF 7

3/31/2022     https://zachestnyibiznes.ru/company/ul/1057749528100_7704582421_OOO-GUGL/total

[LOGO OF For Honest Business]
**All-Russian System of Data on Companies and Business**

The report is generated on the portal ЗАЧЕСТНЫЙБИЗНЕС.РФ
Report date: 03/31/2022

GOOGLE LIMITED LIABILITY COMPANY
**7704582421**

Status: **Active**
Registration Date: **12/14/2005**.

| | | | |
|---|---|---|---|
| OGRN (Primary State Registration Number) | 1057749528100 | assigned: | **12/14/2005** |
| INN (Taxpayer Identification Number) | 7704582421 | | |
| KPP (Code of Reason for Tax Registration) | 770501001 | | |
| OKPO (All-Russian Classifier of Businesses and Organizations) | 93279213 | | |
| OKTMO (All-Russian Classifier of Municipal Territories) | 45376000000 | | |

**Legal address:**
115035, Moscow, Balchug St, 7
received 04/20/2011
registered at this address: 31

**Head of Legal Entity**
CEO
David Munro Sneddon
INN (Taxpayer Identification Number) **770510544107**
valid from 02/13/2020

**Founders (1)**
Authorized capital: 24 500 000,00 rub.
100% GOOGLE INTERNATIONAL LLC 24 500 000,00 rub. 11/22/2017

**Primary business:**
73.11  advertising agencies
Secondary businesses: **2**

**Register of unscrupulous suppliers:** not listed.

**Tax Authority**
Inspectorate of the Federal Tax Service No. 5 in Moscow
Date of registration: 04/20/2011

**Registration in non-budget funds**

| Fund | Registration number | Registration date |
|---|---|---|
| Pension Fund of Russia | 087105043678 | 06/10/2011 |

3/31/2022     https://zachestnyibiznes.ru/company/ul/1057749528100_7704582421_OOO-GUGL/total

Ref. 220401LI2                    Validity of this translation may be confirmed at http://doctranslation.com/verify



TRANSLATION FROM RUSSIAN
PAGE 2 OF 7

3/31/2022         https://zachestnyibiznes.ru/company/ul/1057749528100_7704582421_OOO-GUGL/total

| Fund | Registration number | Registration date |
|---|---|---|
| Social Insurance Fund | 771102733277111 | 12/20/2005 |

Statistics codes
OKATO (All-Russian Classifier of Objects of Administrative Territorial Division)   45286560000
OKOGU (All-Russian Classifier of Public Authorities and Administration)   4210011
OKOPF (All-Russian Classifier of Organizational and Legal Forms)   12300
OKFS (All-Russian Classifier of Forms of Ownership)   23

**Financial analysis** of financial statements for 2020
Current Liquidity Ratio **1.4**
Capitalization Ratio: **2.6**
Profitability of sales (ROS): **0**

**The main reporting indicators** for 2020 (according to the Federal Tax Service):
Amount of income:
- 86 090 238 000,00 rub.+11141.36 million (74,948,874,000.00 rubles for 2019)
Amount of expenses:
- 84 360 199 000,00 rub. + 10283.08 million (74,077,118,000.00 rubles for 2019)

**Participation in procurement under 44-FL (Federal Law) and 223-FL (Federal Law)**
As a Supplier: , for the amount of
As a Customer: , for the amount of

**Court cases** of GOOGLE LLC
found by INN (Taxpayer Identification Number): **0**

Respondent: **47**

Plaintiff: **1**

found by name (possible coincidences): **0**

**Enforcement proceedings** of GOOGLE LLC



TRANSLATION FROM RUSSIAN
PAGE 3 OF 7

3/31/2022   https://zachestnyibiznes.ru/company/ul/1057749528100_7704582421_OOO-GUGL/total

found by name and address (possible coincidences): **0**

### Related Companies by CEO

CEO (head of a legal entity)
**DAVID MUNRO SNEDDON, INN (Taxpayer Identification Number) 770510544107**

|  | CEO | Founder | Individual entrepreneur |
|---|---|---|---|
| by INN (Taxpayer Identification Number): | **1** | 0 | 0 |
| by name (possible coincidences): | **1** | 0 | |

### Related companies

**GOOGLE LLC   INN (Taxpayer Identification Number) 7704582421 (affiliation)**

Established: **0**            Representative Offices: **0**
Managed: **0**                Branches: **0**

**Description of the company's business:**
GOOGLE LIMITED LIABILITY COMPANY, short name: GOOGLE LLC. Valid from 12/14/2005, assigned: INN 7704582421, KPP 770501001, OGRN 1057749528100, OKPO 93279213, the main OKVED - "**advertising agencies**". Operates in 2 business areas. Has 0 licenses. The organization has 0 branches. Established companies: 0, Representative offices: 0, Managed: 0. In total, there are 0 companies associated with GOOGLE LLC. The history of the company is presented on the page. **Ribbon of changes**. There are no reviews on the company. Financial statements of GOOGLE LLC - available.



