UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GOOGLE LLC,

                Plaintiff,                Civil Action No.: 1:21-cv-10260-DLC

- against -

DMITRY STAROVIKOV;
ALEXANDER FILIPPOV;
and Does 1-15,

**NOTICE OF VOLUNTARY DISMISSAL OF COUNTERCLAIMS UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) and (c)(1)**

                Defendants.
------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL OF COUNTERCLAIMS
UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) and (c)(1)**

TO PLAINTIFF GOOGLE LLC AND ITS ATTORNEYS OF RECORD:

Pursuant to Rule 41(a)(1)(A)(i) and (c)(1) of Federal Rules of Civil Procedure, Defendants Dmitry Starovikov and Alexander Filippov, and their counsel of record, hereby give notice that their Counterclaims in the above-entitled action are voluntarily dismissed without prejudice against Plaintiff.

**Dated**: May 24, 2022
       Brooklyn, New York

So ordered.
*[signature]*
5/25/22

/s/ Igor Litvak, Esq.
_____
Igor B Litvak
Attorneys for Defendants
The Litvak Law Firm
1733 Sheepshead Bay Rd., Suite 22
Brooklyn, NY 11235
Tel/Fax: 718-989-2908
Email: Igor@LitvakLawNY.com