UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
GOOGLE, LLC,                               :
                                           :
                        Plaintiff,         :    21cv10260 (DLC) (VF)
            -v-                            :
                                           :         ORDER OF
DMITRY STAROVIKOV, ALEXANDER FILIPPOV,     :    REFERENCE TO A
and JOHN DOES 1-15,                        :    MAGISTRATE JUDGE
                                           :
                        Defendants.        :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ___ | Habeas Corpus |
| X | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

Dated:   New York, New York
         June 1, 2022

                                          _____
                                              DENISE COTE
                                   United States District Judge