# KING & SPALDING

Laura Harris
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
E: LHarris@kslaw.com
T: (212) 556-2100

Hon. Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

June 2, 2022

      **Re:**    *Google LLC v. Starovikov et al.*, **Case No. 21-cv-10260-DLC**

Dear Judge Figueredo:

      I write on behalf of Plaintiff Google LLC and Defendants Dmitry Starovikov and Alexander Filippov to schedule a settlement conference in the above-referenced action. Judge Cote has directed the parties to pursue settlement discussions under the Court's supervision in July or August 2022. *See* ECF 70, 71. The parties will await the Court's instruction regarding scheduling.

      Respectfully submitted,

      */s/ Laura Harris*
      Laura Harris