# EXHIBIT 1

| | |
|---|---|
| **From:** | Igor Litvak <Igor@LitvakLawNY.com> |
| **Sent:** | Thursday, June 2, 2022 6:39 PM |
| **To:** | Laura Harris; Paul Weeks; Luke Roniger |
| **Cc:** | Andrew Michaelson; Sumon Dantiki; Matthew Bush |
| **Subject:** | Re: Rule 26(f) Report |

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Laura, just because State Department's website has some note it doesn't make it so, we don't even know on what that is based on, that site has more errors and mistakes than you can imagine, we need something more authoritative. The case you sent me yesterday doesn't do a better job. For now my clients are insisting on conducting a deposition in Russia virtually, the discovery rules allow for that. Also as far as they and I know there is no prohibition against that in the Russian penal code, and although their Russian attorneys are working to find out the answer, I won't know it by tomorrow 12 pm. Therefore, unless you can point to a specific Russian statute that forbids it I really don't see a problem, especially since we are proposing for it to be done virtually, so you will be safe in US. If no other option then my clients would be willing to appear in Kazakhstan for the depos, but they are saying June is not possible, they can realistically make it happen sometime in the first half of July. They have not yet started the process of applying for international passports, but they can start it soon and expect to receive them within 3 to 4 months. In terms of what other countries they can travel to using their internal Russian passports, the list is very short, as far as we know its Abkhazia, Kirgistan, and South Ossetia. Kirgistan they are not willing to go to, other places are not really practical either. This leaves only Russia virtually or Kazakhstan in person as possible options. Lastly, please let me know if you had a chance to contact Magistrate Figueredo, thanks.

Igor Litvak, Esq.
The Litvak Law Firm, PLLC
1733 Sheepshead Bay Road, Suite 22
Brooklyn, NY 11235
Tel/Fax: 718-989-2908
EMail: Igor@LitvakLawNY.com
Website: www.nyccrimelawyer.com

CONFIDENTIALITY NOTICE:
This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender, delete this copy from your system and destroy any hard copy that you may have made. Thank you.

**From:** Laura Harris <lharris@kslaw.com>
**Sent:** Thursday, June 2, 2022 2:04 PM
**To:** Igor Litvak <Igor@LitvakLawNY.com>; Paul Weeks <PWeeks@KSLAW.com>; Luke Roniger <LRoniger@KSLAW.com>
**Cc:** Andrew Michaelson <amichaelson@kslaw.com>; Sumon Dantiki <sdantiki@kslaw.com>; Matthew Bush <mbush@kslaw.com>
**Subject:** RE: Rule 26(f) Report

Igor,

It is clear that we cannot hold Defendants' depositions in Russia.  See U.S. Dep't of State, Bureau of Consular Affairs, Russia Judicial Assistance Information, available at https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/RussianFederation.html ("The Russian Federation does not permit the taking of voluntary depositions of willing witnesses in civil and commercial matters.").  Nor is Belarus an appropriate forum due to the State Department's Level 4 "Do Not Travel" advisory for US citizens.

We're looking into whether Kazakhstan is a viable option, including whether we can arrange for in-person depositions at the US Embassy in Nur-Sultan. Can you confirm that your clients are willing and able to appear for depositions in Kazakhstan later this month? Is it correct that, as of today, your clients have not started the process of applying for an international passport? Finally, it is our understanding that internal Russian passports allow citizens to travel to places other than Belarus and Kazakhstan. Please provide a list of all the countries to which your clients can travel with their current internal passports.

Separately, the Court has ordered us to reach out to Magistrate Figueredo to arrange time with her in July or August.  Please let me know whether you agree to our contacting Judge Figueredo today.

Thank you,
Laura

**Laura Harris**
*Partner*

T: +1 212 790 5360  |  E: lharris@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036



kslaw.com

**From:** Igor Litvak <Igor@LitvakLawNY.com>
**Sent:** Thursday, June 2, 2022 9:08 AM
**To:** Paul Weeks <PWeeks@KSLAW.com>; Laura Harris <lharris@kslaw.com>; Luke Roniger <LRoniger@KSLAW.com>
**Cc:** Andrew Michaelson <amichaelson@kslaw.com>; Sumon Dantiki <sdantiki@kslaw.com>; Matthew Bush <mbush@kslaw.com>
**Subject:** Re: Rule 26(f) Report

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Laura and Paul,
I still believe that the deposition can be done in Russia, the case you sent is not dispositive on that issue and it's exactly clear exactly what it means, I will try to do further research on it today. My clients tell me there is no prohibition under the Russian law for them or for google to conduct deposition in Russia, we can do it virtually. As an alternative we propose a country of Belarus or Kazakhstan. These are the only options since my clients don't have International Russian passports to travel and getting one would take 3 to 4 months. In Russia people have two passports, internal and international, my clients only have internal passports, using their internal Russian passports they can only travel to those two countries.
Igor.

Get Outlook for iOS

---

**From:** Paul Weeks <PWeeks@KSLAW.com>
**Sent:** Wednesday, June 1, 2022 5:40:27 PM
**To:** Igor Litvak <Igor@LitvakLawNY.com>; Laura Harris <lharris@kslaw.com>; Luke Roniger <LRoniger@KSLAW.com>
**Cc:** Andrew Michaelson <amichaelson@kslaw.com>; Sumon Dantiki <sdantiki@kslaw.com>; Matthew Bush <mbush@kslaw.com>
**Subject:** RE: Rule 26(f) Report

Igor,

Please see the attached case.

Thanks,
Paul

---

**Paul Weeks**
*Senior Associate*

T: +1 202 626 9256  |  E: PWeeks@KSLAW.com  |  Bio  |  vCard

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006



kslaw.com

**From:** Igor Litvak <Igor@LitvakLawNY.com>
**Sent:** Wednesday, June 1, 2022 5:23 PM
**To:** Laura Harris <lharris@kslaw.com>; Paul Weeks <PWeeks@KSLAW.com>; Luke Roniger <LRoniger@KSLAW.com>
**Cc:** Andrew Michaelson <amichaelson@kslaw.com>; Sumon Dantiki <sdantiki@kslaw.com>; Matthew Bush <mbush@kslaw.com>
**Subject:** Re: Rule 26(f) Report

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Laura, please email me that Russian law that makes it illegal to depose my clients in Russia, thank you.

Get Outlook for iOS