# **EXHIBIT 2**

*PRELIMINARY TRANSLATION – SUBJECT TO REVISION*

**Excerpt from Interview with Igor Litvak posted on April 16, 2022 to the YouTube channel "People PRO"**

Link: https://youtu.be/9B7ceTxPKBM

\* \* \*

**Interviewer**: What mistakes do hackers usually make . . . [inaudible]?

**Litvak**: They make a lot of mistakes.  In my view, the main mistake is having a work laptop that is also your personal laptop.  If a person already decides to engage in hacking, cybercrime, his work laptop and his personal laptop should be separate – they should not overlap.  Also, often people who leave the country will take their laptops, I don't know why.

**Interviewer**:  For work maybe –

**Litvak**:  Guys – if you leave the country, always leave your work laptop at home.  And another thing it seems to me that one of the other main reasons – generally in the world of cybercrime the idea of forums where they gather and communicate that was central for these people and it seems to me that if people want to stay in this practice they need to get away from this.  I'm not the first one who has talked about this.  I heard about other people who have said the same thing that forums are things that create a lot of loopholes, and plus people relax, they go on these forums 5-10 years go by, people relax, they speak with hundreds of people, and one of them might be a secret service agent or some kind of cooperator.  For this reason, it seems to me that these are some of the main reasons – people relax, people don't keep themselves secure, they use their laptop computers for this and that, and with time a portrait is built for American intelligence agencies and when they leave the country they are arrested.