UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GOOGLE LLC,

                              Plaintiff,                      21-CV-10260 (DLC) (VF)

       -against-                                 **ORDER SCHEDULING**
                                                   **SETTLEMENT CONFERENCE**

DMITRY STAROVIKOV;
ALEXANDER FILIPPOV;
and Does 1-15,

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **August 10, 2022, at 2:00 p.m.,** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information**. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Figueredo's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **August 3, 2022.**

      **SO ORDERED.**

DATED:    New York, New York
               June 3, 2022

                                                           _____
                                                             VALERIE FIGUEREDO
                                                              United States Magistrate Judge