```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
GOOGLE LLC,                              :
                                         :    21cv10260 (DLC)
                    Plaintiff,           :
                                         :        ORDER
         -v-                             :
                                         :
DIMTRY STAROVIKOV, ALEXANDER FILIPPOV,   :
and DOES 1-15,                           :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received on June 3, 2022 the parties' letters regarding the location at which the defendants' depositions are to be conducted, it is hereby

ORDERED that the June 1 pretrial scheduling Order is stayed pending further Order of this Court.

Dated:     New York, New York
           June 3, 2022

                                                                     _____
                                                                            DENISE COTE
                                          United States District Judge