
### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

GOOGLE LLC,

|       | *Plaintiff*, |
|---|---|

v.                                                                  Civil Action No. 1:21-cv-10260-DLC

DMITRY STAROVIKOV; ALEXANDER FILIPPOV;

Does 1–15,

|       | *Defendants*. |
|---|---|

**Plaintiff Google LLC ("Google") has sued Defendants Dmitry Starovikov, Alexander Filippov, and Does 1-15 associated with the Internet domains listed in the pleading set forth below. Google alleges that Defendants have deployed the Glupteba malware to form a botnet—a network of internet-connected devices, each of which is infected by the Glupteba malware—to steal personal login information from Google customers; to facilitate the use of unfunded credit cards to purchase ads; to sell disruptive ads to display on infected devices; to sell access to infected devices to relay, or "proxy," communications; and to hijack computing power of infected devices to generate cryptocurrency. Google alleges that, through these actions, the Defendants have violated federal and state law. Google sought and received a preliminary injunction enjoining the Defendants from these and other activities and directing the registrars associated with Defendants' Internet domains to take all steps necessary to disable access to and operation of Glupteba-affiliated domains. Google intends to seek a permanent injunction and other equitable relief. Full copies of the pleading documents, related filings, and orders from the Court are available below.**

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY! You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 21 days of the date of first publication specified herein. It must be in proper form and have proof of service on Google's attorney, Laura Harris, King & Spalding LLP, 1185 Ave. of the Americas, 34th Floor, New York, NY 10036. If you have questions, you should consult with your own attorney immediately.**



King & Spalding

serviceofprocess.xyz

Home    **Glupteba**

Complaint

A. Filippov Summons

D. Starovikov Summons

Summons for Does 1-15

**DECLARATIONS AND EXHIBITS TO GOOGLE'S COMPLAINT**

E. Bisbee Declaration

S. Huntley Declaration + Exhibits

L. Harris Declaration + Exhibits

**COURT ORDERS**

Order Granting TRO

Order Granting Preliminary Injunction

Order Vacating Entry of Default

Order Granting Service on Doe Defendants

**APPLICATION FOR EMERGENCY TRO AND PRELIMINARY INJUNCTION**

Motion for a Temporary Restraining Order

Memorandum of Law for TRO and Order to Show Cause

Proposed *Ex Parte* TRO and OSC re Preliminary Injunction



King & Spalding     serviceofprocess.xyz      Home    **Glupteba**

Certificate of Service

Proposed Certificate of Default

Google's Request for Entry of Default

Declaration of L. Harris ISO Entry of Default

Clerk's Certificate of Default

Defendants' Motion to Set Aside Entry of Default

A. Filippov Declaration ISO Motion to Set Aside Entry of Default

D. Starovikov Declaration ISO Motion to Set Aside Entry of Default

Google MOL in Opposition to Defendants' Motion to Vacate Entry of Default and In Support of Default Judgment and Permanent Injunction

Proposed Final Default Judgment and Order for Permanent Injunction

Declaration of L. Harris ISO Google's MOL in Opposition to Defendants' Motion to Vacate Entry of Default and Dismiss and in Support of Google's Motion for Default Judgment & Permanent Injunction

