# King & Spalding

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Tel: +1 212 556 2100
www.kslaw.com

June 10, 2022

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *Google LLC v. Starovikov, et al.*, Case No. 1:21-cv-10260-DLC

Dear Judge Cote:

  I write on behalf of Plaintiff Google LLC. Pursuant to the Court's June 9, 2022 Order (ECF 80), Google proposes to hold the depositions of Defendants Dmitry Starovikov and Alexander Filippov during the first tranche of fact discovery, and by the end of July 2022, in one of the following three countries:

1) United Kingdom

2) Ireland

3) Spain

          Respectfully submitted,

          */s/ Laura Harris*

          Laura Harris