**GOV.UK**

Check if you need a UK visa:

# Information based on your answers

## You'll need a visa to work, do business or academic research in the UK

The visa you need to apply for depends on your circumstances.

## Business or academic visits

You can apply:

- for a Standard Visitor visa (https://www.gov.uk/standard-visitor) - for example if you're coming to the UK for conferences, meetings, training, academic research or a sabbatical
- as a visitor doing a 'permitted paid engagement (https://www.gov.uk /permitted-paid-engagement-visa)' (you must have been invited to the UK because of your expertise) - you can only stay for up to 1 month

## Working in the UK

A work visa may be suitable if you want to work in the UK for a short time:

- in sports (https://www.gov.uk/sportsperson-visa)
- in arts or entertainment (https://www.gov.uk/creative-worker-visa)
- as a volunteer for a charity (https://www.gov.uk/temporary-worker-charity-worker-visa)

- in a work experience or research and training (https://www.gov.uk/government-authorised-exchange) programme
- for a religious organisation (https://www.gov.uk/religious-worker-visa)
- as a domestic worker in a private household (https://www.gov.uk/domestic-workers-in-a-private-household-visa)
- in a senior or specialist role in your overseas employer's UK branch (https://www.gov.uk/senior-specialist-worker-visa)
- in a graduate trainee role at your overseas employer's UK branch (https://www.gov.uk/graduate-trainee-visa)
- to provide services to a UK company as part of an international trade agreement (https://www.gov.uk/service-supplier-visa)
- as part of a high-value contract between your overseas employer and a UK organisation (https://www.gov.uk/secondment-worker-visa)
- to provide a service on behalf of a Swiss company (https://www.gov.uk/guidance/apply-for-a-service-providers-from-switzerland-visa)
- in a skilled job (https://www.gov.uk/skilled-worker-visa)

You can also apply for an international agreement (https://www.gov.uk/international-agreement-worker-visa) visa if you'll be doing work covered by international law while in the UK (for example, working for a foreign government or as a private servant in a diplomatic household).

## Your answers

Start again (/check-uk-visa)

| | | |
|---|---|---|
| **What's your nationality as shown on your passport or travel document?** | Russia | Change (/check-uk-visa/y?previous_response=russia) |
| **What are you coming to the UK to do?** | Work, academic visit or business | Change (/check-uk-visa/y |

| | | |
|---|---|---|
| | | /russia?previous_response=work) |
| How long are you planning to work in the UK for? | 6 months or less | Change (/check-uk-visa/y/russia/work?previous_response=six_months_or_less) |

## Related content

Applying for a visa to come to the UK (/apply-to-come-to-the-uk)

Prove you have right of abode in the UK (/right-of-abode)

Tax if you come to live in the UK (/tax-come-to-uk)

Collection

**Brexit guidance (/government/collections/brexit-guidance)**

**OGL**

All content is available under the Open Government Licence v3.0, except where otherwise stated

© Crown copyright