

 My View     Following     Saved

House resumes public hearings on Jan. 6 assault on Capitol     

Watch Live

May 13, 2022 · 1:56 PM EDT
Last Updated a month ago

World

# Russia advises against travel to UK because of 'unfriendly' visa stance

Reuters                                                                      2 minute read

              



A general view on the headquarters of the Russian Foreign Ministry in Moscow, Russia April 29, 2022. REUTERS/Maxim Shemetov

May 13 (Reuters) - Russia said on Friday it was recommending that its citizens not travel to Britain, complaining that authorities there were making it "virtually impossible" for Russians to obtain visas.

The Russian Foreign Ministry alleged Russian applications were being delayed because Britain was giving higher priority to Ukrainian refugees. It said Russians were also unable to pay on the British website via Mastercard and Visa, which have both suspended their operations in Russia.

Advertisement · Scroll to continue

Case 1:21-cv-10260-DLC Document 87-2 Filed 06/14/22 Page 3 of 4

"Taking into account the extremely unfriendly course of the UK towards our country, in order to avoid financial losses and other possible problems, we recommend that Russian citizens refrain, if possible, from travelling to the UK and trying to obtain British visas," it said.

Register now for FREE unlimited access to Reuters.com  **Register**

"Until the situation normalises, we will act in the same way with respect to the British."

The British actions were "a politically motivated infringement of the rights of Russian citizens," the ministry said.

Advertisement · Scroll to continue

visas."

"We are prioritising Ukraine Family Scheme and Homes for Ukraine applications in response to the humanitarian crisis caused by (Russian President Vladimir) Putin's barbaric invasion of Ukraine, so applications for study, work and family visas have taken longer to process."

Advertisement · Scroll to continue

Tensions between Moscow and London have ratcheted up in recent weeks, with Britain announcing fresh sanctions on Putin's financial network on Friday over Moscow's invasion of Ukraine. read more

Russia calls its actions in Ukraine a "special operation."

British Prime Minister Boris Johnson said on Thursday he did not see how there could be a normalisation of relations with Putin following the invasion. read more

Register now for FREE unlimited access to Reuters.com

Register