UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
GOOGLE LLC,                          :
                                     :    21cv10260 (DLC)
                    Plaintiff,       :
                                     :         ORDER
     -v-                             :
                                     :
DIMTRY STAROVIKOV, ALEXANDER FILIPPOV,:
and DOES 1-15,                       :
                                     :
                    Defendants.      :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

   Having received the parties' letters of June 10 and June 14, 2022 regarding the location at which the defendants' depositions are to be conducted, it is hereby

   ORDERED that the defendants shall diligently pursue all reasonable means to obtain an international passport. The defendants shall submit a status letter by **September 16, 2022** regarding the defendants' progress obtaining an international passport.

   IT IS FURTHER ORDERED that all discovery of the plaintiff remains stayed.

Dated:   New York, New York
         June 17, 2022

                                   _____
                                          DENISE COTE
                                   United States District Judge