UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>     *Plaintiff*,<br><br> v.<br><br>DMITRY STAROVIKOV;<br>ALEXANDER FILIPPOV;<br>Does 1-15,<br><br>     *Defendants*. | Civil Action No. 1:21-cv-10260-DLC |

**MOTION FOR DEFAULT JUDGMENT**
**AND PERMANENT INJUNCTION**

PLEASE TAKE NOTICE that Plaintiff Google LLC, pursuant to Federal Rules of Civil Procedure 55(b) and 65, respectfully moves this Court for a default judgment and permanent injunction against Defendants John Does 1-15. The grounds for this motion are set forth in the accompanying memorandum of law.

DATED: July 19, 2022

Respectfully submitted,

*/s/ Laura Harris*

Laura Harris
Andrew Michaelson
Kathleen E. McCarthy
Matthew Bush
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone: (212) 790-5356
Fax: (212) 556-2222
lharris@kslaw.com
amichaelson@kslaw.com
kmccarthy@kslaw.com
mbush@kslaw.com

Sumon Dantiki (*pro hac vice*)
David P. Mattern (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Ave., NW, 2nd Floor
Washington, DC 20006
Telephone: (202) 626-5591
Fax: (202) 626-3737
sdantiki@kslaw.com
dmattern@kslaw.com

*Counsel for Plaintiff Google LLC*