# Ex. 3

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

GOOGLE LLC,

*Plaintiff,*

v.

DMITRY STAROVIKOV;
ALEXANDER FILIPPOV;
Does 1–15,

*Defendants.*

Civil Action No. 1:21-cv-10260-DLC

**Proof of Service**

I, LAURA HARRIS, counsel for Google LLC ("Google") in this action, declare under penalty of perjury that the following is true and correct to the best of my knowledge.

1. I oversaw Google's efforts to provide service and notice to Does 1–15 (the "Doe Defendants") by email, text message, and internet publication, as authorized by the Court. *See* ECF No. 65.

2. On May 12, 2022, the Doe Defendants were served by internet publication, and on May 13, 2022, they were served by email, text message, and WhatsApp messages to addresses and phone numbers known to be associated with Defendants' criminal enterprise. Each attempt at service contained copies of Google's Complaint and all supporting exhibits and evidence; the Doe Summons; the Temporary Restraining Order; the Preliminary Injunction; the Order authorizing service on the Doe Defendants; and additional supporting materials.

Executed on June 9, 2022 in New York, New York.



                                               /s/ *Laura Harris*
                                               Laura Harris