# Ex. 4

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

GOOGLE LLC,

                *Plaintiff*,

v.

DMITRY STAROVIKOV;
ALEXANDER FILIPPOV;
Does 1–15,

                *Defendants.*

Civil Action No. 1:21-cv-10260-DLC

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 2, 2021, with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendants Does 1–15 (the "Doe Defendants") by internet publication on May 12, 2022, and by text message, email, and WhatsApp message on May 13, 2022, and proof of service was filed on June 9, 2022. *See* ECF 5 (Complaint); ECF 65 (Memo Endorsement authorizing service by alternative means); ECF 81 (Proof of Service). I further certify that the docket entries indicate that the Doe Defendants have not filed an answer or otherwise moved with respect to the complaint herein.

The default of the Doe Defendants is hereby noted.

Dated: New York, New York

June 10, 2022

                                                                                                  RUBY J. KRAJICK
                                                                                                  Clerk of Court

                                                                  By: *K. Mango*
                                                                           Deputy Clerk