```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
GOOGLE LLC,                               :
                                          :
                       Plaintiff,         :   21cv10260 (DLC)
           -v-                            :
                                          :        ORDER
DMITRY STAROVIKOV, ALEXANDER FILIPPOV,    :
and DOES 1-15,                            :
                                          :
                       Defendants.        :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received on July 20, 2022 the plaintiff's letter motion requesting a discovery conference, it is hereby

ORDERED that any response to the letter motion shall be submitted by **July 25, 2022**.

IT IS FURTHER ORDERED that the parties shall appear at a conference on **Friday, July 29** at **2:00 p.m.** to be held telephonically. The parties shall use the following dial-in credentials for the conference.

    Dial-in:        888-363-4749
    Access code:    4324948

The parties shall use a landline if one is available.

    SO ORDERED:

Dated:   New York, New York
         July 20, 2022

                                    _____
                                              DENISE COTE
                                    United States District Judge