```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
GOOGLE LLC,                              :
                                         :
                         Plaintiff,      :    21cv10260 (DLC)
             -v-                         :
                                         :         ORDER
DMITRY STAROVIKOV, ALEXANDER FILIPPOV,   :
and DOES 1-15,                           :
                                         :
                         Defendants.     :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received on July 20, 2022 the plaintiff's motion for default judgment against the Doe defendants, it is hereby

ORDERED that any opposition to the motion shall be submitted by **August 5, 2022**. Any reply in support of the motion shall be submitted by **August 12, 2022**.

IT IS FURTHER ORDERED that at the time the motion papers are filed, the party shall supply Chambers with two (2) courtesy copies of the papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         July 20, 2022

                                          _____
                                              DENISE COTE
                                          United States District Judge