```
------------------------------------------X
                                           :
GOOGLE LLC,                                :
                                           :
                        Plaintiff,         :
              -v-                          :        21cv10260 (DLC)
                                           :
DMITRY STAROVIKOV, ALEXANDER FILIPPOV,     :           ORDER
and DOES 1-15,                             :
                                           :
                        Defendants.        :
                                           :
------------------------------------------X
```

DENISE COTE, District Judge:

As set forth at the telephonic conference held on July 29, 2022, it is hereby

ORDERED that the plaintiff shall serve the defendants and the defendants' counsel with any questions regarding their knowledge of or access to discoverable information by **August 1, 2022**. Any response is due **August 8, 2022**.

IT IS FURTHER ORDERED that the parties shall appear in a conference to be held telephonically **Friday, August 12** at **3:00 p.m.** The parties shall use the following dial-in instructions for the telephone conference:

>     Dial-in:        888-363-4749
>     Access code:    4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
          July 29, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge