UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GOOGLE LLC,

                         Plaintiff,

          -against-

DMITRY STAROVIKOV;
ALEXANDER FILIPPOV;
and Does 1-15,

                      Defendant.
------------------------------------------------------------------X

**21-CV-10260 (DLC)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties were instructed to complete the Settlement Conference Summary Report and file pre-conference submissions no later than **August 3, 2022.** Having not received the parties' pre-conference submissions, the settlement conference for **August 10, 2022 at 2:00 p.m.** is cancelled. The parties may contact the Court to reschedule a conference at their convenience.

      **SO ORDERED.**

DATED:    New York, New York
              August 5, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge