# Exhibit 1

# KING & SPALDING

Laura Harris
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
E: LHarris@kslaw.com
T: (212) 556-2100

August 1, 2022

Igor Litvak
The Litvak Law Firm
1733 Sheepshead Bay Rd., Suite 22
Brooklyn, NY 11235
Tel.: 718-989-2908

*Re: Google LLC v. Starovikov, et al.*, **1:21-cv-10260-DLC**

Counsel,

Pursuant to the Court's July 29, 2022 order (ECF 100), enclosed please find questions regarding Defendants' and your knowledge of or access to discoverable information.

The enclosed questions incorporate by reference the definitions and instructions contained in Google's July 19, 2022 First Set of Requests for Production of Documents and for Inspection of Personal Property and First Set of Interrogatories to Defendants. For the avoidance of doubt, documents and devices in Defendant's possession, custody, or control include documents and devices that Defendants have "the legal right or the practical ability to obtain . . . even if the documents are actually in the possession of a non-party." *In re Flag Telecom Holdings, Ltd. Sec. Litig.*, 236 F.R.D. 177, 180 (S.D.N.Y. 2006).

Sincerely,

*/s/ Laura Harris*
Laura Harris

Enclosure

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>                          *Plaintiff*,<br><br>        v.<br><br>DMITRY STAROVIKOV;<br>ALEXANDER FILIPPOV;<br>Does 1-15,<br><br>                          *Defendants*. | Civil Action No. 1:21-cv-10260-DLC |

**PLAINTIFF GOOGLE LLC'S QUESTIONS FOR DEFENDANTS AND IGOR LITVAK**

Pursuant to the Court's July 29, 2022 order in the above-captioned action (ECF 100), please provide answers to the following questions by August 8, 2022:

**Questions for Defendants Dmitry Starovikov and Alexander Filippov (to be answered individually):**

1.     Provide the dates of your employment with Valtron, including the date on which your employment began and the date on which it ended.

2.     Provide the rationale for your departure from Valtron and whether you left Valtron voluntarily or were forced to leave. If the former, please explain how and to whom you communicated the departure.

3.     Identify by make and model each device that you used in 2021 or 2022. For each device, please provide:

    a.     If it was owned by Valtron:  the date on which the device was returned to Valtron, and the person to whom the device was returned;

b.    <u>If it was or is owned by another third party</u>:  the owner, whether the device is still in your possession, custody, or control, and, if not, the date on which it ceased to be in your possession, custody, or control, and the reason it is no longer in your possession, custody, or control; and

c.    <u>If it was or is owned by you personally</u>:  whether the device is still in your possession, custody, or control, and, if not, the date on which it ceased to be in your possession, custody, or control, and the reason it is no longer in your possession, custody, or control.

4.    Identify all categories of documents used in connection with your employment at Valtron, including but not limited to code, executable files, cloud storage files, GitHub files, etc. If any such documents are no longer in your possession, custody, or control, please indicate the date on which the documents ceased to be in your possession, custody, or control, and their current location.

5.    Please identify all methods of communications you used in connection with your employment at Valtron (email, text, WhatsApp, Signal, etc.).

6.    Have you been employed by any entity other than Valtron in 2021 or 2022?  If so, indicate the name of the employer, dates of employment, and a description of the work performed.

7.    Have you worked for or provided services to any entity other than Valtron in 2021 or 2022? If so, indicate the name of the entity, dates of work, and a description of the work performed.

8.    Have you worked with Valtron or any individual affiliated with Valtron since the end of your employment with Valtron?  If so, please describe the nature of such relationship(s),

the names of the individuals affiliated with Valtron with whom you have worked, and the date of such relationship(s).

9.      Have you ever possessed a Russian passport permitting international travel? If so, indicate the date of issuance and expiry for each such passport, and whether you have maintained a copy of each such passport.


**Questions for Igor Litvak:**

1.      Please describe in detail your efforts to date to ensure that Defendants preserve and/or maintain possession, custody, or control over all documents, information, or devices relating to the issues described in Google's Complaint or any of Defendants' defenses thereto, including but not limited to:

  a.      Any applicable litigation or preservation hold, including the date of such litigation or preservation hold, the individuals to whom it was issued, and the categories of documents, information, or devices that it covers;

  b.      Each communication you have had with either Defendant concerning any devices that may have evidence relating to the issues described in Google's Complaint or any of Defendants' defenses thereto, including the date of the communication, the recipient(s), the method of communication (oral, email, text, WhatsApp, Signal, etc.), and the subject of the communication; and

  c.      Each communication you have had with either Defendant concerning any documents (including but not limited to code, executable files, cloud storage files, GitHub files, etc.) that may have evidence relating to the issues described in Google's Complaint or any of Defendants' defenses thereto,

including the date of the communication, the recipient(s), and the method of communication (oral, email, text, WhatsApp, Signal, etc.), and the subject of the communication.

2.      On what date did you first learn that Defendants had ceased employment at Valtron?  On that occasion, what did you learn about the reasons for and the timing of their departure from Valtron?  If you subsequently learned additional information concerning the timing of their departure, please describe the additional information you learned, and the date(s) on which you learned it.

3.      On what date did you learn that Defendants had returned devices to Valtron?  Did you learn that orally or in writing (and if in writing, the medium used (email, text, WhatsApp, Signal, etc.))?

DATED: August 1, 2022                    Respectfully,

                                          /s/ Laura Harris
                                         Laura Harris
                                         Andrew Michaelson
                                         Kathleen E. McCarthy
                                         Matthew L. Bush
                                         KING & SPALDING LLP
                                         1185 Avenue of the Americas, 34th Floor
                                         New York, NY 10036
                                         Telephone: (212) 790-5356
                                         Fax: (212) 556-2222
                                         lharris@kslaw.com
                                         amichaelson@kslaw.com
                                         kmccarthy@kslaw.com
                                         mbush@kslaw.com

Sumon Dantiki (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Ave., NW, 2nd Floor
Washington, DC 20006
Telephone: (202) 626-5591
Fax: (202) 626-3737
sdantiki@kslaw.com

*Counsel for Plaintiff Google LLC*