```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
GOOGLE LLC,                              :
                                         :
                         Plaintiff,      :      21cv10260 (DLC)
            -v-                          :
                                         :           ORDER
DMITRY STAROVIKOV and ALEXANDER          :
FILIPPOV,                                :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having held a conference on August 12, 2022 regarding the schedule for the parties' cross-motions for sanctions, it is hereby

ORDERED that the plaintiff's motion for sanctions is due **August 22, 2022.** The defendants' motion for sanctions, and any opposition to the plaintiff's motion is due **September 2, 2022.** Any opposition to the defendants' motion, and any reply in support of the plaintiff's motion is due **September 16, 2022.** Any reply in support of the defendants' motion is due **September 23, 2022.**

IT IS FURTHER ORDERED that at the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of the papers by mailing or delivering them to the United

States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         August 12, 2022

_____
DENISE COTE
United States District Judge