UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>           *Plaintiff*,<br><br>   v.<br><br>DMITRY STAROVIKOV;<br>ALEXANDER FILIPPOV;<br>Does 1–15,<br><br>           *Defendants*. | Civil Action No. 1:21-cv-10260-DLC |

**DECLARATION OF LAURA HARRIS IN SUPPORT OF GOOGLE LLC'S REPLY IN SUPPORT OF ITS MOTION FOR DEFAULT JUDGMENT AND <u>PERMANENT INJUNCTION AGAINST DOES 1 – 15</u>**

I, Laura Harris, hereby declare and state as follows:

1.  I am an attorney with the law firm of King & Spalding LLP and counsel of record for Plaintiff Google LLC ("Google"). I am a member of good standing of the bar of New York. I make this declaration in support of Google's Reply in Support of its Motion for Default Judgment and Permanent Injunction against Does 1–15. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of the June 1, 2022 transcript from the Initial Pretrial Conference in this action.

Executed on August 12, 2022 in New York, New York.

>*/s/ Laura Harris*
> Laura Harris