UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>                      *Plaintiff*,<br><br>  v.<br><br>DMITRY STAROVIKOV;<br>ALEXANDER FILIPPOV;<br>Does 1-15,<br><br>                      *Defendants*. | Civil Action No. 1:21-cv-10260-DLC |

**NOTICE OF MOTION FOR SANCTIONS**

Pursuant to Federal Rules of Civil Procedure 26(g), 37(b), (c), (e), and (f), and the Court's inherent powers, Plaintiff Google LLC ("Google") respectfully moves the Court for entry of a default judgment and an award of attorneys' fees against Defendants Dmitry Starovikov and Alexander Filippov (collectively, "Defendants") and their counsel Igor Litvak.

The relief sought by Google is made upon the accompanying Memorandum of Law, the Declaration of Laura Harris in Support of Google's Motion for Sanctions, and the Proposed Order filed herewith.

DATED: August 22, 2022                                    Respectfully submitted,

                                                          */s/ Laura Harris*

                                                          Laura Harris
                                                          Andrew Michaelson
                                                          Kathleen E. McCarthy
                                                          Matthew Bush
                                                          KING & SPALDING LLP
                                                          1185 Avenue of the Americas, 34th Floor
                                                          New York, NY 10036
                                                          Telephone: (212) 790-5356
                                                          Fax: (212) 556-2222
                                                          lharris@kslaw.com
                                                          amichaelson@kslaw.com
                                                          kmccarthy@kslaw.com
                                                          mbush@kslaw.com

                                                          Sumon Dantiki (*pro hac vice*)
                                                          David P. Mattern (*pro hac vice*)
                                                          KING & SPALDING LLP
                                                          1700 Pennsylvania Ave., NW, 2nd Floor
                                                          Washington, DC 20006
                                                          Telephone: (202) 626-5591
                                                          Fax: (202) 626-3737
                                                          sdantiki@kslaw.com
                                                          dmattern@kslaw.com

                                                          *Counsel for Plaintiff Google LLC*