UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>DMITRY STAROVIKOV;<br>ALEXANDER FILIPPOV;<br>Does 1-15,<br><br>　　　　　*Defendants*. | Civil Action No. 1:21-cv-10260-DLC |

**[PROPOSED] ORDER GRANTING GOOGLE'S MOTION FOR SANCTIONS UNDER RULE 26, RULE 37, AND THE COURT'S INHERENT POWERS**

Upon consideration of Plaintiff Google LLC's Motion for Sanctions Under Rule 26, Rule 37, and the Court's Inherent Powers (the "Motion"), the memoranda of law in support thereof and in opposition thereto, the arguments of counsel, and the entire record in this action,

**IT IS HEREBY ORDERED** that Plaintiff Google LLC's Motion is GRANTED;

**IT IS FURTHER ORDERED** that default judgment is ENTERED in favor of Plaintiff Google LLC and against Defendants Dmitry Starovikov and Alexander Filippov pursuant to Rule 37 and the Court's inherent powers, with the scope of permanent injunctive relief to be determined in further proceedings; and

**IT IS FURTHER ORDERED** that a monetary sanction in the amount of Plaintiff Google LLC's attorneys' fees, costs, and expenses associated with discovery in this case is AWARDED to Plaintiff Google LLC and ASSESSED, jointly and severally, against Defendants Dmitry

1

Starovikov and Alexander Filippov and their counsel, Igor Litvak, pursuant to Rule 26(g), Rule 37, and the Court's inherent powers, with the amount to be set by further proceedings.

So ordered.

						_____
						DENISE COTE
						United States District Judge