# Exhibit 2

**From:** Igor Litvak

**Sent:** Tuesday, February 15, 2022 1:55 PM

**To:** amichaelson@kslaw.com <amichaelson@kslaw.com>; kmccarthy@kslaw.com <kmccarthy@kslaw.com>; lharris@kslaw.com <lharris@kslaw.com>; brupert@kslaw.com <brupert@kslaw.com>; dmattern@kslaw.com <dmattern@kslaw.com>; sdantiki@kslaw.com <sdantiki@kslaw.com>

**Subject:** Google v Dmitry Starovikov, Alexander Filippov, 1:21-cv-10260-DLC

Hello Counsel,

I am in the process of being retained by Dmitry Starovikov and Alexander Filippov in the above-mentioned case and expect to file a NOA in a few days. I am emailing to ask that once I file my NOA that you withdraw your motion for default judgment and consent to defendants filing a late answer, which I expect to file a few weeks after filing my NOA. The defendant will consent to personal jurisdiction in this matter. If you need to reach me please call my cell at 646-796-4905, thank you.

Sincerely,

Igor Litvak, Esq.

The Litvak Law Firm, PLLC

1733 Sheepshead Bay Road, Suite 22

Brooklyn, NY 11235

Tel/Fax: 718-989-2908

EMail: Igor@LitvakLawNY.com

Website: www.nyccrimelawyer.com

CONFIDENTIALITY NOTICE:

This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender, delete this copy from your system and destroy any hard copy that you may have made. Thank you.

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.