# Exhibit 14

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOOGLE LLC,

                Plaintiff,         Civil Action No.: 1:21-cv-10260-DLC

- against -

DMITRY STAROVIKOV;
ALEXANDER FILIPPOV;
and Does 1-15,

                Defendants.
-----------------------------------------------------------------X

### DECLARATION OF DMITRY STAROVIKOV

    I, DMITRY STAROVIKOV, declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S. Code § 1746 that the following is true and correct:

1. I am Defendant in this matter, and I am over 18 years of age and make this declaration based upon personal knowledge of the facts set forth below. If called upon to testify, I could and would testify competently as to the matters set forth herein.

2. I make this declaration in response to Plaintiff's demands.

3. I started working at Valtron in September 2019, my employment ended there at the end of December 2021.

4. I was fired by CEO of Valtron Chingiz Keklenov, he fired me because supposedly there was no longer enough work for me.

5. During my employment at Valtron I utilized 16-inch Macbook Pro.

6. The device was returned to Valtron the first half of January 2022.

_____
DMITRY STAROVIKOV

Executed on August __8__, 2022, in Moscow, Russian Federation

Page 1 of 1