M8CPGOOC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

GOOGLE, INC.,

          Plaintiff,

     v.                              21 CV 10260 (DLC)

DMITRY STAROVIKOV AND
ALEXANDER FILIPPOV,

          Defendants.

------------------------------x
                             New York, N.Y.
                             August 12, 2022
                             3:05 p.m.

Before:

                 HON. DENISE COTE,

                             District Judge

        APPEARANCES VIA TELECONFERENCE

KING & SPALDING LLP
    Attorneys for Plaintiff
BY:  LAURA E. HARRIS


THE LITVAK LAW FIRM, PLLC
    Attorneys for Defendants
BY:  IGOR B. LITVAK

1               (The Court and all parties appearing by telephone)
2               THE COURT:  Good afternoon, counsel.
3               (Case called)
4               Is counsel for the plaintiff ready to proceed?
5               MS. HARRIS:  Yes, your Honor.  This is Laura Harris of
6    King and Spalding for Google.
7               THE COURT:  Thank you.  And is counsel for the
8    defendants ready to proceed?
9               MR. LITVAK:  Yes, your Honor.  This is (indiscernible)
10   Litvak for the defendant, and we are ready to proceed.
11              THE COURT:  Mr. Litvak, you're interrupted again.  I
12   take it you're not calling from a land line.  I'm going to call
13   your appearance once more.  Is counsel for the defendants ready
14   to proceed?
15              MR. LITVAK:  Yes, your Honor.  This is attorney Igor
16   Litvak, appearing for the defendants.  I'm ready to proceed.
17              THE COURT:  Thank you so much.
18              I have letters of August 11th from plaintiff's counsel
19   and August 12th from defense counsel.  It appears that what we
20   need to do today is set a briefing schedule.  The plaintiff
21   describes motions that it wants to bring, and it may be that
22   Mr. Litvak is going to bring his own motions for sanctions.
23              I think it would be helpful to start with plaintiff's
24   motion.  Ms. Harris, when would you like to file that?
25              MS. HARRIS:  Your Honor, I think we could be prepared

M8CPGOOC

1   to file that the 19th.
2              THE COURT:  That's next Friday?
3              MS. HARRIS:  Yes, your Honor.  And just let me give --
4   if I could ask your Honor for just a moment to just confirm
5   that with my team quickly.
6              THE COURT:  Sure.
7              MS. HARRIS:  But I think that should work.
8              (Pause)
9              Your Honor, how about August 22nd?
10             THE COURT:  That's just fine.  That's a Monday.
11             And, Mr. Litvak, I'm thinking that you would oppose,
12  and if you wanted to bring any motion, you would bring any
13  motion along with your opposition.  Does that make sense to
14  you?
15             MR. LITVAK:  Yes, it does, your Honor.
16             THE COURT:  And how about September 2nd, Mr. Litvak?
17             MR. LITVAK:  That works for me, your Honor.
18             THE COURT:  Thank you.
19             And, Ms. Harris, how long to file your reply and
20  potentially to oppose any motion brought by Mr. Litvak?  Shall
21  we say September 15th?
22             MS. HARRIS:  I was just going to say I think I would
23  incur some wrath from a few folks if I would put it too close
24  to Labor Day.  So September 16th sounds fine.
25             THE COURT:  Good.  And then we'll say September 23rd

M8CPGOOC

1  for any reply by Mr. Litvak on his own motion.  Is that
2  agreeable, Mr. Litvak?
3           MR. LITVAK:  Just one second.  So September 16th for
4  the plaintiff and September -- I'm sorry, which date, you said
5  September 23rd?
6           THE COURT:  Yes.
7           MR. LITVAK:  Yeah, that's fine.
8           THE COURT:  Good.  And I'll get out a scheduling order
9  with these dates so you'll have that in writing and, of course,
10 you can always order this transcript.  With this briefing
11 schedule, I don't think there's anything further we need to do
12 at today's conference.
13          But, Ms. Harris, is there anything further we need to
14 address today?
15          MS. HARRIS:  No, your Honor.  Thank you.
16          THE COURT:  Mr. Litvak, is there anything further we
17 need to address today?
18          MR. LITVAK:  No, your Honor, nothing else.
19          THE COURT:  Okay.  Thank you.  Thank you, all.
20          (Adjourned)