UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
GOOGLE LLC,

               Plaintiff,

Docket No. 1:21-cv-10260-DLC

- against -

DMITRY STAROVIKOV;
ALEXANDER FILIPPOV;
and Does 1-15,

               Defendants.
-------------------------------------------------------------------X

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SANCTIONS UNDER THE COURT'S INHERENT POWERS

Upon consideration of Defendants' Motion for Sanctions under the Court's Inherent Powers, the memoranda of law in support thereof and in opposition thereto, the arguments of counsel, and the entire record in this action,

**IT IS HEREBY ORDERED** that Defendants' Motion is GRANTED;

**IT IS FURTHER ORDERED** that a monetary sanction in the amount of Defendants attorneys' fees, costs, and expenses incurred in connection with responding to Plaintiff's Motion for Sanctions is AWARDED to Defendants and ASSESSED, jointly and severally, against Plaintiff Google and its counsel Laura Harris pursuant to the Court's inherent powers, with the amount to be set by further proceedings.

So ordered.

Date:

_____

DENISE COTE
United States District Judge