UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
GOOGLE LLC,

                Plaintiff,

- against -

DMITRY STAROVIKOV;
ALEXANDER FILIPPOV;
and Does 1-15,

                Defendants.
---------------------------------------------------------------------X

Docket No. 1:21-cv-10260-DLC

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, upon the accompanying declaration of Igor Litvak, executed on September 2, 2022, the accompanying Memorandum of Law with exhibits and upon all prior proceedings, pleadings, and filings in this Action, Defendants DMITRY STAROVIKOV and ALEXANDER FILIPPOV will move this Court, for an Order granting their Motion for Sanctions under the Court's inherent powers; and for such other and further relief that this Court may deem just and proper.

Dated: September 2, 2022
Brooklyn, New York

                Respectfully Submitted,

                /s/ Igor Litvak
                _____

                Igor Litvak, Esq.
                Attorneys for Defendants
                The Litvak Law Firm
                1733 Sheepshead Bay Rd., Suite 22
                Brooklyn, NY 11235
                Tel/Fax: 718-989-2908
                Email: Igor@LitvakLawNY.com