UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOOGLE LLC,

Plaintiff,

Civil Action No.: 1:21-cv-10260-DLC

- against -

DMITRY STAROVIKOV;
ALEXANDER FILIPPOV;
and Does 1-15,

**ANSWER WITH
COUNTERCLAIMS**

Defendants.

-------------------------------------------------------------------X

Defendants DMITRY STAROVIKOV and ALEXANDER FILIPPOV, by their

attorneys, The Litvak Law Firm, Igor Litvak, Esq., as and for their Answer to the Plaintiff's

Complaint with affirmative defenses and counterclaims respond, upon information and belief, as

follows:

## ANSWER

1.     Defendants deny each and every allegation set forth in paragraph 1 of the

Complaint.

2.     Defendants deny knowledge or information sufficient to form a belief as

to the truth of the allegations set forth in paragraph 2 of the Complaint.

3.     Defendants deny each and every allegation set forth in paragraph 3 of the

Complaint.

4.     Defendants deny each and every allegation set forth in paragraph 4 of the

Complaint.

5.     Defendants deny knowledge or information sufficient to form a belief as

to the truth of the allegations set forth in paragraph 5 of the Complaint.

6.      Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 6 of the Complaint.

7.      Paragraph 7 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 7 of the Complaint.

8.      Defendants admit to allegations contained in paragraph 8.

9.      Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 9 of the Complaint.

10.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 10 of the Complaint.

11.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 11 of the Complaint.

12.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 12 of the Complaint.

13.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 13 of the Complaint.

14.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 14 of the Complaint.

15.     Defendants deny each and every allegation set forth in paragraph 15 of the Complaint.

16.     Defendants admit to allegations contained in paragraph 16.

17.     Defendants admit to allegations contained in paragraph 17.

18.     Paragraph 18 of the Complaint makes allegations to which no answer is

required. To the extent an answer is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 18 of the Complaint.

19.     Paragraph 19 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 19 of the Complaint.

20.     Paragraph 20 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 20 of the Complaint.

21.     Paragraph 21 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 21 of the Complaint.

22.     Defendants deny each and every allegation set forth in paragraph 22 of the Complaint.

23.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 23 of the Complaint.

24.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 24 of the Complaint.

25.     Defendants admit to allegations contained in paragraph 25.

26.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 26 of the Complaint.

27.     Defendants deny knowledge or information sufficient to form a belief as

to the truth of the allegations set forth in paragraph 27 of the Complaint.

28.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 28 of the Complaint.

29.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 29 of the Complaint.

30.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 30 of the Complaint.

31.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 31 of the Complaint.

32.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 32 of the Complaint.

33.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 33 of the Complaint.

34.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 34 of the Complaint.

35.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 35 of the Complaint.

36.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 36 of the Complaint.

37.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 37 of the Complaint.

38.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 38 of the Complaint.

39.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 39 of the Complaint.

40.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 40 of the Complaint.

41.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 41 of the Complaint.

42.     Defendants admit to allegations contained in paragraph 42.

43.     Defendants admit to allegations contained in paragraph 43.

44.     Defendants admit to allegations contained in paragraph 44.

45.     Defendants admit to allegations contained in paragraph 45.

46.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 46 of the Complaint.

47.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 47 of the Complaint.

48.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 48 of the Complaint.

49.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 49 of the Complaint.

50.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 50 of the Complaint.

51.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 51 of the Complaint.

52.     Defendants deny knowledge or information sufficient to form a belief as

to the truth of the allegations set forth in paragraph 52 of the Complaint.

53.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 53 of the Complaint.

54.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 54 of the Complaint.

55.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 55 of the Complaint.

56.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 56 of the Complaint.

57.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 57 of the Complaint.

58.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 58 of the Complaint.

59.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 59 of the Complaint.

60.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 60 of the Complaint.

61.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 61 of the Complaint.

62.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 62 of the Complaint.

63.     Paragraph 63 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth

in paragraph 63 of the Complaint.

64.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 64 of the Complaint.

65.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 65 of the Complaint.

66.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 66 of the Complaint.

67.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 67 of the Complaint.

68.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 68 of the Complaint.

69.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 69 of the Complaint.

70.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 70 of the Complaint.

71.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 71 of the Complaint.

72.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 72 of the Complaint.

73.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 73 of the Complaint.

74.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 74 of the Complaint.

75.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 75 of the Complaint.

76.     Defendants admit to allegations contained in paragraph 76.

77.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 77 of the Complaint.

78.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 78 of the Complaint.

79.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 79 of the Complaint.

80.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 80 of the Complaint.

81.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 81 of the Complaint.

82.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 82 of the Complaint.

83.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 83 of the Complaint.

84.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 84 of the Complaint.

