UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK --
-----------------------------------------------------------------X
GOOGLE LLC,

                      Plaintiff,         Civil Action No.: 1:21-cv-10260-DLC

- against -                         **NOTICE OF VOLUNTARY
                                                             DISMISSAL OF COUNTERCLAIMS
DMITRY STAROVIKOV;                   UNDER FEDERAL RULE OF CIVIL
ALEXANDER FILIPPOV;                   PROCEDURE 41(a)(1)(A)(i) and (c)(1)**
and Does 1-15,

                      Defendants.
-------------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL OF COUNTERCLAIMS
UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) and (c)(1)**

TO PLAINTIFF GOOGLE LLC AND ITS ATTORNEYS OF RECORD:

Pursuant to Rule 41(a)(1)(A)(i) and (c)(1) of Federal Rules of Civil Procedure, Defendants Dmitry Starovikov and Alexander Filippov, and their counsel of record, hereby give notice that their Counterclaims in the above-entitled action are voluntarily dismissed without prejudice against Plaintiff.

**Dated**: May 24, 2022
       Brooklyn, New York

                                                                  /s/ Igor Litvak, Esq.
                                                                  _____

                                                                  Igor B Litvak
                                                                  Attorneys for Defendants
                                                                  The Litvak Law Firm
                                                                  1733 Sheepshead Bay Rd., Suite 22
                                                                  Brooklyn, NY 11235
                                                                  Tel/Fax: 718-989-2908
                                                                  Email: Igor@LitvakLawNY.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the above document to be served on counsel of record for the Plaintiff by filing it via the Court's CM/ECF system on this 24th day of May 2022.

/s/ Igor Litvak

Igor Litvak, Esq.
*Attorneys for Defendants*