**From:** Igor Litvak <Igor@LitvakLawNY.com>
**Sent:** Tuesday, May 31, 2022 3:48:42 PM
**To:** Paul Weeks <PWeeks@KSLAW.com>; Laura Harris <lharris@kslaw.com>; Luke Roniger <LRoniger@KSLAW.com>
**Cc:** Andrew Michaelson <amichaelson@kslaw.com>; Sumon Dantiki <sdantiki@kslaw.com>; Matthew Bush <mbush@kslaw.com>
**Subject:** Re: Rule 26(f) Report

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

I am available any time, send a calendar

Get Outlook for iOS

---

**From:** Paul Weeks <PWeeks@KSLAW.com>
**Sent:** Tuesday, May 31, 2022 3:47:25 PM
**To:** Igor Litvak <Igor@LitvakLawNY.com>; Laura Harris <lharris@kslaw.com>; Luke Roniger <LRoniger@KSLAW.com>
**Cc:** Andrew Michaelson <amichaelson@kslaw.com>; Sumon Dantiki <sdantiki@kslaw.com>; Matthew Bush <mbush@kslaw.com>
**Subject:** RE: Rule 26(f) Report

Thank you, Igor. We are generally fine with your first and last proposed changes. We have some questions about your proposed changes to Sections C and E and think at this stage a quick phone call to discuss is the best path forward. Are you available now (or at some point in the next hour)? We can send along a calendar.

Separately, for planning purposes we'd like to discuss whether your clients intend to come to New York for in-person depositions, and if not, where they propose to make themselves available for in-person depositions.

Thanks,
Paul

---

**Paul Weeks**
*Senior Associate*

T: +1 202 626 9256  |  E: PWeeks@KSLAW.com  |  Bio  |  vCard

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006



kslaw.com

**From:** Igor Litvak <Igor@LitvakLawNY.com>
**Sent:** Tuesday, May 31, 2022 3:30 PM
**To:** Laura Harris <lharris@kslaw.com>; Luke Roniger <LRoniger@KSLAW.com>
**Cc:** Andrew Michaelson <amichaelson@kslaw.com>; Sumon Dantiki <sdantiki@kslaw.com>; Matthew Bush <mbush@kslaw.com>; Paul Weeks <PWeeks@KSLAW.com>
**Subject:** Re: Rule 26(f) Report