## Meet & Confer - Google LLC v. Dmitry Starovikov, et al. (1:21-CV-10260)

Luke Roniger <LRoniger@KSLAW.com>
Fri 6/24/2022 9:55 AM

To: Igor Litvak <Igor@LitvakLawNY.com>;Laura Harris <lharris@kslaw.com>;Andrew Michaelson <amichaelson@kslaw.com>;Sumon Dantiki <sdantiki@kslaw.com>;Matthew Bush <mbush@kslaw.com>;Paul Weeks <PWeeks@KSLAW.com>

🖉 1 attachments (5 KB)
image001.png;

_____

## Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Join with a video conferencing device**
teams@meet.kslaw.com
Video Conference ID: 115 583 512 3
Alternate VTC instructions

**Or call in (audio only)**
+1 470-440-7554,,199610629#    United States, Atlanta
Phone Conference ID: 199 610 629#
Find a local number | Reset PIN

KING & SPALDING

Learn More | Meeting options | Legal

_____

_____

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.