/Coat of Arms of the Russian Federation/

# Consular Information Portal

Search...

| Consular Department | Consular functions outside Russia | Consular functions in Russia | Information for persons travelling abroad | Bilateral relations | Military memorial activities outside Russia |

Home page / Consular functions in Russia / Applying for passports

## Application for and issue of a passport of a citizen of the Russian Federation for travelling abroad

→ Documents required to apply for a passport for travelling abroad

→ Regulatory framework

→ Applicants

→ Period of the provision of the public service

→ Exhaustive list of grounds for refusal

→ Pre-action (extrajudicial) procedure for appealing decisions and actions (omissions) of public service providers, as well as their officials

---

**ATTENTION!**

IN ORDER TO FILE AN APPLICATION FOR A PASSPORT FOR TRAVELLING ABROAD AND RECEIVE A READY PASSPORT PRIOR REGISTRATION THROUGH ORGANISATIONS REGISTERED WITH THE RUSSIAN MFA IS REQUIRED. PHONE NUMBER FOR MAKING APPOINTMENTS (499) 244 38 94.

**DEAR VISITORS!**

FROM AUGUST 26 2022, WE SUSPEND ACCEPTING APPLICATIONS FOR NEW GENERATION 10-YEAR PASSPORTS (DUE TO THE NEED TO REFORMAT ELECTRONIC MEDIA).
APPLICATIONS FOR OLD PASSPORTS (5-YEAR) ARE ACCEPTED AS USUAL THROUGH THE ESTABLISHED PROCEDURE (AS A FIRST PASSPORT, OR A REPLACEMENT OF A VALID, USED, LOST OR DAMAGED PASSPORT).

---

In accordance with the *Federal Law "On the procedure for leaving the Russian Federation and entering the Russian Federation" No. 114-FZ* dated August 15, 1996, a passport can be issued by the Ministry of Foreign Affairs of the Russian Federation upon a written application of a citizen of the Russian Federation residing in the Russian Federation, filed through an organization sending them outside the Russian Federation and registered with the Ministry of Foreign Affairs of the Russian Federation.

The period for issuing a passport from the date of filing a respective application should not exceed:

- one month — in case of filing an application at the place of residence;

- three months — in case of filing an application at the place of residence or issuing a passport to a citizen of the Russian Federation who has (had) access to classified or top secret information categorized as state secret in accordance with the Law of the Russian Federation "On State Secrets" No. 5485-1 dated July 21, 1993.

The date of filing an application for a passport is the day of submission of all documents required Article 9 of the said Federal Law and photographs.



# Консульский информационный портал

Поиск…

| Консульский департамент | Консульские функции за рубежом | Консульские функции на территории России | Информация для выезжающих за границу | Двусторонние отношения | Военно-мемориальная работа за рубежом |

🏠 / Консульские функции на территории России / Оформление паспортов

## Оформление и выдача гражданину Российской Федерации паспорта, удостоверяющего личность гражданина Российской Федерации за пределами территории Российской Федерации

→ Перечень документов, необходимых для оформления заграничного паспорта

→ Нормативная база

→ Заявители

→ Срок предоставления государственной услуги

→ Исчерпывающий перечень оснований для отказа

→ Досудебный (внесудебный) порядок обжалования решений и действий (бездействия) органов, предоставляющих государственную услугу, а также их должностных лиц

**ВНИМАНИЕ!**

ПРИЁМ ПОСЕТИТЕЛЕЙ ПО ВОПРОСУ ОФОРМЛЕНИЯ ЗАГРАНИЧНЫХ ПАСПОРТОВ, А ТАКЖЕ ВЫДАЧА ГОТОВЫХ ЗАГРАНИЧНЫХ ПАСПОРТОВ ПРОИЗВОДИТСЯ ТОЛЬКО ПО ПРЕДВАРИТЕЛЬНОЙ ЗАПИСИ ЧЕРЕЗ ПРЕДСТАВИТЕЛЕЙ ЗАРЕГИСТРИРОВАННЫХ В МИД РОССИИ ОРГАНИЗАЦИЙ. ТЕЛЕФОН ДЛЯ СПРАВОК ПО ВОПРОСАМ ЗАПИСИ НА ПРИЁМ (499) 244 38 94.

**УВАЖАЕМЫЕ ПОСЕТИТЕЛИ!**

С 26 АВГУСТА С.Г. ВРЕМЕННО ПРЕКРАЩАЕТСЯ ПРИЕМ ЗАЯВЛЕНИЙ О ВЫДАЧЕ ПАСПОРТА НОВОГО ПОКОЛЕНИЯ СРОКОМ ДЕЙСТВИЯ 10 ЛЕТ (В СВЯЗИ С НЕОБХОДИМОСТЬЮ ПЕРЕФОРМАТИРОВАНИЯ ЭЛЕКТРОННОГО НОСИТЕЛЯ).

ОФОРМЛЕНИЕ ПАСПОРТОВ СТАРОГО ОБРАЗЦА (СРОКОМ ДЕЙСТВИЯ 5 ЛЕТ) ПРОДОЛЖИТСЯ БЕЗ ИЗМЕНЕНИЙ В УСТАНОВЛЕННОМ ПОРЯДКЕ (В КАЧЕСТВЕ ПЕРВИЧНОГО ЗАГРАНПАСПОРТА, ВЗАМЕН ДЕЙСТВУЮЩЕГО, ИСПОЛЬЗОВАННОГО, УТРАЧЕННОГО ЛИБО ИСПОРЧЕННОГО).

