*Translation from Russian to English*

**FMS of Russia**

**MAIN ADMINISTRATION OF THE MINISTRY OF BINTERNAL AFFAIRS OF THE RUSSIAN FEDERATION FOR THE CITY OF MOSCOW**
(MA MIA of Russia for the city of Moscow)

38 Petrovka St., Moscow, 127994 tel.(495)694-83-42
13.09.22 №17/89-36

On transferring data

To D.S. Starovikov

We hereby inform that by the Decision of the Department for Drawing Up Passports for Travelling Abroad of the Migration Administration of the Main Administration of the Ministry of Internal Affairs of Russia for the city of Moscow dated 09.09.2022, the passport for travelling abroad was refused for you according to clause 5 of article 15 of Federal Law No. 114-FZ "Concerning the Procedure for Exit from the Russian Federation and Entry into the Russian Federation" dated 15.08.1996.

Department for Drawing-Up Passports for Travelling Abroad
of the Migration Administration of
the Main Administration of the Ministry of Internal Affairs
of Russia for the city of Moscow           /signed/           V.V. Karutsky



ФМС России

**ГЛАВНОЕ УПРАВЛЕНИЕ
МИНИСТЕРСТВА ВНУТРЕННИХ ДЕЛ
РОССИЙСКОЙ ФЕДЕРАЦИИ
ПО ГОРОДУ МОСКВЕ**
(ГУ МВД России по г. Москве)

ул. Петровка, 38, Москва, 127994
тел. (495)694-83-42
13.09.22 № 17/89-36

О направлении информации

Старовикову Д.С.

 

    Сообщаем, что решением отдела оформления заграничных паспортов УВМ ГУ МВД России по г. Москве от 09.09.2022 года в выдаче заграничного паспорта Вам отказано в соответствии с пунктом 5 статьи 15 Федерального Закона от 15.08.1996 г. № 114-ФЗ "О порядке выезда из Российской Федерации и въезда в Российскую Федерацию".

 

Начальник отдела оформления заграничных паспортов         В.В. Каруцкий
Управления по вопросам миграции
ГУ МВД России по г. Москве

Перевод данного текста с русского языка на английский язык выполнен мной, переводчиком Докучаевым Дмитрием Игоревичем.

_____/signature/_____

The translation of this text from Russian into English was performed by me, the translator Dokuchaev Dmitry Igorevich.

_____/signature/_____

Российская Федерация
Город Москва
Четырнадцатого сентября две тысячи двадцать второго года
Я, Квитко Федор Александрович, нотариус города Москвы, свидетельствую подлинность подписи переводчика Докучаева Дмитрия Игоревича.
Подпись сделана в моем присутствии.
Личность подписавшего документ установлена.

Зарегистрировано в реестре: № 62/137-н/77-2022-4-587

Уплачено за совершение нотариального действия: 400 руб. 00 коп.

_____/Квиткo/_____   Ф.А. Квитко

Всего прошнуровано, пронумердвано и скреплено печатью ( 2 ) лист(ов) *

Нотариус /Квиткo/

---

The Russian Federation
The city of Moscow
14.09.2022
I, Kvitko Fedor Aleksandrovich, Notary of the city of Moscow, certify the authenticity of signature, made by the translator Dokuchaev Dmitry Igorevich.
The signature was made in my presence.
His identity is established.

It is registered in the register under № 62/137-н/77-2022-

Paid for notarial act: 400 RUR and 00 kop.

_____/signature/_____   F.A. Kvitko

Seal: Notary Kvitko F.A.
Notarial district of c. Moscow
ITN 770401254905*

Stitched up, numbered and sealed (   ) pages

Notary: /signature/

Seal: Notary Kvitko F.A.
Notarial district of c. Moscow
ITN 770401254905*