Case 1:21-cv-10260-DLC Document 121-6 Filed 09/16/22 Page 1 of 4

Информация по делу № 02-0378/2019 | Информация по гражда... Официальный портал судов общей юрисдикции города Москвы 04.09.2022, 21:13



**ОФИЦИАЛЬНЫЙ ПОРТАЛ СУДОВ ОБЩЕЙ ЮРИСДИКЦИИ ГОРОДА МОСКВЫ**

Найдите дело или задайте вопрос помощнику

| Суды общей юрисдикции | ПОИСК ПО СУДЕБНЫМ ДЕЛАМ | СУДЕБНЫЕ ЗАСЕДАНИЯ | ТЕРРИТОРИАЛЬНАЯ ПОДСУДНОСТЬ | КАЛЬКУЛЯТОР ГОСПОШЛИНЫ | ЛИЧ КАБИ |
|---|---|---|---|---|---|
| Лефортовский районный суд | | | | | |

Главная  Лефортовский районный суд  Сервисы  Информация по судебным делам  Информация по гражданским делам первой инст…
Информация по делу № 02-0378/2019

## ИНФОРМАЦИЯ ПО ДЕЛУ № 02-0378/2019

- О суде
- Контакты и часы приёма
- Новости
- Справочная информация
- Пресс-секретарь
- Правила поведения в здании суда
- Сервисы

| Уникальный идентификатор дела | 77RS0014-01-2018-008776-42 |
|---|---|
| Номер дела ~ материала | 02-0378/2019 (02-4524/2018) ~ М-5046/2018 |
| Стороны | **Истец:** Старовиков Д.С.<br>**Ответчик:** ГБУ г. Москвы по эксплуатации и ремонту инженерных сооружений "Гормост" |
| Дата поступления | 16.10.2018 |
| Дата рассмотрения дела в первой инстанции | 24.01.2019 |
| Дата вступления решения в силу | 12.08.2019 |
| Судья | Каргальцев А.И. |
| Категория дела | 211- Прочие исковые дела |
| Номер дела в суде вышестоящей инстанции | 33-36753/2019 |
| Текущее состояние | Удовлетворено частично, 24.01.2019 |

**ПОЛЕЗНЫЕ ССЫЛКИ**

- Подать непроцессуальное обращение
- Вопросы и ответы
- Присяжные заседатели
- Первый апелляционный суд общей юрисдикции
- Второй кассационный суд общей юрисдикции
- Верховный Суд Российской Федерации
- Конституционный Суд Российской Федерации
- Европейский Суд по правам человека
- Портал мировых судей города Москвы
- Управление Судебного департамента
- ГАС «Правосудие»
- Портал для адвокатов Москвы

Движение дела
Судебные заседания
Судебные акты

### История состояний

| Дата | Состояние | Документ-основание |
|---|---|---|
| 16.10.2018 | Регистрация поступившего заявления | |
| 22.10.2018 | Заявление принято к производству | |
| 22.10.2018 | Подготовка к рассмотрению | Определение о подготовке дела к судебному разбирательству |
| 08.11.2018 | Рассмотрение | Определение о назначении дела к судебному разбирательству |
| 04.12.2018 | Приостановлено | Определение о назначении экспертизы и приостановлении производства по делу |
| 14.01.2019 | Рассмотрение | Определение о возобновлении производства |
| 24.01.2019 | Завершено | Решение |
| 25.02.2019 | Обжаловано | Апелляционная жалоба |
| 12.08.2019 | Вступило в силу | Определение суда апелляционной инстанции |



СООБЩИТЬ О ТЕХНИЧЕСКОЙ ПРОБЛЕМЕ

ПРОТИВОДЕЙСТВИЕ КОРРУПЦИИ

Информация по делу №02-0378/2019 | Информация по гражда... Официальный портал судов общей юрисдикции города Москвы    04.09.2022, 21:13

Case 1:21-cv-10260-DLC   Document 121-6   Filed 09/16/22   Page 2 of 4

## История местонахождения

| Дата | Местонахождение | Комментарий |
| --- | --- | --- |
| 22.03.2019 | В канцелярии | 21.01.2020 г. Дело списано в архив - 1 том. |

