Case 1:21-cv-10260-DLC   Document 121-7   Filed 09/16/22   Page 1 of 2

Информация по делу № 33-36753/2019 | Информация по гражд...Официальный портал судов общей юрисдикции города Москвы 04.09.2022, 21:18



**ОФИЦИАЛЬНЫЙ ПОРТАЛ СУДОВ ОБЩЕЙ ЮРИСДИКЦИИ ГОРОДА МОСКВЫ**

Найдите дело или задайте вопрос помощнику

Суды общей юрисдикции
Московский городской суд

ПОИСК ПО СУДЕБНЫМ ДЕЛАМ     СУДЕБНЫЕ ЗАСЕДАНИЯ     ТЕРРИТОРИАЛЬНАЯ ПОДСУДНОСТЬ     КАЛЬКУЛЯТОР ГОСПОШЛИНЫ     ЛИЧНЫЙ КАБИНЕТ

О суде
Контакты и часы приёма
Новости
Справочная информация
Правила пребывания посетителей в суде
Обзоры судебной практики
Пресс-служба
Сервисы

**ПОЛЕЗНЫЕ ССЫЛКИ**

Подать непроцессуальное обращение
Вопросы и ответы
Присяжные заседатели
Первый апелляционный суд общей юрисдикции
Второй кассационный суд общей юрисдикции
Верховный Суд Российской Федерации
Конституционный Суд Российской Федерации
Европейский Суд по правам человека
Портал мировых судей города Москвы
Управление Судебного департамента
ГАС «Правосудие»
Портал для адвокатов Москвы



**СООБЩИТЬ О ТЕХНИЧЕСКОЙ ПРОБЛЕМЕ**

**ПРОТИВОДЕЙСТВИЕ КОРРУПЦИИ**

Главная  Московский городской суд  Сервисы  Информация по судебным делам  Информация по гражданским делам апелляционной инстанции  Информация по делу № 33-36753/2019

## ИНФОРМАЦИЯ ПО ДЕЛУ № 33-36753/2019

| | |
|---|---|
| Уникальный идентификатор дела | 77RS0014-01-2018-008776-42 |
| Номер дела | 33-36753/2019 |
| Стороны | **Истец:** Старовиков Д.С.<br>**Ответчик:** ГБУ г. Москвы по эксплуатации и ремонту инженерных сооружений "Гормост" |
| Дата поступления дела в апелляционную инстанцию | 06.08.2019 |
| Дата окончания | 12.08.2019 |
| Номер судебного состава | 9 |
| Номер дела в суде нижестоящей инстанции | 02-0378/2019 |
| Суд первой инстанции, судья | Лефортовский районный суд (Каргальцев А.И.) |
| Категория дела | 211- Прочие исковые дела |
| Результат рассмотрения | Оставить судебное постановление без изменения, жалобу без удовлетворения, 12.08.2019 |

Движение дела
Судебные заседания
Судебные акты

### История состояний

| Дата | Состояние | Документ-основание |
|---|---|---|
| 06.08.2019 | Зарегистрировано | |
| 12.08.2019 | Завершено | |

### История местонахождения

| Дата | Местонахождение | Комментарий |
|---|---|---|
| 06.08.2019 | У судьи | |
| 23.08.2019 | Вне суда | в экспедиции |

### Судебные заседания и беседы

| Дата и время | Зал | Стадия | Результат | Основание | Проводилась видеозапись |
|---|---|---|---|---|---|

| | 12.08.2019 14:40 | 570 - Апелляционный корпус | Судебное заседание | Рассмотрение завершено | | |

| Дата документа | Вид документа | | Текст документа |
|---|---|---|---|
| 24.01.2019 | Решение | | Скачать файл |
| 25.02.2019 | Апелляционная жалоба (Старовиков Д.С.) | | |
| 25.03.2019 | Апелляционная жалоба (Старовиков Д.С.) | | |
| 12.08.2019 | Определение суда апелляционной инстанции | | Скачать файл |
| 12.08.2019 | Протокол судебного заседания | | |

Вернуться к списку

Подписаться на обновл

© 2010–2022 КРОК
Разработка и сопровождение
Тел.: +7 (495) 533-87-87

Нормативно-правовые акты

Перечни информационных систем и банков данных, находящихся в ведении судов

Органы судейского сообщества

Извещения о времени и месте рассмотрения административных дел в порядке главы 27.1 КАС РФ, 27.2 КАС РФ

Портал открытых данных с общей юрисдикции г. Моск

Защита интеллектуальных