# Exhibit 6

| | |
|---|---|
| **From:** | Igor Litvak <Igor@LitvakLawNY.com> |
| **Sent:** | Thursday, September 8, 2022 10:32 AM |
| **To:** | Luke Roniger; Laura Harris |
| **Cc:** | Andrew Michaelson; Sumon Dantiki; Paul Weeks; Matthew Bush |
| **Subject:** | Re: FRE 408 Conference - Settlement Conference |

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Laura and Luke,
Defendants make the following offer

Defendants will provide to Google 1) Private Keys for ALL BTC addresses that are in any way connected to C2 of the alleged software that Google calls Glupteba, Defendants believe these private keys will allow Google to completely shut down the software for good (please note Defendants do not have these keys but Valtron agreed to provide them to the Defendants for the purpose of settlement); 2) Defendants will agree not to engage in similar conduct at any time in the future without admitting that they did anything wrong or illegal in the past.

Google will provide to Defendants 1) Dismiss the case against all the Doe Defendants; 2) Reimburse them for their attorneys' fees, which at this point equals $110k; 3) Non-reporting provision to law enforcement & Google will stop referring to Defendants as criminals or cyber criminals in public; 4) $1 million paid to each Defendant, for a total of $2 million.

In terms of permanent injunction, I didn't discuss it with them but believe there is a good chance they will agree to it.

Sincerely,

Igor Litvak, Esq.
The Litvak Law Firm, PLLC
1733 Sheepshead Bay Road, Suite 22
Brooklyn, NY 11235
Tel/Fax: 718-989-2908
EMail: Igor@LitvakLawNY.com
Website: www.nyccrimelawyer.com

CONFIDENTIALITY NOTICE:
This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender, delete this copy from your system and destroy any hard copy that you may have made. Thank you.

---

**From:** Igor Litvak <Igor@LitvakLawNY.com>
**Sent:** Tuesday, September 6, 2022 3:05 PM
**To:** Luke Roniger <LRoniger@KSLAW.com>; Laura Harris <lharris@kslaw.com>
**Cc:** Andrew Michaelson <amichaelson@kslaw.com>; Sumon Dantiki <sdantiki@kslaw.com>; Paul Weeks <PWeeks@KSLAW.com>; Matthew Bush <mbush@kslaw.com>
**Subject:** Re: FRE 408 Conference - Settlement Conference

That works, thanks.

Igor Litvak, Esq.
The Litvak Law Firm, PLLC
1733 Sheepshead Bay Road, Suite 22
Brooklyn, NY 11235
Tel/Fax: 718-989-2908
EMail: Igor@LitvakLawNY.com
Website: www.nyccrimelawyer.com

CONFIDENTIALITY NOTICE:
This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender, delete this copy from your system and destroy any hard copy that you may have made. Thank you.

---

**From:** Luke Roniger <LRoniger@KSLAW.com>
**Sent:** Tuesday, September 6, 2022 3:04 PM
**To:** Igor Litvak <Igor@LitvakLawNY.com>; Laura Harris <lharris@kslaw.com>
**Cc:** Andrew Michaelson <amichaelson@kslaw.com>; Sumon Dantiki <sdantiki@kslaw.com>; Paul Weeks <PWeeks@KSLAW.com>; Matthew Bush <mbush@kslaw.com>
**Subject:** RE: FRE 408 Conference - Settlement Conference

Thanks, Igor. Let's aim for 10 a.m. ET on Thursday. We'll send an invitation. Please let us know if that doesn't work.

Luke

---

**From:** Igor Litvak <Igor@LitvakLawNY.com>
**Sent:** Tuesday, September 6, 2022 11:11 AM
**To:** Laura Harris <lharris@kslaw.com>; Luke Roniger <LRoniger@KSLAW.com>
**Subject:** Re: FRE 408 Conference - Settlement Conference

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

I am super busy today and tomorrow, can we talk Thursday, I am available any time???

Igor Litvak, Esq.
The Litvak Law Firm, PLLC
1733 Sheepshead Bay Road, Suite 22
Brooklyn, NY 11235
Tel/Fax: 718-989-2908
EMail: Igor@LitvakLawNY.com
Website: www.nyccrimelawyer.com

CONFIDENTIALITY NOTICE:
This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender, delete this copy from your system and destroy any hard copy that you may have made. Thank you.

**From:** Laura Harris <lharris@kslaw.com>
**Sent:** Tuesday, September 6, 2022 10:39 AM
**To:** Igor Litvak <Igor@LitvakLawNY.com>; Luke Roniger <LRoniger@KSLAW.com>
**Subject:** Re: FRE 408 Conference - Settlement Conference

Igor,

We are free this afternoon. Would 1p work?

Thank you,
Laura

**From:** Igor Litvak <Igor@LitvakLawNY.com>
**Sent:** Tuesday, September 6, 2022 9:43:55 AM
**To:** Laura Harris <lharris@kslaw.com>; Luke Roniger <LRoniger@KSLAW.com>
**Subject:** FRE 408 Conference - Settlement Conference

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Counsel,
My clients would like to discuss settlement, therefore I would like to set up a FRE 408 conference sometime this week. Please let me know if you are interested and if yes, your availability, thank you.
Sincerely,

Igor Litvak, Esq.
The Litvak Law Firm, PLLC
1733 Sheepshead Bay Road, Suite 22
Brooklyn, NY 11235
Tel/Fax: 718-989-2908
EMail: Igor@LitvakLawNY.com
Website: www.nyccrimelawyer.com

CONFIDENTIALITY NOTICE:
This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender, delete this copy from your system and destroy any hard copy that you may have made. Thank you.

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.