## Re: FRE 408 Conference - Settlement Conference

Igor Litvak <Igor@LitvakLawNY.com>
Tue 9/13/2022 4:47 PM

To: Luke Roniger <LRoniger@KSLAW.com>;Laura Harris <lharris@kslaw.com>

Cc: Andrew Michaelson <amichaelson@kslaw.com>;Sumon Dantiki <sdantiki@kslaw.com>;Paul Weeks <PWeeks@KSLAW.com>;Matthew Bush <mbush@kslaw.com>

Hi Laura and Luke, I discussed with the Defendants, and they rejected your counteroffer, we have no settlement, and litigation continues. Igor.

Igor Litvak, Esq.
The Litvak Law Firm, PLLC
1733 Sheepshead Bay Road, Suite 22
Brooklyn, NY 11235
Tel/Fax: 718-989-2908
EMail: Igor@LitvakLawNY.com
Website: www.nyccrimelawyer.com

CONFIDENTIALITY NOTICE:
This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender, delete this copy from your system and destroy any hard copy that you may have made. Thank you.

---

**From:** Igor Litvak <Igor@LitvakLawNY.com>
**Sent:** Monday, September 12, 2022 3:20 PM
**To:** Luke Roniger <LRoniger@KSLAW.com>; Laura Harris <lharris@kslaw.com>
**Cc:** Andrew Michaelson <amichaelson@kslaw.com>; Sumon Dantiki <sdantiki@kslaw.com>; Paul Weeks <PWeeks@KSLAW.com>; Matthew Bush <mbush@kslaw.com>
**Subject:** Re: FRE 408 Conference - Settlement Conference

Let me discuss with them your counteroffer, I will get back to you tomorrow with their position. Thank you.

Igor Litvak, Esq.
The Litvak Law Firm, PLLC
1733 Sheepshead Bay Road, Suite 22
Brooklyn, NY 11235
Tel/Fax: 718-989-2908
EMail: Igor@LitvakLawNY.com
Website: www.nyccrimelawyer.com

CONFIDENTIALITY NOTICE:
This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately

by returning it to the sender, delete this copy from your system and destroy any hard copy that you may have made. Thank you.

---

**From:** Luke Roniger <LRoniger@KSLAW.com>
**Sent:** Monday, September 12, 2022 2:08 PM
**To:** Igor Litvak <Igor@LitvakLawNY.com>; Laura Harris <lharris@kslaw.com>
**Cc:** Andrew Michaelson <amichaelson@kslaw.com>; Sumon Dantiki <sdantiki@kslaw.com>; Paul Weeks <PWeeks@KSLAW.com>; Matthew Bush <mbush@kslaw.com>
**Subject:** RE: FRE 408 Conference - Settlement Conference

Igor, our counteroffer is the same as what we've previously discussed: We can resolve this case if your clients agree to make the preliminary injunction a permanent injunction. Please let us know if your clients agree to those terms.

Thank you,
Luke

---

**From:** Igor Litvak <Igor@LitvakLawNY.com>
**Sent:** Monday, September 12, 2022 11:47 AM
**To:** Luke Roniger <LRoniger@KSLAW.com>; Laura Harris <lharris@kslaw.com>
**Cc:** Andrew Michaelson <amichaelson@kslaw.com>; Sumon Dantiki <sdantiki@kslaw.com>; Paul Weeks <PWeeks@KSLAW.com>; Matthew Bush <mbush@kslaw.com>
**Subject:** Re: FRE 408 Conference - Settlement Conference

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Do you want to at least make a counteroffer that I can take to my clients???

Igor Litvak, Esq.
The Litvak Law Firm, PLLC
1733 Sheepshead Bay Road, Suite 22
Brooklyn, NY 11235
Tel/Fax: 718-989-2908
EMail: Igor@LitvakLawNY.com
Website: www.nyccrimelawyer.com

CONFIDENTIALITY NOTICE:
This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender, delete this copy from your system and destroy any hard copy that you may have made. Thank you.

---

**From:** Luke Roniger <LRoniger@KSLAW.com>
**Sent:** Monday, September 12, 2022 12:45 PM
**To:** Igor Litvak <Igor@LitvakLawNY.com>; Laura Harris <lharris@kslaw.com>
**Cc:** Andrew Michaelson <amichaelson@kslaw.com>; Sumon Dantiki <sdantiki@kslaw.com>; Paul Weeks <PWeeks@KSLAW.com>; Matthew Bush <mbush@kslaw.com>
**Subject:** RE: FRE 408 Conference - Settlement Conference

Igor,
We reject your proposal.  We will respond regarding discovery in due course.

