```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
GOOGLE LLC,                             :
                                        :
                    Plaintiff,          :      21cv10260 (DLC)
          -v-                           :
                                        :         ORDER
DMITRY STAROVIKOV and ALEXANDER         :
FILIPPOV,                               :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On September 16, 2022, the plaintiff submitted a brief with attachments containing a portion of the defendants' discovery responses. The attachments were filed under seal. On September 22, this Court issued an Order directing the defendants to submit a letter explaining why the attachments should not be filed in the public record.

The defendants submitted a letter on September 27, requesting that their discovery responses remain under seal, and that certain documents produced in discovery not be filed on the public docket. Many of the documents the defendants identify have not been filed either publicly or under seal, and none of the information they identify that has been filed is private. Accordingly, it is hereby

ORDERED that the defendants' request is denied.  The Clerk of Court shall remove the viewing restrictions on the exhibits filed under seal (ECF. No. 123).

SO ORDERED:

Dated:    New York, New York
          September 29, 2022

_____
DENISE COTE
United States District Judge