UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
GOOGLE LLC,                             :
                                        :
                    Plaintiff,          :        21cv10260 (DLC)
            -v-                         :
                                        :               ORDER
DMITRY STAROVIKOV and ALEXANDER         :
FILIPPOV,                               :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

     On November 15, 2022, this Court issued an Opinion and

Order entering default judgment against the defendants Dmitry

Starovkov and Alexander Filippov, and imposing a monetary

sanction against the defendants and their attorney, Igor Litvak,

in the amount of the reasonable attorneys' fees, costs, and

expenses that the plaintiff has incurred in this action since

March 14, 2022.  Accordingly, it is hereby

     ORDERED that the plaintiff shall submit any calculation of

the amount of monetary sanctions no later than **December 16,**

**2022.**  The defendants shall submit any opposition no later than

**January 20, 2023.**  The plaintiff shall submit any reply no later

than **February 3, 2023.**  At the time any reply is filed, the

plaintiff shall supply Chambers with two (2) courtesy copies of

all papers by mailing or delivering them to the United States

Courthouse, 500 Pearl Street, New York, New York.

      SO ORDERED:

Dated:    New York, New York
           November 15, 2022

                            DENISE COTE
                  United States District Judge