UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
GOOGLE LLC,

                    Plaintiff,

- against -

DMITRY STAROVIKOV;
ALEXANDER FILIPPOV;
and Does 1-15,

                    Defendants.
-------------------------------------------------------------------X

Docket No. 1:21-cv-10260-DLC

**NOTICE OF MOTION**

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law with exhibits and upon all prior proceedings, pleadings, and filings in this Action, Defendants DMITRY STAROVIKOV and ALEXANDER FILIPPOV and the undersigned will move this Court, for an Order granting reconsideration of this Court's Decision and Order dated November 15, 2022, in which it issued a default judgment against the Defendants and imposed monetary sanction, assessed jointly and severally against Defendants and their attorney Igor Litvak; and for such other and further relief that this Court may deem just and proper.

Dated: November 28th, 2022
Brooklyn, New York

                                             Respectfully Submitted,

                                             /s/ Igor Litvak
                                             _____

                                             Igor Litvak, Esq.
                                             Attorneys for Defendants
                                             The Litvak Law Firm
                                             1733 Sheepshead Bay Rd., Suite 22
                                             Brooklyn, NY 11235
                                             Tel/Fax: 718-989-2908
                                             Email: Igor@LitvakLawNY.com