```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GOOGLE LLC,                              :
                                         :
                            Plaintiff,   :
                                         :      21cv10260 (DLC)
            -v-                          :
                                         :           ORDER
DMITRY STAROVIKOV and ALEXANDER          :
FILIPPOV,                                :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received on November 28, 2022 the defendants' motion for reconsideration, it is hereby

ORDERED that the plaintiff need not respond to the motion for reconsideration unless ordered by the Court to do so.

SO ORDERED:

Dated:   New York, New York
         November 29, 2022

                                   _____
                                            DENISE COTE
                                   United States District Judge