# **EXHIBIT 2**

# Exhibit B - Average Billing Rates for Peer Firms in the Southern District of New York (2016)

| Firm Name | Partner Billing Rate Avg | Associate Billing Rate Avg |
| --- | --- | --- |
| Cahill Gordon & Reindel | $800.00 | n/a |
| Dechert | $930.00 | $570.00 |
| DLA Piper | $958.00 | $633.00 |
| Irell & Manella | $1135.00 | $618.00 |
| Greenberg Traurig | $950.00 | $710.00 |
| Paul, Weiss, Rifkind, Wharton & Garrison | $1240.00 | $713.00 |
| Quinn Emanuel Urquhart & Sullivan | $1103.00 | $618.00 |
| Reed Smith | $800.00 | $575.00 |
| Willkie Farr & Gallagher | $1350.00 | $800.00 |

*See* National Law Journal Billing Survey, ALM Legal Intelligence (2016).