UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
GOOGLE LLC,

                      Plaintiff,

                                          Civil Action No.: 1:21-cv-10260-DLC

- against -

DMITRY STAROVIKOV,                            NOTICE OF MOTION
ALEXANDER FILIPPOV,

                      Defendants.
-------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that, upon the attached Declaration of Igor Litvak, the undersigned will move this Court for an Order, to be issued pursuant to Local Rule 1.4 of the United States District Courts for the Southern District of New York permitting Defendant Filippov's counsel to withdraw from representation and such other and further relief that the Court sees as just and proper.

Dated: December 19, 2022
Brooklyn, New York

                                              Respectfully Submitted,

                                              /s/ Igor Litvak, Esq.
                                              _____
                                              Igor B. Litvak, Esq.
                                              Attorneys for Defendants
                                              The Litvak Law Firm
                                              1733 Sheepshead Bay Rd., Suite 22
                                              Brooklyn, NY 11235
                                              Tel/Fax: 718-989-2908
                                              Email: Igor@LitvakLawNY.com