```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GOOGLE LLC,                              :      21cv10260 (DLC)
                                         :
                         Plaintiff,      :      ORDER
            -v-                          :
                                         :
DMITRY STAROVIKOV and ALEXANDER          :
FILIPPOV,                                :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 19, 2022, counsel for defendant Alexander Filippov moved to withdraw as counsel for Mr. Filippov ("Defendant").  It is hereby

ORDERED that the order granting withdrawal is contingent on counsel filing an affidavit representing that he has provided this Court's opinions and orders to the Defendant, including the November 15, 2022 Opinion and Order, the November 15, 2022 Order, the December 5, 2022 Opinion and Order, the December 5, 2022 Mediation Referral Order, and this very order, and that he has advised the Defendant of the Defendant's obligation to respond to the plaintiff's motion for attorneys' fees by January 20, 2023.

Dated:   New York, New York
         December 20, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge