UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOOGLE LLC,

                Plaintiff,                Civil Action No.: 1:21-cv-10260-DLC

      - against -

DMITRY STAROVIKOV,
ALEXANDER FILIPPOV,

                Defendants.
-------------------------------------------------------------------X

## DECLARATION OF ATTORNEY IGOR LITVAK IN FURTHER SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR ALEXANDER FILIPPOV

I, IGOR LITVAK, declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S. C. § 1746, that the following is true and correct:

1. I represent Defendants DMITRY STAROVIKOV and ALEXANDER FILIPPOV in this matter. Pursuant to Court's order dated December 20, 2022, Dkt. No. 141, I submit this Declaration in further support of my motion to withdraw as counsel for Alexander Filippov.

2. On November 15, 2022, I provided a copy of the Court's opinion and order, dated November 15, 2022, Dkt. No. 132, and the November 15, 2020 order, Dkt. No. 131, to Defendant Alexander Filippov.

3. On December 5, 2022, I also provided a copy of the Court's opinion and order and mediation referral order, both dated December 5, 2022, Dkt. Nos. 135 and 136, to Defendant Alexander Filippov.

4. In addition, I provided a copy of the Court's order, dated December 20, 2022, Dkt. No. 141, regarding the undersigned counsel's motion to withdraw, to Defendant Alexander Filippov.

5. Lastly, on December 20, 2022, I advised Defendant Alexander Filippov in writing that he is obligated to respond to Plaintiff's motion for attorney's fees by January 20, 2023.

6. For the reasons stated in this Declaration, I respectfully request the Court grant

Attorney Igor Litvak's motion to withdraw as Counsel for Defendant Alexander Filippov.

Dated: December 20, 2022
      Brooklyn, NY

                                                    /s/ Igor Litvak
                                                    Igor Litvak, Esq.

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2022, I caused to be filed a copy of the Declaration in further support of Counsel's Motion to Withdraw via CM/ECF system. I certify that all participants in the cases are registered CM/ECF users, and that service will be accomplished by CM/ECF system.  In addition, I emailed a copy of this Declaration to Defendant Alexander Filippov.

      /s/ Igor Litvak, Esq.
_____
  Igor B. Litvak, Esq.