UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
GOOGLE LLC,

                Plaintiff,

                              Civil Action No.: 1:21-cv-10260-DLC

- against -

DMITRY STAROVIKOV,                      NOTICE OF MOTION
ALEXANDER FILIPPOV,

                Defendants.
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the attached Declaration of Igor Litvak, the undersigned will move this Court for an Order, to be issued pursuant to Local Rule 1.4 of the United States District Courts for the Southern District of New York permitting Defendant Filippov's counsel to withdraw from representation and such other and further relief that the Court sees as just and proper.

Dated: December 19, 2022
Brooklyn, New York

*[Handwritten note: The motion to withdraw is Granted. /s/ [Judge] 12/21/22]*

                                            Respectfully Submitted,

                                            /s/ Igor Litvak, Esq.

                                            Igor B. Litvak, Esq.
                                            Attorneys for Defendants
                                            The Litvak Law Firm
                                            1733 Sheepshead Bay Rd., Suite 22
                                            Brooklyn, NY 11235
                                            Tel/Fax: 718-989-2908
                                            Email: Igor@LitvakLawNY.com