UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
GOOGLE LLC,

                Plaintiff,

- against -

DMITRY STAROVIKOV;
ALEXANDER FILIPPOV;
and Does 1-15,

                Defendants.

-------------------------------------------------------------------X

Civil Action No.: 1:21-cv-10260-DLC

**DMITRY STAROVIKOV'S MEMORANDUM OF LAW IN OPPOSITION TO GOOGLE MOTION FOR ATTORNEYS' FEES**

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that I caused the above document to be served on counsel of record for Plaintiff by filing it via the Court's CM/ECF system on this day, January 21st, 2023.

                                                  /s/ Igor Litvak____
                                                Igor Litvak, Esq.