```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
GOOGLE LLC,                           :    21cv10260 (DLC)
                                      :
                        Plaintiff,    :    ORDER
             -v-                      :
                                      :
DMITRY STAROVIKOV and ALEXANDER       :
FILIPPOV,                             :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On December 16, 2022 Google submitted its motion for attorneys' fees. That motion having been fully submitted on February 3, 2023, it is hereby

ORDERED that Google, as the moving party, shall supply two courtesy copies of all motion papers, including those of their adversaries, to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that Google shall provide, for each timekeeper, the total number of hours worked, the hourly rate charged, and the individual's position within the law firm.

Dated:   New York, New York
         February 23, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge