# KING & SPALDING

Laura Harris
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
E: LHarris@kslaw.com
T: (212) 556-2100

*Via ECF*

February 24, 2023

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, NY 10007

      Re:    *Google LLC v. Starovikov, et al.*, Case No. 21-cv-10260-DLC

Dear Judge Cote:

      I write on behalf of Google LLC ("Google") in response to the Court's February 23, 2023 Order in the above-captioned action (ECF 152), in connection with Google's application for attorneys' fees (ECF 137, the "Fee Application"). Pursuant to the Court's request, the table below reflects the position, hourly rate, and total hours worked for each timekeeper included in Google's Fee Application.

| Timekeeper | Position | Hourly Rate | Total Hours Worked |
|---|---|---|---|
| Andrew Michaelson | Partner | $1,173.00 | 86.6 |
| Laura Harris | Partner | $969.00 | 197.2 |
| Luke Roniger | Senior Associate | $858.50 (before April 1, 2022) $833 (after April 1, 2022) | 186.6 |
| Paul Weeks | Senior Associate | $811.75 | 298.1 |
| Chris Meyer | Associate | $569.50 | 75.4 |
| Prachee Sawant | Associate | $565.25 | 72.2 |

      Respectfully submitted,

      */s/ Laura Harris*
      Laura Harris
      *Attorney for Google LLC*