**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GOOGLE LLC,

                      Plaintiff,                      21 **CIVIL** 10260 (DLC)

            -against-                      **JUDGMENT**

DMITRI STAROVIKOV and ALEXANDER FILIPPOV,

                      Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 3, 2023, Google is awarded $525,673.81 in attorneys' fees. Starovikov and Filippov shall be jointly and severally liable for this award; accordingly, the case is closed.

**Dated:** New York, New York

      March 6, 2023

                                                        **RUBY J. KRAJICK**

                                                                          **Clerk of Court**

                                          **BY:**

                                                                          **Deputy Clerk**