COPY OF ORIGINAL
PAGE 4 OF 7

31.03.2022                              https://zachestnyibiznes.ru/company/ul/1057749528100_7704582421_OOO-GUGL/total

# ЗАЧЕСТНЫЙБИЗНЕС

Всероссийская система данных о компаниях и бизнесе

Отчет сформирован на портале ЗАЧЕСТНЫЙБИЗНЕС.РФ
Дата формирования отчёта 31.03.2022



ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ГУГЛ"
**7704582421**

Статус: **Действующее**
Дата регистрации: **14.12.2005**

| | | | |
|---|---|---|---|
| ОГРН | 1057749528100 | присвоен: | **14.12.2005** |
| ИНН | 7704582421 | | |
| КПП | 770501001 | | |
| ОКПО | 93279213 | | |
| ОКТМО | 45376000000 | | |

**Юридический адрес:**
115035, г Москва, ул. Балчуг, д.7
получен 20.04.2011
зарегистрировано по данному адресу: 31

**Руководитель Юридического Лица**
Генеральный Директор
Снэддон Дэвид Мунро
ИНН    **770510544107**
действует с 13.02.2020

**Учредители (1)**
Уставный капитал: 24 500 000,00 руб.
100%    "ГУГЛ ИНТЕРНЭШНЛ ЭЛ-ЭЛ-СИ" 24 500 000,00руб., 22.11.2017

**Основной вид деятельности:**
73.11 деятельность рекламных агентств
Дополнительные виды деятельности: **2**

**Реестр недобросовестных поставщиков:** не числится.

**Налоговый орган**
Инспекция Федеральной Налоговой Службы № 5 По Г. Москве
Дата постановки на учет: 20.04.2011

**Регистрация во внебюджетных фондах**

| Фонд | Рег. номер | Дата регистрации |
|---|---|---|
| ПФР | 087105043678 | 10.06.2011 |



31.03.2022   https://zachestnyibiznes.ru/company/ul/1057749528100_7704582421_OOO-GUGL/total

| Фонд | Рег. номер | Дата регистрации |
|---|---|---|
| ФСС | 771102733277111 | 20.12.2005 |

**Коды статистики**

| | |
|---|---|
| ОКАТО | 45286560000 |
| ОКОГУ | 4210011 |
| ОКОПФ | 12300 |
| ОКФС | 23 |

**Финансовый анализ** отчетности за 2020 год
Коэффициент текущей ликвидности: **1.4**
Коэффициент капитализации: **2.6**
Рентабельность продаж (ROS): **0**

**Основные показатели отчетности** за 2020 год (по данным ФНС):
Сумма доходов:
- 86 090 238 000,00 руб. ↑ +11141.36 млн. (74 948 874 000,00 руб. за 2019 г.)
Сумма расходов:
- 84 360 199 000,00 руб. ↑ +10283.08 млн. (74 077 118 000,00 руб. за 2019 г.)

**Участие в закупках по 44-ФЗ и 223-ФЗ**

В качестве Поставщика: **,** на сумму

В качестве Заказчика: **,** на сумму

**Судебные дела** ООО "ГУГЛ"

найдено по ИНН: **0**

Ответчик: **47**

Истец: **1**

найдено по наименованию (возможны совпадения): **0**

**Исполнительные производства** ООО "ГУГЛ"



31.03.2022   https://zachestnyibiznes.ru/company/ul/1057749528100_7704582421_OOO-GUGL/total

найдено по наименованию и адресу (возможны совпадения): **0**

### Связанные компании по руководителю

Генеральный директор (руководитель юридического лица)
**СНЭДДОН ДЭВИД МУНРО, ИНН: 770510544107**

|  | Руководитель | Учредитель | ИП |
| --- | --- | --- | --- |
| по ИНН: | 1 | 0 | 0 |
| по ФИО (возможны совпадения): | 1 | 0 | |

### Связанные компании

**ООО "ГУГЛ" ИНН 7704582421
(аффилированность)**

| Учреждённые: 0 | Представительства: **0** |
| --- | --- |
| Управляемые: 0 | Филиалы: **0** |

### Описание деятельности компании:

ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ГУГЛ", краткое наименование: ООО "ГУГЛ". Действует с 14.12.2005, присвоены: ИНН 7704582421, КПП 770501001, ОГРН 1057749528100, ОКПО 93279213, основной ОКВЭД - "**деятельность рекламных агентств**". Работает по 2 направлениям. Имеет 0 лицензий. Организация насчитывает 0 филиалов. Учреждённых компаний: 0, Представительств: 0, Управляемых: 0. Всего связанных с ООО "ГУГЛ" 0 компаний. История компании представлена на странице **Лента изменений**. Отзывов по компании - нет. Финансовая отчетность ООО "ГУГЛ" - есть.



CERTIFICATION | US
PAGE 7 OF 7

# CERTIFICATE OF TRANSLATION

We, Foreign Documents, Ltd, a professional translation company, corporate member of American Translators Association, with principal office at 123 Seventh Avenue, Suite 175, Brooklyn, NY 11215, USA hereby certify that the foregoing is a verbatim, true and faithful English translation of the annexed text reflecting in every detail the appearance of the original document; we further certify that this translation was rendered by professional translators suitably qualified and competent to translate documents from the foreign language specified below.

| | |
|---|---|
| Document: | **Information Sheet of Google LLC, Russia 2022** |
| Source language: | **Russian** |
| Target language: | **English** |

This translation can be verified at http://doctranslation.com/verify.

For requests, please contact Customer Service
    by phone:    1.646.233.3439
    by e-mail:    doctranslation.wbdg@gmail.com
    web-site:    http://doctranslation.com

Viktor Kouropatkine
Foreign Documents, Ltd

Signature: _V. Touropatkine_