85.     Defendants admit to allegations contained in paragraph 85.

86.     Defendants admit to allegations contained in paragraph 86.

87.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 87 of the Complaint.

88.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 88 of the Complaint.

89.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 89 of the Complaint.

90.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 90 of the Complaint.

91.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 91 of the Complaint.

92.     Defendants deny each and every allegation set forth in paragraph 92 of the Complaint.

93.     Defendants deny each and every allegation set forth in paragraph 93 of the Complaint.

94.     Defendant Starovikov denies each and every allegation set forth in paragraph 94 of the Complaint, except Defendant Starovikov admits that he had an email account under Valtronwork.com domain.

95.     Defendant Filippov denies each and every allegation set forth in paragraph 95 of the Complaint, except Defendant Filippov admits that he had an email account under Valtronwork.com domain.

96.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 96 of the Complaint.

97.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 97 of the Complaint.

98.     Defendants deny knowledge or information sufficient to form a belief as

to the truth of the allegations set forth in paragraph 98 of the Complaint.

99.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 99 of the Complaint.

100.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 100 of the Complaint.

101.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 101 of the Complaint.

102.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 102 of the Complaint.

103.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 103 of the Complaint.

104.    Defendants admit to allegations contained in paragraph 104.

105.    Paragraph 105 of the Complaint incorporates by reference foregoing paragraphs, to which no answer is required.

106.    Paragraph 106 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 106 of the Complaint.

107.    Paragraph 107 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 107 of the Complaint.

108.    Paragraph 108 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 108 of the Complaint.

109.    Defendants deny each and every allegation set forth in paragraph 109 of the Complaint.

110.    Defendants deny each and every allegation set forth in paragraph 110 of the Complaint.

111.    Defendants deny each and every allegation set forth in paragraph 111 of the Complaint.

112.    Defendants deny each and every allegation set forth in paragraph 112 of the Complaint.

113.    Paragraph 113 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 113 of the Complaint.

114.    Defendants deny each and every allegation set forth in paragraph 114 of the Complaint.

115.    Paragraph 115 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 115 of the Complaint.

116.    Paragraph 116 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 116 of the Complaint.

117.    Paragraph 117 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 117 of the Complaint.

118.    Paragraph 118 of the Complaint states conclusions of law to which no

answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 118 of the Complaint.

119.     Paragraph 119 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 119 of the Complaint.

120.     Paragraph 120 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 120 of the Complaint.

121.     Paragraph 121 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 121 of the Complaint.

122.     Defendants deny each and every allegation set forth in paragraph 122 of the Complaint.

123.     Defendants deny each and every allegation set forth in paragraph 123 of the Complaint.

124.     Defendants deny each and every allegation set forth in paragraph 124 of the Complaint.

125.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 125 of the Complaint.

126.     Paragraph 126 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 126 of the Complaint.

127.     Paragraph 127 of the Complaint states conclusions of law to which no

answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 127 of the Complaint.

128.     Paragraph 128 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 128 of the Complaint.

129.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 129 of the Complaint.

130.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 130 of the Complaint.

131.     Paragraph 131 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 131 of the Complaint.

132.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 132 of the Complaint.

133.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 133 of the Complaint.

134.     Paragraph 134 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 134 of the Complaint.

135.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 135 of the Complaint.

136.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 136 of the Complaint.

137.     Paragraph 137 of the Complaint incorporates by reference foregoing paragraphs, to which no answer is required.

138.     Paragraph 138 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 138 of the Complaint.

139.     Paragraph 139 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 139 of the Complaint.

140.     Paragraph 140 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 140 of the Complaint.

141.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 141 of the Complaint.

142.     Paragraph 142 of the Complaint seeks injunctive relief and punitive damages for Plaintiff, to which no answer is required. To the extent an answer is required, Defendants deny that the Plaintiff is entitled to injunctive relief and punitive damages.

143.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 143 of the Complaint.

144.     Paragraph 144 of the Complaint incorporates by reference foregoing paragraphs, to which no answer is required.

145.     Paragraph 145 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 145 of the Complaint.

146.     Paragraph 146 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 146 of the Complaint.

147.     Paragraph 147 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 147 of the Complaint.

148.     Paragraph 148 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 148 of the Complaint.

149.     Paragraph 149 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 149 of the Complaint.

150.     Paragraph 150 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 150 of the Complaint.

151.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 151 of the Complaint.

152.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 152 of the Complaint.

153.     Paragraph 153 of the Complaint seeks injunctive relief, and compensatory and punitive damages for Plaintiff, to which no answer is required. To the extent an answer is required, Defendants deny that the Plaintiff is entitled to injunctive relief, compensatory and punitive damages.

154.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 154 of the Complaint.