В соответствии Федеральным законом «О порядке выезда из Российской Федерации и въезда в Российскую Федерацию» от 15.08.1996 г. №114-ФЗ гражданину Российской Федерации, проживающему на территории Российской Федерации, паспорт может быть оформлен и выдан Министерством иностранных дел Российской Федерации, по письменному заявлению указанного гражданина, поданному через организацию, направляющую его за пределы территории Российской Федерации и зарегистрированную в Министерстве иностранных дел Российской Федерации.

Срок оформления паспорта со дня подачи заявления о выдаче паспорта не должен превышать:

- один месяц - в случае подачи заявления по месту жительства;

- три месяца – в случае подачи заявления по месту пребывания или оформления паспорта гражданину Российской Федерации, имеющему (имевшему) допуск к сведениям особой важности или совершенно секретным сведениям, отнесенным к государственной тайне в соответствии с Законом Российской Федерации от 21 июля 1993 года N 5485-1 "О государственной тайне".

Датой подачи заявления о выдаче паспорта считается день подачи всех предусмотренных статьей 9 указанного Федерального закона надлежащим образом оформленных документов, а также фотографий.

Гражданин Российской Федерации вправе выбрать паспорт со сроком действия 5 лет или паспорт, содержащий электронный носитель информации, сроком действия 10 лет.

В период срока действия оформленного гражданину Российской Федерации паспорта данному гражданину в соответствии с упомянутым Федеральным законом может быть оформлен и выдан второй паспорт, содержащий электронный носитель информации, сроком действия 10 лет.

Не допускается:

1. оформление нового паспорта без объявления ранее выданного паспорта недействительным в случае, если он утрачен владельцем;
2. при наличии двух действительных паспортов выдача нового паспорта без изъятия одного из ранее выданных паспортов, если срок его действия не истек.

**КД МИД России**

119121 Москва
1-й Неопалимовский пер. д. 12
Справочный телефон: +7 499 244 45 81
Факс: +7 499 244 24 76

**МИД России**

119200 Москва
Смоленская-Сенная пл. 32/34
Справочный телефон +7 499 244 16 06
Факс: +7 499 244 34 48
Сайт: mid.ru

Перечень стран и российские консульские учреждения на их территории

Оформление паспортов за рубежом

Оформление паспортов на территории Российской Федерации

Консульская легализация документов

Нотариат

Информационно-консультационные услуги

Полезные ссылки

Карта сайта

Поиск...

Электронная виза / E-visa

Открытые данные

Контакты

**КД МИД в соцсетях:**

© Разработка и техническая поддержка ФАУ «ГосНИИАС»
2022

Перевод данного текста с русского языка на английский язык выполнен мной, переводчиком Докучаевым Дмитрием Игоревичем.

_____/signature/_____

The translation of this text from Russian into English was performed by me, the translator Dokuchaev Dmitry Igorevich.

_____/signature/_____

Российская Федерация
Город Москва
Седьмого сентября две тысячи двадцать второго года
Я, Квитко Федор Александрович, нотариус города Москвы, свидетельствую подлинность подписи переводчика Докучаева Дмитрия Игоревича.
Подпись сделана в моем присутствии.
Личность подписавшего документ установлена.

Зарегистрировано в реестре: № 62/137-н/77-2022-40-1642

Уплачено за совершение нотариального действия: 400 руб. 00 коп.

_____/signature/_____ Ф.А. Квитко

Всего прошнуровано, пронумеровано и скреплено печатью ( 4 ) лист(ов)

Нотариус /signature/

The Russian Federation
The city of Moscow
07.09.2022
I, Kvitko Fedor Aleksandrovich, Notary of the city of Moscow certify the authenticity of signature, made by the translator Dokuchaev Dmitry Igorevich.
The signature was made in my presence.
His identity is established.

It is registered in the register under № 62/137-н/77-2022-

Paid for notarial act: 400 RUR and 00 kop.

_____/signature/_____ F.A. Kvitko

Seal: Notary Kvitko F.A.
Notarial district of c. Moscow
ITN 770401254905*

Stitched up, numbered and sealed ( ) page

Notary: /signature/

Seal: Notary Kvitko F.A.
Notarial district of c. Moscow
ITN 770401254905*



A citizen of the Russian Federation has the right to choose a 5-year passport or a 10-year passport with an electronic medium.

During the period of validity of a 5-year passport issued to a citizen of the Russian Federation, this citizen, in accordance with the said Federal Law, may apply for and be issued a second 10-year passport with an electronic medium.

The citizen of the Russian Federation may not:
1. apply for a new passport without declaring their previous passport invalid if lost by the holder;
2. apply for a new passport (when holding two valid passports) without surrendering one of the previous passports, if it has not expired.

**MFA CD of Russia**

1st Neopalimovsky ln., bld. 12
119121 Moscow
Phone number for inquiries: +7 499 244 45 81
Fax: +7 499 244 24 76

**MFA of Russia**

Smolenskaya-Sennaya sq., bld. 32/34
119200 Moscow
Phone number for inquiries: +7 499 244 16 06
Fax: +7 499 244 34 48
Web: mid.ru

List of countries with Russian consular offices

Applying for passports outside the Russian Federation

Applying for passports in the Russian Federation

Consular legalisation

Notary services

Information and consulting services

Useful links

Site map

Search...

E-visa

Open data

Contact us

**Follow MFA CD on social media:**

© Developed and maintained by Federal Autonomous Organization "State Scientific Research Institute of Aviation Systems (GosNIIAS)" 2022