## Судебные заседания и беседы

| Дата и время | Зал | Стадия | Результат | Основание | Проводилась видеозапись |
| --- | --- | --- | --- | --- | --- |
| 08.11.2018 10:45 | 29 | Беседа | Проведена | | |
| 04.12.2018 14:30 | 29 | Судебное заседание | Приостановлено | Назначение судом экспертизы | |
| 24.01.2019 14:00 | 11 | Судебное заседание | Рассмотрение завершено | | |

## Назначения в апелляцию

| Дата и время | Зал | Судебный состав | Обжалуемый документ | Поданные жалобы и представления |
| --- | --- | --- | --- | --- |
| 12.08.2019 14:40 | | | Решение от 24.01.2019 | Апелляционная жалоба от 25.02.2019 (Старовиков Д.С.), Апелляционная жалоба от 25.03.2019 (Старовиков Д.С.) |

| Дата документа | Вид документа | Текст документа |
| --- | --- | --- |
| 28.09.2018 | Квитанция об оплате госпошлины | |
| 16.10.2018 | Административное исковое заявление | |
| 22.10.2018 | Определение о принятии заявления к производству | |
| 22.10.2018 | Определение о подготовке дела к судебному разбирательству | |
| 22.10.2018 | Запрос | |
| 22.10.2018 | Запрос | |
| 22.10.2018 | Повестка (лично) | |
| 23.10.2018 | Повестка (лично) | |
| 24.10.2018 | Повестка (лично) | |
| 25.10.2018 | Дополнительные сведения по документу | |
| 25.10.2018 | Приложение | |
| 26.10.2018 | Ходатайство об ознакомлении с материалами дела в электронном виде | |
| 08.11.2018 | Определение о назначении дела к судебному разбирательству | |

Case 1:21-cv-10260-DLC   Document 121-6   Filed 09/16/22   Page 3 of 4

Информация по делу №̂ 02-0373/2019 | Информация по гражда... Официальный портал судов общей юрисдикции города Москвы                04.09.2022, 21:13

| | | |
|---|---|---|
| 04.12.2018 | Определение о назначении экспертизы и приостановлении производства по делу | |
| 04.12.2018 | Протокол судебного заседания | |
| 14.01.2019 | Определение о назначении дела к судебному разбирательству | |
| 14.01.2019 | Определение о возобновлении производства | |
| 17.01.2019 | Документ, подтверждающий полномочия | |
| 17.01.2019 | Приложение | |
| 17.01.2019 | Дополнительные сведения по документу | |
| 17.01.2019 | Ходатайство (заявление) | |
| 24.01.2019 | Решение | Скачать файл |
| 24.01.2019 | Протокол судебного заседания | |
| 25.01.2019 | Мотивированное решение | Скачать файл |
| 24.02.2019 | Дополнительные сведения по документу | |
| 24.02.2019 | Приложение | |
| 24.02.2019 | Документ, подтверждающий полномочия | |
| 25.02.2019 | Апелляционная жалоба (Стариков Д.С.) | |
| 24.03.2019 | Приложение | |
| 24.03.2019 | Дополнительные сведения по документу | |
| 24.03.2019 | Квитанция об оплате госпошлины | |
| 24.03.2019 | Документ, подтверждающий полномочия | |
| 24.03.2019 | Приложение | |
| 25.03.2019 | Апелляционная жалоба (Стариков Д.С.) | |
| 12.08.2019 | Определение суда апелляционной инстанции | |
| 09.09.2019 | Исполнительный документ | |
| 09.09.2019 | Исполнительный документ | |

Вернуться к списку                                                                 Подписаться на обновл

© 2010–2022 КРОК
Разработка и сопровождение
Тел.: +7 (495) 533-87-87

Нормативно-правовые акты

Перечни информационных систем и
банков данных, находящихся в

Органы судейского сообщества

Извещения о времени и месте
рассмотрения административных дел в

Портал открытых данных с
общей юрисдикции г. Моск

Защита интеллектуальных

Информация по делу № 02-0373/2019 | Информация по гражда... Официальный портал судов общей юрисдикции города Москвы    04.09.2022, 21:13

Case 1:21-cv-10260-DLC   Document 121-6   Filed 09/16/22   Page 4 of 4

ведении судов

порядке главы 27.1 КАС РФ, 27.2 КАС РФ