Luke

---

**From:** Igor Litvak <Igor@LitvakLawNY.com>
**Sent:** Monday, September 12, 2022 8:48 AM
**To:** Luke Roniger <LRoniger@KSLAW.com>; Laura Harris <lharris@kslaw.com>
**Cc:** Andrew Michaelson <amichaelson@kslaw.com>; Sumon Dantiki <sdantiki@kslaw.com>; Paul Weeks <PWeeks@KSLAW.com>; Matthew Bush <mbush@kslaw.com>
**Subject:** Re: FRE 408 Conference - Settlement Conference

> **CAUTION:** MAIL FROM OUTSIDE THE FIRM

Laura,
If we not settling the case please let me know. Also, you said you missing discovery and planning a motion to compel, please let me know what you missing so I can talk to my clients and maybe we will avoid a motion to compel, thank you.
Sincerely,

Igor Litvak, Esq.
The Litvak Law Firm, PLLC
1733 Sheepshead Bay Road, Suite 22
Brooklyn, NY 11235
Tel/Fax: 718-989-2908
EMail: Igor@LitvakLawNY.com
Website: www.nyccrimelawyer.com

CONFIDENTIALITY NOTICE:
This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender, delete this copy from your system and destroy any hard copy that you may have made. Thank you.

---

**From:** Igor Litvak <Igor@LitvakLawNY.com>
**Sent:** Thursday, September 8, 2022 10:32 AM
**To:** Luke Roniger <LRoniger@KSLAW.com>; Laura Harris <lharris@kslaw.com>
**Cc:** Andrew Michaelson <amichaelson@kslaw.com>; Sumon Dantiki <sdantiki@kslaw.com>; Paul Weeks <PWeeks@KSLAW.com>; Matthew Bush <mbush@kslaw.com>
**Subject:** Re: FRE 408 Conference - Settlement Conference

Laura and Luke,
Defendants make the following offer

Defendants will provide to Google 1) Private Keys for ALL BTC addresses that are in any way connected to C2 of the alleged software that Google calls Glupteba, Defendants believe these private keys will allow Google to completely shut down the software for good (please note Defendants do not have these keys but Valtron agreed to provide them to the Defendants for the purpose of settlement); 2) Defendants will agree not to engage in similar conduct at any time in the future without admitting that they did anything wrong or illegal in the past.

Google will provide to Defendants 1) Dismiss the case against all the Doe Defendants; 2) Reimburse them for their attorneys' fees, which at this point equals $110k; 3) Non-reporting provision to law enforcement & Google will stop referring to Defendants as criminals or cyber criminals in public; 4) $1 million paid to each Defendant, for a total of $2 million.

In terms of permanent injunction, I didn't discuss it with them but believe there is a good chance they will agree to it.

Sincerely,

Igor Litvak, Esq.
The Litvak Law Firm, PLLC
1733 Sheepshead Bay Road, Suite 22
Brooklyn, NY 11235
Tel/Fax: 718-989-2908
EMail: Igor@LitvakLawNY.com
Website: www.nyccrimelawyer.com

CONFIDENTIALITY NOTICE:
This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender, delete this copy from your system and destroy any hard copy that you may have made. Thank you.

---

**From:** Igor Litvak <Igor@LitvakLawNY.com>
**Sent:** Tuesday, September 6, 2022 3:05 PM
**To:** Luke Roniger <LRoniger@KSLAW.com>; Laura Harris <lharris@kslaw.com>
**Cc:** Andrew Michaelson <amichaelson@kslaw.com>; Sumon Dantiki <sdantiki@kslaw.com>; Paul Weeks <PWeeks@KSLAW.com>; Matthew Bush <mbush@kslaw.com>
**Subject:** Re: FRE 408 Conference - Settlement Conference

That works, thanks.

Igor Litvak, Esq.
The Litvak Law Firm, PLLC
1733 Sheepshead Bay Road, Suite 22
Brooklyn, NY 11235
Tel/Fax: 718-989-2908
EMail: Igor@LitvakLawNY.com
Website: www.nyccrimelawyer.com

CONFIDENTIALITY NOTICE:
This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender, delete this copy from your system and destroy any hard copy that you may have made. Thank you.

---

**From:** Luke Roniger <LRoniger@KSLAW.com>