155.     Paragraph 155 of the Complaint incorporates by reference foregoing paragraphs, to which no answer is required.

156.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 156 of the Complaint.

157.     Defendants deny each and every allegation set forth in paragraph 157 of the Complaint.

158.     Paragraph 158 of the Complaint seeks injunctive relief, compensatory, statutory and punitive damages for the Plaintiff, to which no answer is required. To the extent an answer is required, Defendants deny that the Plaintiff is entitled to injunctive relief, statutory, compensatory and punitive damages.

159.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 159 of the Complaint.

160.     Paragraph 160 of the Complaint incorporates by reference foregoing paragraphs, to which no answer is required.

161.     Defendants admit to allegations contained in paragraph 161.

162.     Defendants admit to allegations contained in paragraph 162.

163.     Defendants admit to allegations contained in paragraph 163.

164.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 164 of the Complaint.

165.     Defendants admit to allegations contained in paragraph 165.

166.     Defendants deny each and every allegation set forth in paragraph 166

of the Complaint.

167.    Defendants deny each and every allegation set forth in paragraph 167 of the Complaint.

168.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 168 of the Complaint.

169.    Paragraph 169 of the Complaint incorporates by reference foregoing paragraphs, to which no answer is required.

170.    Paragraph 170 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 170 of the Complaint.

171.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 171 of the Complaint.

172.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 172 of the Complaint.

173.    Paragraph 173 of the Complaint incorporates by reference foregoing paragraphs, to which no answer is required.

174.    Paragraph 174 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 174 of the Complaint.

175.    Paragraph 175 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 175 of the Complaint.

176.    Paragraph 176 of the Complaint incorporates by reference foregoing

paragraphs, to which no answer is required.

177.    Paragraph 177 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 177 of the Complaint.

178.    Defendants deny each and every allegation set forth in paragraph 178 of the Complaint.

179.    Defendants deny each and every allegation set forth in paragraph 179 of the Complaint.

180.    Defendants deny each and every allegation set forth in paragraph 180 of the Complaint.

181.    Defendants deny each and every allegation set forth in paragraph 181 of the Complaint.

182.    Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 182 of the Complaint.

183.    Defendants deny each and every allegation set forth in paragraph 183 of the Complaint.

184.    Defendants deny each and every allegation set forth in paragraph 184 of the Complaint.

185.    Defendants deny each and every allegation set forth in paragraph 185 of the Complaint.

186.    Paragraph 186 of the Complaint incorporates by reference foregoing paragraphs, to which no answer is required.

187.    Defendants deny knowledge or information sufficient to form a belief as

to the truth of the allegations set forth in paragraph 187 of the Complaint.

188. Paragraph 188 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 188 of the Complaint.

189. Defendants deny each and every allegation set forth in paragraph 189 of the Complaint.

190. Defendants deny each and every allegation set forth in paragraph 190 of the Complaint.

191. Paragraph 191 of the Complaint seeks injunctive relief, and compensatory and punitive damages for Plaintiff, to which no answer is required. To the extent an answer is required, Defendants deny that the Plaintiff is entitled to injunctive relief, and to compensatory and punitive damages.

192. Defendants deny each and every allegation set forth in paragraph 192 of the Complaint.

193. Paragraph 193 of the Complaint incorporates by reference foregoing paragraphs, to which no answer is required.

194. Paragraph 194 of the Complaint states conclusions of law to which no answer is required. To the extent an answer is required, Defendants deny the allegations set forth in paragraph 194 of the Complaint.

195. Defendants deny each and every allegation set forth in paragraph 195 of the Complaint.

196. Defendants deny each and every allegation set forth in paragraph 196 of the Complaint.

197.     Defendants deny each and every allegation set forth in paragraph 197 of the Complaint.

198.     Paragraph 198 of the Complaint seeks injunctive relief, and compensatory and punitive damages for Plaintiff, to which no answer is required. To the extent an answer is required, Defendants deny that the Plaintiff is entitled to injunctive relief, and to compensatory and punitive damages.

199.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 199 of the Complaint.

### AFFIRMATIVE DEFENSES

In addition, Defendants allege the following affirmative defenses with respect to all of Plaintiff's claims and causes of action:

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

200.     Plaintiff has failed to state a cause of action on which relief can be granted against answering Defendants.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

201.     Plaintiff failed to mitigate some, or all of the damages claimed.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

202.     Complaint should be dismissed pursuant to Fed. R. Civ. P 12(b), for failure to join a party under Rule 19.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

203.     Plaintiff's claims are barred in whole or in part by the doctrine of laches, estoppel, delay, acquiescence, unclean hands, bad faith and/or waiver.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

204.     Any damages Defendant allegedly sustained resulted from its own conduct, or that of third parties and was not the proximate result of any act or omission by Defendants.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

205.     Defendants hereby give notice that they intend to rely upon other affirmative defenses that may become available or appear during discovery proceedings in this case and hereby reserve their rights to amend this Answer to assert such defenses.

## FIRST COUNTERCLAIM
### (Tortious Interference with Present and Prospective Business Relationships)

206.     There is no dispute that Defendants, in the course of their employment as software engineers for Valtron LLC, have established present and prospective business relationships with their employer and its clients throughout the world.

207.     Plaintiff was aware of Defendants' relationships.

208.     By the wrongful alleging that, *inter alia*, "Defendants have acted with fraud, malice, and oppression" and "engaged in acts or practices that violate the Racketeer Influenced and Corrupt Organizations Act, Computer Fraud and Abuse Act, Electronic Communications Privacy Act, and Lanham Act," Compl. at 58-59, Plaintiff internationally and improperly interfered with Defendants' present and prospective relationships with their employer, its clients and customers and Plaintiff did so with the intent and purpose of damaging Defendants' professional reputation and integrity.

209.     In fact, the extensive media coverage based on the allegations in the complaint unduly portrays the Defendants as "Russian hackers" who were "operating a botnet that allegedly hacked into more than a million computers and devices worldwide."

(https://www.bloomberg.com/news/articles/2022-04-28/alleged-russian-hackers-get-another-chance-to-fight-google-suit). Similar inflammatory and untruthful statements were made in numerous international and Russian media outlets, including but not limited to "TASS (the largest state-run news agency in Russia); BBC News Russia; Gazeta.ru (a popular source of online news for Russian citizens that translates to "Newspaper.ru"); Novaya Gazeta (a well-regarded newspaper whose editor-in-chief shared the 2021 Nobel Peace Prize); Tsargrad (a pro-Kremlin media organization); RAPSI (the Russian news agency for legal news); Govorit Moskva (a Moscow local news website); and Moskovskaya Gazeta (a Moscow local news website)." See (ECF 48 at 28 n. 5); Harris Decl. ¶¶ 33-35; see also 2/7/22 Harris Decl. ¶ 22 (ECF 36) (describing English language media coverage).

210. While absolute privilege may protect Plaintiff against defamation cause of action, this protection does not expand to Tortious Interference with Present and Prospective Business Relationships claim as Plaintiff used dishonest, unfair, or improper means intended to harm Defendants.

211. Plaintiff's interference caused Defendants' clients and customers confusion and they ceased or will intend to cease doing business with Defendants.

212. As a result of Plaintiff's conduct described above, Defendants have been and continue to be damaged in an amount to be determined at trial.

213. WHEREFORE, Defendants demand judgment against Plaintiff, for injunctive relief, compensatory and punitive damages, in the amount of $10,000,000.00 (ten million dollars), along with interests, attorney's fees, costs, and such other and further relief as justice requires.

## SECOND COUNTERCLAIM
### (Declaratory Judgment)

214.    Defendants repeat and re-allege and incorporate by reference the allegations in paragraphs 206 through 2013 above relating to counterclaims with the same force and effect as if herein set forth.

215.    Defendants request that this Court enter an order, declaring that Defendants engaged in the course of their employment in legitimate business activities, and enjoining Plaintiff from publishing defamatory and harassing statements in relation to Defendants and directing Plaintiff and its respective agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Plaintiff, to remove, delete, or otherwise disable all defamatory content concerning Defendants from the Internet.

## PRAYER

**WHEREFORE**, Defendants pray that this Court enter a judgment as follows:

1.    Dismissing the Complaint with prejudice, entering a judgment in favor of Defendants;

2.    Awarding Defendants costs of suit incurred in defense of this action, including its reasonable attorneys' fees;

3.    Awarding judgment against Plaintiff for injunctive relief, compensatory and punitive damages, in the amount of $10,000,000.00 (ten million dollars), along with interests, costs, and such other and further relief as justice requires;

4.    Awarding judgment against Plaintiff declaring that Defendants engaged in the course of their employment in legitimate business activities, and enjoining Plaintiff from publishing defamatory and harassing statements in relation to

Defendants and directing Plaintiff and its respective agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Plaintiff, to remove, delete, or otherwise disable all defamatory content concerning Defendants from the Internet;

5.   Order such other relief that the Court deems just and reasonable.

**Dated**: May 11th, 2022
Brooklyn, New York

/s/ Igor Litvak, Esq.
_____
Igor B Litvak
Attorneys for Defendants
The Litvak Law Firm
1733 Sheepshead Bay Rd., Suite 22
Brooklyn, NY 11235
Tel/Fax: 718-989-2908
Email: Igor@LitvakLawNY.com